2003 NOV -3  P 12: 35

US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNST DORCELY,<br>    Plaintiff, | CIVIL ACTION NO: |
| V. | 3:03 CV 114 (AVC) |
| FIRST UNUM LIFE INSURANCE COMPANY,<br>    Defendant. | October 31, 2003 |

### DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The defendant in the above captioned case hereby moves for a one (1) week extension of time in which to file its dispositive motion. Counsel for the plaintiff does not object to the instant request. By the court's scheduling order, dispositive motions are due to be filed on or before October 31, 2003. The enlargement of time requested herein will provide the plaintiff and defendant the opportunity to prepare and file dispositive motions, hopefully to obviate the need for a trial.

RESPECTFULLY SUBMITTED,
FIRST UNUM LIFE INSURANCE COMPANY

BY: _____
Alexander H. Schwartz, Esq. (ct 05773)
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT 06890-0701
203.255.9829
203.255.9839 (Fax)

### CERTIFICATION

I hereby certify that a true copy of the foregoing has been mailed this 31ST day of October, 2003 to:

Mark A. Fox, Esq.
125 Elm St.
New Canaan, CT 06840

_____
Alexander H. Schwartz