UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNST DORCELY,<br>    Plaintiff, | : | CIVIL ACTION NO: |
| V. | : | 3:03 CV 114 (AVC) |
| FIRST UNUM LIFE INSURANCE COMPANY,<br>    Defendant. | : | October 31, 2003 |

### DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The defendant in the above captioned case hereby moves for a one (1) week extension of time in which to file its dispositive motion. Counsel for the plaintiff does not object to the instant request. By the court's scheduling order, dispositive motions are due to be filed on or before October 31, 2003. The enlargement of time requested herein will provide the plaintiff and defendant the opportunity to prepare and file dispositive motions, hopefully to obviate the need for a trial.

November 6, 2003. GRANTED. The defendant shall have to and including November 10, 2003, to file its dispositive motion. SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.