UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNST DORCELY,<br>   Plaintiff, | : | CIVIL ACTION NO: |
| V. | : | 3:03 CV 114 (AVC) |
| FIRST UNUM LIFE INSURANCE COMPANY,<br>   Defendant. | : | NOVEMBER 6, 2003 |

### DEFENDANT'S MOTION FOR JUDGMENT
### ON THE ADMINISTRATIVE RECORD

The defendant, First Unum Life Insurance Company ("Unum") moves that the court enter judgment confirming its administrative decision to deny the plaintiff's application for long-term disability benefits. As this is a case governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), this court's review of Unum's decision is based solely on the administrative record it compiled below.

In support of this Motion, Unum submits a full and complete copy of the 321 page long administrative record and a Memorandum of Law.

RESPECTFULLY SUBMITTED,
FIRST UNUM LIFE INSURANCE
COMPANY

By: _____
Alexander H. Schwartz, Esq.(ct 05773)
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT  06480-0701
203.255.9829
203.255.9839 (fax)
alex@ahschwartz.com

1

FILED 2003 NOV -7 A 11: 13 US DISTRICT COURT HARTFORD CT

## ORDER

The foregoing having been presented to the Court, it is hereby ORDERED:

GRANTED/DENIED

_____

## CERTIFICATION

I hereby certify that a true copy of the foregoing has been mailed this 6th day of November, 2003, to the following counsel and pro se parties:

Mark J. Fox, Esq.
125 Elm Street
New Canaan, CT 06840

_____
Alexander H. Schwartz