355-71 (11/93)



UNUM.

Tracey Barbour

Closed 5/16

Dorcely, Ernst
S.S.# 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
Closed 2-16-2001

ICP

FUL-CL-00321

**UNUM.**

*Protecting everything
you work for*

**TO:** Jessica Hallstrom    **FROM:** Val McClure

**RE:** Dorcely, Ernst    **DATE:** 5/21/01

We have completed our handing of the attached file and are now
returning the file to your office for further handling.

**THIS FILE HAS BEEN:**
( ) Overturned

( ) Settled

( ) Returned for further benefits office investigation

(X) Upheld

( ) Paid & Closed

( ) Returned, not an appeal

( ) Ordered for customer service. It was not an appeal and remains a closed file.

**ALSO OF SPECIAL INTEREST IS THE FOLLOWING:**
( ) This is an *OPEN FILE* - please handle a.s.a.p

( ) This file is/was a Collections file

( ) This file was awarded SSDI

Thank you for your attention to the above referenced matter.

FULCL00320

**Detail Activity Listing requested by :**
Valerie McClure
5/21/2001

| | | | | |
|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**    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 | |
| **Schedule Date:** | 05/04/2001 | **Date Completed:** | | **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH | |
| **Subject:** | Note | **Description:** | File review | |

Attorney submitted re-appeal and included medical records.  Review of these records indicates that they predate the date of disability and offer no information regarding current functional capacity.  Re-appeal uphold.

| | | | | |
|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**    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 | |
| **Schedule Date:** | 05/02/2001 | **Date Completed:** | 05/02/2001 | **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH | |
| **Subject:** | Letters | **Description:** | Letter Print Completed | |

2001-05-02_09.02.56_UBS AG_Re-ERISA Uphold_0098753373.doc has been printed.

| | | | | |
|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**    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 | |
| **Schedule Date:** | 05/02/2001 | **Date Completed:** | 05/02/2001 | **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH | |
| **Subject:** | Letters | **Description:** | Letter Print Completed | |

2001-05-02_09.22.25_UBS AG_Re-ERISA Uphold_0098753373.doc has been printed.

| | | | | |
|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**    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 | |
| **Schedule Date:** | 05/01/2001 | **Date Completed:** | | **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C11B1 | |
| **Subject:** | ERISA | **Description:** | Erisa pending | |

| | | | | |
|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**    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 | |
| **Schedule Date:** | 05/01/2001 | **Date Completed:** | 05/01/2001 | **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C11B1 | |
| **Subject:** | Letters | **Description:** | Letter Print Completed | |

2001-05-01_08.07.29_Mark Fox_A-Atty Re-Erisa Acknowledgement_0098753373.doc has been printed.

FULCL00319

**Detail Activity Listing requested by :**
Valerie McClure
5/21/2001

| | | | |
|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst |
| **Policy # :** | 00541136 | **Division #:** | 0101     **Tax ID:**    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 |
| **Schedule Date:** | 05/01/2001 | **Date Completed:** | 05/01/2001     **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH |
| **Subject:** | Letters | **Description:** | Letter Print Completed |

2001-05-01_14.13.32_Mark Fox_Re-ERISA Uphold_0098753373.doc has been printed.

| | | | |
|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst |
| **Policy # :** | 00541136 | **Division #:** | 0101     **Tax ID:**    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 |
| **Schedule Date:** | 03/21/2001 | **Date Completed:** | **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH |
| **Subject:** | Note | **Description:** | File review |

This now 48 y.o. wire transfer clerk claiming disability due to loss of vision in left eye.  Medical information does not indicate claimant is precluded from performing his occ.

| | | | |
|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst |
| **Policy # :** | 00541136 | **Division #:** | 0101     **Tax ID:**    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 |
| **Schedule Date:** | 03/16/2001 | **Date Completed:** | 03/16/2001     **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH |
| **Subject:** | Letters | **Description:** | Letter Print Completed |

2001-03-16_09.18.08_Ernst Dorcely_Freeform Uphold_0098753373.doc has been printed.

| | | | |
|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst |
| **Policy # :** | 00541136 | **Division #:** | 0101     **Tax ID:**    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 |
| **Schedule Date:** | 03/16/2001 | **Date Completed:** | 03/16/2001     **Cancelled:**    No |
| **Assigned To:** | C9RXH | **Created By:** | C9RXH |
| **Subject:** | Letters | **Description:** | Letter Print Completed |

2001-03-16_09.22.06_UBS AG_A-Policyholder Uphold_0098753373.doc has been printed.

| | | | |
|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst |
| **Policy # :** | 00541136 | **Division #:** | 0101     **Tax ID:**    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 |
| **Schedule Date:** | 03/07/2001 | **Date Completed:** | 02/24/2001     **Cancelled:**    No |
| **Assigned To:** | C5K1R | **Created By:** | C5K1R |
| **Subject:** | Medical Request | **Description:** | Action Log result of OSP rev? |

FULCL00318

**Detail Activity Listing requested by :**
Valerie McClure
5/21/2001

FILE SYNOPSIS: clmt is a 49 yr old male wire transfer clerk oow since 2/29/00 due to eye contusion. Clmt originally injured in 1997 by ceiling debris, and had surgery then. Claim denied in Tarrytown 9/25/00 as clmt never submitted APS or any office notes supporting his cx. AP has hx of trying to obtain original surgical records from doc who did surgery prior to 2/00 without success. Policy is XL 2 yr own occ.

