### SECTION V - TERMINATION PROVISIONS

    d.  the policyholder fails:

          i.  to furnish promptly any information which the Company may reasonably require; or

         ii.  to perform any other obligations pertaining to this policy.

   4.  Termination may take effect on an earlier date when both the policyholder and the Company agree.

**C.  TERMINATION OF COVERAGE OPTION**

   1.  The Company reserves the right to set a participation requirement for each coverage option and to terminate that coverage option if those participation requirements are not met.

L-TERM-2 (1/1/96)

FULCL00290

## SECTION VI - GENERAL POLICY PROVISIONS

A. **STATEMENTS**

All statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the policyholder in applying for this policy will make it void unless the representation is contained in the application; or

2. any employee in applying for insurance under this policy will be used to reduce or deny a claim unless a copy of the application for insurance is or has been given to the employee.

B. **COMPLETE CONTRACT - POLICY CHANGES**

1. This policy is the complete contract. It consists of:

   a. all of the pages;

   b. the policy specifications;

   c. each employee's application for insurance (employee retains his own copy).

2. This policy may be changed in whole or in part. Only an officer or a registrar of the Company can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. Any other person, including an agent, may not change this policy or waive any part of it.

C. **EMPLOYEE'S CERTIFICATE**

The Company will provide a certificate to the policyholder for delivery to each insured. If the terms of a certificate and this policy differ, this policy will govern.

D. **FURNISHING OF INFORMATION - ACCESS TO RECORDS**

1. The employer will furnish at regular intervals to the Company:

   a. information relative to employees:

      i. who qualify to become insured;

      ii. whose amounts of insurance change; and/or

      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The employer's records which, in the opinion of the Company, have a bearing on the insurance will be opened for inspection by the Company at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an employee of insurance;

FULCL00289



SECTION VI - GENERAL POLICY PROVISIONS

    b.  affect an employee's amount of insurance; or

    c.  effect or continue an employee's insurance which otherwise would not be in force.

## E.  MISSTATEMENT OF FACTS

If relevant facts about any employee were not accurate:

1. a fair adjustment of premium will be made; and

2. the true facts will decide if and in what amount insurance is valid under this policy.

## F.  NOTICE AND PROOF OF CLAIM

1. Notice

    a.  Written notice of claim must be given to the Company within 30 days of the date disability starts, if that is possible.  If that is not possible, the Company must be notified as soon as it is reasonably possible to do so.

    b.  When the Company has the written notice of claim, the Company will send the insured its claim forms.  If the forms are not received within 15 days after written notice of claim is sent, the insured can send the Company written proof of claim without waiting for the form.

2. Proof

    a.  Proof of claim must be given to the Company.  This must be done no later than 90 days after the end of the elimination period.

    b.  If it is not possible to give proof within these time limits, it must be given as soon as reasonably possible.

    c.  Proof of continued disability and regular attendance of a physician must be given to the Company within 30 days of the request for the proof.

    d.  The proof must cover:

       i.   the date disability started;

      ii.  the cause of disability; and

     iii.  how serious the disability is.

## G.  EXAMINATION

The Company, at its own expense, will have the right and opportunity to have an employee, whose injury or sickness is the basis of a claim:

1. examined by a physician, other health professional, or vocational expert of its choice; and/or

2. interviewed by an authorized Company representative.

This right may be used as often as reasonably required.

FULCL00288

SECTION VI - GENERAL POLICY PROVISIONS

H. LEGAL PROCEEDINGS

A claimant or the claimant's authorized representative cannot start any legal action:

1.  until 60 days after proof of claim has been given; nor

2.  more than 3 years after the time proof of claim is required.

I. TIME OF PAYMENT OF CLAIMS

When the Company receives proof of claim, benefits payable under this policy will be paid monthly during any period for which the Company is liable.

J. PAYMENT OF CLAIMS

All benefits are payable to the employee. But if a benefit is payable to an employee's estate, an employee who is a minor, or an employee who is not competent, the Company has the right to pay up to $1,000 to any of the employee's relatives whom the Company considers entitled. If the Company pays benefits in good faith to a relative, the Company will not have to pay such benefits again.

K. WORKERS' OR WORKMEN'S COMPENSATION

This policy is not in lieu of, and does not affect, any requirement for coverage by workers' or workmen's compensation insurance.

L. AGENCY

For all purposes of this policy, the policyholder acts on its own behalf or as agent of the employee. Under no circumstances will the policyholder be deemed the agent of the Company.

FULCL00287

## SECTION VII - PREMIUMS

### A. PREMIUM RATES

The initial premium is determined on the basis of the rates shown in the policy specifications.

The Company may establish new rates for the computation of all future premiums as well as the one then due:

1. when the terms of this policy are changed;

2. when a division, subsidiary, or affiliated company is added to this policy; or

3. for reasons other than 1. and 2. above, such as, but not limited to a change in factors bearing on the risk assumed. But, the rates may not be changed within the first 12 months following the policy effective date.

No premium may be increased unless the Company notifies the employer at least 31 days in advance of the increase. Premium increases may take effect on an earlier date when both the Company and the employer agree.

### B. PAYMENT OF PREMIUMS

1. Premium payment calculations:

   a. will be based on the coverage provided under this policy; and

   b. are determined by the covered payroll as shown in the policy specifications.

