Portland Insured STD WorkFlow    **CCC Phone Documentation**    For Your Information

---

**Received Call From:**  er/cheryl                          **Phone No:**

**Doc Type:**
**Policy No:**    00011020          **Claim No:**    0052111329

**Claimant:**          Ernest  Dorcely          **SSN/ID:**      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

**Assigned To:**                                **Status:**      Completed

**Notes/Message:**  CARLA*****advised er we are waiting for ap to send info

---

**Delivery Date:**                          **Returned To Work:**

**Delivery Type:**                          **Work Schedule:**

**Last Day Worked:**                        **Hours Worked:**

**RTW Capacity:**                           **Next Office Visit:**

**Last Office Visit:**

**Medication:**

**Surgery:**

**Therapy:**

**R & L:**

---

**CCC Specialist:**  Judy Livingstone          **Date:**  06/28/2000 08:22 AM

FUL.CL.00258

Portland Insured STD WorkFlow                    **Response**

Subject: **AP statement, SEE FILE PLAN**

| Policy No: | 00011020 | Claim No: | 0052111329 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Status: | Completed | Follow-Up? | No |
| Assigned To: | Self Insured | Follow-Up Date: | 07/28/2000 |
| SSN: | 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 | | |

Claimant:
| First Name: | Ernest | MI: | Last Name: | Dorcely | Suffix: |
|---|---|---|---|---|---|

State:

| Created by: | Sara Rosario | Date: | 07/28/2000 09:34:56 AM |
|---|---|---|---|

FULCL00257

July 31, 2000

**Carbon Copy**

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone: 1-800-321-0745
Fax:     1-800-356-5815

ERNEST DORCELY
24 JESSUP
STAMFORD CT 06902

UBS AG
JULIA BOGNON
677 WASHINGTON BLVD
STAMFORD CT 06901

RE:       Ernest Dorcely
    Claim Number:        0052111329   SSN:
    Policy Number:        00011020 - 0001

Dear Mr. Dorcely:

First UNUM is the Administrator of your Company's disability plan.

Your benefits have been approved from February 29, 2000 through April 24, 2000.

For benefits beyond April 24, 2000 please have your attending physician provide UNUM with the following:

* All current medical records (including treatment notes, procedure notes, and test results) from all treating providers from February 2000 to the present.

* A list from your physician indicating the activities you cannot and should not do along with an explanation of the medical reasoning supporting these restrictions and limitations.

* A copy of your treatment plan and return to work plan from your physician.

If you have any questions, please contact our office and we will be happy to assist you.

Sincerely,

*Carla Tyler, Bailey*

Carla Tyler-Bailey
Disability Benefit Specialist

 CT/ct

cc:       UBS AG

FULCL00256

Insured STD Portland **WorkFlow**          **Claim Documentation**          **For Your Information**

---

| | | | |
|---|---|---|---|
| **Placed Call To:** | Claimant | **Phone No:** | 203-324-2831 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 08/08/2000 |
| **Created By:** | Carla Tyler-Bailey | **Date:** | 08/08/2000 01:10 PM |

---

| | | | |
|---|---|---|---|
| **Claim No:** | 0052111329 | **Assigned To:** | |
| **Policy No:** | 00011020 | | |
| **Claimant:** | Ernest Dorcely | **SSN:** | 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 |

---

**Subject:** e mail from portland

Heidi/Carla, I'm the Account Manager for this group. The broker is Dodd Consulting which is part of M Financial. Due to

I'm not sure exactly where this claim is in the pipe-line so I'm sending this to both of you.

They said He went out in June 1999, RTW July 1999, back out Oct 7, 1999, RTW Oct 25, 1999 and never filed an STD

He's diagnosed as being blind now and as of Feb 2000 can't work. They said UNUM told them because the claim was

They want to know why his prior claims can't be processed and why nobody notified his benefits department.

Please provide as much detail as possible about what's actually going on with this claim.

Thanks, B.

