Def Partial Dis:                          When Pd Pay/Wk:
Earnings Offset:                          Pd Ben Red:
Term Dis Ben:                             Limited Partial:
Dis Def Weekly:                           Earn Level TD:
Earn Avg Per:

## Information From Claimform (Employee):

Claimant Name:
Prefix: Mr.    First: Ernst   MI:   Last: Dorcely   Suffix:
Street Address (1):    131-11 Kew Garden Rd Apt 1e
Street Address (2):
Zip:                   11418-1943        City:   Richmond Hill   State:   NY
Claimant Phone No:     212-464-7314      DOB:    12/11/57       Age:      40
Social Security No:    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                              Gender:   Male
Date of Accident:                        Date First Treated(EE):
Motor Veh Accident:                      Work Related (EE):
Federal Withholding:                     Federal W/H Amount:

## Information From Claimform (Physician):

Work Related (AP):                       Date 1st Unable to Work:
Date First Treated:    02/17/98
Expected Delivery Date:                  Actual Delivery Date:
Date First Hospitalized:                 Date of Surgery:
Disability Date:                         Disability Date Override:
Restrictions/Limitations:    No          Cause:

Diagnosis Section       ███████████████

Disabling              Condition

Type: ICD              Primary:   724.2        Secondary:
Description:               Lumbago

Contributing           Conditions
Type:                  Primary:                Secondary:
Description:
Type:                  Primary:                Secondary:
Description:

Other Information:

Archive Date:                             Storage Date:

LTD Re-Assign (ICP):                      LTD Benft Office:
STD Benefit End Date:

Alert To Claims Payer:    ASSIGN TO CARLA CORRECT ICD9 364.3
Image:                    Paper File

Revisions:

Updated By:               Gabrielle Regan        Date and Time:        03/17/98
02:30:51 PM

FUL-CL-00232

03/12/98  11:04  FAX 1                    SWISS BANK CORP.

## FOR EMPLOYEE TO COMPLETE

**Mandatory Authorization (Authorization to obtain additional information concerning this claim.)**

I (employee's name) __ERNST DORCELY__ hereby authorize any hospital, physician, n
practitioner, clinic, other medical or medically related facility, pharmacy, insurance company or government agency to disc
furnish to First UNUM, its subsidiaries or representatives any and all information including HIV, ARC, and AIDS test results, m
history, consultations, prescriptions, treatments or benefits and copies of all applicable records that may be requested with re
to any illness including mental illness, drug/alcohol abuse and injury. I authorize the Social Security Administration to release a
UNUM information concerning entitlement dates and benefit amounts for myself and my dependents. I also authorize my emp
to disclose all information needed to process my claim.

The information provided to First UNUM, its subsidiaries or representatives is to be used solely for the administration of claim
photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration of the claim

X _____                                    3-11-9 P
  Signature                                                      Date

**Optional Authorization (Authorization to provide information to your employer)**

You are not required to sign this authorization in order to submit a claim for disability benefits to First UNUM.

I (employee's name) _____ authorize First UNUM to disclose or furnish to my employer an
and all information in First UNUM's possession including HIV, ARC, and AIDS test results, medical history, consultations
prescriptions, treatments or benefits and copies of all applicable records that may be requested with respect to any illness including
mental illness, drug/alcohol abuse and injury. My employer will not disclose to any third party any information received from First
UNUM pursuant to this authorization without my express written consent.

A photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration of the claim

FULCL00231

03/12/96   11:03   FAX 3                    SWISS BANK CORP

## ❊ SBC Warburg Dillon Read

Swiss Bank Corporation
Julius LaPina Brokers
Human Resources
141 W. Jackson Blvd.
Chicago, IL 60604
(312) 354-5875
(312) 354-5941

To: Carla Tyler Bailey
Fax Number: 1-800-321-8??? 1800 356-5815
Number of Pages: 4
Re: DISABILITIES for:

LISA Sciarrino (rec'd)
Allison Malkin (rec'd)
Eric Rosen (rec'd)
Ernst Dorcely

FUL-CL-00230

FIRST UNUM.    First UNUM Life Insurance Company

Mail To: First Un... ...
Disability Ben...
126 White Pl...
Tarrytown ...
800 321 0...

FAX To: 800 355 ...

## ...bility Claim

...MPLOYER TO COMPLETE (PLEASE PRINT)

...ployer's Name and Address    Swiss Bank Corporation
141 N. Jackson Blvd
Chicago, Ill 60604

...mployee's Name    Ernst Dreely

| 3 Date of Birth | 4 Social Security ... |
|---|---|
| 12·11·61 | 6 7 1 ... |

| 5 Date of Hire | 6 Effective Date of Insurance | 7. Occupation at time last worked | 8 Employee's work schedule |
|---|---|---|---|
| 12·30·91 | 12·30·91 | Investigator | ☒ Full Time ☐ Exempt ☐ Part Time ☒ Non exempt |

9. How was employee paid?
(Please check one)
☒ Hourly   ☐ Salary and bonus
☐ Commissions   ☐ Commissions only
☐ Salaried   ☐ Salary and commissions

10a. Salary prior to date last worked
(refer to earnings definition in your contract)
| | |
|---|---|
| Basic weekly wages | $ 783.77 |
| W-2 Earnings | $ 8707.38 |
| Overtime | $ 4,817.73 |
| Commissions | $ |
| Bonus | $ 3800.00 |

10b If New York DBL or New Jersey TDB applies, complete reverse side of this page

11 Date last w...

12 Employee wa...
☐ ...ly
☐ Day
☐ ...
☐ Hour

12a. Date last worked    1·22·98
12b. Number of hours worked that day    7.5
12c. Date paid through    3·15·98    For ☒ Salary continuation ☐ Vacation pay ☐ Accrued sick pay

13 Has employee re... If yes, date
Full Time _____   ☐ Part Time

14. If this is a Flexible Benefits Plan, indicate which option of coverage this employee has chosen.

N/A

15. Are you as the employer able to accommodate the employee's restrictions and limitations, if appropriate, for an early return to work?
(i.e. job modification, part time, etc.) Please elaborate.

