Portland Insured STD WorkFlow                    **Response**

Subject: **Received office notes from Dr. UNIS**

| | | | |
|---|---|---|---|
| Policy No: | 455786 | Claim No: | 651002720 |
| Status: | Completed | Follow-Up? | No |
| Assigned To: | Robert D'Antonio | Follow-Up Date: | 05/16/95 |
| SSN: | 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 | | |

Claimant:

| First Name: | Ernst | MI: | | Last Name: | Dorcely | Suffix: | |
|---|---|---|---|---|---|---|---|
| State: | NY | | | | | | |

| Created by: | Mail Clerk2 | Date: | 05/16/95 10:13:13 AM |
|---|---|---|---|

FULCL00203

Clm No     Document  /  Subject

**851176060**

    3     Claim for Ernst Dorcely created on 1996-06-26
         (1996-07-01) Claim Doc -- Bens extended-BEF 06/28/96
         (1996-07-01) Form -- DB-451
         (1996-07-01) Letter - Claimant Information Requests and Delays - Swiss Bank Benefit Approval Doctor

FULCL00202

Portland Insured STD
WorkFlow

# STD Claim Summary



| | | | |
|---|---|---|---|
| Claim Number: | 851176060 | CoverageType : |  |

| | | |
|---|---|---|
| | | Related FMLA Event: ○ Yes ○ No |
| Claimant: | Ernst Dorcely | AutoAssist: No |
| Policy No: | 00455786 | Segmentation: |
| Adjustment Claims: | | |

| | | | |
|---|---|---|---|
| Received Date: | 08/26/96 10:03:36 AM | Region: | Region 2 |
| TCS Received Date: | | | |
| Info Specialist Status: | Send for Assignment | Claims Payor Status: | Closed |
| Info Specialist: | Shameka Stepney | Assigned To: | Grace Barksdale |
| Resolution Specialist: | | Assigned Date: | 06/26/96 04:01 PM |
| Resolution Date: | | | |
| Resolution Reason: | | | |

**Information From Claimform (Employer):**

| | | | |
|---|---|---|---|
| Social Security No: | 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 | Hire Date: | 12/30/91 |
| Job Title: | Customer Service Rep | | |
| Weekly Earnings: | $730.67 | Other Earnings: | |
| Last Date Worked: | 05/14/96 | | |
| Return To Work Date: | | Return To Wk Status: | |
| Employee Contribution: | No | Tax Status: | N/A |
| Employee Post-Tax %: | | Offset: | |
| Work Related (ER): | | Location: | |
| LTD Policy Number: | | STD Policy Number: | 00455786 |
| LTD Policy Name: | | | |

**Information From Mainframe:**

| | | | |
|---|---|---|---|
| STD Plan Effective Date: | 01/01/93 | Billing: | Self Accounting |
| STD Plan Term Date: | | Division: | 0001 |
| Sales Office: | New York | Division Status: | |
| Contract Series: | | Collection: | |
| Product Package: | | PEG: | 001 |
| | | Choice: | |
| Min. No of Hours Req: | | Pres EE Wait Period: | |
| | | New EE Wait Period: | |
| Appl Waiting Period: | | | |
| Insured Eff Date: | 01/01/93 | Insured Term Date: | |
| Employee Contribution: | No | Employer Option: | |
| Tax Status: | | Workweek: | |
| Earnings: | | | |
| Date Last Salary Change: | | | |
| Benefit Period: | | Weekly Benefit: | |
| STD Benefit Dur: | | | |

FULCL00201

**Residual/Partial**

| | |
|---|---|
| **Residual Def Dis:** | **Partial Dis Ben:** |
| **Def Partial Dis:** | **When Pd Pay/Wk:** |
| **Earnings Offset:** | **Pd Ben Red:** |
| **Term Dis Ben:** | **Limited Partial:** |
| **Dis Def Weekly:** | **Earn Level TD:** |
| **Earn Avg Per:** | |

---

**Information From Claimform (Employee):**

**Claimant Name:**

**Prefix:** Mr.    **First:** Ernst  **MI:**  **Last:** Dorcely  **Suffix:**
**Street Address (1):**        131-11 Kew Garden Rd Apt 1E
**Street Address (2):**
**Street Address (3):**
**Street Address (4):**

| | | | | |
|---|---|---|---|---|
| **Zip:** | 11418 | **City:** | Richmond Hill **ST/PR:** | NEW YORK |
| **Country:** | UNITED STATES | | | |
| **Claimant Phone No:** | 212-464-7314 | **DOB:** | 12/11/51 **Age at DLW:** 44 | |
| **Social Security No:** | 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 | **Gender:** Male | **Marital Status:** ◯ Married | |
| | | | ◯ Single | |
| | | | ◯ Divorced | |

| | | | |
|---|---|---|---|
| **Date of Accident:** | 05/14/96 | **Date First Treated(EE):** | 05/09/96 |
| **Motor Veh Accident:** | | **Work Related (EE):** | |
| **Federal Withholding:** | | **Federal W/H Amount:** | |

---

**Information From Claimform (Physician):**

| | | | |
|---|---|---|---|
| **Primary ICD9:** | | **Secondary ICD9:** | |
| **Work Related (AP):** | | **Date 1st Unable to Work:** | 05/15/96 |
| **Date First Treated:** | 05/09/96 | **Disability Date:** | 05/15/96 |
| **Expected Delivery Date:** | | **Actual Delivery Date:** | |
| | | **Method:** | |
| **Date First Hospitalized:** | | **Date of Surgery:** | |
| **Restrictions/Limitations:** | No | **Cause:** | |
| **Projected RTW:** | | **Projected RTW Status:** | |
| **Date Next Office Visit:** | | | |

---

**Diagnosis Section:**

| **Disabling** | **Condition** | |
|---|---|---|
| **Type:** ICD | **Primary:** | **Secondary:** |
| **Description:** | ERROR: Server error: Entry not found in index | |

| **Contributing** | **Conditions** | |
|---|---|---|
| **Type:** | **Primary:** | **Secondary:** |
| **Description:** | | |
| **Type:** | **Primary:** | **Secondary:** |
| **Description:** | | |