ACTION STEPS:
2/24/01 claim denied 2/16/01 as no objective medical to support he would have R+L's. Clmt has appealed denial, but submitted no new medical, so file being forwarded to QR for review.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | | | |
| **Policy # :** | 00541136 | **Division #:** | 0101 | **Tax ID:** | 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 | |
| **Schedule Date:** | 03/02/2001 | **Date Completed:** | | **Cancelled:** | No | |
| **Assigned To:** | C9RXH | **Created By:** | C11B1 | | | |
| **Subject:** | ERISA | **Description:** | Erisa pending | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | | | |
| **Policy # :** | 00541136 | **Division #:** | 0101 | **Tax ID:** | 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 | |
| **Schedule Date:** | 03/02/2001 | **Date Completed:** | 03/02/2001 | **Cancelled:** | No | |
| **Assigned To:** | C9RXH | **Created By:** | C11B1 | | | |
| **Subject:** | Letters | **Description:** | Letter Print Completed | | | |

2001-03-02_14.20.04_Ernst Dorcely_A-Acknowledgement_0098753373.doc has been printed.

FULCL00317

**Detail Activity Listing requested by:**
Tracy C. Balboni
9/25/2000

| | | | | | |
|---|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:** | 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 | |
| **Schedule Date:** | 08/16/2000 | **Date Completed:** | | **Cancelled:** | No |
| **Assigned To:** | C1T2B | **Created By:** | C1T2B | | |
| **Subject:** | Fileplan | **Description:** | Fileplan IL | | |

CLAIM SYN: Clmt is a 48 year old operations clerk oow due to eye surgery and Glaucoma. Per AP, clmt had surgery on left eye on 6/17/99, 10/7/99, and 2/29/00. Clmt was oow for condition from 6/17/99 through 7/12/99, 10/17/99 through 10/25/99 and 2/22/00 to present date. File lacks any other medical documentation.

STRATEGY: Make an IL determination.

ELIGIBILITY: DOH is 12/30/91; EDOC is 1/1/93 policy effective day; WP is none; DOD is 2/29/00; EP is 180 days; min. hours are 30 clmt worked 40 before ldw; XL; 2 year own occ; 3/12 - no preX inv. is necessary since dod isn't within first year of coverage; ER confirmed clmt is option A - noncontrib. with 70% benefit; Clmt group 1 per policy language; Based on above clmt is eligible for coverage.

OFFSETS:

ACTIVITIES: TPC with pb done 8/16/00; TPC with clmt done 8/29/00; Sent clmt 30 day letter 8/22/00;

VOC. REVIEW: file lacks JA or JD. JA in file.

MED. REVIEW: Med. records are necessary before review can be done. However, file lacks auth. form to request med. file contains Auth. However, clmt was put on 30 days notice to provide APS and required Section E attachments on 8/22/00 - as of 8/25/00 information hasn't been received.

DISPO. RATIONALE: TPC with clmt done 8/29/00; LTD claim is being denied at present under Notice and Proof. Clmt was sent letter on 8/22/00 requesting APS and required Section E attachments with 30 days to provide information. However, as of 9/25/00 - no additional med. info. has been provided. Therefore, because claim can't pend indefin. claim is being closed. Although, claim is ICP - it does not appear any STD benefits have been paid either for 2/29/00 disability. If additional medical info. is received - the info. will be reviewed to determine whether clmt meet def. of disability under policy provisions.

FULCL00316

**Detail Activity Listing requested by**
Tracy C. Balboni
8/16/2000

| | | | |
|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**  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 |
| **Schedule Date:** | 08/16/2000 | **Date Completed:** | **Cancelled:**    No |
| **Assigned To:** | C1T2B | **Created By:** | C1T2B |
| **Subject:** | Fileplan | **Description:** | Fileplan IL |

CLAIM SYN: Clmt is a 48 year old operations clerk oow due to eye surgery and Glaucoma. Per AP, clmt had surgery on left eye on 6/17/99, 10/7/99, and 2/29/00. Clmt was oow for condition from 6/17/99 through 7/12/99, 10/17/99 through 10/25/99 and 2/22/00 to present date. File lacks any other medical documentation.

STRATEGY: Make an IL determination.

ELIGIBILITY: DOH is 12/30/91; EDOC is 1/1/93 policy effective day; WP is none; DOD is 2/29/00; EP is 180 days; min. hours are 30 clmt worked 40 before ldw; XL; 2 year own occ; 3/12 - no preX inv. is necessary since dod isn't within first year of coverage;

OFFSETS:

ACTIVITIES:

VOC. REVIEW: file lacks JA or JD.