2. All premiums due under this policy, including adjustments, if any, are payable by the employer on or before their respective due dates at the Company's home office. The due dates are specified on the first page of this policy.

3. Premiums payable to the Company will be paid in United States dollars.

4. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

5. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only and will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of Employee's Insurance" section of this policy.

6. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a pro rata adjustment on the next premium due date.

7. Except for fraud, premium adjustments, refunds or charges will be made for only:

   a. the current policy year; and

   b. the prior policy year.

FULCL00286

## SECTION VII - PREMIUMS

### C. WAIVER OF PREMIUM

Premium payments for an employee are waived during any period for which benefits are payable.   Premium payments may be resumed following a period during which they were waived.

FULCL00285

L-PREM-2  (1/1/96)


**UNUM.**

## APPLICATION FOR GROUP LONG TERM DISABILITY INSURANCE

Name of Applicant: __Swiss Bank Corporation__

Address: __Box 395, Church Street Station__
(Street)

__New York__          __N.Y.__                              __10008__
(City)                (State)                              (Zip)

applies to the First UNUM Life Insurance Company, for **group long term disability coverage.**

If the Insurance Company approves this application, a policy will be issued. The applicant agrees that acceptance of the policy will be an approval of the policy terms. The Policy Specifications will be made a part of the policy along with a copy of this form.

Policy Effective Date __January 01, 1993__

Dated at __November 10, 1992__                    **Swiss Bank Corporation**
                                                 (Applicant)

on __November 10,__                __19 92__     By: _____
                                                 (Signature and Title)
                                                 Richard J. Hille        Robert L. Basso
                                                 Vice President          Assistant Vice President

_____                         _____
(Agent or Broker Signature)                      (Witness Signature)

FULCL00284

NY584-81 (2/82)                                                      (12/91)


**UNUM.**

## APPLICATION FOR GROUP LONG TERM DISABILITY INSURANCE

Name of Applicant: ___Swiss Bank Corporation___

Address: ___Box 395, Church Street Station___
(Street)

___New York___                    ___N.Y.___                        ___10008___
(City)                          (State)                          (Zip)

applies to the First UNUM Life Insurance Company, for **group long term disability coverage.**

If the Insurance Company approves this application, a policy will be issued. The applicant agrees that acceptance of the policy will be an approval of the policy terms. The Policy Specifications will be made a part of the policy along with a copy of this form.

Policy Effective Date ___January 01, 1993___

Dated at ___November 10, 1992___                    ___Swiss Bank Corporation___
                                                                    (Applicant)

on ___November 10,___      19 ___92___    By: _____
                                                                    (Signature and Title)
                                            Richard J. Hille            Robert L. Basso
                                            Vice President              Assistant Vice President

_____                      _____
(Agent or Broker Signature)                              (Witness Signature)

FULCL00283

First UNUM Life Insurance Company

## AMENDMENT 9

This Amendment forms a part of the Group Policy 541136-001 issued to UBS AG, the Policyholder.

**Who is eligible for Disability Plus coverage?**

You must be insured under the UNUM Long Term Disability (LTD) plan to be eligible for the additional disability coverage described in this amendment. All of the policy definitions apply to the coverage as well as policy provisions specified in this amendment.

**When will this coverage become effective?**

You will become insured for Disability Plus coverage on the later of:

- the effective date of this amendment; or
- your effective date under the LTD plan.

Disability Plus coverage will continue as long as this Amendment is in effect and you are insured under the LTD plan.

**Who pays for the Disability Plus coverage?**

Your employer pays the cost of your coverage.

**When will you be eligible to receive Disability Plus benefits?**

We will pay a monthly Disability Plus benefit to you when we receive proof you are disabled under this amendment and are receiving monthly payments under the LTD plan. Disability Plus benefits will begin at the end of the elimination period shown in the LTD plan.

You are disabled under this amendment when UNUM determines that due to sickness or injury:

- you lose the ability to safely and completely perform 2 Activities of daily living without another person's assistance or verbal cueing; or
- you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of other

**"Activities of Daily Living" means:**

1. Bathing - the ability to wash yourself either in the tub or shower or by sponge bath with or without equipment or adaptive devices.
2. Dressing - the ability to put on and take off all garments and medically necessary braces or artificial limbs usually worn.
3. Toileting - the ability to get to and from and on and off the toilet to maintain a reasonable level of personal hygiene, and to care for clothing.
4. Transferring  - the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or

FUL.CL.00282

5. Continence - the abili    to either:
    a. voluntarily contro bowel and bladder function; or
    b. if incontinent, be able to maintain a reasonable level of
       personal hygiene.
6. Eating - the ability to get nourishment into the body.

**How much will UNUM Pay If you Are Disbled?**

The Disability Plus benefit is 20% of monthly earnings to a maximum monthly benefit of the lesser of the LTD plan maximum monthly benefit or $5,000.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Other Income Benefits.

**What Exclusions and Limitations apply to Disability Plus?**

All the policy provisions that exclude or limit coverage will apply to this Disability Plus Amendment.

For Disability Plus coverage you will be considered to have a pre-existing condition if:

- you received medical treatment, consultation, care or services
  including diagnostic measures or took prescribed drugs or medicines
  in the 3 months just prior to your effective date under this
  amendment; and

- the disability begins in the first 12 months after your effective
  date under this amendment.