Brenda J. Hoyt
Account Manager
UnumProvident
Portland Customer Care Center
Mail Zip C261
Ph (207) 575-5107
Fax (207) 575-5878

This must be yours in STD - Heidi worked on the LTD back in 1992 and there are no benefits being issued by them at

Claimant is Ernest Dorcely SS#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.

Brenda J. Hoyt
Account Manager
UnumProvident
Portland Customer Care Center
Mail Zip C261
Ph (207) 575-5107
Fax (207) 575-5878

FULCL00255

The claim has been approved and Julia Bognon the employer is aware of this.    Based on the information available the
-----Original Message-----
From: Hoyt, Brenda J
Sent: Tuesday, August 08, 2000 1:18 PM
To: Tyler-Bailey, Carla J
Cc: Hoyt, Brenda J
Subject: RE: USB AG - Claim Issue Ernest Dorcely SS#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.


Is there specific information on the 2000 claim that you're waiting for.  I know they'll ask what the hold up is.

Brenda J. Hoyt
Account Manager
UnumProvident
Portland Customer Care Center
Mail Zip C261
Ph (207) 575-5107
Fax (207) 575-5878

FULCL00254

Insured STD Portland **WorkFlow**          **Claim Documentation**          For Your Information

---

| | | | |
|---|---|---|---|
| **Received Call From:** | **Claimant** | **Phone No:** | 203-324-2831 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 08/09/2000 |
| **Created By:** Grace Barksdale | | **Date:** | 08/10/2000 10:58 AM |

---

| | | | |
|---|---|---|---|
| **Claim No:** | 0052111329 | **Assigned To:** | |
| **Policy No:** | 00011020 | | |
| **Claimant:** | Ernest Dorcely | **SSN:** | 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 |

---

**Subject:** 08/09/2000 - need to review this claim again - see fileplan

FULCL00253

**Genesis WorkFlow**

# LTD Re-Assignment

| | | | | |
|---|---|---|---|---|
| **STD DBS:** | | **Date:** | 08/11/2000 09:54 AM | |
| **Status:** | Completed | **Follow-Up Date:** | 08/11/2000 | |
| | | | | |
| **Ins STD Policy:** | 00011020 | **Ins LTD Policy:** | | |
| **Policy Name:** | UBS AG | **Claim No:** | 0052111329 | |
| **Claimant:** | Ernest Dorcely | **SSN:** | 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 | |
| **Sales Office:** | | | | |
| | | | | |
| **RN Review:** | No | **RN Rev Date:** | | |
| **Job Analysis:** | No | **Medical Recs:** | Yes | |
| **PCE/FCE:** | No | **IME:** | No | |

| | | | |
|---|---|---|---|
| **ICD9 Codes:** | 921.9 | **Diagnoses:** | GLAUCOMA |

| | | | | |
|---|---|---|---|---|
| **Policy or Plan Duration:** | 26 Weeks | | **STD Weekly Benefit:** | |
| **STD Max Paid From:** | | **Thru:** | **1st:** | |
| **STD Ongoing Paid From:** | 02/29/2000 | **Thru:** 04/24/2000 | **2nd:** | |
| **STD Partial Denial Paid From:** | | **Thru:** | **3rd:** | |
| **STD Full Denial:** | | | **4th:** | |

**Rationale:**   Disposition / Rationale for Initial-Ongoing Liability Decision:

EE DX WITH GLAUCOMA LDW 02/21/00 AP DISABLE AS OF 02/22/00 EE HAD EYE SURGERY
APPROVING BENS 6 WEEKS POST OP THRU

05/23/00 CALL TO ER
PER NOTE FROM ER EE WAS OOW ON 06/17/99-07/12/99 AND 10/07/99-10/25/99 AND NO CLAIM WAS EVER PAID.
ADVISED JULIA THESE CLAIM SHOULD NOT BE HONORED TO FILING TIME FRAME REQUIREMENTS OF 6 MONTHS
FROM THE DATE OF DIS.
JULIA UNDERSTOOD AND ASK THAT I HOLD OFF ON THE CLAIM UNTIL SHE SPEAKS TO HER SUPERVISOR

UPDATE FROM ER

Carla:

   To follow up on our conversation:

   We understand that you cannot, per policy, give us an advice to pay
   for Mr. Dorcely's first two leaves (6/17/99 - 7/12/99, 10/7/99 -
   10/25/99).