N/B

16 Does employee contribute toward the premium?
☐ Yes   ☒ No

If Yes   ☐ Pre Tax
☐ Post Tax

If Post Tax:
_____ % paid by employer
_____ % paid by employee

If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

Please call 1-800-845-2290 for tax related questions.

| 17. Is employee eligible for: | Yes | No | If yes, weekly or monthly amount | Provider or Carrier Name and Address | Date Benefits Begin |
|---|---|---|---|---|---|
| Salary Continuation | ☒ | ☐ | $ | | |
| Other Disability Benefits | ☐ | ☒ | $ | | |
| Disability Pension | ☐ | ☒ | $ | | |
| Retirement Pension | ☐ | ☒ | $ | | |
| State Disability | ☐ | ☒ | $ | | |
| Auto No Fault | ☐ | ☒ | $ | | |
| Social Security | ☐ | ☒ | $ | | |
| Other Benefits | ☐ | ☒ | $ | | |
| Worker's Compensation | ☐ | ☒ | $ | | |
| Has Worker's Compensation claim been filed? | ☐ | ☒ | If Worker's Compensation claim has been denied, please submit a copy of the denial with this claim | | |

18 Will (or has) the employee filed for disability benefits provided by any employer, employee, labor management, state disability or union welfare plan?
☐ Yes   ☒ No   Weekly Amount $ _____   Date Began _____

| 19a Policy Number-Short Term Disability | 20 Policy Number - Long Term Disability | 21. Employer's Taxpayer ID Number (EIN) or Public Employer Social Security Number. If you have neither, please explain |
|---|---|---|
| | | |
| 19b Policy Division   19c Policy Class | Is this employee enrolled in your Long Term Disability Plan? ☐ Yes ☐ No | |

22 Person completing this form

Julie Lucius Power
Print or Type name

Benefits Specialist
Title

| Telephone Number | Area Code | 3 1 2 · 6 ... |
|---|---|---|
| FAX Number | Area Code | 3 1 2 ... |

X Julie Arthur Potus
Signature of the above statements are true and complete to the best of m...

FULCL00229

**FOR EMPLOYEE TO COMPLETE**

**Mandatory Authorization (Authorization to obtain additional information concerning this claim.)**

I (employee's name) **ERNST DORCELY** hereby authorize any hospital, physic
practitioner, clinic, other medical or medically related facility, pharmacy, insurance company or government agency t
furnish to First UNUM, its subsidiaries or representatives any and all information including HIV, ARC, and AIDS test re
history, consultations, prescriptions, treatments or benefits and copies of all applicable records that may be requeste
to any illness including mental illness, drug/alcohol abuse and injury. I authorize the Social Security Administration to r
UNUM information concerning entitlement dates and benefit amounts for myself and my dependents. I also authoriz
to disclose all information needed to process my claim.

The information provided to First UNUM, its subsidiaries or representatives is to be used solely for the administrat
photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration c

X _____     Date **3-11-9**
Signature

**Optional Authorization (Authorization to provide information to your employer)**

You are not required to sign this authorization in order to submit a claim for disability benefits to First UNUM

I (employee's name) _____ authorize First UNUM to disclose or furnish to
and all information in First UNUM's possession including HIV, ARC, and AIDS test results, medical his
prescriptions, treatments or benefits and copies of all applicable records that may be requested with respect to i
mental illness, drug/alcohol abuse and injury. My employer will not disclose to any third party any information
UNUM pursuant to this authorization without my express written consent.

A photostatic copy of this authorization is to be considered as valid as the original and is effective for the du

FULCL00228

03/12/98   11:03   FAX 1                          SWISS BANK CORP.

# FIRST UNUM.

First UNUM Life Insurance Company

Mail To: First UNUM
Disability Benefits
120 White Plains
Tarrytown NY
800-321-0740
FAX To: 800 356 6xxx

## ...bility Claim

**EMPLOYER TO COMPLETE (PLEASE PRINT)**

Employer's Name and Address  SWISS BANK CORPORATION
141 N. JACKSON BLVD
CHICAGO, IL 60604

Employee's Name  ERNST Dneely

| | | 3. Date of Birth | 4. Social Security Number |
|---|---|---|---|
| | | 12-11-67 | 087-4-657 |

| 5. Date of Hire | 6. Effective Date of Insurance | 7. Occupation at time last worked | 8. Employee's work schedule |
|---|---|---|---|
| 12-30-91 | 12-30-91 | Investigator | ☒ Full Time  ☐ Part Time   ☐ Exempt  ☒ Non-exempt |

Regularly scheduled hours per week ____

9. How was employee paid? (Please check one)
☒ Hourly   ☐ Salary and bonus
☐ Commissions   ☐ Commissions only
☐ Salaried   ☐ Salary and commissions

10a. Salary prior to date last worked: (refer to earnings definition in your contract)

| Basic weekly wages | $ 755.77 |
| W-2 Earnings | $ 8707.38 |
| Overtime | $ 639.73 |
| Commissions | $ |
| Bonus | $ 3500.00 |

10b. If New York DBL or New Jersey TDB applies, complete reverse side of this page.

11. Date of last salary  4-1-97

12. Employee's terms of at time so worked  5 ___ Days per ___ 7.5 Hours per

12a. Date last worked  1-29-98

12b. Number of hours worked that day  7.5

12c. Date paid through  3-15-98      Per ☒ Salary continuation ☐ Vacation pay ☐ Accrued sick pay

13. Has employee returned to work? If yes, date  NO
Full Time ___  Part Time ___

14. If this is a Flexible Benefits Plan, indicate which option of coverage this employee has chosen.

N/A

15. Are you as the employer able to accommodate the employee's restrictions and limitations, if appropriate, for an early return to work? (i.e. job modification, part time, etc.) Please elaborate.