---

**Other Information:**

| | | | |
|---|---|---|---|
| **Archive Date:** | 02/09/97 | **Storage Date:** | |
| **LTD Re-Assign (ICP):** | | **LTD Benft Office:** | |
| **STD Benefit End Date:** | | | |
| **Image:** | Paper File | | |

---

**Revisions:**

| **Updated By:** | Grace Barksdale | **Date and Time:** | 07/01/96 |
|---|---|---|---|

FUL.CL.00200

Insured STD Portland WorkFlow

# Claim Documentation

For Your Information

| | | | |
|---|---|---|---|
| **Received Call From:** | Claimant | **Phone No:** | 212-464-7314 |
| **Doc Type:** | | | |
| **Status:** | Completed | **Follow-Up Date:** | 07/01/96 |
| **Created By:** | Grace Barksdale | **Date:** | 07/01/96 10:59 AM |

| | | | |
|---|---|---|---|
| **Claim No:** | 851176060 | **Assigned To:** | Grace Barksdale |
| **Policy No:** | 455786 | | |
| **Claimant:** | Ernst Dorcely | **SSN:** | 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 |

**Subject:** Bens extended-BEF 06/28/96

EE out 3 wks due to remval of hardware from Ankle.  sent ltr to ER and clm closed

FULCL00199

| TO CLAIMANT: THE OFFICE IDENTIFIED AT THE RIGHT ISSUED THIS NOTICE | First UNUM Insurance Company<br>Short Term Disability Benefits<br>120 White Plains Road, 3rd Floor<br>Tarrytown, NY 10591-5532<br>Phone: 1-800-321-0745<br>Fax:    1-800-356-5815 | DB-451 |

**NOTICE OF TOTAL OR PARTIAL REJECTION OF CLAIM FOR DISABILITY BENEFITS**
**AVISO DE RECHAZO TOTAL O PARCIAL DE RECLAMACIÓN DE BENEFICIOS POR INCAPACIDAD**

THIS FORM MUST BE USED BY SELF-INSURED EMPLOYERS, UNIONS OR ASSOCIATIONS AND INSURANCE CARRIERS TO REJECT ALL OR PART OF A CLAIM FOR DISABILITY BENEFITS. This notice is to be mailed to the claimant in triplicate within 45 days, to give the claimant the opportunity of filing the notice with the Chair, Workers' Compensation Board for the purpose of review. IMPORTANT: Check each item on which claim is being rejected. If reason No. 5, 7 9 or 10 is checked, enter explanation in the space provided in No. 11.

| Claimant<br><br>Mr. Ernst Dorcely<br>131-11 Kew Garden Rd Apt 1E<br>Richmond Hill, NY  11418 | Date of This Notice 07/01/96<br>Social Security No. 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<br>Date of First Day of Disability<br>Date Claim Received 06/26/96 10:03:36 AM<br>by employer or carrier, whichever is earlier<br>Claim Filed  [ ] DB-300       [ ] C-7 (Sec. 206.2)<br>(Check one) [X] DB-450         WCB Case No.<br>Carrier Claim or File No 851176060 |
| **Employer**  SWISS BANK CORPORATION | **Address**  BOX 395 CHURCH STREET STATION |
| **Policy Holder or Union (If Different from Employer)** | **Address**  NEW YORK  NY    10036 |
| Benefits were paid on this claim prior to Date of this Notice<br>[ ] None                        [X] From | 05/22/96 to 06/06/96  Amount Per Week  $170.00 |

<u>You are hereby notified that your claim for disability</u> benefits is rejected for the reason(s) checked below:

1. [ ] Payment of benefits is rejected after the date you could return to work according to medical evidence on file. If you were still disabled after that date, submit additional medical evidence immediately.
2. [ ] Your claim was filed more than 26 weeks after your disability began.
3. [ ] Notice and proof of disability was not furnished within 30 days (SEE DATES ABOVE.) after disability commenced. (See item 4 on reverse.)
   (A) [ ] No benefits payable
   (B) [ ] Payments are being made beginning 2 weeks prior to the date your claim was received Benefits are payable from
4. [ ] We are not your last employer's Disability Benefits Insurance carrier.
   (A) [ ] Your claim has been forwarded to:

   (B) [ ] Your claim is returned herewith. We suggest you give it to your employer for submission to the proper carrier or forward it to the Workers' Compensation Board, Disability Benefits Bureau, Albany, N.Y. 12241.

5. [ ] Your record of employment is not sufficient to establish your eligibility for disability benefits. SEE EXPLANATION UNDER ITEM NO. 11.
6. [ ] Your disability began more than 4 weeks after your employment terminated. Your claim, together with copies of this notice and our related records, is being forwarded to the Workers' Compensation Board, Special Fund for Disability Benefits, Albany, N.Y. 12241 for consideration.
7. [ ] You have received either 26 weeks of benefits, the maximum payable during a period of 52 consecutive weeks or for any one disability, or you have received the maximum payable under a Disability Benefits plan filed with the Workers' Compensation Board. SEE EXPLANATION UNDER ITEM NO. 11.
8. [ ] Your disability arose out of and in the course of your employment. We suggest you notify your employer and obtain a claim for Workers' Compensation (Form C-3) form the nearest Workers' Compensation Board Office.
9. [ ] You failed to furnish, as requested, information necessary to process your claim. SEE EXPLANATION UNDER ITEM NO. 11.
10. [X] OTHER - SEE EXPLANATION UNDER ITEM NO. 11.

FULCL 00198

11. Explanation Benefits payable thru 6/5/96, as you returned
to work 6/6/96.

*Grace Barksdale*     Title:  *Disability Benefit Specialist*     *1-800-321-0745*
TO CLAIMANT: READ IMPORTANT INSTRUCTIONS FOR REQUESTING REVIEW ON REVERSE SIDE.
AL(A LA) RECLAMANTE:LEA,EN EL REVERSO DE ESTA FORMA,INSTRUCCIONES IMPORTANTES PAR SOLICITAR
REVISION.