MED. REVIEW: Med. records are necessary before review can be done. However, file lacks auth. form to request med.

DISPO. RATIONALE:

FULCL00315

Page    1

## POLICY INFORMATION

Effective Date: _1 / 1 / 93_

Div. #: _101_    Effective Date: _1 / 1 / 93_

Eligible Class (Y)/N Class #: _GROUPS  2 —_ A+B ET EE.
optunc —
W E R
Spun E.O

### EMPLOYER

No. Hours / Week: _40_

DOH: _12 / 30 / 51_

Effective: _12 / 30 / 51_ — Arr STD

Contrib. _O_ % EE Pre/Post

LDW: _2 / 21 / 00_          dodphr
STD
2/29/00

Pension type: _____
Potential offset Y/N
Salaried/Hourly/Commissions

826.92 (w)

### CLAIMANT

LDW __ / __ / __
DOD _2 / 22 / 00_
FIT $___/month SIT $___/month

AP

DOD _2 / 29 / 00_ §
1st TX _12 / __ / 00_
Last TX _5 / 2 / 00_

### POLICY INFO

Minimum # Hours: _30_

EP: _180 days._                 *70°15
Gross m +          7,000
BMB Def.: ___ B/nuses___
$15,000
WP: _nunc_

Eff. Should Be: _1 / 1 93_     66²/3 - opt.
C.
Contrib. (Y)/N % Taxable _____

Duration Correct (Y)/N _65_

COLA Y/(N)(doc. coversheet)

Allsource/Backdoor Y/(N)(doc. cs.)

Pre-ex Provision _3/12_

Investigation needed Y/(N)
Pre-ex period __/__/__ to __/__/__
Prior Carrier Coverage Y/N/NA
Effective Date _____
Pre-ex Prov. _____
Coverage comparison _____

Contract Series _XL_
Def. of Dis. _2yr. A SO D_

ICP

Pnor out
6/17/55 — 7/12/55
10/7/55 — 10/25/55

FULCL00314

DELL

ERNST
DORCELY

# 🐾 UNUM®

Policyholder:  UBS AG

Policy Number:  541136-001

Policy Year:  January 1, 1993 to December 31, 1993 and each following January 1 to December 31

Policy Effective Date:  January 1, 1993 *
* Revised by Amendment No. 05

Premium Due Dates:  January 1 and the first day of each following month.

Governing Jurisdiction:  NEW YORK

Policy Anniversary:  January 1, 1994, and each following January 1.

**GROUP**

**LONG**

**TERM**

**DISABILITY**

**INSURANCE**

**POLICY**

**NON**

**PARTICIPATING**

First UNUM Life Insurance Company (referred to as the Company) will pay the benefits provided in this policy. The Company makes this promise subject to all of this policy's provisions.

The policyholder should read the policy specifications carefully and contact the Company promptly with any questions.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.

Signed for the Company at Tarrytown, New York on the policy effective date.

*Kevin J. Tierney*

Secretary

*[signature]*

President

**First UNUM Life Insurance Company**

FULCL00313

L-1 (6/29/98)

This policy is divided into sections as follows:

| | | |
|---|---|---|
| Section | I | POLICY SPECIFICATIONS |
| Section | II | DEFINITIONS |
| Section | III | ELIGIBILITY AND EFFECTIVE DATES |
| Section | IV | BENEFITS |
| Section | V | TERMINATION PROVISIONS |
| Section | VI | GENERAL POLICY PROVISIONS |
| Section | VII | PREMIUMS |

This policy follows a number-letter sequence.  It is not necessary that
it include all numbers or letters in complete sequence to be correct.

FULCL00312

L-IND-1  (1/1/96)

01/13/00  THU 10:26  126812902        FIRST UNUM
01/13/00  THU 08:19 F. 814 524 6920   FIRST UNUM

## SECTION I - POLICY SPECIFICATIONS

1. **Description of Eligible Classes**

   **Group 1:**
   OPTION A and B is for All Full-Time Employees

   **Group 2:**
   OPTION C is for All Full-Time Employees with Employer-
   Sponsored Individual Disability Coverage

2. **Amounts of Insurance**

   **OPTION A**

   a. 70% (benefit percentage) of basic monthly earnings not to exceed the
      maximum monthly benefit, less other income benefits.

      Note: This benefit is subject to reductions for earnings as provided
      in the Monthly Benefit section of this policy.

   b. The maximum monthly benefit is $7,000.

   **OPTION B**

   a. 70% (benefit percentage) of basic monthly earnings not to exceed the
      maximum monthly benefit, less other income benefits.

      Note: This benefit is subject to reductions for earnings as provided
      in the Monthly Benefit section of this policy.

   b. The maximum monthly benefit is $15,000.

   **OPTION C**

   FOR THE FIRST 12 MONTHS FROM DATE OF DISABILITY

   a. 66 2/3% (benefit percentage) of basic monthly earnings not to exceed the
      maximum monthly benefit, less other income benefits.