This amendment will not cover a loss of activities of daily living or cognitive impairment that exists on your effective date of coverage.

**What Claims Information is Needed for Disability Plus?**

The LTD claim information section under the policy applies to Disability Plus coverage.  We may ask you to be examined, at our expense, by a physician or other medical practitioner of our choice.  We may also require an interview with you.

**When will Disability Plus Benefit Payments End?**

Benefit payments will end on the earliest of the following dates:

1.   the date you are no longer disabled under the Amendment;

2.   the date you become ineligible for monthly payments under the LTD plan;

3.   the end of the maximum period of payment shown in the LTD plan; or

4.   the date you die.

No survivor benefits are payable under the Disability Plus coverage.

FULCL00281

**What is the Waiver of Premium for Disability Plus?**

Premium for the Disability Plus coverage is not required while you are receiving monthly payments under the LTD plan.

**Does Continuity of Coverage apply?**

All of the policy Continuity of Coverage provisions will apply to this Disability Plus Amendment.

The effective date of this amendment is January 1, 1999.  Only the policy's General Policy Provisions and definitions will apply unless modified in this amendment.

Signed for the Company at Tarrytown, New York

By _Colleen Svader_

Registrar

If this amendment is unacceptable, please sign below and return this amendment to First UNUM Life Insurance Company at Tarrytown, New York within 90 days of February 26, 1999.

YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.

**UBS AG**
Policyholder

By_____
Signature and Title of Officer

FULCL00280

DIS-3

Page: 1 Document Name: DELL

```
DACPDPSB                    ON-LINE INQUIRY                        08/15/00
NEXT TRAN DPSE              CLAIMS - BASIC DATA         **MORE   PAGE: 01
GROUP:  00 541136    DIV: 0101    AS OF DT: 02/22/2000    # TERM DIV: 001
PH LANG: en US DIV LANG: en US   CUST SVC OFF: PORT   # ACT/PENDED DIV: 001
NAME1: UBS AG                        BL                   EFF DT: 010193
NAME2:                                            TERMINATION DT:
ADDR1: 677 WASHINGTON BLVD                        ANNIVERSARY DT: 010101
ADDR2: PO BOX 120300                              POLICY LIVES: 04394
CITY:  STAMFORD          STATE: CT   ZIP: 06912-0300   COUNTRY: USA
ADMIN CORRES: JULIA BOGDON              CLMS OFF: LTD EASTERN REGIO
     TITLE:                                   EBO: NEW YORK
     PHONE: 203 719 6872  SITUS: NEW YORK     INS TYPE: LTD
  BILL TYPE: SELF-ACCOUNTING   EOI IND: N/A RP VER: FLEX SELF ACCOUNTING
  BILL MODE: MONTHLY     CONTRACT SERIES: XLL    BLK BSS: 070
  SALES REP: LANZA,DIANA L                SUB TYPE:
  OTHER POLS: STD455786                           SIC CODE: 6099
PRIOR CARIER:                       STAT LOC: CONNECTICUT
------------------------------------------------------------------------
BROKER #    BROKER NAME                     LANGUAGE   TELEPHONE
   12786    William H Dodd                  en US    212 571 3620
  102500    Peter H Dodd                    en US    212 571 3620
   12786    William H Dodd                  en US    212 571 3620
PF3=MAIN MENU   PF5=PAGE BACK   PF6=PAGE FORWARD   PF7=CONTR PROV   PF8=ELIG/BEN
```

FULCL00279

Date: 8/15/2000 Time: 08:18:10 AM

Page: 1 Document Name: DELL

```
DACPDPSE                      ON-LINE INQUIRY                      08/15/00
NEXT TRAN DPSC            CLAIMS - ELIGIBILITY/BENEFITS    ***MORE PAGE 01
GROUP: 00 541136       DIV: 0101   AS OF DT: 02/22/2000  VIEW: 04
LIFE/ADD ___ WI ___ DENTAL ___  LTD/LTC X__
OVERALL ELIG: ALL FULL TIME ACTIVE ELIGIBLE EMPLOYEES
RETIREE COV?: CLASS:   REDUCTION:     EFF DT: 010193 ANN EN FROM:    TO:
  PRODUCT
GROUP      PEG   CLS  DESCRIPTION OF ELIGIBILITY AND BENEFITS
LTD        001    1    Group 1:  Option A and B is for Full-Time Employees
LTD XLL SERIES
LTD        002    1    Group 2: Option C is for All Full-Time Employees with
LTD XLL SERIES        Employer Sponsored Individual Disability Coverage
```

**PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=CONTR PROVS**
**PF10=NEXT VIEW**

FULCL00278

Date: 8/15/2000 Time: 08:18:12 AM

Page: 1 Document Name: DELL

```
DACPDPSE                        ON-LINE INQUIRY                      08/15/00
NEXT TRAN DPSC              CLAIMS - ELIGIBILITY/BENEFITS            PAGE 02
GROUP: 00 541136        DIV: 0101    AS OF DT: 02/22/2000  VIEW: 04
LIFE/ADD ___ WI ___ DENTAL ___  LTD/LTC X__
OVERALL ELIG: ALL FULL TIME ACTIVE ELIGIBLE EMPLOYEES
RETIREE COV?: CLASS:    REDUCTION:      EFF DT: 010193 ANN EN FROM:      TO:
  PRODUCT
GROUP        PEG        DESCRIPTION OF ELIGIBILITY AND BENEFITS
LTD          001        Group 1:  Option A and B is for Full-Time Employees
                        ** FLEX LTD
                        CERT OF COV       NO-NAME
                        COVERED PAYROLL   NOT AVAILABLE
                   _    ADMINISTRATIVE LETTER NOTES        YES

LTD          002        Group 2: Option C is for All Full-Time Employees with
                        Employer Sponsored Individual Disability Coverage
                        ** FLEX LTD
                        CERT OF COV       NO-NAME
                        COVERED PAYROLL   $30,000
                   _    ADMINISTRATIVE LETTER NOTES        YES


   PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=CONTR PROVS
                     PF10=NEXT VIEW PF11=ADMIN NOTE
```

FULCL0277

Date: 8/15/2000 Time: 08:18:14 AM

Page: 1 Document Name: DELL

```
DACPDPSC                    ON-LINE INQUIRY                        08/15/0
NEXT TRAN DPSB          CLAIMS - CONTRACTUAL PROVISIONS      ***MORE PAGE 01
GROUP:  00 541136  DIV: 0101    AS OF DT: 02/22/2000  VIEW: 04  ANNIV DT: 01010
LIFE/ADD ____  WI ____  DENTAL ____   LTD/LTC X__
```

| PROVISION | PROVISION VALUE | PEG | CHC | PRODUCT |
|---|---|---|---|---|
| PRESENT EE WAIT | 0 MONTHS | 001 | | FLEX LTD |
| | | 002 | | |
| NEW EE WAIT | 0 MONTHS | 001 | | |
| | 0 DAYS | 002 | | |
| APPLIC WAIT PER | DAY AFTER | 001 | | |
| | | 002 | | |
| EE MIN # HOURS | 30 HOURS | 001 | | |
| | | 002 | | |
| ELIM PER MTHLY | 180 DAYS | 001 | | |
| | | 002 | | |
| ACCUM EP | 30 DAYS | 001 | | |
| | | 002 | | |
| LAYOFF CONT | END OF POL MO FOL POL MO | 001 | | |
| | | 002 | | |

```
PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=ELIG/BEN
                        PF10=NEXT VIEW
```

FULCL00276

Date: 8/15/2000 Time: 08:18:17 AM

Page: 1 Document Name: DELL

```
DACPDPSC                         ON-LINE INQUIRY                    08/15/0
NEXT TRAN DPSB          CLAIMS - CONTRACTUAL PROVISIONS      ***MORE PAGE 02
GROUP:  00 541136  DIV: 0101   AS OF DT: 02/22/2000  VIEW: 04  ANNIV DT: 01010
LIFE/ADD ____  WI ____  DENTAL ____  LTD/LTC X__
```

| PROVISION | PROVISION VALUE | PEG | CHC | PRODUCT |
|---|---|---|---|---|
| BME | SALARY WITH BONUS 12 MO | 001 | | FLEX LTD |
| | ***TEXT*** | 002 | | |
| 1ST BEN % MTHLY | 70% | 001 | 01 | |
| | | 001 | 02 | |
| | 66.6667% | 002 | | |
| MAX MO BEN $ | $7,000 | 001 | 01 | |
| | $15,000 | 001 | 02 | |
| | $20,000 | 002 | | |
| MIN MO BEN % | 10% | 001 | | |
| | | 002 | | |
| MIN MO BEN $ | $100 | 001 | | |
| | | 002 | | |
| MAX MO BEN PER | ADEA I RBD | 001 | | |
| | *DECLINED* | 002 | | |

```
PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=ELIG/BEN
                          PF10=NEXT VIEW      PF12=LIST TEXT
```

FULCL00275

Date: 8/15/2000 Time: 08:18:19 AM

Page: 1 Document Name: DELL

DACPDPSC                        ON-LINE INQUIRY                        08/15/0
NEXT TRAN DPSB          CLAIMS - CONTRACTUAL PROVISIONS    ***MORE PAGE 03
GROUP:  00 541136  DIV: 0101    AS OF DT: 02/22/2000  VIEW: 04  ANNIV DT: 01010
LIFE/ADD ____   WI ____  DENTAL ____   LTD/LTC X__

| PROVISION | PROVISION VALUE | PEG | CHC | PRODUCT |
|---|---|---|---|---|
| BEN REDUCT MO | DIRECT | 001 | | FLEX LTD |
| | | 002 | | |
| EE CONTRIB | YES | 001 | | |
| | | 002 | | |
| DIS DEF MONTHLY | 2 YEAR RESIDUAL | 001 | | |
| | | 002 | | |
| PREGNANCY | FULL | 001 | | |
| | | 002 | | |
| DEF DIS PILOTS | ANY OCCUPATION | 001 | | |
| | | 002 | | |
| PRX PREINS | 3 MONTHS | 001 | | |
| | | 002 | | |
| PRX EXCL | 12 MONTHS | 001 | | |
| | | 002 | | |

PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=ELIG/BEN
                        PF10=NEXT VIEW