   However, please process Ernst Dorcely's current leave (2/22/00 -
   present) as if the previous two leaves had been approved (i.e. as all
   three leaves are the result of the same or similar illness/injury, the
   previous leaves as well as his current leave should be counted against
   the 26 week STD period.)

   In essence, if he remains out of the office and is approved, his 26
   week Short Term Disability period would end on 7/9/00 (according to my
   calculation).  Six weeks from the first two leaves and 20 weeks from
   the current leave.

   If you have any questions, please let me know

   Thank you for your help with this.

FUL.CL.00252

Julia

This message contains confidential information and is intended only
for the individual named. If you are not the named addressee you
should not disseminate, distribute or copy this e-mail. Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free
as information could be intercepted, corrupted, lost, destroyed,
arrive late or incomplete, or contain viruses. The sender therefore
does not accept liability for any errors or omissions in the contents
of this message which arise as a result of e-mail transmission. If
verification is required please request a hard-copy version. This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities or
related financial instruments.

Type:          ICD Primary: 377.30    Secondary:

Description:    Optic Neuritis, unspecified

Source:        DMG

Under 50I-PointC-PointT-PointLight1.003.005.00Medium3.005.007.00Heavy5.007.008.00
bens approved 8 weeks thru 04/24/00
see letter dated 07/31/00

Claim synopsis
*Age: 49
*Gender: male
*Occupation: operations clerk
*Last Date Worked: 02/21/00
*Disability Date: 02/29/00
*Diagnosis:
*Sugery / Date of Surgery:

Eligibility:
*Date of Hire:
*Policy Effective date:

Offsets:
Deductions:

Plan Information:
*Benefit Period:
*Benefit Amount:
*STD Paid From/Thru:
*STD Max Date:
*Is the employee enrolled in LTD?
*LTD Benefit Office:
*LTD Policy Number:
*LTD EP:
*Employer Name and Telephone Number:

* Expected Return to work date?

FULCL00251

Insured STD Portland **WorkFlow**        **Claim Documentation**        For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:** Claimant | | **Phone No:** | 203-324-2831 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 08/11/2000 |
| **Created By:** Maria Lampley | | **Date:** | 08/11/2000 02:05 PM |
| **Claim No:** 0052111329 | | **Assigned To:** | |
| **Policy No:** 00011020 | | | |
| **Claimant:** | Ernest Dorcely | **SSN:** | 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 |

**Subject:** Copy of claim sent to LTD/ERB ATTN: Tracey Rutel

FUL.CL.00250

Portland Insured STD WorkFlow                    **Response**

Subject: **AP letter Dr Sweroin, see file plan**

| Policy No: | 00011020 | Claim No: | 0052111329 |
|---|---|---|---|

| Status: | Completed | Follow-Up? | No |
|---|---|---|---|
| Assigned To: | Self Insured | Follow-Up Date: | 08/15/2000 |
| SSN: | 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 | | |

Claimant:

| First Name: | Ernest | MI: | Last Name: | Dorcely | Suffix: |
|---|---|---|---|---|---|

State:

| Created by: | Sara Rosario | Date: | 08/15/2000 09:01:48 AM |
|---|---|---|---|

FULCL00249

Insured STD Portland WorkFlow          **Claim Documentation**          For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:** | DR. SWERDIN | **Phone No:** | 516-374-4199 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 08/16/2000 |
| **Created By:** | Carla Tyler-Bailey | **Date:** | 08/16/2000 10:15 AM |
| **Claim No:** | 0052111329 | **Assigned To:** | |
| **Policy No:** | 00011020 | | |
| **Claimant:** | Ernest  Dorcely | **SSN:** | 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 |