N/A

16. Does employee contribute toward the premium?
☐ Yes   ☒ No

If Yes:  ☐ Pre Tax   ☐ Post Tax

If Post Tax:
___ % paid by employer
___ % paid by employee

If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

Please call 1-800-845-2290 for tax related questions.

17. Is employee eligible for:

| | Yes | No | If yes, weekly or monthly amount |
|---|---|---|---|
| Salary Continuation | ☒ | ☐ | $ |
| Other Disability Benefits | ☐ | ☒ | $ |
| Disability Pension | ☐ | ☒ | $ |
| Retirement Pension | ☐ | ☒ | $ |
| State Disability | ☐ | ☒ | $ |
| Auto No Fault | ☐ | ☒ | $ |
| Social Security | ☐ | ☒ | $ |
| Other Benefits | ☐ | ☒ | $ |
| Worker's Compensation | ☐ | ☒ | $ |

Has Worker's Compensation claim been filed?

Provider or Carrier Name and Address  ____

Date Benefits Begin ____  through ____

If Worker's Compensation claim has been denied, please submit a copy of the denial with this claim.

18. Will (or has) the employee filed for disability benefits provided by any employer, employee, labor management, state disability or union welfare plan?
☐ Yes   ☒ No

If yes, Weekly Amount $ ____    Date Began ____

19a. Policy Number-Short Term Disability    20. Policy Number - Long Term Disability

21. Employer's Taxpayer ID Number (Fire) or Public Employer Soc # Security Number if you have neither, please explain

19b. Policy Division    19c. Policy Class

Is this employee enrolled in your Long Term Disability Plan?  ☒ Yes  ☐ No

14. Person completing this form

Print or Type name  Julie LOFTUS BEDORE      Title  Benefits Specialist

Telephone Number  Area Code 3 1 2  5 5 7  5 2 3

X  Julie Loftus Bedore     FAX Number  Area Code 3 1 2  5 5 7  5 741

Signature (The above statements are true and complete to the best of ...

FULCL0227

KANDI    VOKELLY

FULCL00226

a) Date of first examination: 12.1.98    b) Diagnosis (including any complications) ICD-9: Severe Uveitis left eye    c) Intended to be/primary: Pain, tearing, redness, photophobia

Subjective findings: visual acuity left eye 20/80    Anterior chamber: cells and flare — Macular edema left eye — Extensive posterior synechiae + 3mm bands 20/? 4 mth

a) Date of first visit: 02.17.98    b) Date of last visit: 02.26.98    c) Date of next visit: 03.16.98

a) Is patient: ☐ Recovered ☐ Improved ☐ Unchanged ☑ Retrogressed    b) Is patient: ☐ Ambulatory ☐ Bed Confined ☑ House Confined ☐ Hospital Confined

c) If retrogressed, explain: Inflammatory left eye and inflammation has not responded to present medical treatment — because of lingering, surgery may be necessary.

a) Has patient been hospital confined? ☐ Yes ☑ No    If "Yes" give name and address of hospital

Confined from _____ to _____

e) When will patient recover? ? 2 months

Has patient ever been treated for same or similar condition? [answers as written, illegible]

Patient's Occupation ☑ Yes ☐ No    Any Other Work ☑ Yes ☐ No    Pain, tearing, redness, photophobia left eye — cannot keep the eye open —

i) If employer is able to accommodate patient's limitations and restrictions is patient able to return to work? ☐ Yes ☐ No ☐ Part time ☐ Full time

FRANK    VERGHOURS    ~
238-06 Linden Blvd    Queens NY    NY    11?
11-2957624    3.12.98

WHEN FAXING INSERT OPPOSITE END FIRST

EKIYI    UOKLI-LY

**a) Date of last examination:** 12.26.97
**b) Diagnosis:** Severe Uveitis left eye

**c) Subjective symptoms:** Pain, tearing, redness, photob...
**d) Objective findings:** visual acuity left eye - 20/60 - Anterior chamber
cells and flare - Extensive posterior synechiae + Iris bombé
30/P 4 mm Hg

**a) Date of first visit:** 02.17.98   **b) Date of last visit:** 02.26.98   **c) Date of next visit:** 03.16.98

**Nature of Treatment:**

**a) Is patient:** ☒ Progressed   **b) Is patient:**

**c) If unchanged or retrogressed, please explain:**
Uveitis left eye and inflammation has not responded to the
medical treatment. Because of hypotony, surgery may be necessary.

**When will patient recover?** ? 2 months

**Describe specific limitations and restrictions:**
Pain, tearing, redness, photophobia left eye - can
hardly keep the eye open

FULCL00225

FRANK LERSFORUS MD
225-02 Linden Street   City Queens Hts
Tax ID 11-2959624   X ...   Date 3.12.98

MAR. 30. 1998  5:19PM   SWISS BANK CORP.     LESLIE A EISNER MD      NO.

85149.

# DISABILITY STATUS FORM

## EMPLOYER SECTION

Name: _Ernst Donnely_     SSN _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_ Date: _____

Dept: _Cust. Service_     Job Title: _Investigator_

Initial date of absence: _1-22-98_     Work related: Yes or (No)

Physician name: _____     Phone #: _____

Physician address: _____

First date of treatment: _____

## MEDICAL AUTHORIZATION

To all physicians, hospitals, and medical service providers: I authorize the Swiss Bank Corporation or its representatives to receive a copy of all medical information required to support my application for disability leave.  A photo-copy of this authorization may be made and used as if it were the original.  I understand the firm may request medical updates at any time.