Re:  - 851176060 - Page 1 of 2

FULCL00197

**CLAIMANT'S REQUEST FOR REVIEW**

**MAIL TO:**
WORKER'S COMPENSATION BOARD
DISABILITY BENEFITS BUREAU
100 BROADWAY - MENANDS
ALBANY, N.Y. 12241

I acknowledge receipt of Notice of Rejection of my claim for Disability Benefits. I hereby request a review
of the rejection of such claim for the following reasons: (Give complete details)
Acuso recibo del Aviso de Rechazo de mi reclamación de Beneficios por Incapacidad. Por la presente solicito una revisión del
rechazo de dicha reclamación, por las siguientes razones: (Dar detalles completos).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claimant's Signature _____ Date _____

Social Security Number _____Telephone Number _____

FULCL00196

INSTRUCTIONS TO CLAIMANT

1. If you do not agree with this rejection of your claim, complete the above statement. You should file your Request for Review within 26 weeks.

2. Give SPECIFIC reasons for requesting a review for each item of rejection checked on the face of this form.

3. Attach any Medical Evidence, Employment Records, and/or any other evidence, which you feel will support your request for review.

4. You may request that late filing be excused by the Chair, Workers' Compensation Board, if it was not reasonably possible to file within 30 days after disability began and filing was done as soon as possible.

5. Complete all copies of this form received from you Employer or Insurance Company.

6. Mail two copies PROMPTLY to:
   Workers' Compensation Board
   Disability Benefits Bureau
   100 Broadway - Menands
   Albany, N.Y. 12241

INSTRUCCIONES AL(A LA) RECLAMANTE

1. Si usted no está conforme con este rechazo de su reclamción, complete la declaración arriba. Usted debe mandar su Aviso de Rechazo antes de 26 semanas.

2. Dé usted las razones ESPECIFICAS que le hacen solicitar revisión, con respecto a cada punto de rechazo chequeado en el frente de esta forma.

3. Adjunte a esta forma Certificados Médicos, Antecedentes de Empleo y/o cualquier otro documento que opine hayan de apoyar su solicitud de revisión.

4. Usted puede solicitar que la presentatión tardía de su reclamación le sea disculpada por la Presidenta (Chair) de la Junta de Compensación Obrera, si a usted no le fue razonablemente posible presentar su reclamación dentro de los 30 días desde la fecha del comienzo de su incapacidad y si hizo dicha presentación lo más pronto que le fue posible hacerlo.

5. Complete todas las copias de esta forma, que haya recibido de su Patrón(Patrona) o de la Compañía de Seguros.

6. Envíe por correo, PRONTAMENTE, dos copias a:
   Workers' Compensation Board
   Disability Benefits Bureau
   100 Broadway - Menands
   Albany, N.Y. 12241

Re:  - 651176060 - Page 2 of 2

July 1, 1996

## Carbon Copy

First UNUM Insurance Company
Short Term Disability Benefits
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532
Phone:  1-800-321-0745
Fax:      1-800-356-5815

ERNST  DORCELY
131-11 KEW GARDEN RD APT 1E
RICHMOND HILL NY 11418

SWISS BANK CORPORATION
ATTN: EILEEN OKEEFE
BOX 395 CHURCH STREET STATION
NEW YORK  NY    10038

RE:        Ernst Dorcely
     Claim Number:          851176060   SSN:
     Policy Number:         455786 - N001AS

Dear Mr. Dorcely:

First UNUM is the Administrator of your Company's disability plan.

Based on your medical condition and your return to work date of June 6, 1996, your benefits
have been approved through June 5, 1996.

If you have any questions, please contact our office and we will be happy to assist you.

Sincerely,

*Grace Barksdale*

Grace Barksdale
Disability Benefit Specialist

  GB/gb

cc:      Swiss Bank Corporation

FULCL00194

dead line =
6/22/00—
Claim being cleared.
If pmt is > than tru
need 2 check
in we status,
lawsuit.

FEB 2 7 2001

FULCL00193

| SELF · FIRST UNUM | LTD/STD | | DEL 08/15/00 | | Special Products: |
|---|---|---|---|---|---|

| CLAIMANT: **Dorcely,Ernst** | | GENDER: M | CLAIM NO: 0098753373 | | EFFECTIVE DATE: 01/01/1993 |
|---|---|---|---|---|---|

| S.S. NO: 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 | DATE OF BIRTH: 12/11/1951 | AGE: 48 | DIAGNOSIS: EYE CONTUSION /Glaucoma | | PRIMARY/SEC ICD9: 921.9/ |
|---|---|---|---|---|---|

ADDRESS: ~~24 JESSUP~~ 208-05 109th Ave

Queens Village NY 11425

Stamford, CT ~~06902 US~~ NA   PHONE/FAX NO.: (203)324-2831  718464 7314

| DATE OF DISABILITY: 2/29/00 | EP: 180 | BENEFITS BEGIN: 8/27/00 |
|---|---|---|
| WOP: 09/01/00 | DURATION/ADEA: TO AGE 65 | BENEFITS END: 12/10/2016 |
| BME: | VERIFY: ___ BENEFIT %: 70% | MONTHLY BENEFIT: |

| OCCUPATION: ~~OPERATIONS CLERK~~ wir transferclerk | OCC CODE: 216 | DATE OF HIRE: 12/30/1991 | P&F/P: P&F | FREEZE?: | EE POST CONTR %: 0 |
|---|---|---|---|---|---|

| ATTORNEY: (name) | TYPE: | M&N LIMIT: 24 MOS | MIN BEN AMT: |
|---|---|---|---|

| ATTORNEY PHONE: | ALL SOURCE/BACKDOOR: NONE | COLA: NA | INDEXATION: |
|---|---|---|---|

| DEPENDENT(S): Spouse: NA | Date of Birth: | Employed: | PRE-X TYPE: 3/12 | PRE-X PERIOD From: __/__/____  Thru: __/__/____ |
|---|---|---|---|---|
| Youngest Child: NA | Date of Birth: | | SURVIVOR BENEFIT: 3 MOS | N/A |

| POLICY NO: 00541136 | DIVISION: 0101 | ELIG GROUP: 001 | CHOICE: 0001 | PRESUMPTIVE CODED DATE: __/__/____ | | TOTAL OP: | AS OF: __/__/____ |
|---|---|---|---|---|---|---|---|