      Note: This benefit is subject to reductions for earnings as provided
      in the Monthly Benefit section of this policy.

   b. The maximum monthly benefit is $20,000.

   AFTER 12 MONTHS FROM DATE OF DISABILITY

   a. 33 1/3% (benefit percentage) of basic monthly earnings not to exceed the
      maximum monthly benefit, less other income benefits.

      Note: This benefit is subject to reductions for earnings as provided
      in the Monthly Benefit section of this policy.

   b. The maximum monthly benefit is $10,000.

L-PS-1 (1/1/99)(Rev)

FUCL00311

SECTION · POLICY SPECIFICATION (continued)



FOR ALL OPTIONS

The minimum monthly benefit is the greater of:

a.   $100.00; or

b.   10% of the monthly benefit before deductions for other income benefits.


3.   Maximum Benefit Period

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | To age 65 but not less than 60 months |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and Over | 12 months |

4.   Elimination Period

     180 days


5.   Minimum Requirement for Active Employment:   30 hours per week

6.   Definition of Basic Monthly Earnings

     "Basic monthly earnings" means the insured's monthly rate of earnings from the employer in effect just prior to the date disability begins.   It includes bonuses, but not commissions, overtime pay or other extra compensation.

     Bonuses will be averaged for the lesser of:

     a.   the 24 month period of employment just prior to the date disability begins; or

     b.   the period of employment.


7.   Waiting Period:

     a.   Employees in an eligible class on or before the policy effective date:  None

     b.   Employees entering an eligible class after the policy effective date:  None

     The employee must be in continuous active employment in an eligible class during the specified waiting period.

L-PS-2 (1/1/99)

FULCL00310



SECTION    - POLICY SPECIFICATION (continued)

8. Contributions:

Both the employer and the employees pay for the plan.

Note:    Coverage for which contributions are required applies only if proper enrollment is made and the required contributions are made.

9. Divisions, Subsidiaries or Affiliated Companies included

| Name | Location (City and State) |
| --- | --- |
| SBCI – Swiss Bank Corporation Investment Banking Inc. | New York, NY |
| SBC Portfolio Mgmt. | New York, NY |
| SBC-GSI-Gov't Securities Operations | New York, NY |
| SBC Derivatives, Inc. | New York, NY |
| SBCI Futures, Inc. | New York, NY |
| Chicago Branch | Chicago, IL |
| San Francisco Branch | San Francisco, CA |
| Houston Agency | Houston, TX |
| Miami Agency | Miami, FL |
| Los Angeles Rep Office | Los Angeles, CA |
| O'Connor & Associates | Chicago, IL |
| KK & Company | Chicago, IL |
| SG Warburg Holdings (USA) Inc. | New York, NY |

10. Continuation of Employee Insurance During Absences

| Type of Absence | Time Limit |
| --- | --- |
| Temporary Layoff or Leave of Absence | To the end of the policy month following the policy month in which the layoff or leave of absence begins. |

FULCL00309

SECTION    - POLICY SPECIFICATIONS (continued)

10. Continuation of Employee Insurance During Absences

| Type of Absence | Time Limit |
| --- | --- |
| Temporary Layoff or Leave of Absence | To the end of the policy month following the policy month in which the layoff or leave of absence begins. |

FULCL00308

SECTION   - POLICY SPECIFICATIONS (continued)

Initial Premium Rates

OPTION A

Monthly Premium:   .21% of total covered payroll per month.

OPTION B

Monthly Premium:   .34% of total covered payroll per month.

OPTION C

Monthly Premium:   .26% of total covered payroll per month.

"Total covered payroll" is the total amount of basic monthly earnings for which all employees are insured under this policy.

Rate Guarantee (replaces the initial rate guarantee shown in Section VII of this policy)

No change in premium rates will become effective prior to January 1, 1995 unless:

1.   the eligibility and/or benefits are changed; or

2.   the number of insured employees changes by 25% or more; or

3.   a subsidiary, division or affiliate is added to this policy.

If any of the above events occurs, the premium rates may be changed.   After such a premium rate change has been made, any further changes will be made according to the Premium section of this policy.

FULCL00307

## SECTION II - DEFINITIONS

For the purposes of this policy:

"Active employment" means the employee must be working:

1.  for the employer on a full-time basis and paid regular earnings (temporary or seasonal employees are excluded);

2.  at least the minimum number of hours shown in the policy specifications; and either

3.  at the employer's usual place of business; or

4.  at a location to which the employer's business requires the employee to travel.

"Annual enrollment period" means the period before each policy anniversary date so designated by the Policyholder and the Company.

"Basic monthly earnings"--As defined in the policy specifications.

"Certificate" means a written statement prepared by the Company including the confirmation of Benefits Election and all riders and supplements, if any, setting forth a summary of:

1.  the insurance benefits to which an employee is entitled;

2.  to whom the benefits are payable; and

3.  limitations or requirements that may apply.

"Disability" or "disabled" - see last page of Section II.