FULCL00274

Date: 8/15/2000 Time: 08:18:20 AM

Page: 1 Document Name: DELL

```
DACPDPSC                    ON-LINE INQUIRY                      08/15/0
NEXT TRAN DPSB        CLAIMS - CONTRACTUAL PROVISIONS       ***MORE PAGE 04
GROUP:  00 541136  DIV: 0101    AS OF DT: 02/22/2000  VIEW: 04  ANNIV DT: 01010
LIFE/ADD ___  WI ___  DENTAL ___  LTD/LTC X__
```

| PROVISION | PROVISION VALUE | PEG | CHC | PRODUCT |
|---|---|---|---|---|
| CC PRE-EXISTING | OUR BENEFIT | 001 | | FLEX LTD |
| | | 002 | | |
| CC NOT AT WORK | YES | 001 | | |
| | | 002 | | |
| M&N LIMIT | 24 MONTHS | 001 | | |
| | | 002 | | |
| OIB SOCIAL SEC | PRIMARY & FAM | 001 | | |
| | | 002 | | |
| COST LIVE FRZE | COST OF LIVING | 001 | | |
| | | 002 | | |
| OIB WORKRS COMP | YES | 001 | | |
| | | 002 | | |
| OIB RETIRE PLAN | INTEGRATED PLAN | 001 | | |
| OIB OTHER GR IN | YES | 001 | | |

```
PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=ELIG/BEN
                          PF10=NEXT VIEW
```

FULCL00273

```
DACPDPSC                      ON-LINE INQUIRY                         08/15/0
NEXT TRAN DPSB          CLAIMS - CONTRACTUAL PROVISIONS      ***MORE PAGE 05
GROUP:  00 541136  DIV: 0101    AS OF DT: 02/22/2000  VIEW: 04  ANNIV DT: 01010
LIFE/ADD ___  WI ___  DENTAL ___  LTD/LTC X__
```

| PROVISION | PROVISION VALUE | PEG | CHC | PRODUCT |
|---|---|---|---|---|
| OIB OTHER GR IN | YES | 002 | | FLEX LTD |
| OIB COMPULS BEN | YES | 001 | | |
| | | 002 | | |
| WIB DURATION | 12 MONTHS | 001 | | |
| | | 002 | | |
| WIB OFFSET % | 100% | 001 | | |
| | | 002 | | |
| EARN LEVEL TD | 20% | 001 | | |
| | | 002 | | |
| IPDE % | 10% | 001 | | |
| | | 002 | | |
| IPDE WHEN ADJ | BENEFIT ANNIVERSARY | 001 | | |
| | | 002 | | |
| IPDE # ADJ | BENEFIT DURATION | 001 | | |

PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=ELIG/BEN
                         PF10=NEXT VIEW

FULCL00272

Date: 8/15/2000 Time: 08:18:22 AM

Page: 1 Document Name: DELL

```
DACPDPSC                        ON-LINE INQUIRY                      08/15/0
NEXT TRAN DPSB            CLAIMS - CONTRACTUAL PROVISIONS            PAGE 06
GROUP:  00 541136  DIV: 0101   AS OF DT: 02/22/2000  VIEW: 04  ANNIV DT: 01010
LIFE/ADD ___   WI ___   DENTAL ___   LTD/LTC X__
```

| PROVISION | PROVISION VALUE | PEG | CHC | PRODUCT |
|---|---|---|---|---|
| IPDE # ADJ | BENEFIT DURATION | 002 | | FLEX LTD |
| IPDE < CPI INC | FULL | 001 | | |
| | | 002 | | |
| FACILITY PYMT | $1,000 | 001 | | |
| | | 002 | | |
| CHANGES EFFECT | IMMEDIATELY | 001 | | |
| SURV BN QUALPER | 180 DAYS | 001 | | |
| | | 002 | | |
| SURV BEN GROSS | 3 MONTHS | 001 | | |
| | | 002 | | |
| SURV BEN PAY TO | PAYABLE TO ESTATE | 001 | | |
| | | 002 | | |

**PF3=MAIN MENU PF5=PAGE BACK PF6=PAGE FORWARD PF7=BASIC DATA PF8=ELIG/BEN PF10=NEXT VIEW**

FULCL0271

Date: 8/15/2000 Time: 08:18:23 AM

Clm No      Document  /  Subject

0052111329

   29  Claim for Ernest Dorcely created on 2000-05-19

      (2000-05-23 12:36) Claim Doc -- FILE PLAN  09/15/00 bef closed due to lack of medical

      (2000-05-23 12:45) Claim Doc -- CALLED ER IN REF TO CLAIM

      (2000-05-23 12:47) Claim Doc -- CLAIM IN SELF INS. BIN

      (2000-06-06 14:44) Claim Doc -- CALLED AP

      (2000-06-06 15:06) Claim Doc -- AP SECTION FAXED TO AP ON 06/06/00

      (2000-06-20 15:46) Claim Doc -- CALLED AP OFFICE BACK IN REF TO MEDICAL

      (2000-06-28 08:22) CCC Phone Doc -- CARLA*****advised er we are waiting for ap to send info

      (2000-07-28 09:34) Response -- AP statement, SEE FILE PLAN

      (2000-07-31 11:22) Letter - Claimant Information Requests and Delays - Swiss Bank Benefit Approval Doctor

      (2000-08-08 13:11) Claim Doc -- e mail from portland

      (2000-08-10 10:57) Claim Doc -- 08/09/2000 - need to review this claim again - see fileplan