**Subject:** CALLED AP IN REF TO RTW ABILITY

SPOKE TO NADINE, SHE WILL SPEAK TO THE AP AND CALL ME BACK

FULCL00248

| Insured STD Portland WorkFlow | **Claim Documentation** | For Your Information |
|---|---|---|

| | | | |
|---|---|---|---|
| **Placed Call To:** | JULIA-ER | **Phone No:** | 203-719-6872 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 08/16/2000 |
| **Created By:** | Carla Tyler-Bailey | **Date:** | 08/16/2000 10:29 AM |

| | | | |
|---|---|---|---|
| **Claim No:** | 0052111329 | **Assigned To:** | |
| **Policy No:** | 00011020 | | |
| **Claimant:** | Ernest Dorcely | **SSN:** | 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 |

**Subject:** CALLED ER TO ADVISE OF STATUS

LEFT MESSAGE TO ADVISE THAT AM WAITING FOR A CALL FROM THE AP

FULCL00247

August 18, 2000

**Carbon Copy**

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone: 1-800-321-0745
Fax:    1-800-356-5815

ERNEST DORCELY
24 JESSUP
STAMFORD CT 06902

UBS AG
JULIA BOGNON
677 WASHINGTON BLVD
STAMFORD CT 06901

RE:    Ernest Dorcely
    Claim Number:    0052111329    SSN:
    Policy Number:    00011020 - 0001

Dear Mr. Dorcely:

We have previously written to you requesting that additional information be obtained from your current attending physician. Please be advised that note dated August 9, 2000 is not sufficient to extend disability benefits.

Please have your attending physican submit the following:

* **All current medical records (including treatment notes, procedure notes, and test results) from all treating providers from February 2000 to the present.**

* **A list from your physician indicating the activities you cannot and should not do along with an explanation of the medical reasoning supporting these restrictions and limitations.**

* **A copy of your treatment plan and return to work plan from your physician.**

If we do not receive a satisfactory response by September 11, 2000, we will assume there is no additional medical information available and your claim will be closed.

For your convenience, our automated *"Fast Response"* system is on our toll free 800 number. It combines the convenience of automated claim information with experienced Specialists who will answer your individual questions quickly and accurately. When calling, please have your social security number available.

Sincerely,

*Carla Tyler Bailey*

Carla Tyler-Bailey
Disability Benefit Specialist

FULCL00246

Insured STD Portland WorkFlow

# Claim Documentation

For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:** | Claimant | **Phone No:** | 203-324-2831 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 09/12/2000 |
| **Created By:** | Grace Barksdale | **Date:** | 08/23/2000 10:43 AM |
| **Claim No:** | 0052111329 | **Assigned To:** | |
| **Policy No:** | 00011020 | | |
| **Claimant:** | Ernest  Dorcely | **SSN:** | 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 |

**Subject:** 09/12/2000 -- did requested med come in - If not close clm, as letter indicates?

FULCL00245

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | Action Required |
|---|---|---|

**Received Call From:** Claimant                     **Phone No:**     203-324-2831

**Doc Type:**              Employee
**Policy No:**     00011020          **Claim No:**     0052111329

**Claimant:**              Ernest  Dorcely          **SSN/ID:**          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

**Assigned To:** Self Insured                        **Status:**          Completed

**Notes/Message:**  EE called to advise never rec'd denial of LTD ltr... AP had advised EE all info had been sent to Unum.  Advised EE info was not rec'd.  Reviewed duration ltr with EE and explained what Unum would need.  EE will have AP fax additional medical.  EE wants to appeal decision.  EE has lost house, car and is scheduled for another surgery.  Advised EE to flup with Unum to be sure info has been rec'd.