Employee Signature                          Date

## PHYSICIAN SECTION

Diagnosis: _SEVERE   UVEITIS  LEFT EYE_

Nature of Illness/Injury: _Severe inflammatory problem left eye,_
_with loss of vision and pain. Requires_
_intensive topical therapy._

1. Able to return to work? (Yes) or No
2. Date expected to return to work? _Feb 23/98_
3. Please describe any restriction:

Restrictions: _None_

Physician Signature                          Date: _2.9.98_

Return to:        Swiss Bank Corporation - Human Resources Department
                  Attn: Benefits Coordinator
                  141 West Jackson Blvd.,   Chicago, IL 60604

FUL.CL.00224

MAR. 30. 1998  5:19PM    SWISS BANK CORP                          N° 1159



# SWISS BANK CORPORATION
## FAX COVER SHEET

**TO:**      Carla Tyler-Bailey          **FAX:** 800-356-5815

             First Unum

**FROM:**    Jackie Ferrucie            **TEL:** (203) 719-6797

             Human Resources            **FAX:** (203) 719-4708

**DATE:**    3/30/98


**SUBJECT:** Ernst Doroely

Number of Pages Including Cover Sheet: _____

Just received the disability form. Please review.

*Pls call when you get This*

FULCL00223

03/12/98  11:06  FAX                                    SWISS BANK CORP.

# Disability Claim

FOR EMPLOYEE TO COMPLETE (PLEASE PRINT)

| 1. Employee's Name | ERNST DORCELY | 2. Home Phone Number | 3a. Date of Birth |
|---|---|---|---|
| Street/Box/Apt. | 24 JESSUP ST | Area Code 718 | |
| | STAMFORD | | 3b. Social Security Number |
| City, State, Zip | STAMFORD CT 06902 | 464-7319 | 06 ___ 42 |

| 4. Height 5'11"  Weight | ☐ Male ☐ Female | 5. Employer's Name | SWISS BK (SBC Warburg) | | 6. Policy Number |
| 5a. Occupation | Banker | 5b. List the duties of your occupation at the time of your disability | Customer Service Rep | | |

| 8. Date of accident or date you first noticed symptoms of your illness. | 10. You have been unable to work because of this disability since | 11. Have you returned to work? If yes, when? | 12. If you have not yet returned when do you expect to return |
|---|---|---|---|
| Jan 23 | Jan 26 | NO | |
| | | Part Time ___  Part Time ___ | Part Time ___  Full Time ___ |

13. Describe in detail how, when, and where the accident occurred, or describe the nature of your illness and its first symptoms.

left eye, swollen & unable to see

| 14. Is your accident or illness related to your occupation? ☐ Yes ☐ No   If yes, explain | 15. Have you filed a Worker's Compensation claim? ☐ Yes ☐ No   Do you intend filing a Worker's Compensation claim? ☐ Yes ☐ No |
|---|---|
| | 16. If injury was due to an auto accident, have you applied for no-fault benefits? ☐ Yes ☐ No   If Yes, name, address, and telephone number of the carrier. |

| 17. When were you first treated for your illness or injury? | Hospital | Name | Street | City |
|---|---|---|---|---|
| ☐☐ - ☐☐ - ☐☐ | Doctor | Name | Street | City |

| 18. Have you ever had this same or similar condition in the past? ☐ Yes ☐ No | Hospital | Name | Street | City |
|---|---|---|---|---|
| If yes, give name and address of hospital and doctor. | Doctor | Name | Street | City |

| 19. Marital status | 20. If you are married | | | |
|---|---|---|---|---|
| ☐ Single ☐ Married ☐ Widowed ☐ Divorced | Spouse's Name | | | |
| | Spouse's date of birth ☐☐-☐☐-☐☐ | Is Spouse employed? ☐ Yes ☐ No | | |

| 21. List your children who are under age 25. | | Date of Birth | Married? | Attending R |
|---|---|---|---|---|
| Name | | ☐☐-☐☐-☐☐ | ☐ Yes ☐ No | ☐ Yes |
| | | ☐☐-☐☐-☐☐ | ☐ Yes ☐ No | ☐ Yes |

22. If your request for benefits is approved, do you want the minimum $50.00 per week withheld from your check for Federal Income Tax purposes? ☐
If you would like more than the minimum please state the exact dollar amount you want withheld $

The above statements are true and complete to the best of my knowledge and belief. Your signature is required for benefit considerations.

X _____     3-11-98
Signature                          Date

FUL.CL.00222

FUL.CL.00221

FULCL00220

# FIRST UNUM

## Disability Claim

FAX Tel 800-998-6815

**FOR EMPLOYEE TO COMPLETE (PLEASE PRINT)**

1. Employee's Name: ERNST DORLELY

Street/Box/Apt: 24 Jessup Jr
STAMFORD

City, State, Zip: STAMFORD CT 06902

4. Height 5'11"  Weight — ☐Male ☐Female

5a. Occupation: Banker

2. Home Phone Number: Area Code 718

3a. Date of Birth
3b. Social Security Number

6. Employer's Name: SWISS BR (SBC Werburg)

7. Policy Number

6b. List the duties of your occupation at the time of your disability: Customer Service Rep

9. Date of accident or date you first noticed symptoms of your illness: Jan 23

10. You have been unable to work because of this disability since: Jan 26

11. Have you returned to work? If yes, when?  No
Part Time: ___  Full Time: ___

12. If you have not yet returned to work when do you expect to return?
Part Time: ___  Full Time: ___

13. Describe in detail how, when, and where the accident occurred, or describe the nature of your illness and its first symptoms: Left eye, Swells - unable to see

14. Is your accident or illness related to your occupation? ☐Yes ☐No

15. Have you filed a Worker's Compensation claim? ☐Yes ☐No
I'm you intend filing a Worker's Compensation claim? ☐Yes ☐No

16. If injury was due to an auto accident, have you applied for no-fault benefits? ☐Yes ☐No

17. When were you first treated for your illness or injury?  Hospital:
Name / Street / City / State / Zip
Doctor:

18. Have you ever had this same or a similar condition in the past? ☐Yes ☐No  Hospital:
If yes, give name and address of hospital and doctor.
Doctor:

19. Marital status ☐Single ☐Married ☐Widowed ☐Divorced

20. If you are married: Spouse's name ___ Spouse's date of birth ___ Is Spouse employed? ☐Yes ☐No

21. List your children who are under age:

22. If your request for benefits is approved, do you want the minimum withheld? ☐Yes ☐No

The above statements are true and complete to the best of my knowledge and belief. Your signature is required for benefit consideration.