POLICYHOLDER: **UBS AG**

| | COMPONENTS: | From: | Thru: | Amt: |
|---|---|---|---|---|
| PLAN ADMIN: **JULIA BOGNON** | BB | __/__/____ | __/__/____ | |
| ADDRESS: **677 WASHINGTON BLVD** | MDTX | __/__/____ | __/__/____ | |
| **PO BOX 120300** | SSTX | __/__/____ | __/__/____ | |
| **STAMFORD, CT  06912-0300 US** | FIT | __/__/____ | __/__/____ | |
| PHONE: 203-719-6872   FAX: 203-719-4708 | SIT | __/__/____ | __/__/____ | |
| DEFN OF DIS: 2 YR RESID | STD | __/__/____ | __/__/____ | |
| OTHER UNUM POLICIES AND CONTACTS: | SD | __/__/____ | __/__/____ | |
| CK MAIL INST:    SPECIAL INSTRUCTIONS: | WCT | __/__/____ | __/__/____ | |
| Contract:  ☐ XL  ☑ CXC  ☐ CXC Dis Sol  ☐ Other | PSS | __/__/____ | __/__/____ | |
| | FSS | __/__/____ | __/__/____ | |
| CXC Dis Solutions: | 3RDPTY | __/__/____ | __/__/____ | |
| ☐ Max Capacity      ☐ Self-Reported ≈ 12 | AUTOLB | __/__/____ | __/__/____ | |
| ☐ Gainful = 60%      ☐ 40 Hr. Work Week | MIN | __/__/____ | __/__/____ | |
| ☐ Gainful = Gross Dis      ☐ 3rd Party Settle | ALLSRC BACKDR | __/__/____ | __/__/____ | |
| ☐ Pre-ex Prudent      ☐ Auto Liability | PR/PD | __/__/____ | __/__/____ | |
| ☐ Self-Reported = 24      ☐ 1 Year Own Occ | COLA | | | |
| ☐ Regular Care      ☐ Fraud | | | | |
| | WIB BEGIN DATE: __/__/____ | | WIB END DATE: __/__/____ | |

| CREATE DATE: __/__/____ 9/25/00 | EFFECTIVE DATE: __/__/____ 9/25/00 | CLAIM STATUS: Failure to provide |
|---|---|---|

TE+EV JA JD      Closed 9/25/2000

FULCL00192

| Components: | From: | Thru: | Amount: | Components | From: | Thru: | Amount: |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Accum. Sick Mos. | WIB Mos. | From/Thru: | Date | Inititals | Accum. Sick Mos. | WIB Mos. | From/Thru: | Date | Inititals |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FULC 00191

# FIRST UNUM.

**To Be Completed By The Employee**

**Mandatory Authorization** (Authorization to obtain additional information concerning this claim.)

## AUTHORIZATION FOR RELEASE OF INFORMATION

PERSONS OR INSTITUTIONS: This authorizes you to give First UNUM Life Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by First UNUM to assist with this purpose. This authorization is valid during the pendency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

X _____        08 / 18 / 2000
Signature                                                            Date

**Optional Authorization** (Authorization to provide information to your employer)

You are not required to sign this authorization in order to submit a claim for disability benefits to First UNUM.

I (your name) _____ authorize First UNUM to disclose or furnish to my employer any and all information in First UNUM's possession with respect to any illness, including mental illness, drug or alcohol abuse, or any injury and to provide information regarding any medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records that may be requested. My employer will not disclose to any third party any information received from First UNUM pursuant to this authorization without my express written consent.

A photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration of the claim.

X _____        08 / 18 / 2000
Signature                                                            Date

FULCL00190

# FIRST UNUM.

**To Be Completed By The Employee**

**Mandatory Authorization** (Authorization to obtain additional information concerning this claim.)

## AUTHORIZATION FOR RELEASE OF INFORMATION

PERSONS OR INSTITUTIONS: This authorizes you to give First UNUM Life Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by First UNUM to assist with this purpose. This authorization is valid during the pendency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

X _____
Signature

08/18/2000
Date

**Optional Authorization** (Authorization to provide information to your employer)

You are not required to sign this authorization in order to submit a claim for disability benefits to First UNUM.

I (your name) _____ authorize First UNUM to disclose or furnish to my employer any and all information in First UNUM's possession with respect to any illness, including mental illness, drug or alcohol abuse, or any injury and to provide information regarding any medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records that may be requested. My employer will not disclose to any third party any information received from First UNUM pursuant to this authorization without my express written consent.

A photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration of the claim.

FULCL00189

X _____
Signature

08/18/2000
Date

# FIRST UNUM.

**Long Term Disability Claim**
**Employee's Authorization**

**To Be Completed By The Employee**

**Mandatory Authorization** (Authorization to obtain additional information concerning this claim.)

## AUTHORIZATION FOR RELEASE OF INFORMATION

PERSONS OR INSTITUTIONS: This authorizes you to give First UNUM Life Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by First UNUM to assist with this purpose. This authorization is valid during the pendency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

X _____      08/18/2000
  Signature                                                                 Date

**Optional Authorization** (Authorization to provide information to yo... ...)

You are not required to sign this authorization in order to submit a claim for disability benefits to First UNUM.

I (your name) _____ authorize First UNUM to disclose or furnish to my employer any and all information in First UNUM's possession with respect to any illness, including mental illness, drug or alcohol abuse, or any injury and to provide information regarding any medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records that may be requested. My employer will not disclose to any third party any information received from First UNUM pursuant to this authorization without my express written consent.

A photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration of the claim.

X _____      08/18/2000
  Signature                                                                 Date

FULCL00188



**UNUM.**

File Copy

May 02, 2001

UBS AG
JULIA BOGNON
677 WASHINGTON BLVD
PO BOX 120300
STAMFORD, CT 06912-0300

RE:      Ernst Dorcely            DOB: December 11, 1951
         Claim Number:           0098753373
         Policy Number:          00541136 - 0101
         Tax ID:                 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

Dear Ms. Bognon:

We have completed another review regarding the denial of benefits on Mr. Dorcely's Long Term
Disability claim.

Mr. Dorcely's attorney submitted a request for a re-appeal of our decision to deny benefits.
After further review, we find that our previous decision to deny benefits was correct and we are
upholding that determination.

This represents the final review of his file, and therefore, he has exhausted all administrative
remedies in regard to his appeal for disability benefits.

If you have any questions regarding our decision, please feel free to contact me at (800) 413-
7670, ext. 55813.