"Disability benefits," when used with the term retirement plan, means money which:

1.  is payable under a retirement plan due to disability as defined in that plan; and

2.  does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction, it will be deemed a retirement benefit as defined in this policy.)

"Eligibility date" means the date an employee becomes eligible for insurance under this policy. Classes eligible are shown in the policy specifications.

"Elimination period" means a period of consecutive days of disability for which no benefit is payable. The elimination period is shown in the policy specifications and begins on the first day of disability.

> Note: If disability stops during the elimination period for any 30 (or less) days, then the disability will be treated as continuous. But days that the insured is not disabled will not count toward the elimination period.

FUL.CL.00306

## SECTION II - DEFINITIONS (continued)

"Employee" means a person in active employment with the employer.

"Employer" means the policyholder and includes any division, any subsidiary or any affiliated company named in the policy specifications.

"Enrollment period" means the initial enrollment period or any annual enrollment period.

"Evidence of insurability" means a statement or proof of an employee's medical history upon which acceptance for insurance will be determined by the Company.

"Family status change" means one of the following events:

1.    the employee's marriage or divorce;

2.    the birth of a child of the employee;

3.    the adoption of a child by the employee;

4.    the death of the employee's spouse or child;

5.    the commencement or termination of employment of the employee's spouse;

6.    the change from part-time employment to full-time employment by the employee or the employee's spouse;

7.    the change from full-time employment to part-time employment by the employee or the employee's spouse; or

8.    the taking of unpaid leave of absence by the employee or the employee's spouse.

"Grace period" is the 31 days following a premium due date during which premium payment may be made.

"Gross monthly benefit" means the insured's benefit amount before any reduction for other income benefits and earnings.

"Home office" means First UNUM Life Insurance Company, Christiania Building, Third Floor, 120 White Plains Road, Tarrytown, New York 10591.

"Initial enrollment period" means one of the following periods during which an employee may first make written application for coverage under this policy:

1.    for an employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the policyholder and the Company.

FULCL00305

SEC .ON II - DEFINITIONS (continu. .)

    2.    for an employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his eligibility date.

"Injury" means bodily injury resulting directly from an accident and independently of all other causes. The injury must occur while the employee is insured and disability must begin within 30 days of the injury. But any disability which begins after this policy terminates will not be covered if the insured becomes eligible for coverage under any other group long term disability policy or any other arrangement.

Exception:  Any disability which begins more than 30 days after an injury will be considered a sickness for the purpose of determining benefits under this policy.

"Insured" means an employee insured under this policy.

"Male pronoun" whenever used includes the female.

"Monthly Benefit" means the amount payable by the Company to the disabled insured.

"Physician" means a person who is:

    1.    operating within the scope of his license; and either

    2.    licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

    3.    legally qualified as a medical practitioner and required to be recognized, under this policy for insurance purposes, according to the insurance statutes or the insurance regulations of the governing jurisdiction.

    It will not include an employee or his spouse, daughter, son, father, mother, sister or brother.

"Policy Specifications" is the document showing the eligible classes, the amounts of insurance and other relevant information pertaining to the plan of insurance applied for by the policyholder.  This document, designated Section I, is attached to and is part of this policy.

FUL.CL.00304

SEC .ON II - DEFINITIONS (continu..)

"Retirement benefits", when used with the term retirement plan, means money which:

1.  is payable under a retirement plan either in a lump sum or in the form of periodic payments;

2.  does not represent contributions made by an employee; and

> Note: payments which represent employee contributions are deemed to be received over the employee's expected remaining life regardless of when such payments are actually received.

3.  is payable upon:

    a.  early or normal retirement; or

    b.  disability if the payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred.

    > Note:  The following early retirement benefits are not considered retirement benefits under the policy:

    i    those which the insured receives because the retirement plan compels their receipt; and

    ii   those which reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan.

"Retirement plan" means a plan which provides retirement benefits to employees and which is not funded wholly by employee contributions.  The term shall not include a profit-sharing plan, a thrift plan, an individual retirement account (IRA), a tax sheltered annuity (TSA), a stock ownership plan, or a non-qualified plan of deferred compensation.

"Sickness" means illness or disease.  It will include pregnancy unless excluded in the General Exclusions section of this policy.  The disability must begin while the employee is insured under this policy.

"Waiting period," as shown in the policy specifications, means the continuous length of time an employee must serve in an eligible class to reach his eligibility date.

FULCL00303

SECTION  , - ELIGIBILITY AND EFFECTI  _ DATES

A.  ELIGIBLE CLASSES

The classes eligible for insurance are shown in the policy specifications.

B.  ELIGIBILITY DATE

An employee in an eligible class will be eligible for insurance on the later of:

1.  the policy effective date; or

2.  the day after the employee completes the waiting period.

If a former employee is rehired within one year of the date his employment terminated, his previous service in an eligible class will apply toward the waiting period to determine that employee's eligibility date.

C.  ENROLLMENT

An employee may enroll or change coverage only during an enrollment period or because of a family status change as follows.