      (2000-08-11 09:54) Referral - LTD -- Disposition / Rationale for Initial-Ongoing Liability Decision:  EE DX WITH GLAUCOMA I

      (2000-08-11 14:06) Claim Doc -- Copy of claim sent to LTD/ERB ATTN:  Tracey Rutel

      (2000-08-15 09:01) Response -- AP letter Dr Sweroin, see file plan

      (2000-08-16 10:14) Claim Doc -- CALLED AP IN REF TO RTW ABILITY

      (2000-08-16 10:28) Claim Doc -- CALLED ER TO ADVISE OF STATUS

      (2000-08-18 20:30) Letter - Claimant Follow-Up - Claimant Second Request

      (2000-08-23 10:42) Claim Doc -- did requested med come in - if not close clm, as letter indicates?

      (2000-12-20 15:26) CCC Phone Doc -- EE called to advise never rec'd denial of LTD ltr...  AP had advised EE all info had bee

      (2000-12-29 11:11) CCC Phone Doc -- EE called.  Advised medical has not been received.

      (2000-12-29 13:31) Response -- LTD scanning, office notes from dr. swerdin     2 f

      (2001-01-04 13:05) CCC Phone Doc -- EE called to check the status.  I advised that we are reviewing.  EE is requesting a call

      (2001-01-08 17:14) CCC Phone Doc -- EE called to check on status of claim, and I advised that claim is still being referred.  I

      (2001-01-10 09:23) CCC Phone Doc -- EE advised that he is still waiting for a call back.

      (2001-01-11 09:25) CCC Phone Doc -- URGENT- EE is calling for status and I could not find contact name.  This is a Tarryto

      (2001-01-12 11:06) CCC Phone Doc -- EE called to verify status.  Transferred him to Heather Rondeau to assist him because

      (2001-01-12 11:22) Claim Doc -- ******ATTN CCC***********

      (2001-01-18 09:26) Claim Doc -- *****DO NOT LOG ANY MAIL HERE - SEE BELOW****

      (2001-01-25 14:31) Response -- ap info sheet 2f

FULCL00270

Portland Insured STD
WorkFlow

# STD Claim Summary



---

| | | | |
|---|---|---|---|
| Claim Number: | 0052111329 | CoverageType : |  |

Related FMLA Event: ○ Yes ○ No

| | | | |
|---|---|---|---|
| Claimant: | Ernest Dorcely | AutoAssist: | No |
| Policy No: | 00011020 | Segmentation: | |
| Adjustment Claims: | | | |

**Contribution Alert: Employee contribution and/or tax status is inconsistent. Assign to Carla**

| | | | |
|---|---|---|---|
| Received Date: | 05/19/2000 11:33:03 AM | Region: | |
| TCS Received Date: | | | |
| Info Specialist Status: | Claim Resolution | Claims Payor Status: | Closed |
| Info Specialist: | Self Insured | Assigned To: | |
| Resolution Specialist: | | Assigned Date: | |
| Resolution Date: | 05/22/2000 10:51:03 AM | | |
| Resolution Reason: | | | |

**Mainframe Inquiry**

**Information From Claimform (Employer):**

| | | | |
|---|---|---|---|
| Social Security No: | 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 | Hire Date: | 12/30/91 |
| Job Title: | Operations Clerk | | |
| Weekly Earnings: | $826.92 | Other Earnings: | No |
| | | | |
| Last Date Worked: | 02/21/2000 | | |
| Return To Work Date: | | Return To Wk Status: | |
| Employee Contribution: | No | Tax Status: | N/A |
| Employee Post-Tax %: | 0.00 | Offset: | No |
| Work Related (ER): | No | Location: | |
| LTD Policy Number: | | STD Policy Number: | 00011020 |
| LTD Policy Name: | | | |

**Information From Mainframe:**

| | | | |
|---|---|---|---|
| STD Plan Effective Date: | | Billing: | |
| STD Plan Term Date: | | Division: | 0001 |
| Sales Office: | | Division Status: | |
| Contract Series: | | Collection: | |
| Product Package: | | PEG: | 001 |
| | | Choice: | |
| Min. No of Hours Req: | | Pres EE Wait Period: | |
| | | New EE Wait Period: | |
| Appl Waiting Period: | | | |
| Insured Eff Date: | 12/30/91 | Insured Term Date: | |
| Employee Contribution: | | Employer Option: | |
| Tax Status: | | Workweek: | |
| Earnings: | | | |
| Date Last Salary Change: | | | |

FUL.CL.00269

Benefit Period:
STD Benefit Dur:

Weekly Benefit:

**Residual/Partial**
Residual Def Dis:
Def Partial Dis:
Earnings Offset:
Term Dis Ben:
Dis Def Weekly:
Earn Avg Per:

Partial Dis Ben:
When Pd Pay/Wk:
Pd Ben Red:
Limited Partial:
Earn Level TD:

| Information From Claimform (Employee): |
|---|

Claimant Name:
Prefix: Mr.    First: Ernest   MI:   Last: Dorcely   Suffix:
Street Address (1):        24 Jessup
Street Address (2):
Street Address (3):
Street Address (4):

| | | | | | |
|---|---|---|---|---|---|
| Zip: | 06902 | City: | Stamford | ST/PR: | CONNECTICUT |
| Country: | UNITED STATES | | | | |
| Claimant Phone No: | 718-464-7314 | DOB: | 12/11/51 | Age at DLW:48 | |
| Social Security No: | 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 | Gender: Male | | Marital Status: | ◯ Married |
| | | | | | ◯ Single |
| | | | | | ◯ Divorced |