**Delivery Date:**                          **Returned To Work:**

**Delivery Type:**                          **Work Schedule:**

**Last Day Worked:**                        **Hours Worked:**

**RTW Capacity:**                           **Next Office Visit:**

**Last Office Visit:**

**Medication:**

**Surgery:**

**Therapy:**

**R & L:**

**CCC Specialist:** Tracy G. Feeney                **Date:** 12/20/2000 03:26 PM

FULCL00244

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | Action Required |
|---|---|---|

**Received Call From:** Claimant                                    **Phone No:**    203-324-2831

**Doc Type:**              Employee
**Policy No:**    00011020          **Claim No:**    0052111329

**Claimant:**              Ernest  Dorcely          **SSN/ID:**        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

**Assigned To:**  Self Insured                      **Status:**        Completed

**Notes/Message:**  EE called.

Advised medical has not been received.

---

**Delivery Date:**                              **Returned To Work:**

**Delivery Type:**                              **Work Schedule:**

**Last Day Worked:**                            **Hours Worked:**

**RTW Capacity:**                               **Next Office Visit:**

**Last Office Visit:**

**Medication:**

**Surgery:**

**Therapy:**

**R & L:**

---

**CCC Specialist:**  Lorraine M. Tucker          **Date:**  12/29/2000 11:11 AM

FULCL00243

Portland Insured STD WorkFlow

# Response

Subject: **LTD scanning, office notes from dr. swerdin      2 f**

| | | | |
|---|---|---|---|
| **Policy No:** | 00011020 | **Claim No:** | 0052111329 |
| **Status:** | Completed | **Follow-Up?** | Yes |
| **Assigned To:** | Self Insured | **Follow-Up Date:** | 12/29/2000 |
| **SSN:** | 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 | | |

**Claimant:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **First Name:** | Ernest | **MI:** | | **Last Name:** | Dorcely | **Suffix:** | |

**State:**

| | | | |
|---|---|---|---|
| **Created by:** | Lorraine Burleigh | **Date:** | 12/29/2000 01:31:17 PM |

FULCL00242

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | Action Required |
|---|---|---|

| Received Call From: Claimant | | Phone No: | 718-464-7314 |
|---|---|---|---|

**Doc Type:**  Employee
**Policy No:**  00011020     **Claim No:**  0052111329

| Claimant: | Ernest  Dorcely | SSN/ID: | 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 |
|---|---|---|---|

| Assigned To:  Self Insured | | Status: | Completed |
|---|---|---|---|

**Notes/Message:**  EE called to check the status.  I advised that we are reviewing.  EE is requesting a call back once the review is complete.  Thanks

| Delivery Date: | Returned To Work: |
|---|---|
| Delivery Type: | Work Schedule: |
| Last Day Worked: | Hours Worked: |
| RTW Capacity: | Next Office Visit: |
| Last Office Visit: | |
| Medication: | |
| Surgery: | |
| Therapy: | |
| R & L: | |

**CCC Specialist:**  Lori Brown/UNUM America       **Date:**  01/04/2001 01:05 PM

FULCL00241

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | Action Required |
|---|---|---|

| **Received Call From:** Claimant | | **Phone No:** | 718-464-7314 |
|---|---|---|---|

**Doc Type:**        Employee
**Policy No:**    00011020            **Claim No:**    0052111329

| **Claimant:**           Ernest Dorcely | **SSN/ID:**        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 |
|---|---|

| **Assigned To:**  Self Insured | **Status:**        Completed |
|---|---|

**Notes/Message:**  EE called to check on status of claim, and I advised that claim is still being referred.  I sent e mail to intake specialist for update.  thank you.

| **Delivery Date:** | **Returned To Work:** |
|---|---|
| **Delivery Type:** | **Work Schedule:** |
| **Last Day Worked:** | **Hours Worked:** |
| **RTW Capacity:** | **Next Office Visit:** |
| **Last Office Visit:** | |
| **Medication:** | |
| **Surgery:** | |
| **Therapy:** | |
| **R & L:** | |

**CCC Specialist:** Richard Jensen/UNUM America          **Date:** 01/08/2001 05:14 PM

FULCL00240

Portland Insured STD WorkFlow      **CCC Phone Documentation**      Action Required

**Received Call From:** Claimant                    Phone No:        718-464-7314

**Doc Type:**              Employee
**Policy No:**      00011020          **Claim No:**      0052111329

**Claimant:**              Ernest Dorcely            SSN/ID:          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