X _____   3-77-98

| Clm No | Document / Subject |
| --- | --- |

**851002720**

11  Claim for Ernst Dorcely created on 1995-03-21
   (1995-03-27) Claim Doc -- Call to EE
   (1995-03-30) Claim Doc -- Call from EE
   (1995-03-30) Letter - Claimant Information Requests and Delays - Claimant Telephone Contact Request
   (1995-04-06) Letter - Claimant Information Requests and Delays - Swiss Bank Benefit Approval General
   (1995-04-06) Letter - Service Provider Narrative and Records Requests - Medical Records Request
   (1995-04-20) CCC Phone Doc -- Bob, ER wants you to call to give an up date on the status of this clm.
   (1995-04-20) Claim Doc -- NTF:
   (1995-04-20) Claim Doc -- RTW?
   (1995-04-20) Letter - Claimant Information Requests and Delays - Expected Duration General
   (1995-05-01) Form -- DB-451
   (1995-05-16) Response -- Received office notes from Dr. UNIS

FULCL00219

Portland Insured STD
WorkFlow

# STD Claim Summary



| | | |
|---|---|---|
| **Claim Number:** | 851002720 | **CoverageType :** |  |

**Related FMLA Event:**  ○ Yes
                         ○ No

| | | | |
|---|---|---|---|
| **Claimant:** | Ernst Dorcely | **AutoAssist:** | No |
| **Policy No:** | 00455786 | **Segmentation:** | |
| **Adjustment Claims:** | | | |

## Contribution Alert: Employee contribution and/or tax status is inconsistent.

| | | | |
|---|---|---|---|
| **Received Date:** | 03/21/95 10:21:00 AM | **Region:** | Region 2 |
| **TCS Received Date:** | | | |
| **Info Specialist Status:** | Send for Assignment | **Claims Payor Status:** | Closed |
| **Info Specialist:** | Gabrielle Regan | **Assigned To:** | Robert D'Antonio |
| **Resolution Specialist:** | | **Assigned Date:** | 03/24/95 04:01 PM |
| **Resolution Date:** | | | |
| **Resolution Reason:** | | | |

### Information From Claimform (Employer):

| | | | |
|---|---|---|---|
| **Social Security No:** | 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 | **Hire Date:** | 12/30/91 |
| **Job Title:** | Customer Service | | |
| **Weekly Earnings:** | $657.69 | **Other Earnings:** | No |
| **Last Date Worked:** | 02/07/95 | | |
| **Return To Work Date:** | 04/24/95 | **Return To Wk Status:** | |
| **Employee Contribution:** | No | **Tax Status:** | Unknown |
| **Employee Post-Tax %:** | | **Offset:** | No |
| **Work Related (ER):** | No | **Location:** | |
| **LTD Policy Number:** | | **STD Policy Number:** | 00455786 |
| **LTD Policy Name:** | | | |

### Information From Mainframe:

| | | | |
|---|---|---|---|
| **STD Plan Effective Date:** | 01/01/93 | **Billing:** | Self Accounting |
| **STD Plan Term Date:** | | **Division:** | 0001 |
| **Sales Office:** | New York | **Division Status:** | |
| **Contract Series:** | | **Collection:** | |
| **Product Package:** | | **PEG:** | 001 |
| | | **Choice:** | |
| **Min. No of Hours Req:** | | **Pres EE Wait Period:** | |
| | | **New EE Wait Period:** | |
| **Appl Waiting Period:** | | | |
| **Insured Eff Date:** | 01/01/93 | **Insured Term Date:** | |
| **Employee Contribution:** | Non-contributory | **Employer Option:** | |
| **Tax Status:** | | **Workweek:** | 5 Days |
| **Earnings:** | | | |
| **Date Last Salary Change:** | | | |
| **Benefit Period:** | 8-8-26 | **Weekly Benefit:** | $170.00 |
| **STD Benefit Dur:** | | | |

FUL.CL.00218

**Residual/Partial**

| | |
|---|---|
| Residual Def Dis: | Partial Dis Ben: |
| Def Partial Dis: | When Pd Pay/Wk: |
| Earnings Offset: | Pd Ben Red: |
| Term Dis Ben: | Limited Partial: |
| Dis Def Weekly: | Earn Level TD: |
| Earn Avg Per: | |

**Information From Claimform (Employee):**

**Claimant Name:**

Prefix: Mr.    First: Ernst   MI:   Last: Dorcely   Suffix:

| | | | | | |
|---|---|---|---|---|---|
| Street Address (1): | 220-24 107th Avenue | | | | |
| Street Address (2): | | | | | |
| Street Address (3): | | | | | |
| Street Address (4): | | | | | |
| Zip: | 11429 | City: | Jamaica | ST/PR: | NEW YORK |
| Country: | UNITED STATES | | | | |
| Claimant Phone No: | 718-479-6335 | DOB: | 12/11/57 | Age at DLW:37 | |
| Social Security No: | 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 | Gender: Male | | Marital Status: | ◯ Married |
| | | | | | ◯ Single |
| | | | | | ◯ Divorced |

| | | | |
|---|---|---|---|
| Date of Accident: | | Date First Treated(EE): | |
| Motor Veh Accident: | No | Work Related (EE): | No |
| Federal Withholding: | No | Federal W/H Amount: | |