Sincerely,



Ronald J. Hamel ACS, ALHC, HIA
Senior Appeals Consultant

RJH/rjh

UNUM LIFE INSURANCE COMPANY OF AMERICA
Quality Review
2211 Congress Street
Portland, Maine 04122
1-800-413-7670
Fax 207-575-2354

FULCL00187



**UNUM.**

File Copy

May 01, 2001

MARK FOX, ESQ.
111 EAST 35TH STREET
NEW YORK, NY 10016-3805

RE:     Ernst Dorcely          DOB: December 11, 1951
        Claim Number:          0098753373
        Policy Number:         00541136 - 0101
        Tax ID:                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

Dear Attorney Fox:

We have completed another review regarding the denial of benefits on Mr. Dorcely's Long Term Disability claim.

We have reviewed the additional medical information you submitted on behalf of your client. The information submitted consists of an emergency room visit on January 26, 1998, records from Frantz Lerebours, MD for the period of February 17 to April 30, 1998, records from Leslie Eisner, MD for the period of January 26 to February 9, 1998 and records from Sanjeev Nath, MD for the period of June 5, 1999 to February 16, 2000.

Mr. Dorcely is claiming to be totally disabled since February 29, 2000. The policy under which he is covered has a 180 day elimination period and he would not have been entitled to disability benefits until August 27, 2000. The medical information referenced above predates his claim and provides no information regarding your client's functional capacity at the time he might have become entitled to benefits.

After further review, we find that our previous decision to deny benefits was correct and we are upholding that determination. This represents the final review of your client's file, and therefore, all administrative remedies in regard to Mr. Dorcely's appeal and re-appeal for disability benefits have been exhausted.

Sincerely,


Ronald J. Hamel ACS, ALHC, HIA
Senior Appeals Consultant

UNUM LIFE INSURANCE COMPANY OF AMERICA
Quality Review
2211 Congress Street
Portland, Maine 04122
1-800-413-7670
Fax 207-575-2354

FULCL00186

# LAW OFFICES OF MARK J. FOX

111 EAST 35TH STREET, NEW YORK, N.Y. 10016-3805
(212) 685-5015
FAX NO. (212) 685-5041
e-mail: mjfoxlaw@aol.com

ROBIN ANDERSON, PARALEGAL

MURRAY BOHNENFIELD, COUNSEL

CONNECTICUT OFFICE

125 ELM STREET
NEW CANAAN, CT 06840
TEL. NO. (203) 972-3301
FAX NO. (203) 972-3328

April 25, 2001

Mr. Ron Hamel
First Unum
Quality Review Unit
P.O. Box 9548
Portland, ME 04122-0040

RECE
APR 3 0 200?
QPS APPEAL

RE: Claimant: Ernst Dorcely
    Claim No. 0098753373
    Policy Number: 00541136-0101
    Tax ID: 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

Dear Mr. Hamel:

I am Ernst Dorcely's attorney. I hereby request that you reconsider your company's February 16, 2001 termination of disability benefits. Enclosed you will find medical records that support the fact that he is in fact disabled from as defined by your policy by reason of his impaired vision. I do not think you had these records at the time of your denial. You may consider this letter an appeal from the denial of disability benefits.

If you need any additional information in reconsidering the please contact me.

Thank you for your attention.

Yours sincerely,

Mark J. Fox, Esq.

Enclosure

FULCL00185



Cataract Multifocal Implant Surgery

Glaucoma Surgery & GDX Analysis

**LASIK** Surgery For:

Myopia, Hyperopia & Astigmatism

Macular Degeneration

Retinal Disorders

Corneal Transplants

Strabismus

V.E.R., E.R.G., E.O.G.

Laser Eyelic Rejuvenation

Aesthetic Laser Surgery

Laser Skin Resurfacing

Particle Beam Resurfacing

Laser Hair Removal

**On Site Lasers Include:**

YAG, DIODE, DYE,

ARGON & KRYPTON Lasers,

CO2 Ultrapulse & ERBIUM

VERSAPulse & GentleLASE

# THE EYE INSTITUTE & LASER CENTER
## SANJEEV NATH, M.D.  212-861-0800
email: eyeinst@aol.com   DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

**To: Mr. Mark J. Fox**

Date: Feb. 11, 2000

Re: Patient – Ernesto Dorcely

Dear Mr. Fox,

Following is a detailed information compiled from Mr. Dorcely's chart, of his treatment to date.

Mr. Dorcely was first evaluated in the office on June 5th 1999 and his last visit at our office was on Feb 2nd 2000. According to the patient he sustained an injury to his left eye at work approximately 1 1/2 years ago(January 1998) This was followed by gradual reduction in vision in his left eye which was also associated with episodes of recurrent redness and tearing and discomfort. Patient had been treated prior to his evaluation in our office by another physician, where patient had a laser iridectomy procedure on the left eye. His systemic history was non-contributory.

On examination, this 48-year-old male patient was not found to be in any visible distress. His vision was OD: 20/25,  OS: FC at 2" . The vision in left eye was not improvable by pinhole or by refraction.

Intraocular pressures, OD:  16 mm Hg,  OS: 10 mm Hg.  External evaluation revealed mild ptosis of the left upper lid. The conjunctiva showed moderate hyperemia. There was a superior iridectomy at the 12 0'clock position which was patent. The pupil was irregular and there were syniche present 360 degrees, with a pupillary membrane in the pupillary zone. The synechiae were between the border of the pupil and the cataractous lens.

Cornea showed evidence of old keratic precipitates in the left eye. Anterior chamber showed no significant cells or flare. Pupil in the right eye was noted to be round, 3 mm and normally reactive.  The lens in the right eye as well as the conjunctiva and cornea were all clear. Extraocular movements were full. Confrontation fields were full in the right eye and were extremely limited in the left eye. Retinal examination was performed, which showed right retina to be flat and not revealed any significant pathology. The optic disc was slightly pale with C:D

OPHTHALMOLOGY SVCS OF NY PC

FULCL00184

56 East 66th Street
New York, N.Y. 10021
Tel: (212) 861-0800
Fax: (212) 628-4085

37-27 76th Street
Jackson Heights, N.Y. 11372
Tel: (718) 478-5700
Fax: (718) 651-9766

59-18 69th Avenue
Ridgewood, N.Y. 11385
Tel: (718) 821-0212
Fax: (718) 821-5596

# THE EYE INSTITUTE & LASER CENTER
## SANJEEV NATH, M.D.    212-861-0800
email: eyeinst@aol.com    DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

Cataract Multifocal Implant Surgery

Glaucoma Surgery & GDX Analysis

**LASIK** Surgery For:

Myopia, Hyperopia & Astigmatism

Macular Degeneration

Retinal Disorders

Corneal Transplants

Strabismus

V.E.R., E.R.G., E.O.G.