1.  Initial Enrollment Period

During the initial enrollment period an employee can enroll in any one coverage option based upon the eligibility shown in the Policy Specifications.  If an employee does not choose any coverage option he will automatically be enrolled in Option A. *

2.  Annual Enrollment Period

During each annual enrollment period, the employee may choose one of the following for the next policy year:

a.  a decrease in coverage;

b.  an increase in coverage by one level; or

c.  to keep his coverage at the same level.

If the employee fails to apply during any annual enrollment period:

a.  he will continue to be insured for the same coverage option during the next policy year; and

b.  no change in that coverage can be made during the next policy year except when the employee has a family status change.

3.  Family Status Change

When an employee has a family status change, he may:

a.  decrease his coverage;

b.  increase his coverage one level; or

c.  keep his coverage at the same level.

L-EFF-1 (1/1/96)

FULCL00302

## SEC .ON II - DEFINITIONS (continu. .)

"Disability" and "disabled" mean that because of injury or sickness:

1.    the insured cannot perform each of the material duties of his regular
      occupation; and

2.    after benefits have been paid for 24 months, the insured cannot perform
      each of the material duties of any gainful occupation for which he is
      reasonably fitted, taking into consideration training, education or ex-
      perience, as well as prior earnings.


For employees employed as airplane pilots, co-pilots and crew members

"Disability" and "disabled" mean that because of injury or sickness the insured
cannot perform each of the material duties of any gainful occupation for which
he is reasonably fitted by training, education or experience.  The loss of a pilot's
license for any reason does not, in itself, constitute disability.

FULCL00301

L-DEF-5 (1/1/96)

SECTION III – ELIGIBILITY AND EFFECTIVE DATES (continued)

The employee must apply for the change in coverage within 31 days of the date of the family status change. Such changes must be on account of and consistent with the reason that the change was permitted. A change is consistent with a family status change only if the change is necessary or appropriate as the result of the family status change.

4.  Rehired Employees

    If a former employee is rehired by the employer within the same policy year that his employment terminated:

    a.  he will be insured for the same coverage that was in effect for him on the date his employment terminated; and

    b.  no change in the coverage may be made during the rest of that policy year, except when the employee has a family status change.

D. EFFECTIVE DATES OF INSURANCE

1.  Insurance will be effective at 12:01 a.m. on the day determined as follows, but only if the employee's written application for insurance is:

    a.  made with the Company through his employer; and

    b.  on a form satisfactory to the Company.

2.  For Coverage Applied For During Initial Enrollment Periods:

    a.  An employee in eligible Group 1, will be insured for Option A on his date of eligibility.

    b.  An employee in eligible Group 2, will be insured for Option C on his date of eligibility.*

    c.  An employee will be insured for any other coverage option on the later of these dates:

        i.  the employee's date of eligibility if he applies before that date; or

        ii. the date the employee applies if he does it on or before the 31st day after his date of eligibility.

    An employee who does not apply for any other coverage option on or before the 31st day after his eligibility date may not make a change until the next annual enrollment period or following a family status change.

3.  For Coverage Applied For During Annual Enrollment Periods:

    An employee will become insured for the selected coverage on the first day of the next policy year.

FULCL00300

L-EFF-2 (1/1/96)

SECTION III - E. .GIBILITY AND EFFECTIVE DA. .S (continued)

4.   For Coverage Applied For Because Of A Family Status Change:

An employee will be insured for the selected coverage on the later of the following dates, provided he applies on or before the 31st day after the family status change:

a.   the date of the family status change; or

b.   the date the employee applies for the change in coverage.

5.   Delayed Effective Date For Insurance

The effective date of any initial, increased or additional insurance will be delayed for an employee if he is not in active employment because of a disability on the date that insurance would otherwise be effective. The initial, increased or additional insurance will start on the date that person returns to active employment.

FULCL00299

L-EFF-3 (1/1/96)

## SECTION IV - BENEFITS

### DISABILITY

When the Company receives proof that an insured is disabled due to sickness or injury and requires the regular attendance of a physician, the Company will pay the insured a monthly benefit after the end of the elimination period. The benefit will be paid for the period of disability if the insured gives to the Company proof of continued:

1. disability; and

2. regular attendance of a physician.

The proof must be given upon request and at the insured's expense.

The monthly benefit will not:

1. exceed the insured's amount of insurance; nor

2. be paid for longer than the maximum benefit period.

The amount of insurance and the maximum benefit period are shown in the policy specifications.

### MONTHLY BENEFIT

The monthly benefit will be an amount of insurance shown in the Policy Specifications.

The benefit payable will never be less than the minimum monthly benefit shown in the policy specifications.

Proof of the insured's monthly earnings must be given to the Company on a quarterly basis. Benefit payments will be adjusted upon receipt of this proof of earnings.

### OTHER INCOME BENEFITS

Other income benefits means those benefits as follows:

1. The amount for which the insured is eligible under:

    a. Workers' or Workmen's Compensation Law;

    b. occupational disease law; or

    c. any other act or law of like intent.