Date of Accident:
Motor Veh Accident:
Federal Withholding:

Date First Treated(EE):
Work Related (EE):        No
Federal W/H Amount:

| Information From Claimform (Physician): |
|---|

| | | | |
|---|---|---|---|
| Primary ICD9: | 921.9 | Secondary ICD9: | |
| Work Related (AP): | No | Date 1st Unable to Work: | |
| Date First Treated: | 06/17/99 | Disability Date: | |
| Expected Delivery Date: | | Actual Delivery Date: | |
| | | Method: | |
| Date First Hospitalized: | | Date of Surgery: | |
| Restrictions/Limitations: | No | Cause: | |
| Projected RTW: | | Projected RTW Status: | |
| Date Next Office Visit: | | | |

| Diagnosis Section: |
|---|

**Disabling**        **Condition**

Type: ICD      Primary:   921.9      Secondary:
Description:

**Contributing**    **Conditions**
Type:          Primary:          Secondary:
Description:
Type:          Primary:          Secondary:
Description:

| Other Information: |
|---|

| | | | |
|---|---|---|---|
| Archive Date: | 09/21/2000 | **Storage Date:** | |
| LTD Re-Assign (ICP): | Yes (TL) 8/11/2000 9:59:48 AM | **LTD Benft Office:** | ERB |
| STD Benefit End Date: | 09/04/2000 | | |
| Image: | Paper File | | |

| Revisions: |
|---|

FULCL00268

**Updated By:**          Lori Brown          **Date and Time:**          01/04/2001 01:06:26 PM

FULCL00267

Insured STD Portland WorkFlow

# Claim Documentation

**For Your Information**

| | | |
|---|---|---|
| **Placed Call To:** Claimant | **Phone No:** | 203324-2831 |
| **Doc Type:** | | |
| **Status:** Completed | **Follow-Up Date:** | 05/23/2000 |
| **Created By:** Carla Tyler-Bailey | **Date:** | 05/23/2000 12:36 PM |
| **Claim No:** 0052111329 | **Assigned To:** | |
| **Policy No:** 00011020 | | |
| **Claimant:** Ernesto Dorcely | **SSN:** | 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 |

**Subject:** FILE PLAN  09/15/00 bef closed due to lack of medical

**Disposition / Rationale for Initial-Ongoing Liability Decision:**

EE DX WITH GLAUCOMA LDW 02/21/00 AP DISABLE AS OF 02/22/2000 EE HAD EYE SURGERY
APPROVING BENS 6 WEEKS POST OP THRU

**05/23/00 CALL TO ER**
PER NOTE FROM ER EE WAS OOW ON 06/17/99-07/12/99 AND 10/07/99-10/25/99 AND NO CLAIM WAS EVER PAID.  ADVISED JULIA THESE CLAIM SHOULD NOT BE HONORED TO FILING TIME FRAME REQUIREMENTS OF 6 MONTHS FROM THE DATE OF DIS.
JULIA UNDERSTOOD AND ASK THAT I HOLD OFF ON THE CLAIM UNTIL SHE SPEAKS TO HER SUPERVISOR

**UPDATE FROM ER**

Carla:

To follow up on our conversation:

We understand that you cannot, per policy, give us an advice to pay for Mr. Dorcely's first two leaves (6/17/99 - 7/12/99, 10/7/99 - 10/25/99).

However, please process Ernst Dorcely's current leave (2/22/00 - present) as if the previous two leaves had been approved (i.e. as all three leaves are the result of the same or similar illness/injury, the previous leaves as well as his current leave should be counted against the 26 week STD period.)

In essence, if he remains out of the office and is approved, his 26

FULCL00266

week Short Term Disability period would end on 7/9/00 (according to my calculation). Six weeks from the first two leaves and 20 weeks from the current leave.

If you have any questions, please let me know.

Thank you for your help with this.

Julia

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

**Type:**    ICD        **Primary:**    377.30    **Secondary:**

**Description:**    Optic Neuritis, unspecified

**Source:**    DMG

| | Under 50 | | |
|---|---|---|---|
| | I-Point | C-Point | T-Point |
| Light | 1.00 | 3.00 | 5.00 |
| Medium | 3.00 | 5.00 | 7.00 |
| Heavy | 5.00 | 7.00 | 8.00 |

bens approved 8 weeks thru 04/24/00
see letter dated 07/31/00

NOTE FROM AP DATED 08/09/00
EE IS A 49 Y/O MALE WHO HAS BEEN FOLLOWED AT THIS OFFICE SINCE 2/29/00 FOR IRITIS AND DECREASED VISION IN THE LEFT EYE. EE HISTORY HE SUSTAINED AN INJURY TO THE LEFT EYE. EE UNDERWENT CATARACT REMOVAL W/ SURGICAL IMPLANT

FULCL00265

LEFT EYE AT NY EYE & EAR IN JAN OF 2000.  BEST CORRECT VISION IS 20/30 DD, 20/50 OS.
MR DORCELY HAS SOME GLARE FROM THE LEFT EYE BUT WITH THE VISION IN THE RIGHT
EYE HE SHOULD BE ABLE TO GO BACK TO READING AND CLOSE UP WORK WITH HIS NEW
EYEGLASSES.  THERE ARE NO OTHER RESTRICTIONS.