**Assigned To:** Self Insured                      Status:          Completed

**Notes/Message:** EE advised that he is still waiting for a call back.

| | |
|---|---|
| **Delivery Date:** | **Returned To Work:** |
| **Delivery Type:** | **Work Schedule:** |
| **Last Day Worked:** | **Hours Worked:** |
| **RTW Capacity:** | **Next Office Visit:** |
| **Last Office Visit:** | |
| **Medication:** | |
| **Surgery:** | |
| **Therapy:** | |
| **R & L:** | |

**CCC Specialist:** Lucinda Farnsworth/UNUM      **Date:** 01/10/2001 09:23 AM
America

FULCL00239

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | For Your Information |
|---|---|---|

**Received Call From:** Claimant                    **Phone No:**      718-464-7314

**Doc Type:**              Employee
**Policy No:**   00011020              **Claim No:**     0052111329

**Claimant:**              Ernest  Dorcely              **SSN/ID:**          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

**Assigned To:**  Self Insured                          **Status:**             Completed

**Notes/Message:**  URGENT- EE is calling for status and I could not find contact name.  This is a Tarrytown claim.

Thank you

---

**Delivery Date:**                           **Returned To Work:**

**Delivery Type:**                           **Work Schedule:**

**Last Day Worked:**                       **Hours Worked:**

**RTW Capacity:**                           **Next Office Visit:**

**Last Office Visit:**

**Medication:**

**Surgery:**

**Therapy:**

**R & L:**

---

**CCC Specialist:** Jaime Jamieson/UNUM America                   **Date:** 01/11/2001 09:25 AM

FULCL00238

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | For Your Information |

**Received Call From:** Claimant                              **Phone No:**        718-464-7314

**Doc Type:**                 Employee
**Policy No:**      00011020          **Claim No:**      0052111329

**Claimant:**            Ernest  Dorcely          **SSN/ID:**          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

**Assigned To:** Self Insured                          **Status:**            Completed

**Notes/Message:** EE called to verify status.  Transferred him to Heather Rondeau to assist him because this was a Tarrytown claim.

Thanks

| | |
|---|---|
| **Delivery Date:** | **Returned To Work:** |
| **Delivery Type:** | **Work Schedule:** |
| **Last Day Worked:** | **Hours Worked:** |
| **RTW Capacity:** | **Next Office Visit:** |
| **Last Office Visit:** | |
| **Medication:** | |
| **Surgery:** | |
| **Therapy:** | |

R & L:

**CCC Specialist:** Amy Toner/UNUM America          **Date:** 01/12/2001 11:06 AM

FULCL00237

Insured STD Portland WorkFlow | **Claim Documentation** | For Your Information

| Re: | Claimant | Phone No: | 718-464-7314 |
|---|---|---|---|
| Doc Type: | | | |
| Status: | Completed | Follow-Up Date: | 01/12/2001 |
| Created By: Kathleen Reid | | Date: | 01/12/2001 11:22 AM |
| Claim No: | 0052111329 | Assigned To: | |
| Policy No: | 00011020 | | |
| Claimant: | Ernest Dorcely | SSN: | 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 |

**Subject:** ******ATTN CCC************

THIS IS A **BAS/PC** CLAIM **NOT** A GENESIS CLAIM -- IF YOU DOCUMENT THINGS HERE THE CLAIMSPAYER WILL NOT KNOW.  PLEASE REFER ANY CALLS TO KATHLEEN REID X57849. THANK YOU.

FULCL00236

Insured STD Portland **WorkFlow**          **Claim Documentation**          **For Your Information**

| | | |
|---|---|---|
| **Re:  Claimant** | **Phone No:** | 718-464-7314 |
| **Doc Type:** | | |
| **Status:**     Completed | **Follow-Up Date:** | 01/18/2001 |
| **Created By:** Kathleen Reid | **Date:** | 01/18/2001 09:25 AM |
| **Claim No:**  0052111329 | **Assigned To:** | |
| **Policy No:**  00011020 | | |
| **Claimant:**    Ernest  Dorcely | **SSN:** | 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 |

**Subject:**  *****DO NOT LOG ANY MAIL HERE - SEE BELOW****

THIS IS A **_BAS/PC_** CLAIM NOT A GENESIS CLAIM -- DO NOT LOG MAIL HERE -- FORWARD IT TO
KATHLEEN REID AT C339.  THANK YOU.