**Information From Claimform (Physician):**

| | | | |
|---|---|---|---|
| Primary ICD9: | | Secondary ICD9: | |
| Work Related (AP): | No | Date 1st Unable to Work: | 02/08/95 |
| Date First Treated: | 02/10/95 | Disability Date: | 02/08/95 |
| Expected Delivery Date: | | Actual Delivery Date: | |
| | | Method: | |
| Date First Hospitalized: | | Date of Surgery: | |
| Restrictions/Limitations: | No | Cause: | Accident |
| Projected RTW: | | Projected RTW Status: | |
| Date Next Office Visit: | | | |

**Diagnosis Section:**

| Disabling | Condition | | |
|---|---|---|---|
| Type: ICD | Primary: 823.9 | Secondary: | |
| Description: | Fracture of Tibia and/or Fibula, Unspecified Part, Open | | |

| Contributing | Conditions | |
|---|---|---|
| Type: | Primary: | Secondary: |
| Description: | | |
| Type: | Primary: | Secondary: |
| Description: | | |

**Other Information:**

| | | | |
|---|---|---|---|
| Archive Date: | 02/09/97 | Storage Date: | |
| LTD Re-Assign (ICP): | | LTD Benft Office: | |
| STD Benefit End Date: | | | |
| Image: | **Paper File** | | |

**Revisions:**

| | | | |
|---|---|---|---|
| Updated By: | Robert D'Antonio | Date and Time: | 04/06/95 05:01:35 PM |

FUL.CL.00217


Insured STD Portland WorkFlow     **Claim Documentation**     For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:** | Claimant | **Phone No:** | 718-479-6335 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 03/28/95 |
| **Created By:** | Robert D'Antonio | **Date:** | 03/27/95 04:13 PM |

| | | | |
|---|---|---|---|
| **Claim No:** | 851002720 | **Assigned To:** | Robert D'Antonio |
| **Policy No:** | 455786 | | |
| **Claimant:** | Ernst  Dorcely | **SSN:** | 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 |

**Subject:** Call to EE

Called EE 3/27 to determine rtw.  Called 3/28/29/30 no answer or call back. Sending Contact letter.

FULCL00216

Insured STD Portland WorkFlow

# Claim Documentation

For Your Information

| | | | |
|---|---|---|---|
| **Re:** | **Claimant** | **Phone No:** | 718-479-6335 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 04/06/95 |
| **Created By:** | Robert D'Antonio | **Date:** | 03/30/95 04:05 PM |
| **Claim No:** | 851002720 | **Assigned To:** | Robert D'Antonio |
| **Policy No:** | 455786 | | |
| **Claimant:** | Ernst Dorcely | **SSN:** | 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 |

**Subject:** Call from EE

Need to get medical update  need result of last office visit with AP.  Received call from EE. Trip on sidewalk. Per LPV with Physician, out of cast on crutches. Clmt claims he is in great pain but that he still cannot get around and he goes to a relatives house where they care for him. Occ is sedentary. some walking. Benefits only through 4/9/95. Need medical.

FULCL00215

March 30, 1995

**Carbon Copy**

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone:  1-800-321-0745
Fax:      1-800-356-5815

ERNST  DORCELY
220-24 107TH AVENUE
JAMAICA NY 11429

SWISS BANK CORPORATION
ATTN: KAREN SCHEUTTIG
BOX 395 CHURCH STREET STATION
NEW YORK   NY     10038

RE:        Ernst Dorcely
     Claim Number:              851002720    SSN:
     Policy Number:             455786 - N001AS

Dear Mr. Dorcely:

We have received and reviewed your Short Term Disability claim.

We are unable to make a determination on your claim as we are in need of additional information
from you.  Please contact this office at your earliest convenience to provide us with this
information.  **No claim determination will be made, until you contact this office.** We
appreciate your cooperation in this matter.

For your convenience, our automated *"Fast Response"* system is on our toll free 800 number.  It
combines the convenience of automated claim information with experienced Specialists who will
answer your individual questions quickly and accurately.  When calling, please have your social
security number available.

Sincerely,

*Robert D'Antonio*

Robert D'Antonio
Disability Benefit Specialist

RD/rd

cc:        Swiss Bank Corporation

FUL CL 00214

April 6, 1995

**Carbon Copy**

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone:  1-800-321-0745
Fax:      1-800-356-5815

ERNST DORCELY
220-24 107TH AVENUE
JAMAICA NY 11429

SWISS BANK CORPORATION
ATTN: KAREN SCHEUTTIG
BOX 395 CHURCH STREET STATION
NEW YORK  NY    10038

RE:      Ernst Dorcely
     Claim Number:          851002720   SSN:
     Policy Number:          455786 - N001AS

Dear Mr. Dorcely:

First UNUM is the administrator for your company's disability plan.

Your benefits have been approved from 2/8/95 through 4/09/95.

For benefits beyond 4/9/95 we will be contacting you or your physician.  Based on the
information we obtain, we will review whether additional benefits are due.  We will notify you
of our claim determination.

If you have any questions, please contact our office and we will be happy to assist you.

Sincerely,

*Robert D'Antonio*

Robert D'Antonio
Disability Benefit Specialist

  RD/rd

cc:      Swiss Bank Corporation

FULCL00213

April 6, 1995

**Carbon Copy**

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone:  1-800-321-0745
Fax:     1-800-356-5815

GEORGE UNIS MD
115 EAST 61ST STREET
NEW YORK, NY 10021

RE:        Ernst Dorcely
      Claim Number:        851002720   SSN:
      Policy Number:       455786 - N001AS

Dear Dr.. Unis:

We are in receipt of a Short Term Disability claim filed in behalf of Ernst Dorcely and are
requesting your assistance in providing us with additional information.

Please provide us with copies of all medical records in your possession dated 02/08/95 through
present that detail Mr Dorcely's inability to work.  Currently the medical information on file
doesn't support continued disability.

      * All office notes

      * Consultations by any physician

      * Copies of reports of all diagnostic tests

      * Copies of all flow charts

      * Copies of all treatment and procedure notes

      * Copies of any hospital records in the file

We have included a signed release for your convenience.

We appreciate your cooperation in this matter and look forward to a prompt response.