Laser Eyelid Rejuvenation

Aesthetic Laser Surgery

Laser Skin Resurfacing

Particle Beam Resurfacing

Laser Hair Removal

**On Site Lasers Include:**

YAG, DIODE, DYE,

ARGON & KRYPTON Lasers,

CO2 Ultrapulse & ERBIUM

VERSAPulse & GentleLASE

OPHTHALMOLOGY SVCS OF NY PC

ratio of 0.85 in the right eye. There was however no view of the retina in the left eye because of the small pupil and dense cataract.

Our preliminary diagnosis on this patient was
1)    s/p injury left eye ( work related)
2)    Mature intumescent cataract left eye.
3)    Posterior syniche with pupillary membrane left eye.
4)    Possible old low-grade iritis left eye (Post traumatic).

Patient was placed on vexol drops bid OS.  He was recommended to return for additional tests. Patient's next visit was on June 15th 1999 at which time he indicated intermittent discomfort in his left eye. Patient was not using any medications, which had been prescribed to him. On examination, Visual Acuity - OD: 20/20–1,  OS: Light Perception.  Intraocular pressures OD: 14 mm Hg., OS: 17 mmHg.  Biomicroscopic examination revealed no significant change in the anterior segment examination. Patient underwent a GDx evaluation which showed mild thinning of the superior and inferior nerve fiber layer in the right eye. Left eye, the machine was unable to image the Nerve fiber layer because of the cataract. Central visual fields performed revealed an inferior seidel scotoma in the right eye. Left eye, the test was not possible, as  the patient was unable to see the fixation target because of poor vision.

B-scan was performed on the left eye and this revealed vitreous to be echo free. The retina was attached in all four quadrants.

Patient underwent biometry evaluation, which revealed Axial Length to be OD: 24.67mm, OS: 24.78mm. Endothelial cell count was performed and  this revealed cell count of OD: 2500  and OS: 2300 with polymorphism and some pigment deposits on the endothelium.

Detailed discussion was done with the patient regards the possibility of rehabilitating the left eye with removal of the cataractous lens and replacement with an Intraocular Array implant. This surgery would be combined with a coreolysis and excision of  pupillary membrane to remove the  scar tissue that was present in the eye. The risks of the surgery were explained to the patient with possibility of limitation of best corrected visual acuity after the surgery related to the previous trauma and other retinal changes that may be present intraocularly.

FULCL00183

56 East 56th Street          37-27 76th Street          59-18 69th Avenue
New York, N.Y. 10021      Jackson Heights, N.Y. 11372   Ridgewood, N.Y. 11385
Tel: (212) 861-0800        Tel: (718) 478-5700        Tel: (718) 821-0212
Fax: (212) 626-4065        Fax: (718) 651-9766        Fax: (718) 821-5586



## THE EYE INSTITUTE & LASER CENTER
### SANJEEV NATH, M.D.    212-861-0800
email: eyeinst@aol.com    DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

Cataract Multifocal Implant Surgery

Glaucoma Surgery & **GDX** Analysis

**LASIK** Surgery For:

Myopia, Hyperopia & Astigmatism

Macular Degeneration

Retinal Disorders

Corneal Transplants

Strabismus

V.E.R., E.R.G., E.O.G.

Laser Eyelid Rejuvenation

Aesthetic Laser Surgery

Laser Skin Resurfacing

Particle Beam Resurfacing

Laser Hair Removal

**On Site Lasers Include:**

YAG, DIODE, DYE,

ARGON & KRYPTON Lasers,

CO2 Ultrapulse & ERBIUM

VERSAPulse & GentleLASE

On June 17th 1999, patient underwent cataract extraction by phacoemulsification in the left eye along with coreolysis and excision of pupillary membrane. The surgery was uneventful and no intraocular complicatons were noted. On June 18th 1999, the first post-operative day, his vision in the left eye was improved to 20/200-1. Intraocular pressure was 44 mm and there was evidence of corneal epithelial edema in the left eye. The Intraocular lens was noted to be well centered with a pupil of 4 mm. A paracentesis was performed in the left eye and the Intraocular pressure was brought down to 12 mm. Patient was explained regards the postoperative care and was placed on Ciloxan and Predforte drops Q 2 H in the left eye.

On June 23rd 1999, patient noticed improvement in his vision in the left eye but complained of some light sensitivity over the last several days, but had noticed progressive improvement in this as well. On examination Visual Acuity OD: 20/30, OS: 20/40. Intraocular pressures, OD: 16 mm, OS: 9 mm. Biomicroscopic examination revealed 2+Flare and 1+cells in the left eye. The intraocular lens was noted to be well centered.

Diagnosis at this time was iritis secondary to surgery - left eye. Patient was asked to continue Ciloxan drops Q2 H for 1 week and then reduce them to Q 4 H. He was also advised to continue Predforte drops Q 2 H in the left eye. In addition he was asked to use Cyclogyl 2% drops BID OS. Patient was advised to return back in 2 weeks.