2. The amount of any disability income benefits for which the insured is eligible under any compulsory benefit act or law.

3. The amount of any disability income benefits for which the insured is eligible under:

FULCL00298

## SECTION IV - BENEFITS (continued,

a. any other group insurance plan of your employer; *

b. any governmental retirement system as a result of his job with the employer.

4. The amount of disability benefits and/or retirement benefits received by the insured under the employer's retirement plan.

   As used here, "received" does not include any amount rolled over or transferred to any eligible retirement plan as that term is defined in Section 402 of the Internal Revenue Code and any future amendments which affect the definition of an eligible retirement plan.

5. The amount of disability or retirement benefits under the United States Social Security Act, The Canada Pension Plan, or The Quebec Pension Plan, or any similar plan or act, as follows:

   a. disability benefits for which:

      i. the insured is eligible; and

      ii. his spouse, child or children are eligible because of his disability; or

   b. retirement benefits received by:

      i. the insured; and

      ii. his spouse, child or children because of his receipt of the retirement benefits.

These other income benefits, except retirement benefits, must be payable as a result of the same disability for which this policy pays a benefit.

Item 5.b. will not apply to disabilities which begin after age 70 for those insureds already receiving Social Security retirement benefits while continuing to work beyond age 70.

Benefits under item 5.a above will be estimated if such benefits:

1. have not been awarded; and

2. have not been denied; or

3. have been denied and the denial is being appealed.

The monthly benefit will be reduced by the estimated amount. But, these benefits will not be estimated provided that the insured:

1. applies for benefits under item 5.a; and

2. requests and signs the Company's Agreement Concerning Benefits.

---

* Special

L-BEN-2 (1/1/96)

FULCL00297

01/13/00   THU 10:26 F     126812902        FIRST UNUM
01/13/00   THU 08:19 FA   14 524 6820        FIRST UNUM

## SECTION IV - BENEFITS (continued)

This agreement states that the insured promises to repay the Company any overpayment caused by an award received under item 5.a.

If benefits have been estimated, the monthly benefit will be adjusted when the Company receives proof:

1.  of the amount awarded; or

2.  that benefits have been denied and the denial is not being appealed.

In the case of 2. above, a lump sum refund of the estimated amounts will be made.

"Law," "plan," or "act" means the initial enactment and all amendments.

## COST OF LIVING FREEZE

After the first deduction for each of the other income benefits, the monthly benefit will not be further reduced due to any cost of living increases payable under these other income benefits.

## LUMP SUM PAYMENTS

Other income benefits which are paid in a lump sum will be prorated on a monthly basis over the time period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over the insured's expected lifetime as determined by the Company.

## TERMINATION OF DISABILITY BENEFITS

Disability benefits will cease on the earliest of: *

1.  the date the insured is no longer disabled;

2.  the date the insured dies;

3.  the end of the maximum benefit period.

## REHABILITATIVE EMPLOYMENT *

"Rehabilitative employment" means work in any gainful occupation for which the insured is reasonably fitted by training, education or experience.

If the insured is disabled from his regular occupation, but accepts rehabilitative employment within 31 days of receiving disability benefits, the Company will keep paying the monthly benefit. But after the first 24 months of disability benefit payments, 60% of the money earned from rehabilitative employment will be deducted from the monthly benefit. While the insured is in rehabilitative employment, the monthly benefit will be paid for up to the earlier of:

1.  24 months; or

2.  the end of the maximum benefit period.

---

* Special

L-BEN-3 (1/1/99)(Rev)

FULCL00296

SECTION IV - BENEFITS (continued)

## RECURRENT DISABILITY

"Recurrent disability" means a disability which is related to or due to the same cause(s) of a prior disability for which a monthly benefit was payable.

A recurrent disability will be treated as part of the prior disability if, after receiving disability benefits under this policy, an insured:

1.   returns to his regular occupation on a full-time basis for less than six months; and

2.   performs all the material duties of his occupation.

Benefit payments will be subject to the terms of this policy for the prior disability.

If an insured returns to his regular occupation on a full-time basis for six months or more, a recurrent disability will be treated as a new period of disability. The insured must complete another elimination period.

In order to prevent overinsurance because of duplication of benefits, benefits payable under this Recurrent Disability provision will cease if benefits are payable to the insured under any other group long term disability policy.

## SURVIVOR BENEFIT

The Company will pay a benefit to the eligible survivor when proof is received that an insured died:

1.   after disability had continued for 180 or more consecutive days; and

2.   while receiving a monthly benefit.

The benefit will be an amount equal to three times the insured's gross monthly benefit.

If payment becomes due to the insured's children, payment will be made to:

1.   the children; or

2.   a person named by the Company to receive payments on the children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

"Eligible survivor" means the insured's spouse, if living, otherwise the insured's children under age 25.  But, if there are no eligible survivors, payment will be made to the insured's estate.