**Claim synopsis**
*Age: 49
*Gender: male
*Occupation: operations clerk
*Last Date Worked: 02/21/00
*Disability Date: 02/29/00
*Diagnosis:
*Sugery / Date of Surgery:

**Eligibility**:
*Date of Hire:
*Policy Effective date:

**Offsets**:
**Deductions**:

**Plan Information**:
*Benefit Period:
*Benefit Amount:
*STD Paid From/Thru:
*STD Max Date:
*Is the employee enrolled in LTD?
*LTD Benefit Office:
*LTD Policy Number:
*LTD EP:
*Employer Name and Telephone Number:

* Expected Return to work date?

FULCL00264

Insured STD Portland WorkFlow          **Claim Documentation**          For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:** JULIA | | **Phone No:** | 203-719-6872 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 05/23/2000 |
| **Created By:** Carla Tyler-Bailey | | **Date:** | 05/23/2000 12:46 PM |
| **Claim No:** 0052111329 | | **Assigned To:** | |
| **Policy No:** 00011020 | | | |
| **Claimant:** Ernesto Dorcely | | **SSN:** | 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 |

**Subject:** CALLED ER IN REF TO CLAIM

PER NOTE FROM ER EE WAS OOW ON 06/17/99-07/12/99 AND 10/07/99-10/25/99 AND NO CLAIM
WAS EVER PAID. ADVISED JULIA THESE CLAIM SHOULD NOT BE HONORED TO FILING TIME
FRAME REQUIREMENTS OF 6 MONTHS FROM THE DATE OF DIS.
JULIA UNDERSTOOD AND ASK THAT I HOLD OFF ON THE CLAIM UNTIL SHE SPEAKS TO HER
SUPERVISOR

FUL.CL.00263

Insured STD Portland WorkFlow

# Claim Documentation

For Your Information

---

| | | | |
|---|---|---|---|
| **Placed Call To:** | **Claimant** | **Phone No:** | 203324-2831 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 05/23/2000 |
| **Created By:** | Carla Tyler-Bailey | **Date:** | 05/23/2000 12:48 PM |

---

| | | | |
|---|---|---|---|
| **Claim No:** | 0052111329 | **Assigned To:** | |
| **Policy No:** | 00011020 | | |
| **Claimant:** | Ernesto Dorcely | **SSN:** | 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 |

---

**Subject:** CLAIM IN SELF INS. BIN

FULCL00262

Insured STD Portland **WorkFlow**          **Claim Documentation**                    **For Your Information**

---

| | | | |
|---|---|---|---|
| **Placed Call To:** Claimant | | **Phone No:** | 212-861-0800 |
| **Doc Type:** | | | |
| **Status:** Completed | | **Follow-Up Date:** | 06/06/2000 |
| **Created By:** Carla Tyler-Bailey | | **Date:** | 06/06/2000 02:44 PM |
| **Claim No:** 0052111329 | | **Assigned To:** | |
| **Policy No:** 00011020 | | | |
| **Claimant:** Ernest Dorcely | | **SSN:** | 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 |

---

**Subject:** CALLED AP

SPOKE TO GILDA
SPOKE EVADNEY
FAX 718-821-5596
CALL CYNTHIA 718-821-0212
EVADNEY ADVISED ME TO CALL CYNTHIA AND EXPLAINED THAT NOTES WOULD BE FAXED AND
AP SHOULD COMPLETE THE AP FORM
FRANCI

FULCL00261

Insured STD Portland **WorkFlow**          **Claim Documentation**          **For Your Information**

---

**Placed Call To:   Claimant**                  **Phone No:**        203-324-2831

**Doc Type:**

**Status:**       Completed                    **Follow-Up Date:**    06/06/2000

**Created By:** Carla Tyler-Bailey              **Date:**              06/06/2000 03:06 PM

**Claim No:**   0052111329                      **Assigned To:**

**Policy No:**   00011020

**Claimant:**     Ernest  Dorcely               **SSN:**               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

---

**Subject:** AP SECTION FAXED TO AP ON 06/06/00

FULCL00260

Insured STD Portland **WorkFlow**    **Claim Documentation**    For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:** FRANCI | | **Phone No:** | 718-821-0212 |
| **Doc Type:** | | | |
| **Status:** Completed | | **Follow-Up Date:** | 06/20/2000 |
| **Created By:** Carla Tyler-Bailey | | **Date:** | 06/20/2000 03:46 PM |
| **Claim No:** 0052111329 | | **Assigned To:** | |
| **Policy No:** 00011020 | | | |
| **Claimant:** Ernest Dorcely | | **SSN:** | 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 |

**Subject:** CALLED AP OFFICE BACK IN REF TO MEDICAL

PER FRANCI FILE WAS SENT TO THE JACKSON HEIGHTS OFFICE IN ERROR SHOULD HAVE
GONE TO THE MANHATTAN OFFICE .
FRANCI WHEN HAVE FILE REFAXED TO HER AND CALL ME BACK TOMORROW

FULCL00259