FUL.CL.00235

**Portland Insured STD WorkFlow**                    **Response**

Subject: **ap info sheet 2f**

| | | | |
|---|---|---|---|
| **Policy No:** | 00011020 | **Claim No:** | 0052111329 |
| **Status:** | Completed | **Follow-Up?** | Yes |
| **Assigned To:** | Self Insured | **Follow-Up Date:** | 01/25/2001 |
| **SSN:** | 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 | | |

**Claimant:**
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **First Name:** | Ernest | **MI:** | | **Last Name:** | Dorcely | **Suffix:** | |

**State:**

| | | | |
|---|---|---|---|
| **Created by:** | Ralph Olsen | **Date:** | 01/25/2001 02:31:11 PM |

FULCL00234

 Genesis Insured WorkFlow

# STD Claim Summary

| | | | |
|---|---|---|---|
| Claim Number: | 851435550 | Type: | DBS |
| Claimant: | Ernst Dorcely | AutoAssist: | No |
| Policy No: | 465788 | Segmentation: | |
| Adjustment Claims: | | | |

## ASSIGN TO CARLA CORRECT ICD9 364.3

| | | | |
|---|---|---|---|
| Received Date: | 03/13/98 12:14:43 PM | Region: | Region 1 |
| Info Specialist Status: | Send for Assignment | Claims Payor Status: | New Claim |
| Info Specialist: | Gabrielle Regan | Assigned To: | Maria Corbin |
| Resolution Specialist: | | Assigned Date: | 03/17/98 04:02 PM |
| Resolution Date: | | | |
| Resolution Reason: | | | |

### Information From Claimform (Employer)

| | | | |
|---|---|---|---|
| Social Security No: | 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 | Hire Date: | 12/30/9 |
| Occupation: | Investigator | | |
| Weekly Earnings: | $755.77 | Other Earnings: | No |
| Last Date Worked: | 01/22/98 | | |
| Return To Work Date: | | Return To Wk Status: | N/A |
| Employee Contribution: | No | Tax Status: | Yes |
| Employer Contrib %: | 100.00 | Offset: | Yes |
| Work Related (ER): | | STD Policy Number: | 465788 |
| LTD Policy Number: | | | |
| LTD Policy Name: | SWISS BANK CORPORATION | | |

### Information From Mainframe

| | | | |
|---|---|---|---|
| Mainframe Ret Status: | MF Inquiry Successful | Billing: | Self Accounting |
| Policy Effective Date: | 01/01/93 | Check Routing: | 01 Employee |
| Policy Term Date: | 12/31/98 | Division: | N001AS |
| Sales Office: | New York | Div Alert: | 001 |
| Contract Series: | DBL 1 SERIES | PEG: | 01 |
| Product Package: | DBL | Class: | |
| | | Choice: | |
| Min. No of Hours Req: | | Pres EE Wait Period: | 4 WEEKS WITH |
| A COVERED ER | | | |
| | | New EE Wait Period: | 4 WEEKS WITH |
| A COVERED ER | | | |
| Appl Waiting Period: | DAY AFTER | Insured Term Date: | Non-Variable |
| Insured Eff Date: | 01/01/93 | Employer Option: | |
| Employee Contribution: | No | Workweek: | 5 Days |
| Employer Percent: | 100 | | |
| Earnings: | N.Y. STATUTORY | Weekly Benefit: | |
| Benefit Period: | | | |
| STD Benefit Due: | | | |
| Residual/Partial | | | |
| Residual Def Dis: | | Partial Dis Ben: | |



Dis date 2/17/98
Thru 2/27/98

FULCLC00233