Sincerely,

*Robert D'Antonio*

Robert D'Antonio
Disability Benefit Specialist

RD/rd

FULCL00212

| Portland Insured STD WorkFlow | **CCC Phone Documentation** | Action Required |
|---|---|---|

**Received Call From:** ER/ Eileen O'Keefe Swiss bank     **Phone No:** 212-574-6641

**Doc Type:** Employer
**Policy No:** 455786     **Claim No:** 851002720

**Claimant:** Ernst Dorcely     **SSN/ID:** 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

**Assigned To:** Robert D'Antonio     **Status:** Completed

**Notes/Message:** Bob, ER wants you to call to give an up date on the status of this clm.

---

**Delivery Date:**     **Returned To Work:**

**Delivery Type:**     **Work Schedule:**

**Last Day Worked:**     **Hours Worked:**

**RTW Capacity:**     **Next Office Visit:**

**Last Office Visit:**

**Medication:**

**Surgery:**

**Therapy:**

**R & L:**

---

**CCC Specialist:** Malinda High     **Date:** 04/20/95 12:07 PM

FULCL00211

Insured STD Portland **WorkFlow**

# Claim Documentation

**For Your Information**

| | | | |
|---|---|---|---|
| **Received Call From:** | Physician | **Phone No:** | |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 04/20/95 |
| **Created By:** Robert D'Antonio | | **Date:** | 04/20/95 03:22 PM |
| **Claim No:** | 851002720 | **Assigned To:** | Robert D'Antonio |
| **Policy No:** | 455786 | | |
| **Claimant:** | Ernst  Dorcely | **SSN:** | 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 |

**Subject:** NTF:

Clmt was seen in office earlier in the week crying. Benefits stopped.  AP office explained that clmt is still being seen for the ankle fracture and that he is still unbale to rtw. He is to be seen again in late April for a release. Ankle swells after clmt is on feet for short periods of time. Clmt has low threshold of pain.

FUI.CL.00210

Insured STD Portland WorkFlow         **Claim Documentation**         For Your Information

| | | | |
|---|---|---|---|
| **Placed Call To:**   Claimant | | **Phone No:** | 718-479-6335 |
| **Doc Type:** | | | |
| **Status:**   Completed | | **Follow-Up Date:** | 05/01/95 |
| **Created By:** Robert D'Antonio | | **Date:** | 04/20/95 03:35 PM |
| **Claim No:**   851002720 | | **Assigned To:**   Robert D'Antonio | |
| **Policy No:**   455786 | | | |
| **Claimant:**   Ernst  Dorcely | | **SSN:** | 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 |

**Subject:** RTW?

RTW 4/24/95

FUL.CL.00209

April 20, 1995

**Carbon Copy**

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone:  1-800-321-0745
Fax:     1-800-356-5815

ERNST  DORCELY
220-24 107TH AVENUE
JAMAICA NY 11429

SWISS BANK CORPORATION
ATTN: KAREN SCHEUTTIG
BOX 395 CHURCH STREET STATION
NEW YORK  NY     10038

RE:       Ernst Dorcely
    Claim Number:         851002720   SSN:
    Policy Number:        455786 - N001AS

Dear Mr. Dorcely:

First Unum is the administrator fo your company's Short Term Disability plan.

Based on the information on file,  we may extend benefits through April 30, 1995, taking into consideration applicable policy provisions.  If you are able to return to work prior to this date, please contact us immediately.  Short Term Disability benefits are not payable after you have returned to work.

If you are unable to return to work on April 30, 1995 for medical reasons, you are required to have your attending physician provide the following information to support total disability:

> * **Office Notes**
>
> * **Basic Laboratory Data and other pertinent tests or consultations**
>   **which illustrate the problem and its effect on your ability to work.**
>
> * **Please take notice - A note from your physician simply stating**
>   **he/she is extending your disability will not be acceptable without**

**supporting medical data.**

Please mail or fax this information to us.  Our mailing address and fax number are located in the upper right hand corner of this letter.

Sincerely,

*Robert D'Antonio*

Robert D'Antonio
Disability Benefit Specialist

RD/rd

FULCL00208

<table>
<tr><td>TO CLAIMANT: THE OFFICE<br>IDENTIFIED AT THE RIGHT<br>ISSUED THIS NOTICE</td><td>First UNUM Insurance Company<br>Short Term Disability Benefits<br>120 White Plains Road, 3rd Floor<br>Tarrytown, NY 10591-5532<br>Phone: 1-800-321-0745<br>Fax:    1-800-356-6815</td><td>DB-451</td></tr>
</table>

**NOTICE OF TOTAL OR PARTIAL REJECTION OF CLAIM FOR DISABILITY BENEFITS**
**AVISO DE RECHAZO TOTAL O PARCIAL DE RECLAMACIÓN DE BENEFICIOS POR INCAPACIDAD**

THIS FORM MUST BE USED BY SELF-INSURED EMPLOYERS, UNIONS OR ASSOCIATIONS AND INSURANCE CARRIERS TO REJECT ALL OR PART OF A CLAIM FOR DISABILITY BENEFITS. This notice is to be mailed to the claimant in triplicate within 45 days, to give the claimant the opportunity of filing the notice with the Chair, Workers' Compensation Board for the purpose of review. IMPORTANT: Check each item on which claim is being rejected. If reason No. 5, 7 9 or 10 is checked, enter explanation in the space provided in No. 11.