July 7th 1999, follow-up evaluation, patient noticed no significant change from his previous visit. On Examination, Visual Acuity OD 20/30, OS: 20/60, PH-OS 20/40. Intraocular pressures OD:15 mm, OS: 5 mm. Biomicroscopic examination revealed anterior chamber 1+ flare with cells and some recurrent synechiae present temporally and inferiorly along with a fine strand of tissue extending to the incision area in the temporal cornea. The intraocular lens appeared to be slightly shifted with the iris capture inferotemporally. The retinal examination at this time revealed well-defined optic disc. The macula revealed some increased highlights from the ILM. The peripheral retina was flat. Diagnosis at this time,
1) Possible vitreous strand incarceration -left eye
2) Possible fibrin strand - left eye.
Patient was again explained regards this and was informed that he might need additional surgery consisting of coreolysis, IOL repositioning with a vitrectomy in the left eye. He was advised to return back for a follow up in 2 weeks. Patient did not keep his follow up appointment and returned on September 25th 1999, for his

OPHTHALMOLOGY SVCS OF NY PC

FUL.CL.00182

56 East 66th Street
New York, N.Y. 10021
Tel: (212) 861-0800
Fax: (212) 826-4065

37-27 76th Street
Jackson Heights, N.Y. 11372
Tel: (718) 476-5700
Fax: (718) 651-9766

59-18 69th Avenue
Ridgewood, N.Y. 11385
Tel: (718) 821-0212
Fax: (718) 821-5596

# THE EYE INSTITUTE & LASER CENTER
## SANJEEV NATH, M.D.  212-861-0800
email: eyeinst@aol.com    DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

Cataract Multifocal Implant Surgery

Glaucoma Surgery & GDX Analysis

**LASIK** Surgery For:

Myopia, Hyperopia & Astigmatism

Macular Degeneration

Retinal Disorders

Corneal Transplants

Strabismus

V.E.R., E.R.G., E.O.G.

Laser Eyelid Rejuvenation

Aesthetic Laser Surgery

Laser Skin Resurfacing

Particle Beam Resurfacing

Laser Hair Removal

**On Site Lasers Include:**

YAG, DIODE, DYE,

ARGON & KRYPTON Lasers,

CO2 Ultrapulse & ERBIUM

VERSAPulse & GentleLASE

next visit. At this time he was only using Predforte BID and Cyclogyl QD. On examination, Visual Acuity, OD 20/20, OS: 20/40. Intraocular pressures, OD; 16 mm, OS: 16 mm. Biomicroscopic examination showed, ½ + cells in the anterior chamber with an irregular pupil, posterior syniche and progressive IOL capture. The conjunctiva was mildly hyperemic. Diagnosis at this time was,

1) Progressive Posterior syniche – left eye
2) Intraocular lens capture – left eye
3) Chronic Iritis – left eye
4) Poor compliance with medications.

Patient was again advised regard the need for compliance with medications and additional surgery, consisting of coreolysis, Intraocular lens repositioning, Vitrectomy, and removal of secondary membrane in the area of the fibrosis and posterior synechiae

On October 7th, 1999, patient underwent coreolysis with repositioning of intraocular lens, pars plana vitrectomy with membranectomy in the left eye under local anesthesia. The surgery was uncomplicated.

Patient was seen in the office on October 8th 1999 and he felt that his vision had improved significantly after the surgery. On examination, Visual acuity, OS: 20/30, Biomicroscopic examination revealed mild ptosis (unchanged), conjunctiva mild hyperemia, cornea- slight edema, anterior chamber ½+ cells, Pupil dilated & irregular with residual localized microscopic synechiae at the 6 o'clock position to the peripheral posterior capsule (this was not affecting the IOL position).

Patient was again counseled regards post operative care and stressed need for close follow-up and proper utilization of medications. He was placed on Ciloxan and Predforte Q2 H. October 13th 1999, patient was seen in the office and he felt better and was happy with his vision. On examination Visual acuity, OD: 20/20, OS: 20/25, Intraocular pressure OS: 10mm. Biomicroscopic examination revealed occasional cells in the left eye with unchanged synechiae present inferiorly at the 6 o'clock position. Lens was well centered. The medications were reduced to Ciloxan and Predforte every 3 hrs. for 1 week followed by every 4 hrs. for the following 2 weeks and the patient was advised to return in 3 weeks.

November 3rd 1999, Patient complained about mild blurring of vision in the left eye. On examination, Visual acuity OD: 20/25, OS: 20/40-2, PH-OS: 20/30+.

FULCL00181

OPHTHALMOLOGY SVCS OF NY PC

56 East 66th Street
New York, N.Y. 10021
Tel: (212) 861-0800
Fax: (212) 628-4065

37-27 76th Street
Jackson Heights, N.Y. 11372
Tel: (718) 476-5700
Fax: (718) 651-9766

59-18 69th Avenue
Ridgewood, N.Y. 11385
Tel: (718) 821-0212
Fax: (718) 821-5596



THE EYE INSTITUTE & LASER CENTER
**SANJEEV NATH, M.D.   212-861-0800**
email: eyeinst@aol.com   DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

Cataract Multifocal Implant Surgery

Glaucoma Surgery & **GDX** Analysis

**LASIK** Surgery For:

Myopia, Hyperopia & Astigmatism

Macular Degeneration

Retinal Disorders

Corneal Transplants

Strabismus

V.E.R., E.R.G., E.O.G.

Laser Eyelid Rejuvenation

Aesthetic Laser Surgery

Laser Skin Resurfacing

Particle Beam Resurfacing

Laser Hair Removal

**On Site Lasers Include:**

YAG, DIODE, DYE,

ARGON & KRYPTON Lasers,

CO2 Ultrapulse & ERBIUM

VERSAPulse & GentleLASE

OPHTHALMOLOGY SVCS OF NY PC

Biomicroscopic examination showed slight flare in the left eye with no significant cells. The pupil was noted to be 8 mm in diameter with some irregularity.
Patient's refraction was –0.25 and this gave him a visual acuity of 20/30-. Retinal evaluation performed showed peripheral retina to be flat. Macula showed slight reflex change (pre-existing) and the presence of sub-clinical macular edema could not be ruled out. Patient's medications were altered to Ciloxan QID for 1 week and to be discontinued after that. Predforte to be continued Q3 H. Cyclogyl to be used at bed time only.

December 1st 1999 patient's complaint was increased redness in left eye of 4 days duration. Vision was unchanged according to the patient. On examination, Visual acuity OD: 20/25, OS: 20/30-. Intraocular pressure OS: 27 mm. Patient was using Predforte and Ciloxan TID and Cyclogyl QD. Biomicroscopic evaluation revealed 1+ flare and no significant cells, well centered Intraocular lens, mild subconjunctival hemorrhage on the inferotemporal area. Retinal examination did not show any significant interval change from November 3rd 1999.

Diagnosis:
1) Subconjunctival Hemmorrhage – OS (probably related to the previous surgery).
2) Increased intraocular pressure left eye, possible steroid responder.
3) Inadequate usage of Predforte.