FULCL00295

SECTION IV - BENEFITS (continued)

## GENERAL EXCLUSIONS

This policy does not cover any disability due to:

1.  war, declared or undeclared, or any act of war;

2.  intentionally self-inflicted injuries;

3.  active participation in a riot.

## PRE-EXISTING CONDITION EXCLUSION

This policy will not cover any disability:

1.  caused by, contributed to by, or resulting from a pre-existing condition; and

2.  which begins in the first 12 months after an insured's effective date.

A "pre-existing condition" means a sickness or injury for which the insured received medical treatment, consultation, care or services including diagnostic measures, or had taken prescribed drugs or medicines in the three months prior to the insured's effective date.

The following applies to employees who increase their coverage during any annual enrollment period or at family status change.

This policy will not cover the increase in the amount of coverage for any disability:

1.  caused by, contributed to by, or resulting from a pre-existing condition; and

2.  which begins in the first 12 months after the effective date of the increased coverage.

A "pre-existing condition" means a sickness or injury for which the insured received medical treatment, consultation, care or services including diagnostic measures, or had taken prescribed drugs or medicines in the three months prior to the effective date of the increased coverage.

## MENTAL ILLNESS LIMITATION

Benefits for disability due to mental illness will not exceed 24 months of monthly benefit payments unless the insured meets one of these situations.

1.  The insured is in a hospital or institution at the end of the 24-month period. The monthly benefit will be paid during the confinement.

    If the insured is still disabled when he is discharged, the monthly benefit will be paid for a recovery period of up to 90 days.

FUL.CL.00294

SECTION IV - BENEFITS (continued)

If the insured becomes reconfined during the recovery period for at least 14 days in a row, benefits will be paid for the confinement and another recovery period up to 90 more days.

2.  The insured continues to be disabled and becomes confined:

    a.  after the 24-month period; and

    b.  for at least 14 days in a row.

    The monthly benefit will be payable during the confinement.

The monthly benefit will not be payable beyond the maximum benefit period.

"Hospital" or "institution" means facilities licensed to provide care and treatment for the condition causing the insured's disability.

"Mental illness" means mental, nervous or emotional diseases or disorders of any type.

CONTINUITY OF COVERAGE UPON TRANSFER OF INSURANCE CARRIERS

In order to prevent loss of coverage for an employee because of a transfer of insurance carriers, this policy will provide coverage for certain employees as follows.

Failure to be in Active Employment Due to Injury or Sickness

This policy will cover, subject to premium payments, employees:

1.  insured with the prior carrier at the time of transfer; and

2.  who are not in active employment due to injury or sickness.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

Disability due to a Pre-existing Condition

Benefits may be payable for a disability due to a pre-existing condition for an employee who:

1.  was insured by the prior carrier at the time of transfer; and

2.  was in active employment and insured under this policy on its effective date.

The employee must satisfy the pre-existing condition exclusion under:

1.  this policy; or

2.  the prior carrier's policy, giving consideration towards continuous time insured under both policies.

The benefit will be determined according to this policy's benefit schedule, but it will not exceed the prior carrier's benefit percentage, cost of living adjustment

FULCL00293

L-BEN-6 (1/1/96)

## SECTION IV - BENEFITS (continued)

benefit and maximum monthly benefit.   No benefit will be paid if the employee
cannot satisfy the pre-existing condition exclusion of 1. or 2. above.

FULCL00292

## SECTION V - TERMINATION PROVISIONS

### A. TERMINATION OF EMPLOYEE'S INSURANCE

An employee will cease to be insured on the earliest of the following dates:

1. the date this policy terminates;

2. the date the employee is no longer in an eligible class;

3. the date the employee's class is no longer included for insurance;

4. the last day for which any required employee contribution has been made;

5. the date employment terminates. Cessation of active employment will be deemed termination of employment, except:

   a. the insurance will be continued for a disabled employee during:

      i. the elimination period; and

      ii. while benefits are being paid.

   b. the employer may continue the employee's insurance by paying the required premiums, subject to the following:

      i. Insurance may be continued for the time shown in the policy specifications for an employee:

         a) temporarily laid off; or

         b) given leave of absence.

      ii. The employer must act so as not to discriminate unfairly among employees in similar situations.

### B. TERMINATION OF POLICY

1. Termination of this policy under any conditions will not prejudice any payable claim which occurs while this policy is in force.

2. If the policyholder fails to pay any premium within the grace period, this policy will automatically terminate at 12:00 midnight of the last day of the grace period. The policyholder may terminate this policy by advance written notice delivered to the Company at least 31 days prior to the termination date. But, this policy will not terminate during any period for which premium has been paid. The policyholder will be liable to the Company for all premiums due and unpaid for the full period for which this policy is in force.

3. The Company may terminate this policy on any premium due date by giving written notice to the policyholder at least 31 days in advance if:

   a. the number of employees insured is less than 30; or

   b. less than 100% of the employees eligible for any noncontributory insurance are insured for it; or

   c. less than 75% of the employees eligible for any contributory insurance are insured for it; or

FULCL00291

L-TERM-1 (1/1/96)