<table>
<tr><td>Claimant<br><br>Mr. Ernst Dorcely<br>220-24 107th Avenue<br>Jamaica, NY  11429</td><td>Date of This Notice <u>05/01/95</u><br>Social Security No. <u>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</u><br>Date of First Day of Disability<br>Date Claim Received <u>03/21/95 10:21:00 AM</u><br>by employer or carrier, whichever is earlier<br>Claim Filed  [ ] DB-300    [ ] C-7 (Sec. 206.2)<br>(Check one) [X] DB-450    WCB Case No.<br>Carrier Claim or File No <u>851002720</u></td></tr>
<tr><td>▬▬▬▬▬▬▬<br><br>Employer  SWISS BANK CORPORATION</td><td>Address  BOX 395 CHURCH STREET STATION</td></tr>
<tr><td>Policy Holder or Union (if Different from Employer)</td><td>Address  NEW YORK  NY   10038</td></tr>
<tr><td colspan="2">Benefits were paid on this claim prior to Date of this Notice<br>[ ] None         [X] From          02/15/95 to 04/24/95  Amount Per Week  $170.00</td></tr>
</table>

You are hereby notified that your claim for disability benefits is rejected for the reason(s) checked below:

1. [ ] Payment of benefits is rejected after the date you could return to work according to medical evidence on file. If you were still disabled after that date, submit additional medical evidence immediately.
2. [ ] Your claim was filed more than 26 weeks after your disability began.
3. [ ] Notice and proof of disability was not furnished within 30 days (SEE DATES ABOVE.) after disability commenced. (See item 4 on reverse.)
   (A) [ ] No benefits payable
   (B) [ ] Payments are being made beginning 2 weeks prior to the date your claim was received Benefits are payable from
4. [ ] We are not your last employer's Disability Benefits Insurance carrier.
   (A) [ ] Your claim has been forwarded to:
   (B) [ ] Your claim is returned herewith. We suggest you give it to your employer for submission to the proper carrier or forward it to the Workers' Compensation Board, Disability Benefits Bureau, Albany, N.Y. 12241.

5. [ ] Your record of employment is not sufficient to establish your eligibility for disability benefits. SEE EXPLANATION UNDER ITEM NO. 11.
6. [ ] Your disability began more than 4 weeks after your employment terminated. Your claim, together with copies of this notice and our related records, is being forwarded to the Workers' Compensation Board, Special Fund for Disability Benefits, Albany, N.Y. 12241 for consideration.
7. [ ] You have received either 26 weeks of benefits, the maximum payable during a period of 52 consecutive weeks or for any one disability; or you have received the maximum payable under a Disability Benefits plan filed with the Workers' Compensation Board. SEE EXPLANATION UNDER ITEM NO. 11.
8. [ ] Your disability arose out of and in the course of your employment. We suggest you notify your employer and obtain a claim for Workers' Compensation (Form C-3) form the nearest Workers' Compensation Board Office.
9. [ ] You failed to furnish, as requested, information necessary to process your claim. SEE EXPLANATION UNDER ITEM NO. 11.
10. [X] OTHER - SEE EXPLANATION UNDER ITEM NO. 11.

FULCL00207

11. Explanation REturn to work 4/24/95.

*Robert D'Antonio*     *Title:  Disability Benefit Specialist*     *1-800-321-0745*
TO CLAIMANT: READ IMPORTANT INSTRUCTIONS FOR REQUESTING REVIEW ON REVERSE SIDE.
AL(A LA) RECLAMANTE:LEA,EN EL REVERSO DE ESTA FORMA,INSTRUCCIONES IMPORTANTES PAR SOLICITAR
REVISION.

Re:   - 851002720 - Page 1 of 2

FUI.CL.00206

CLAIMANT'S REQUEST FOR REVIEW

**MAIL TO:**
WORKER'S COMPENSATION BOARD
DISABILITY BENEFITS BUREAU
100 BROADWAY - MENANDS
ALBANY, N.Y. 12241

I acknowledge receipt of Notice of Rejection of my claim for Disability Benefits. I hereby request a review
of the rejection of such claim for the following reasons: (Give complete details)

Acuso recibo del Aviso de Rechazo de mi reclamación de Beneficios por Incapacidad. Por la presente solicito una revisión del
rechazo de dicha reclamación, por las siguientes razones: (Dar detalles completos).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claimant's Signature _____ Date _____

Social Security Number _____ Telephone Number _____

FUI.CL.00205

INSTRUCTIONS TO CLAIMANT

1. If you do not agree with this rejection of your claim, complete the above statement. You should file your Request for Review within 26 weeks.

2. Give SPECIFIC reasons for requesting a review for each item of rejection checked on the face of this form.

3. Attach any Medical Evidence, Employment Records, and/or any other evidence, which you feel will support your request for review.

4. You may request that late filing be excused by the Chair. Workers' Compensation Board, if it was not reasonably possible to file within 30 days after disability began and filing was done as soon as possible.

5. Complete all copies of this form received from you Employer or Insurance Company.

6. Mail two copies PROMPTLY to:
   Workers' Compensation Board
   Disability Benefits Bureau
   100 Broadway - Menands
   Albany, N.Y. 12241

INSTRUCCIONES AL(A LA) RECLAMANTE

1. Si usted no está conforme con este rechazo de su reclamoión, complete la declaración arriba. Usted debe mandar su Aviso de Rechazo antes de 26 semanas.

2. Dé usted las razones ESPECIFICAS que le hacen solicitar revisión, con respecto a cada punto de rechazo chequeado en el frente de esta forma.

3. Adjunte a esta forma Certificados Médicos, Antecedentes de Empleo y/o cualquier otro documento que opine hayan de apoyar su solicitud de revisión.

4. Usted puede solicitar que la presentatión tardía de su reclamación le sea disculpada por la Presidenta (Chair) de la Junta de Compensación Obrera, si a usted no le fue razonablemente posible presentar su reclamación dentro de los 30 días desde la fecha del comienzo de su incapacidad y el hizo dicha presentación lo más pronto que le fue posible hacerlo.

5. Complete todas las copias de esta forma, que haya recibido de su Patrón(Patrona) o de la Compañía de Seguros.

6. Envíe por correo, PRONTAMENTE, dos copias a:
   Workers' Compensation Board
   Disability Benefits Bureau
   100 Broadway - Menands
   Albany, N.Y. 12241

Re:  - 851002720 - Page 2 of 2

FULCL00204