Patient's medications at this time were restressed to the patient, to discontinue Ciloxan, continue Cyclogyl at bedtime and discontinue Predforte and replace with Lotemax TID in the left eye. Patient was advised to return in 2 weeks for a follow up.

December 11th 1999, patient complained of irritation in his left eye. On examination, Visual acuity OD: 20/20, OS: 20/40, PH-OS:20/30. Intraocular pressures, OD: 10 mm, OS: 9 mm. Biomicroscopic examination revealed occasional cells in the left eye with trace flare. Pupil was irregular in the left eye with the well centered implant. Patient underwent a visual filed evaluation which was, OD: WNL, OS: generalized depression in the entire field with some inferior arcuate scotoma. Intraocular pressure had reduced after the changing of the medications. Patient was advised to continue Lotemax Q 3 H left eye and Cyclogyl HS. He was also advised to use ultraviolet protection and to return for follow up in 3 weeks.

FULCL00180

56 East 66th Street
New York, N.Y. 10021
Tel: (212) 861-0800
Fax: (212) 628-4055

37-27 76th Street
Jackson Heights, N.Y. 11372
Tel: (718) 476-5700
Fax: (718) 651-9766

59-18 69th Avenue
Ridgewood, N.Y. 11385
Tel: (718) 821-0212
Fax: (718) 821-5596



# THE EYE INSTITUTE & LASER CENTER
## SANJEEV NATH, M.D.   212-861-0800
email: eyeinst@aol.com    DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

Cataract Multifocal Implant Surgery

Glaucoma Surgery & **GDX** Analysis

**LASIK** Surgery For:

Myopia, Hyperopia & Astigmatism

Macular Degeneration

Retinal Disorders

Corneal Transplants

Strabismus

V.E.R., E.R.G., E.O.G.

Laser Eyelid Rejuvenation

Aesthetic Laser Surgery

Laser Skin Resurfacing

Particle Beam Resurfacing

Laser Hair Removal

**On Site Lasers Include:**

YAG, DIODE, DYE,

ARGON & KRYPTON Lasers,

CO2 Ultrapulse & ERBIUM

VERSAPulse & GentleLASE

On February 2nd 2000, patient returned for follow up after missing his December and January visits. He was at this time using Lotemax off and on and Cyclogyl QD in the left eye. He was complaining of redness in the left eye of one week duration. On examination, Visual acuity OD:20/20, OS:20/50-1,PH-OS:20/30-2. Intraocular pressures, OD: 20 mm, OS: 21 mm. There was a subconjunctival hemorrhage left eye with occasional punctate keratitis areas in the cornea. Anterior chamber was noted to be deep with trace flare and occasional cells. Pupil was unchanged. Gonioscopy revealed deep angle. Repeat visual field performed showed generalized depression of 4 Decibels in the left eye. Retinal evaluation showed well-defined discs in both eyes with a C:D ratio of 0.8 to 0.85 in both eyes. The peripheral retina and macula were visibly unchanged.

Diagnosis:
1) Increased intraocular pressure – OU.
2) Decreased iritis – OS.

Patient was again stressed regards the need for proper use of medications and need for close follow up. He was scheduled to return for his subsequent visit in approximately 4 weeks, at which time he will undergo a GDx evaluation.

At this time patient is at work. His injury to the left eye is apparently the cause of the inflammation, which resulted in the eye developing posterior synechiae as well as the cataract. Patient is going to require a long term follow up as well as care of his left eye which may be more prone to recurrent inflammation in the future. The aggressive management with use of steroids as necessary may prevent loss of vision. However, there is a higher risk of macular edema in the left eye as well as increased risk of glaucoma in this eye.

Patient's vision at this time is fluctuating between 20/25 and 20/50 and this may be related to the leakage of fluid in the macula. This is a frequent occurrence in patients with chronic, recurrent inflammation and certainly is aggravated by inadequate usage of steroid medications to control the inflammation.

This information adequately answers all the questions asked in your letter. If any additional information is required, please contact Terri at our office.

Sincerely,

Sanjeev Nath, MD

OPHTHALMOLOGY SVCS OF NY PC

FULCL00179

56 East 66th Street
New York, N.Y. 10021
Tel: (212) 861-0800
Fax: (212) 628-4085

37-27 76th Street
Jackson Heights, N.Y. 11372
Tel: (718) 476-5700
Fax: (718) 651-9768

59-18 69th Avenue
Ridgewood, N.Y. 11385
Tel: (718) 821-0212
Fax: (718) 821-5596



FULCL00178

1.

CONTINUATION Dorcely, Ernesto

NAME
ADDRESS JUN 15 1999

DATE

FUL.CL00177

2

CONTINUATION #36977 DOrcely ERNESTO

NAME

ADDRESS                                                              DATE

JUN 1 7 1999.  Phaco IoL OS with coreolysis Exc of
pupillary membrane

Post operative instruction given to patient

JUN 1 8 1999  POST OP Day #1

$\checkmark$ OS 20/200 (NI)      PH  N OS 20/400.

OD T 44              · Lids: B/w, P/w (v)
OS                  · Conj: Hyper (OS)
                    · Cornea
                    · AC:
                    · Pupil:
                    · IOL (OS):

FUL CL00176

3.



Dorcely, Ernesto

**JUN 2 3 1999**

**JUL 0 7 1999**

FULCL00175

4.



FULCL00174

5.

CONTINUATION 36947 Dorcely Ernesto

NAME

ADDRESS

DATE

**OCT 07 1999** Coreolysis , IOL repositioning pars plana vitrectomy with membranectomy Left Eye

Post operative Instructions given to patient

**OCT 08 1999** Post op Day #1

R.O _____ (C/S)

Vos 20/30

Lids: Ptosis (L)

Conj:

cs/17

Cornea (os)

AC:

Pupil

**OCT 13 1999**

FULCL00173

6.

NOV 03 1999

FORM 8111 COLWELL SYSTEMS, CHAMPAIGN, ILLINOIS

FUL CL00172



FULC-00171



DEC 11 1999                    Dorcely, Ernesto

c/o: irritation n os                    (M) PF ⟶

                    PH
    20/20    20/20
    20/40    20/30

FULCL00170

9.



FUL CL 00169