# Threshold Grid 76/30



Left Eye

Relative Hill: -4

HOV Deviation Symbols
::: < 0 dB
▨ < -5 dB
■ <-10 dB
■ <-15 dB

HOV-Delta

**Exam Conditions**
Stimulus         : Single
Strategy         : Threshold
Macula           : Off
Background Luminance : 31.5 ASB
Stimulus Duration : 0.25
Stimulus Min Interval: 0.50

Perimeter: LD400 Version 3.0b
         Serial Number 17332

Left Eye  **Exam Results**
76        Points Tested
1         False Positives
0         False Negatives
218       Presentations
2/15      Fixation Losses
3:28      Exam Time

Program: FieldView Omega 1.30 FL 1.2
         Serial Number 14380

Exam Date: 02/02/2000  11:43
Birthdate: 12/11/1951
Age    : 48
Patient : DORCELY,ERNESTO
ID#    : 36947

Licensed to: The Eye Institute

**DICON®**

FULCL00168

# Threshold Grid 76/30



**Relative Hill: -1**

**HOV Deviation Symbols**
- ⠿ < 0 dB
- ▨ < -5 dB
- ■ < -10 dB
- ■ < -15 dB

**HOV-Delta**

Legend:
- 50-41
- 40-36
- 35-31
- 30-26
- 25-21
- 20-16
- 15-11
- 10- 6
- 5- 1
- <=0

**Conditions**

| | |
|---|---|
| ...lus | : Single |
| ...egy | : Threshold |
| ...a | : Off |
| ...round Luminance | : 31.5 ASB |
| ...lus Duration | : 0.25 |
| ...lus Min Interval | : 0.50 |

...eter: LD400 Version 3.0b
    Serial Number 17332

**Exam Results    Right Eye**

| | |
|---|---|
| Points Tested | 76 |
| False Positives | 0 |
| False Negatives | 0 |
| Presentations | 211 |
| Fixation Losses | 3/14 |
| Exam Time | 7:43 |

Program: FieldView Omega 1.30 FW 1.2
    Serial Number 14380

| | |
|---|---|
| Exam Date: | 12/11/1999  11:39 |
| Birthdate: | 12/11/1951 |
| Age | : 48 |
| Patient | : DORCELY,ERNESTO |
| ID# | : 36947 |

FULCL00167

**DICON®**

Licensed to: The Eye Institute

12-

# Threshold Grid 76/30



Left Eye

Relative Hill: -4

HOV Deviation Symbols
▨ < 0 dB
▩ < -5 dB
◼ < -10 dB
■ < -15 dB

HOV-Delta

| 50-41 |
| 40-36 |
| 35-31 |
| 30-26 |
| 25-21 |
| 20-16 |
| 15-11 |
| 10- 6 |
| 5- 1 |
| <=0 |

**Conditions**
lus             : Single
egy             : Threshold
a               : Off
round Luminance : 31.5 ASB
lus Duration    : 0.25
lus Min Interval: 0.50

eter: LD400 Version 3.0b
      Serial Number 17332

Licensed to: The Eye Institute

Left Eye  **Exam Results**
   76     Points Tested
    0     False Positives
    0     False Negatives
  222     Presentations
 1/15     Fixation Losses
 7:44     Exam Time

Program: FieldView Omega 1.30 FL 1.2
         Serial Number 14380

Exam Date: 12/11/1999  11:39
Birthdate: 12/11/1951
Age      : 48
Patient  : DORCELY,ERNESTO
ID#      : 36947

FULCL00166

**DICON®**

13.



SINGLE FIELD ANALYSIS

EYE: RIGHT

NAME: DORCELY ERNESTO     ID: 36947     DOB: 12-11-1951

CENTRAL 24-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLINDSPOT      STIMULUS: III, WHITE       PUPIL DIAMETER: 4.3 MM      DATE: 06-15-1999
FIXATION TARGET: CENTRAL              BACKGROUND: 31.5 ASB       VISUAL ACUITY:              TIME: 8:39 AM
FIXATION LOSSES: 5/11                 STRATEGY: SITA-FAST        RX:    DS    DC X           AGE: 47
FALSE POS ERRORS: 4 %
FALSE NEG ERRORS: 5 %
TEST DURATION: 03:46

FOVEA: OFF

GHT
WITHIN NORMAL LIMITS

MD    -2.03 DB  P < 5%
PSD    1.26 DB

TOTAL
DEVIATION

PATTERN
DEVIATION

:: < 5%
%: < 2%
%%: < 1%
■ < 0.5%

SANJEEV NATH M.D.
56 EAST 66TH STREET
NEW YORK, N.Y. 10021
1-212-861-0800

© 1994-98 HUMPHREY SYSTEMS
HFA II 750-2007-REV. A10

FROM : NATH                     PHONE NO. : 2128796427                     Jun. 16 1999 11:22AM P3

**Patient Name:** Ernesto Dorcely

**Right Eye**
**A Scan:**
**A Constant:**
**K1:**
**K2:**
**POR:**

**Left Eye**
**A Scan:** 24.78
**A Constant:**
**K1:** 42.25 × 90
**K2:** 41.12
**POR:**

---

EXAM. RECORD                     06/15/99. 10:30

PATIENT .............DORCELY ERNESTO
I.D. # ...................- ID # -
EYE EXAMINED ......RIGHT

1 AUTO BIOMETRY-SING/ 2 NORMAL CATARACT

| | AVERAGE |
|---|---|
| 24.72  24.61 | AXL          **24.67** MM |
| 24.65 >24.68 | ACD =3.48MM  SD= 0.04MM |
| 24.68  -END- | LENS=3.94MM      1548M/S |



IOL CALCULATIONS     THEORETIC/T

| 1. K1 = 41.50 D | EMMETR. MAIN= 19.03 |
| 2. K2 = 41.00 D | ALT = 19.03 |
| | CONTACT LENS= 13.12 |
| 3. AXL = 24.67 MM | APHAKIC REFR= 11.33 |

| MAIN LENS | | ALTERNATE LENS | |
|---|---|---|---|
| A1 = 118.0 | | 5.  A2 = 118.0 | |
| IOL | REFR | IOL | REFR |
| 21.0 | -1.47 | 21.0 | -1.47 |
| 20.5 | -1.09 | 20.5 | -1.09 |
| 20.0 | -0.71 | 20.0 | -0.71 |
| 19.5 | -0.34 | 19.5 | -0.34 |
| 19.0 | 0.02 <7 | 8>  19.0 | 0.02 <9 |
| 18.5 | 0.38 | 18.5 | 0.38 |
| 18.0 | 0.74 | 18.0 | 0.74 |
| 17.5 | 1.10 | 17.5 | 1.10 |
| 17.0 | 1.45 | 17.0 | 1.45 |

USER ...............SN

EXAM. RECORD                     06.15.99. 10:20

PATIENT .............DORCELY ERNESTO
I.D.# ...................- ID # - 36947
EYE EXAMINED ......LEFT

1 AUTO BIOMETRY-SING/ 2 NORMAL CATARACT

| | AVERAGE |
|---|---|
| --.-- 24.83 | AXL          **24.78** MM |
| --.-- 24.80 | ACD      MM  SD= 0.05MM |
| 24.72  -END- | LENS=   MM        1548M/S |
| | > POOR CORNEAL ECHO |

IOL CALCULATIONS     THEORETIC/T

| 1. K1 = 42.25 D | EMMETR. MAIN= 18.24 |
| 2. K2 = 41.12 D | ALT = 18.24 |
| | CONTACT LENS= 12.44 |
| 3. AXL = 24.78 MM | APHAKIC REFR= 10.83 |

| MAIN LENS | | ALTERNATE LENS | |
|---|---|---|---|
| A1 = 118.0 | | 5.  A2 = 118.0 | |
| IOL | REFR | IOL | REFR |
| 20.0 | -1.30 | 20.0 | -1.30 |
| 19.5 | -0.92 | 19.5 | -0.92 |
| 19.0 | -0.55 | 19.0 | -0.55 |
| 18.5 | -0.19 | 18.5 | -0.15 |
| 18.0 | 0.17 <7 | 8>  18.0 | 0.53 |
| 17.5 | 0.53 | 17.5 | 0.86 |
| 17.0 | 0.88 | 17.0 | 0.86 |
| 16.5 | 1.23 | 16.5 | 1.23 |
| 16.0 | 1.57 | 16.0 | 1.57 |

FULCL00164

5.

# GDx® Nerve Fiber Analyzer Extended Analysis

... Eye Institute
...jeev Nath, M.D.
Jerome Sherman, O.D.
56 E. 66th St.  NY NY 10021

# DORCELY, ERNESTO .

ID # : 36947

Age: 47,  Gender: Male,  Race: Black

Print Date : 15-Jun-1999

---

**OD** Image 93% Pass SN
15-Jun-1999 / 06:37





### Nerve Fiber Layer



### Deviation from Normal



p>10%
p<10%
p<5%
p<2%
p<1%

## NERVE FIBER ANALYSIS

|  | Act. Value | Status | Probability |
|---|---|---|---|
| Symmetry | 0.91 | Within Normal | |
| Superior Ratio | 1.90 | Within Normal | |
| Inferior Ratio | 2.68 | Within Normal | |
| Superior/Nasal | 2.08 | Within Normal | |
| Max. Modulation | 1.28 | Within Normal | |
| Ellipse Modulation | 2.32 | Within Normal | |

|  | Act. Value | Status | Probability |
|---|---|---|---|
| The Number | 39 | | |
| Average Thickness | 53 | Within Normal | |
| Ellipse Average | 57 | Within Normal | |
| Superior Average | 64 | Within Normal | |
| Inferior Average | 68 | Within Normal | |
| Superior Integral | 0.236 | Within Normal | |

Comment: _[handwritten]_

©1992-1999 Laser Diagnostic Technologies, Inc., All Rights Reserved
GDx® Version 2.0.07

9550 Waples Street, Suite #105   San Diego, CA 92121  (619)558-9144 FAX: (619)558-9145
www.laserdiagnostic.com

FUL:CL00163

16.

02/23/00

PATIENT FINANCIAL HISTORY BY DT SERVICE
SANJEEV NATH, M.D.
Accounts 36947 - 36947   All Dates

Page   1

| Acct | Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|------|------|-------|------|-----|-----------|--------|------|-------|--------|
| 36947 | Dorcely,Ernesto | | | | Previous Balance : | | | | 0.00 |
| | 06/05/99 | 0 | Dorcely,Ernesto | 3 | 92004 | COMPREHEN EXAM/NEW P | | 366.23 | 1.00 | 220.00 |
| | 06/05/99 | 0 | Dorcely,Ernesto | 3 | 92225 | BINOCULAR OPHTHALMOS | | 365.04 | 1.00 | 80.00 |
| | 06/05/99 | 0 | Dorcely,Ernesto | 3 | 92226 | BINOCULAR OPHTHALMOS | | 365.04 | 1.00 | 85.00 |
| | 06/05/99 | 0 | Dorcely,Ernesto | 3 | 92250 | FUNDUS PHOTOGRAPHY | | 365.04 | 1.00 | 80.00 |
| | 06/15/99 | 0 | Dorcely,Ernesto | 3 | 92004 | COMPREHEN EXAM/NEW P | | 366.17 | 1.00 | 220.00 |
| | 06/15/99 | 0 | Dorcely,Ernesto | 3 | 92225 | BINOCULAR OPHTHALMOS | | 366.17 | 1.00 | 80.00 |
| | 06/15/99 | 0 | Dorcely,Ernesto | 3 | 92225 | BINOCULAR OPHTHALMOS | | 366.17 | 1.00 | 80.00 |
| | 06/15/99 | 0 | Dorcely,Ernesto | 3 | 76519 | BIOMETRY WITH IOL CA | | 366.17 | 1.00 | 371.00 |
| | 06/15/99 | 0 | Dorcely,Ernesto | 3 | 76519 | BIOMETRY WITH IOL CA | | 366.17 | 1.00 | 371.00 |
| | 06/17/99 | 0 | Dorcely,Ernesto | 1 | 66984 | CATARACT EXTRAC. W/ | | 366.23 | 1.00 | 5843.00 |
| | 06/17/99 | 0 | Dorcely,Ernesto | 1 | 65875 | SEVERING ADHESION; P | | 364.71 | 1.00 | 2203.00 |
| | 06/17/99 | 0 | Dorcely,Ernesto | 1 | 68320 | CONJUNCTIVOPLASTY W/ | | 364.74 | 1.00 | 2500.00 |
| | 06/17/99 | 0 | Dorcely,Ernesto | 1 | 66999* | SCLERA UNLISTED PROC | | 364.74 | 1.00 | 1318.00 |
| | 06/17/99 | 0 | Dorcely,Ernesto | 1 | 66020 | INJECTION, ANTERIOR | | 364.71 | 1.00 | 795.00 |
| | 06/17/99 | 0 | Dorcely,Ernesto | 1 | 66635 | IRIDECTOMY, OPTICAL | | 364.74 | 1.00 | 2590.00 |
| | 06/18/99 | 0 | Dorcely,Ernesto | 2 | po | POST OPERATIVE FOLLO | | 365.04 | 1.00 | 0.00 |
| | 06/18/99 | 0 | Dorcely,Ernesto | 2 | 65805 | ANT. CHAMBER PARACEN | | 365.04 | 1.00 | 863.00 |
| | 06/23/99 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 365.04 | 1.00 | 120.00 |
| | 07/07/99 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 365.04 | 1.00 | 120.00 |
| | 07/07/99 | 0 | Dorcely,Ernesto | 3 | 92226 | BINOCULAR OPHTHALMOS | | 365.04 | 1.00 | 85.00 |
| | 07/09/99 | | Check Payment | 063099ES | | Ins #437 | 07/09/99 | | | -410.00 |
| | 07/09/99 | | Check Payment | 063099ES | | Ins #437 | 07/09/99 | | | -0.40 |
| | 07/14/99 | | Check Payment | 070899ES | | Ins #437 | 07/14/99 | | | -96.00 |
| | 07/14/99 | | Adjustment (42) | 070899ES | | EXCEEDS CONTRACT LIM | 07/14/99 | | | -24.00 |
| | 07/27/99 | | Check Payment | 072799ES | | Ins #437 | 07/27/99 | | | -176.00 |
| | 07/27/99 | | Check Payment | 072799es | | Ins #437 | 07/27/99 | | | -64.00 |
| | 07/27/99 | | Check Payment | 072799es | | Ins #437 | 07/27/99 | | | -64.00 |
| | 08/04/99 | | Check Payment | 072299es | | Ins #437 | 08/04/99 | | | -5569.60 |
| | 08/09/99 | | Check Payment | 072999es | | Ins #437 | 08/09/99 | | | -120.00 |
| | 08/09/99 | | Check Payment | 072999es | | Ins #437 | 08/09/99 | | | -85.00 |
| | 08/09/99 | | Adjustment (31) | | | BUNDLE CODES | 08/09/99 | | | -795.00 |
| | 09/25/99 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 364.10 | 1.00 | 120.00 |
| | 09/25/99 | 0 | Dorcely,Ernesto | 3 | 92285 | EXTERNAL OCULAR PHOT | | 364.71 | 1.00 | 76.00 |
| | 10/04/99 | | Check Payment | gc/092599 | | Patient | 10/04/99 | | | -100.00 |
| | 10/07/99 | 0 | Dorcely,Ernesto | 1 | 67038 | VITRECTOMY, W/ EPI-R | | 366.53 | 1.00 | 7875.00 |
| | 10/07/99 | 0 | Dorcely,Ernesto | 1 | 65875 | SEVERING ADHESION; P | | 364.71 | 1.00 | 2203.00 |
| | 10/07/99 | 0 | Dorcely,Ernesto | 1 | 66825 | INTRAO.(IOL) REPOSIT | | 996.53 | 1.00 | 3567.00 |
| | 10/08/99 | 0 | Dorcely,Ernesto | 3 | po | POST OPERATIVE FOLLO | | 996.53 | 1.00 | 0.00 |
| | 10/13/99 | 0 | Dorcely,Ernesto | 3 | po | POST OPERATIVE FOLLO | | 996.53 | 1.00 | 0.00 |
| | 11/03/99 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 362.53 | 1.00 | 120.00 |
| | 11/03/99 | 0 | Dorcely,Ernesto | 3 | 92226 | BINOCULAR OPHTHALMOS | | 362.53 | 1.00 | 85.00 |
| | 11/08/99 | | Check Payment | 102199es | | Ins #437 | 11/08/99 | | | -196.00 |
| | 11/09/99 | | Check Payment | GC/110399 | | Patient | 11/09/99 | | | -100.00 |
| | 11/15/99 | | Check Payment | 110499es | | Ins #437 | 11/15/99 | | | -7875.00 |
| | 11/15/99 | | Check Payment | 110499es | | Ins #437 | 11/15/99 | | | -2203.00 |
| | 11/15/99 | | Check Payment | 110499es | | Ins #437 | 11/15/99 | | | -3567.00 |
| | 11/24/99 | | Check Payment | 111199es | | Ins #437 | 11/24/99 | | | -1122.00 |
| | 12/01/99 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 372.72 | 1.00 | 120.00 |

FULCL00162

02/23/00           PATIENT FINANCIAL HISTORY BY DT SERVICE           Page   2

SANJEEV NATH, M.D.

| Acct | Date | Dep # | Name | Dr# | Procedure | | Ref Dt | Diag | Units | Amount |
|------|------|-------|------|-----|-----------|---|--------|------|-------|--------|
| | 12/01/99 | 0 | Dorcely,Ernesto | 3 | 92226 | BINOCULAR OPHTHALMOS | | 372.72 | 1.00 | 85.00 |
| | 12/04/99 | | Cash Payment | GC/120199 | | Patient | 12/04/99 | | | -100.00 |
| | 12/11/99 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 365.32 | 1.00 | 120.00 |
| | 12/11/99 | 0 | Dorcely,Ernesto | 3 | 92083 | COMPUTERIZED THRESHO | | 365.32 | 1.00 | 255.00 |
| | 12/16/99 | | Check Payment | 120299es | | Ins #437 | 12/16/99 | | | -205.00 |
| | 12/21/99 | | Check Payment | GC/121199 | | Patient | 12/21/99 | | | -50.00 |
| | 01/10/00 | | Check Payment | 121699es | | Ins #437 | 01/10/00 | | | -120.00 |
| | 01/10/00 | | Check Payment | 121699es | | Ins #437 | 01/10/00 | | | -85.00 |
| | 01/11/00 | | Check Payment | 123199es | | Ins #437 | 01/11/00 | | | -96.00 |
| | 01/11/00 | | Check Payment | 123199es | | Ins #437 | 01/11/00 | | | -245.00 |
| | 01/11/00 | | Adjustment (42) | 123199es | | EXCEEDS CONTRACT LIM | 01/11/00 | | | -10.00 |
| | 02/02/00 | 0 | Dorcely,Ernesto | 3 | 92012 | INTERMEDIATE EXAM | | 365.01 | 1.00 | 125.00 |
| | 02/02/00 | 0 | Dorcely,Ernesto | 3 | 92020 | GONIOSCOPY | | 365.01 | 1.00 | 68.00 |
| | 02/02/00 | 0 | Dorcely,Ernesto | 3 | 92226 | BINOCULAR OPHTHALMOS | | 365.01 | 1.00 | 88.00 |
| | 02/02/00 | 0 | Dorcely,Ernesto | 3 | 92226 | BINOCULAR OPHTHALMOS | | 365.01 | 1.00 | 88.00 |
| | 02/02/00 | 0 | Dorcely,Ernesto | 3 | 92083 | COMPUTERIZED THRESHO | | 365.01 | 1.00 | 265.00 |
| | 02/09/00 | | Check Payment | GC/020200 | | Patient | 02/09/00 | | | -100.00 |
| | 02/16/00 | | Check Payment | ch135es | | Patient | 02/16/00 | | | -100.00 |

TOTALS FOR ACCOUNT 36947    PAYMENTS :    22849.00    ADJUSTS :    829.00    CHARGES :    33284.00    38.00    9606.00

                               REFUNDS:        0.00

                              22849.00             829.00            33284.00           9606.00

FULCL00161

19.



FUL CL 00160

17.

LESLIE A. EISNER MDPC
70 Mill River Street
Stamford, CT 06902
(203) 359-2020

WILTON EYE CENTER
18 Center Street
Wilton, CT 06897
(203) 762-3212

## LESLIE ALLAN EISNER, M.D.

OPHTHALMIC MEDICINE & SURGERY

December 21, 1998

Mark J. Fox, Esq.
342 Madison Avenue
Suite 1614
New York, NY 10173

## MEDICAL REPORT - Ernst Dorosly

Pt is a 48 yr old male, first seen in my office on January 26, 1998. At that time, he complained of a two week history of redness and light sensitivity in the left eye. He did not admit to any past ocular problems or a recent history of trauma. Examination at that time revealed best corrected vision of 20/15 in the right eye and 20/80 in the left. Slit-lamp examination of the left eye revealed a markedly injected conjunctiva. The cornea was clear, the anterior chamber had a moderate to severe inflammatory reaction with fibrin in the pupillary space and adhesions of the iris to the lens from the 7 - 4 o'clock position. Intraocular pressure at this time was normal. The fundus of the left eye could not be seen secondary to poor dilatation and media opacity. The diagnosis of acute iritis was given at this time and the patient was placed on Pred-Forte drops 1 drop hourly along with Hyoscine drops three times a day. Pt was instructed to return in three days.

On January 29, 1998, the patient returned for reexamination. At that time, the iritis in the left eye had not improved. It was discovered that the patient had been given generic steroid drops as opposed to proprietary Pred-Forte drops. His prescription was changed and a subtenon injection of Celestone was placed in the inferior cul-de-sac. It was recommended at this time that the patient see his internist for a full medical workup. On February 2, 1998 the patient returned to the office and was symptomatically improved. At this time the slit lamp examination revealed a decrease in the inflammatory response in the anterior chamber. Pt was instructed to continue the present topical regiment and return in one week.

On February 9, 1998 the patient returned and slit lamp examination revealed persistent inflammation. Another subtenon injection of Celestone was administered at this time, and the patient was instructed to continue Pred-Forte drops every two hours along with Hyoscine and FML ointment nightly. Pt was instructed to return in one week. The patient did not return in one week and subsequent calls to the patient did not result in the patient's return and the patient was lost to follow up.

FULCL00159

**MEDICAL REPORT - Ernst Dorcely**
(continued)

In summary, this is a 46 yr old male who presents with a moderate to severe idiopathic inflammatory reaction in the left eye which was moderately responsive to topical and subtenon injections of steroid medication. Since the patient was lost to follow up, I cannot comment on the patient's eventual outcome or his present disability. I have seen a number of cases of this type which all eventually resolve with minimal residual disability.

If you have any further questions regarding this patient, please feel free to contact me.

Sincerely,

Leslie A. Elsner, M.D.

LAE/pjm

FULCL00158

NU          CALLED ____/____/____ □          WER  □ INCORRECT PHONE#  □ OTHER          PROVED  □ UNCHANGED  □ WORSENE

PT. COMMENTS: □ SATISFACTORY  □ UNSATISFACTORY

INSTRUCTIONS: _____

SIGNATURE

## RELEASE FROM RESPONSIBILITY FROM DISCHARGE:

This is to certify that I, _____, a patient in St. Joseph's Emergency Room a leaving the hospital against the advice of the attending physician and hospital authorities, I also acknowledge that I have been informed of t risk involved and hereby release the attending physician and the hospital from all responsibility for any ill effects which may result.

SIGNED                    DATE & TIME          RELATIONSHIP          WITNESS

Sacraments
Received _____ BY _____ Patient Anointed: Date ___/___/___ By _____

PERMISSION is granted to authorities of hospital for such procedures as may be necessary in the care of the patient named on the face of this chart. I assig payment for the unpaid charges for certain in-hospital physician's services furnished by specialists, and by physicians for whom the hospital is authorized to b I understand that I am responsible for any health insurance deductible and coinsurance. For and in consideration of services rendered the patient named belo the undersigned, agree to pay the full amount due. I agree any hospital insurance benefits that I may have be assigned to the hospital for application on r ...ll. In the event that this balance is not paid, it is understood that I am to assume court costs, attorney's fees, or collection costs. I certify that the informatio given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payme of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service authorize such physician or organization to submit a claim to Medicare for payment for me

DATE _____ SIGNATURE _____ RELATIONSHIP _____

UNABLE TO
SIGN BECAUSE _____ WITNESS _____ PERMISSION
GRANTED BY _____

NOTES: _____

| AINT JOSEPH MEDICAL CENTER STAMFORD, CT 06902 | | | | DATE AND TIME IN: 1/26/93  11:35 | | |
|---|---|---|---|---|---|---|
| TIENT NAME: LAST, FIRST, INITIAL ORDELY, ERNST | MAIDEN NAME | MEDICAL RECORD NO. 14-37-43 | ARRIVAL METHOD CAR | | ACCID. | FINL. ACCT. NO. 524776 |
| TY, ST... ZIP CODE: STREET  24 JESSUP ST  STAMFORD, CT  06902 | | PHONE NUMBER 203 356-1941 | SPOUSES NAME | INFORMANT | | POLIC NO |
| ...IGION ...O PARISH  ...OT AFFILIATED WITH | BAP. | BIRTH DATE 12/11/53 | AGE 0451 | SEX M | RACE B | M.S. S | PATIENT OCCUPATION CUST SERVICE | PATIENT SOC. SEC. NO. 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 | | FIN. C.A 53 |
| TIENT EMPLOYER  WISS BANK CORP | EMPLOYERS ADDRESS  555 WASHINGTON BLVD  STAMFORD, CT  06901 | | | | 203 315-5120 | |
| IARANTOR NAME  ORDELY, ERNST | GUARANTOR ADDRESS  24 JESSUP ST  STAMFORD, CT  06902 | | | GUARANTOR OCCUPATION CUST SERVICE | GUARANTOR PHONE N 203 315-5 | |
| IARANTORS EMPLOYE...  WISS BANK CORP | EMPLOYERS ADDRESS  555 WASHINGTON BLVD  STAMFORD, CT  06901 | | | RELATIONSHIP SELF | GUARANTOR SOC. SEC. NO. 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 | |
| IMARY (#1) INSURANCE  081467747 | | | COMPLAINT(S)  LT EYE IRRITATION | | | |
| IGNA - SELECT SOURCE | | | | | | |
| CONDARY (#) INSURANCE | | | PLACE OF INJURY/ILLNESS | | | |
| | | | DATE AND TIME OF INJURY/ILLNESS  :00 | | ADM. CLERK CFANAF | |
| IERGENCY NOTIFICATION  ME AND ADDRESS | | | | PHONE NUMBER | LAST DISCH 0 | |
| ATTENDING PHYSICIAN IN E.D.  10516  ISLAM, M. NURAL | PRIVATE/REFERRING PHYSICIAN | | | | | |
| MMENTS: | | | | | | |

MEDICAL RECORD COPY
DURCELY, ERNST
524776-2
4-37-43

| MEDIC | MEDICAL NO. | CHIEF COMPLAINT | | PHONE NUMBER | PRIVATE/REFERRING PHYSICIAN |
|---|---|---|---|---|---|
| | 14-37-43 | LT EYE IRRIGATION | 279.93 | 203 ___-1941 | |
| IMAGE NT. | CURRENT MEDICATIONS 7. | | DRUG ALLERGIES NKA | V.A./WT./AMP/LAST T.T. | TIME 12¹²P | TEMP 98⁵ | PULSE 104 | RESP 20 | |

**INITIAL NURSING ASSESSMENT**  ☐ SEE FLOW / NEURO / PROGRESS SHEETS (CIRCLE)

It's an ambulatory pt c/o irritation to L eye x 2 "weeks
c/o watery discharge from L eye x 5 days, feeling
of veil over L eye, seeing 50% of vision x 5 days than discussed c
Dr Eisner pt to go to Dr Eisner's office now. Verbalized understanding instructions
_Dave Colberge_

**HISTORY / EXAMINATION — DYMD EVALUATION ONLY**   TIME 12:45P

Ambulatory, complained of
redness, discharge from L
eye c ↓ vision th L eye
for 5 days. Seen by a local
MD c↓ med (?) type ō
improvement.
P/E Alert, oriented
R eye - normal
L eye - marked conjunctival
injection cornea appears clear
could not visualize fundus
well. Vision ↓.

~ being contacted on
refer to office.

| ORDER | DONE | |
|---|---|---|
| | O.D. 20/15   OS 20/70 | |
| ☐ | URINE DIP | ☐ U/A |
| ☐ | CBC (HCT    WBC | |
| ☐ | LYTES (NA    K    CL    CO₂ | |
| ☐ | BUN/CR/GLU ( | |
| ☐ | CARDIAC ENZYMES   ONLY ON ADMITTED PATIENTS-RESULTS N/A | |
| ☐ | X-RAY | |
| ☐ | X-RAY | |
| ☐ | EKG | |
| ☐ | OLD MED. RECORDS   ☐ CLINIC CHART | |
| ☐ | CONSULT DR. | |

CARE TRANSFERRED TO DR.   (SEE CONSULT SHEET)

| TIME | INIT | MEDICATION / IV'S / TREATMENT  ☐ PRN  #ANGIO  SITE  IVF | CALL 1 | CALL 2 | CALL DR. | TIME RETURNED/MESSA |
|---|---|---|---|---|---|---|
| | | | 1¹⁰P | 1¹⁰P | Eisner | |

**DIAGNOSIS:**   364.3   Iritis.

**DISCHARGE INSTRUCTIONS / NURSING NOTES** (☐ SPANISH)  HI  D/V  SIS  EYE  AP  WC  LBP  FEV

See Dr. Eisner in office now

| TIMES | ☐ ADMIT TO ___ | TO ___ DR. |
|---|---|---|
| | DISCHARGE ☒  SAT. ☐  UNSAT. ☐  EXP. ☐  TRF ☐  AMA |

E.D. FOLLOW UP REQUESTED BY    RN ☐   M

**DISCHARGE PRESCRIPTIONS**    #    SIG.

TODAY OR TOMORROW CALL DR.   OR F.N.C. (353-2150) FOR APPT. ON/BEFORE  /  / IF NOT BETTER

RK / SCHOOL ATUS   ☐ EXCUSED UNTIL   ☐ MAY RETURN ON  2/21 ☐ N.A.   ☐ SEE YOUR DOCTOR BEFORE RETURNING TO WORK

STAND THE AGE INSTRUCTIONS  X _____

TIME OF DISCHARGE / TRANSFER  2:10  A.M./P.M.   ROOM #

M.D. SIGNATURE  _Dave Colberge_   518

MEDICAL RECORD COPY

SAINT JOSEPH MEDICAL CENTER  CT 06902  STAMPR"

FUL.CL.00156

Name _Ernst Dowdy_____

Address _____

Tel. No. _____

Change of Address _____

DATE   FEB 17 1998   Age_____ S.M.W._____ Diagnosis_____

FRANTZ LEREBOURS, M.D.
228-01 LINDEN BLVD
CAMBRIA HEIGHTS, NY 1141?
(718) 528-3206

_followed by Dr EISNER_
_in Connecticut_

Insurance_____

**Chief Complaint:** Redness OS x 1½ months. Swelling left eye —
_followed in Connecticut treated ē Pred forte 1%._ _cyclogyl 17.77d_
↑ FML ont HS — Severe pain and decreased vision.

**Medical HX:** No hx of trauma — Blurred vision OS
(−) Hosp (−) Diabetes

**Family HX:**                                    **Allergies:** None

| Vision SC: | OD 20/20 | OS 20/70 | OD CC: 20/20 | OS 20/70 | TENSION OD 16 | OS 6 |
|---|---|---|---|---|---|---|

**Eye lids:** − tear film                          K  OD          OS

**Conjunctiva** Hyperemic OS

**CORNEA** Clear

**AC** Deep OD - Thick flare OS

**Pupils** 3mm OD Extensive posterior synechiae OS + insomome'
                    OS doesnot dilate     dilate OS ē M/x neo 70%

**Lenses** Clear OD −

**Vitreous** Hazy OS

**FUNDI:** OD Disc sharp normal macula & vessels,  OS − not visualized due
                                                to small pupil —

**Motility:** FROM —

| REFRACTION: | OD | WEARS: OD |
|---|---|---|
|  | OS |  OS |

**Glasses RX:** OD

**Special Tests:**

**DIAGNOSIS:** Uveitis left eye

**ADVISE:** Systemic W/U —    Hyoscine .25% Bid   Pred forte 7 Q2H

FULCL00155

Name _Ernst Doudy_

Address _____

Tel. No. _____

**FRANTZ LEREBOURS, M.D.**
**228-01 LINDEN BLVD**
**CAMBRIA HEIGHTS, NY 11411**
**(718) 528-3206**

Change of Address _____    Insurance _____

DATE _FEB 2 3 1998_ Age _____ S.M.W. _____ Diagnosis _____

Chief Complaint: _Severe Uveitis og_

Medical HX: _____

Family HX: _____          Allergies: _____

| Vision SC: | OD 70/70 | OS 20/80 | OD CC: | OS | TENSION OD 15 | OS 4 |
|---|---|---|---|---|---|---|

Eye lids: - tear film

K  OD        OS

Conjunctiva    _Hyperemic_

CORNEA    _clear_

AC    _Deep —_

Pupils    _sclessis pupillal + iris bombe' —_

Lenses

Vitreous

FUNDI:

Motility: _From —_

| REFRACTION: | OD | WEARS! | OD |
|---|---|---|---|
|  | OS |  | OS |

Glasses RX!    OD

Special Tests:

DIAGNOSIS: _Uveitis os — ? Early Nityears —_

ADVISE: _Predforte 17. @ 2 Hrs._
_Hydrocine .25] Bid_

_Hypotomy OS — Seventy of condition discussed c_
_Patient, stressing fact that eye will probably be lost —_
_may necessitate Iridotomy os for Iris Bombe' if_
_pressure stays Up_

FULCL00154

Name _Ernst Dorsey_

Address_____

Tel. No._____

Change of Address_____ (_____ Insurance_____ (

FEB 2 6 1998 Age_____ S.M.W.____ Diagnosis_____

FRANK LEREBOURS, M.D.
226-01 LINDEN BLVD
CAMBRIA HEIGHTS, NY 11411
(718) 528-3206

Chief Complaint: _Severe uveitis_
_follow up visit —_

Medical HX:

Family HX:                              Allergies:

| Vision SC: | OD | OS 20/70 | OD CC: | OS 20/ | TENSION OD | OS |
|---|---|---|---|---|---|---|

Eye lids: - tear film          K   OD      OS

Conjunctiva _hyperemic_

CORNEA _clear_

AC _shallow — seclusion pupillae — iris Bombe"_

Pupils

Lenses

Vitreous

FUNDI:

Motility:

| REFRACTION: | OD OS | WEARS: OD OS |
|---|---|---|

Glasses RX:    OD

Special Tests: _CMU neg_

DIAGNOSIS: _Uveitis OS — ciliary body shut down_

ADVISE: _genie fibers_

FULCL 00153

Name _Ernst Dorce_

Address _____

Tel. No. _____

**FRANTZ REBOURS, M.D.**
**228-01 LINDEN BLVD**
**CAMBRIA HEIGHTS, NY 11411**
**(718) 528-3206**

Change of Address _____    Insurance _____

DATE _MAR 1 2 1998_ Age _____ S.M.W. _____ Diagnosis _____

**Chief Complaint:** Severe uveitis B
follow up visit

**Medical HX:** S; feeling better - no pain —

**Family HX:** _____    **Allergies:** _____

| Vision SC: | OD | OS | | OD | OS | | TENSION | |
|---|---|---|---|---|---|---|---|---|
| | 20/20 | 20/70 | CC: | | | | OD 10 | OS 6 |

**Eye lids:** - tear film                                    K   OD        OS

**Conjunctiva** Hyperemic 2°

**CORNEA** clear

**AC** seclusion pupillae + Iris bombe'

**Pupils** seclusio pupillae OS

**Lenses** pupillary membrane OS

**Vitreous**

**FUNDI:**

**Motility:** FRM

| REFRACTION: | OD | WEARS: | OD |
|---|---|---|---|
| | OS | | OS |

**Glasses RX:** OD

**Special Tests:**

**DIAGNOSIS:** Severe uveitis OS

**ADVISE:** W/U neg -
subtenon inject of depomedrol 40mg administered
Pred forte q.1° Q4 hours —

MAR 1 9 1998
pt. missed appt.
when I spoke to him
no new appt. made

FULC.00152

ERNST DORCELY
3·24·98

Frantz Lerebours M.D.
228-02 Linden Blvd
Cambria Heights, NY 11411

Consent To Operation
Special Treatment or
Procedure:

     I hereby authorize Dr Frantz Lerebours to treat the
condition(s) as explained to me by Dr Frantz Lerebours. The
operation and/or diagnostic procedures necessary to treat my
condition (has) (have) been explained to me by Dr Lerebours
and I understand the nature of these to be: _Occlusio_

_pupillae + Iris Bombee — LASER Iridotomy_
_left eye_

     I have been made aware of certain risk, hazards,
complications and consequences that are associated with the
above operation, treatment(s) and procedure(s) as well as
possible alternative modes of treatment.

     I am aware that the practice of medicine and surgery
is not an exact science and I acknowledge that no guarantees
or assurrences has been made to me concerning the results of
the above operation, treatment(s) or procedure(s).

SIGNED: _____    DATE: 3-24-98

WITNESS: Chantal Graham _____

FRANTZ LEREBOURS M.D.

FULCL00151

Name _Ernst Dorcely_

Address _____

Tel. No. _____

Change of Address _____    Insurance _____

FRANT CEREBOURS, M.D.
228-01 LINDEN BLVD
CAMBRIA HEIGHTS, NY 11411
(718) 528-3206

DATE  MAR 2 4 1998  Age _____  S.M.W. _____ Diagnosis _____

**Chief Complaint:** Black spots in front of B
Uveitis O3 — Seeing a little better out of the left eye.

**Medical HX:**

**Family HX:**                                    **Allergies:**

| Vision SC: | OD | OS | OD | OS | TENSION OD | OS |
|---|---|---|---|---|---|---|
| | | 20/50 +2 CC: | | ⊃ | | 11 |

**Eye lids: - tear film**                          K
                                                 OD        OS

**Conjunctiva**

**CORNEA** clea

**AC** Deep

**Pupils** Sectoris pupillae + Iris Bombé

Laser PI O3 attempted
186 spots Argon
Blue green
to create small peripy
at 12 oclock

**Lenses**

**Vitreous**    50 mi  1/sec
             800 milliwatts

**FUNDI:**

**Motility:**

| REFRACTION: | OD | WEARS: OD |
|---|---|---|
| | OS | OS |

**Glasses  RX:**  OD

**Special Tests:**

**DIAGNOSIS:**  Iritis O3

**ADVISE:**  Pred forte 77. Q 2 hours
Follow up in 3/26/98
Follow up in 2 days

FULC.00150

Name _Ernst Dorcely_

Address _____

Tel. No. _____

FRANTZ LEREBOURS, M.D.
228-01 LINDEN BLVD
CAMBRIA HEIGHTS, NY 11411
(718) 528-3206

Change of Address _____    Insurance _____

DATE ____ MAR 2 6 1998 Age ____ S.M.W. ____ Diagnosis _____

Chief Complaint: S/P PI OS

Medical HX:

Family HX:                           Allergies:

| Vision SC: | OD | OS | OD | OS | TENSION |  |
|------------|----|-----|----|----|---------|--|
|            |    | 20/80 | CC: |    | OD | OS |

Eye lids: - tear film                     K
                                          OD        OS

Conjunctiva _hyphemic_

CORNEA _clear_

AC _Deep_ , _Think flare <3 cells OS_

Pupils _PI patent - no Iris Bombe - Seclusio pupillae_

Lenses

Vitreous

FUNDI:

Motility:

| REFRACTION: | OD | WEARS! OD |
|-------------|-----|-----------|
|             | OS  | OS        |

Glasses RX:    OD

Special Tests:

DIAGNOSIS: _Severe Uveitis OS → - Hypotony_

ADVISE: _Depomedrol 40mg administered sub tenon_
_Atropine 1/4 7. BID_
_Predforte 17. Q 2 Hours_
_Follow up in 1 week_

FUL CL 00149

## FRANTZ LEREBOURS MD

*Diplomate American Board Of Ophthalmology*
228-02 Linden Blvd
Cambria Heights NY 11411
718-528-3206

April 2, 1998

To whom it may concern,

This is to verify that Mr. Ernst Dorcely has been under my care since February 17, 1998, for uveitis left eye. He was last seen this afternoon. He still has significant inflammation left eye.

Mr. Dorcely's condition has not improved significantly, he still requires frequent application of eye drops.

At this point, he is not fit for duty.

Frantz Lerebours, MD

FULCL00148

Name _Ernst Dorcely_

Address _____

Tel. No. _____

FRANT LEREBOURS, M.D.
228-01 LINDEN BLVD
CAMBRIA HEIGHTS, NY 1141?
(718) 528-3206

Change of Address _____    Insurance _____

DATE _APR 0 2 1998_ Age _____ S.M.W. _____ Diagnosis _____

Chief Complaint: — Poor vision OS
Uveitis OS →

Medical HX:

Family HX:                              Allergies:

| Vision SC: | OD 20/20 | OS 20/80 — | OD CC: | OS | TENSION OD 7↑ | OS 7↓ |
|---|---|---|---|---|---|---|

Eye lids: — tear film
                                              K
                                        OD        OS
Conjunctiva  Pink

CORNEA   Clear

AC       Deep —                  laser PI at 12 o'clock

Pupils   3mm in OD —            seclusio pupillae OS —

Lenses   Clear OS —

Vitreous

FUNDI:

Motility:

REFRACTION:      OD              WEARS: OD
                 OS                     OS

Glasses   RX:    OD

Special Tests:   B scan OS — no RD —

DIAGNOSIS:   Uveitis OS —
             Hypotony

ADVISE:   Hyoscine 1/4? OS?
          Pred forte 1?. OS?

APR 1 6 1998
pt. has missed appt.
called left message

FULCL00147

5985_02 /8/98    **LabCorp®**

Type    Primary    Report Seq R

Additional Information

C6254884-9

Patient DORCELY, ERNEST    Sex    Age (Y-M/D) 47

Patient Address

Date Collect FEB 98    Date Enter FEB 98    Date Report FEB 98

Clinical Information

Physician SEWELL, CLINTON    Patient ID DORE 1251

Account 7305    CLINTON J. SEWELL, MD
230-11 LINDEN BLVD.

CAMBRIA HEIGHTS, NY 11411

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|----|

TESTS ORDERED: HBS.AG W/CONFIRMATION, ANTI-DNA AB(NATIVE DS),
ANTI-SMOOTH MUSCLE ATBY, ANGIOTENSIN-1-CONVERTING ENZYME,
ESR,ANA, RA,  ACP, CBC, HDL, THY, RPR, HBC.

CBC/DIFF, PLATELET: (Continued).

| | | | | |
|---|---|---|---|---|
| EOSINOPHIL | 1 | | % | 0-7 |
| BASOPHIL | 1 | | % | 0-3 |
| PLATELET COUNT | 224 | | X 10-3/uL | 140-415 |
| ABSOLUTE NEUT | 3.6 | | 1000/CUMM | 1.8-7.8 |
| ABSOLUTE LYMPH | 1.5 | | 1000/CUMM | 0.7-4.5 |
| ABSOLUTE MONO | 0.2 | | 1000/CUMM | 0.1-1.0 |
| ABSOLUTE EO | 0.1 | | 1000/CUMM | 0.0-0.4 |
| ABSOLUTE BASO | 0.1 | | 1000/CUMM | 0.0-0.2 |

SEDIMENTATION RATE, WINTROBE:

| | | | | |
|---|---|---|---|---|
| WINTROBE ESR | | 16 HI | MM/HR | 0-10 |

T-3 UPTAKE:

| | | | |
|---|---|---|---|
| T-3 UPTAKE | 30.9 | % | 24.0-39.0 |

TSN-HIGHLY SENSITIVE:

| | | | |
|---|---|---|---|
| TSH-HIGHLY SENS | 2.04 | MCIU/ML | 0.35-5.50 |

THYROXINE (T4):

| | | | |
|---|---|---|---|
| THYROXINE (T4) | 9.9 | MCG/DL | 4.5-12.0 |

RPR:

| | | |
|---|---|---|
| RPR | NON-REACTIVE | NON-REACTIVE |

HBS.AG W/CONFIRMATION:

| | | |
|---|---|---|
| HBsAG | NEGATIVE | NEGATIVE |

Anti-HBc IgM:

| | | |
|---|---|---|
| Anti-HBc-IgM | NEGATIVE | NEGATIVE |

RA LATEX:

| | | | |
|---|---|---|---|
| RHEUMATOID FACTOR | (10 | IU/mL | 0-10 |

ANTI-NUCLEAR ANTIBODY:
RN ANA, Quant

NEGATIVE

Negative for all staining
patterns including Anti-
Centromere. ANA patterns
routinely detected include:
Smooth (homogenous or diffuse),
Nucleolar, Speckled, Centromere,
Peripheral, and Spindle. Hep-2
substrate used.
PLEASE NOTE:  ANA titer was
obtained by automated image
system.  It may be higher

| | |
|---|---|
| Negative | (=1:40 |
| Borderline | =1:80 |
| Positive | )=1:160 |

©1997 Laboratory Corporation of America Holding
All Rights Reserved

**LabCorp®**

5806852-1   Type   Primary   Report Status

5985_02    /98

Additional Information

C6254884-9

Patient **DORCELY, ERNEST**   Sex M   Age (Yr/Mo) 7

Patient Address

Date Collected EB-98   Date Entered EB-98   Date Reported EB-98

270972   Rev. 7/97

UWHEP4 1-1

!F1 · WINSTON SALEM, NC · 910-786-0408

Universal I · 1part

3098226801

Clinical Information

Physician ID **SEWELL, CLINTON**   Patient ID **DORE 1251**

Account **7305   CLINTON J. SEWELL, MD**
230-11 LINDEN BLVD.

CAMBRIA HEIGHTS, NY 11411

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|

TESTS ORDERED: HBS.AG W/CONFIRMATION, ANTI-DNA AB(NATIVE DS),
ANTI-SMOOTH MUSCLE ATBY, ANGIOTENSIN-1-CONVERTING ENZYME,
ESR,ANA,RA, ACP,CBC,HDL,THY,RPR,HBC.

ANTI-NUCLEAR ANTIBODY. (Continued).
ANA, Quant: (Continued).
than titers derived manually
due to increased sensitivity
of the system.

ANTI-DNA AB(NATIVE DS):
RN Anti-DNA (DS) AB. Q          NEGATIVE          IU/mL      0-25
                                                   Neg.      <16
                                                   Equiv. 16 - 25
                                                   Pos.      >25

ANTI-SMOOTH MUSCLE ATBY:
RN Smooth Muscle ABS            NEGATIVE                    Neg:<1:20
                                          Interpretation:
                                          Pos.=or>1:80:  Strongly sug-
                                             gestive of liver disease
                                          <1:80 titers do not correlat
                                          well with disease: About 3%
                                          normal healthy controls may
                                          positive.

ANGIOTENSIN-1-CONVERTING ENZYME:
BN A C E                        31                U/L        8-52

PERFORMING LABS LEGEND :

BN                                   RN
    1447 YORK COURT                      69 FIRST AVE LAB RN
    BURLINGTON, NC 272152230             RARITAN, NJ 08869

FULCL00145

EVA O. HAJDU, M.D., FIAC, FASCP

PAGE 3  FINAL REPORT  DORCELY, ERNEST  07305  ***  ©1997 Laboratory Corporation of America® Holdings
20-Feb-98    51 CHARLES LINDBERGH BLVD, UNIONDALE, NY  11553   REPORT  88 All Rights Reserved



5985352-1    Type    Primary Lab    Soil R          5985_02/18          **LabCorp®**

C6254884-9

| | | |
|---|---|---|
| Physician SEWELL, CLINTON | Patient ID DORE 1251 | 14 |
| Account 7305 CLINTON J. SEWELL, MD | | |

Patient DORCELY, ERNEST          Sex M   Age (Yr./Mo.) 7          230-11 LINDEN BLVD.

Patient Address

CAMBRIA HEIGHTS, NY 11411

Date Collected FEB-98    Date Entered FEB-98    Date Reported FEB-98

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

TESTS ORDERED: HBS.AG W/CONFIRMATION, ANTI-DNA AB(NATIVE DS),
ANTI-SMOOTH MUSCLE ATBY, ANGIOTENSIN-1-CONVERTING ENZYME,
ESR, ANA, RA, ACP, CBC, HDL, THY, RPR, HBC.

ACP WITH CO2:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| GLUCOSE | 99 | | MG/DL | 65-115 |
| BUN | 9 | | MG/DL | 5-26 |
| CREATININE | 0.8 | | MG/DL | 0.5-1.5 |
| SODIUM | 141 | | MEQ/L | 135-148 |
| POTASSIUM | 4.4 | | MEQ/L | 3.5-5.5 |
| CHLORIDE | 101 | | MEQ/L | 96-109 |
| CO2 | 29 | | MEQ/L | 20-32 |
| URIC ACID | 4.8 | | MG/DL | 3.5-9.0 |
| T.PROTEIN | 8.0 | | G/DL | 6.0-8.5 |
| ALBUMIN | 4.7 | | G/DL | 3.5-5.5 |
| GLOBULIN | 3.3 | | G/DL | 2.2-4.1 |
| A/G RATIO | 1.4 | | RATIO | 0.9-2.0 |
| CALCIUM | 10.3 | | MG/DL | 8.5-10.6 |
| PHOSPHORUS | 3.8 | | MG/DL | 2.5-4.5 |
| CHOLESTEROL | 282 | HI | MG/DL | 100-199 |
| TRIGLYCERIDE | 235 | HI | MG/DL | 0-199 |
| ALKALINE PHOS | 74 | | U/L | 40-150 |
| SGOT (AST) | 23 | | U/L | 0-45 |
| SGPT (ALT) | 40 | | U/L | 0-50 |
| LDH | 159 | | U/L | 100-250 |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.1-1.2 |
| GGTP | 63 | | U/L | 0-85 |
| IRON | 58 | | MCG/DL | 40-180 |

CORONARY RISK:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| HDL CHOLESTEROL | 44 | | MG/DL | >34 |
| LDL (CALCULATED) | | 191 HI | MG/DL | 0-130 |
| CHOL/HDL RATIO | | 6.4 HI | RATIO | 0.0-5.0 |
| LDL/HDL RATIO | | 4.3 HI | RATIO | 0.0-3.6 |

CBC/DIFF,PLATELET:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| WBC | 5.5 | | X 10-3/uL | 4.0-10.5 |
| RBC | 5.26 | | X 10-6/uL | 4.10-5.60 |
| HEMOGLOBIN | 14.5 | | g/dL | 12.5-17.0 |
| HEMATOCRIT | 43.8 | | % | 36.0-50.0 |
| MCV | 83 | | fL | 80-98 |
| MCH | 27.6 | | pg | 27.0-34.0 |
| MCHC | 33.1 | | g/dL | 32.0-36.0 |
| NEUT | 66 | | % | 40-74 |
| BAND | 0 | | % | 0-5 |
| LYMPHOCYTE | 28 | | % | 14-46 |
| MONOCYTE | 4 | | % | 4-13 |

FULCL00144

©1997 Laboratory Corporation of America® Holdings
All Rights Reserved
51 CHARLES LINDBERGH BLVD, UNIONDALE, NY 11553



**LabCorp®**

5200 016-0

5270_02  1/98

| | Type | Primary | Report Status | |
|---|---|---|---|---|

Additional Information

D0469777-0

Patient DORCELY, ERNEST          Sex M   Age (Yr/Mo) 7

Patient Address

Date 26 FEB-98   D27 FEB-98   Reported EB-98

**Clinical Information**

Physician SEWELL, CLINTON   Patient ID DORE 1251

Account 7305  CLINTON J. SEWELL, MD
230-11 LINDEN BLVD.

CAMBRIA HEIGHTS, NY 11411

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

TESTS ORDERED: LYME ANTIBODY (EIA)

LYME ANTIBODY (EIA)
RN Lyme Total AB, EIA          NEGATIVE
Note: FDA currently advises
  that Western blot testing be
  performed following all equiv-
  ocal or positive EIA results.
  Final diagnosis should include
  appropriate clinical findings
  and a positive EIA which is
  also positive by Western blot.

Index    0.00-0.89
  Neg: 0.00 - 0.89
  Equiv: 0.90 - 1.10
  Pos: > 1.10

PERFORMING LABS LEGEND

RN
   69 FIRST AVE LAB RN
   RARITAN, NJ 08869

EVA O. HAJDU, M.D., FIAC, FASCP

PAGE 1  FINAL REPORT  DORCELY, ERNEST  07305  ***  REPORT
28-Feb-98    51 CHARLES LINDBERGH BLVD, UNIONDALE, NY 11553, 516 794-46...

©1987 Laboratory Corporation of America® Holdings
All rights reserved

**FRANTZ LEREBOURS, M.D.**
*Diplomate American Board of Ophthalmology*
228-02 Linden Blvd
Cambria Heights, NY 11411
718-528-3206

April 13, 1998

To whom it may concern

　　　　This is to verify that Mr. Ernst Dorcely has been under my care since February 17, 1998 for severe uveitis left eye. Mr. Dorcely's condition is very serious and will result in permanent damage to his left eye if not complete loss of vision.

　　　　At this point Mr. Dorcely is severely impaired and is not fit for duty.

Frantz Lerebours MD

FUL CL 00142

**FRANTZ LEREBOURS, M.D.**
*Diplomate American Board of Ophthalmology*
228-02 Linden Blvd
Cambria Heights, NY 11411
718-528-3206

April 13, 1998

To whom it may concern

This is to verify that Mr. Ernst Dorcely has been under my care since February 17, 1998 for severe uveitis left eye. Mr. Dorcely's condition is very serious and will result in permanent damage to his left eye if not complete loss of vision.

At this point Mr. Dorcely is severely impaired and is not fit for duty.

Frantz Lerebours MD

FULCL00141

# FRANTZ LEREBOURS MD
*Diplomate American Board Of Ophthalmology*
228-02 Linden Blvd
Cambria Heights NY 11411
718-528-3206

April 2, 1998

To whom it may concern,

This is to verify that Mr. Ernst Dorcely has been under my care since February 17, 1998, for uveitis left eye. He was last seen this afternoon. He still has significant inflammation left eye.

Mr. Dorcely's condition has not improved significantly, he still requires frequent application of eye drops.

At this point, he is not fit for duty.

Frantz Lerebours, MD

FULCL00140

**FRANTZ LEREBOURS, M.D.**
*Diplomate American Board of Ophthalmology*
228-02 Linden Blvd
Cambria Heights, NY  11411
718-528-3206

April 16, 1998

To whom it may concern

This is to verify that Mr. Ernst Dorcely has been under my care since February 17, 1998 for severe uveitis left eye. He was last seen on April 13.  Mr. Dorcely is presently treated with hyoscine .25% bid and predforte 1% every 2 hours, he has been receiving periocular injection of depo medrol every 2 to 3 weeks.

Mr. Dorcely's condition is very serious and will result in permanent damage to his left eye. At this point he his not fit for duty.

Frantz Lerebours MD

FULCL00139

Name _Ernst Dorcely_

Address _____

Tel. No. _____

**FRANTZ LEREBOURS, M.D.**
228-01 LINDEN BLVD
CAMBRIA HEIGHTS, NY 1141█
(718) 528-3206

Change of Addre██ ██, APR 30 198█  Insurance _____

DATE ── ██ 30 198█ . Age_____ S.M.W.____ Diagnosis _____

**Chief Complaint:** Severe Uveitis left eye ─
Has been seeing Dr LEVINE

**Medical HX:** S: Not seeing any better ─ much less pain

**Family HX:**                          **Allergies:**

| Vision SC: | OD | OS | OD CC: | OS | TENSION | |
|---|---|---|---|---|---|---|
| | 20/20 | 20/400 | | | OD 12 | OS 15 |

**Eye lids: - tear film**                    K    OD      OS

**Conjunctiva** Pink

**CORNEA** Clear

**AC** Deep (cells, no flare

**Pupils** 3mm OD  Seclusio pupillae OS ─ pupillary membrane os

**Lenses** pupillary membrane os ─

**Vitreous** clear ─

**FUNDI:** Disc sharp · macula & vessels

**Motility:** Full

**REFRACTION:**     OD          **WEARS:** OD
                   OS                   OS

**Glasses   RX:**     OD

**Special Tests:**

**DIAGNOSIS:** Uveitis left eye

**ADVISE:** Predforte 17 Did V3
            1 mo R/V

FULCL00138



**UNUM**

File Copy

May 01, 2001

MARK FOX
111 EAST 35TH STREET
NEW YORK, NY 10016-3805

RE:     Ernst Dorcely            DOB: December 11, 1951
        Claim Number:           0098753373
        Policy Number:          00541136 - 0101
        Tax ID:                 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

Dear Attorney Fox:

This will acknowledge receipt of your recent letter requesting an additional review of your client's Long Term Disability claim.

We will be in touch with you as soon as our review is completed.

Sincerely,

Ronald J. Hamel ACS, ALHC, HIA
Appeals Consultant

RJH/seb

cc:     UBS AG

FULCL00137

UNUM LIFE INSURANCE COMPANY OF AMERICA
Quality Review
2211 Congress Street
Portland, Maine 04122
1-800-413-7670
Fax 207-575-2354

# UNUM.

**Claim File Documentation**

Claimant Name _Ernst Dorcely_

Social Security Number _____

Policy Name _____

Policy Number _____

Call To _Mark Fop - atty._

☐ Claimant

From _Kathleen Reil - CCS 5749_

☐ Employer Representative

Telephone Number _203-972-3301_    Ext. _____

☐ Other

☐ TPC
☐ Diagnosis Information
☐ Check Inquiry/Status
☐ Claim Inquiry/Status

☐ Additional Information
☐ Address Information
☐ Eligibility
☐ Other

☐ Claim Filing Information
☐ Adjustment
☐ Social Security

**Notes/Action Taken:**

Kathleen Reil called to advise that she had recvd a VM from atty Mark Fop, who is representing clnt. She was unsure if she should handle this. Since I made the uphold decision, I suggested that I would contact atty Fop.

I called atty. He said he is handling a personal injury suit for clnt. and only recently was made aware of clnt's disability claim. He has additional medical to submit. I told him to submit a letter of rep. w/ medical info for our consideration.

By: _R. Hamel_    Office: _QP5_    Date: _4/24/01_

502-79 (5/97)    **Continued on Reverse**

FULCL-00136



By: Office: Date:

FULCL00135

UNUM.

March 16, 2001

File Copy

ERNST DORCELY
208-05 109TH AVE
QUEENS VILLAGE, NY 11429-1441

RE:     Ernst Dorcely          DOB: December 11, 1951
        Claim Number:          0098753373
        Policy Number:         00541136 - 0101
        Tax ID:                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

Dear Mr. Dorcely:

We have completed our review regarding the denial of benefits on your Long Term disability claim. We have determined that the decision to deny your claim was appropriate.

According to the policy under which you are covered:

"Disability" and "disabled" mean that because of injury or sickness:

1. the insured cannot perform each of the material duties of his regular occupation; and

2. after benefits have been paid for 24 months, the insured cannot perform each of the material duties of any gainful occupation for which he is reasonably fitted by training, education or experience.

Since you have not submitted any new medical information for your appeal, this decision is based on a thorough review of the information currently in your file.

As outlined in our previous correspondence to you dated February 16, 2001, the objective medical evidence does not support that you are incapable of performing the material duties of your regular occupation.

The medical records from Dr. Swerdin indicate that you have a history of eye trauma to the left eye with cataract removal and insertion of an intraocular lens implant. Your left eye has been treated for retinal edema, residual iritis and glaucoma. On examination, your right eye is normal.

UNUM LIFE INSURANCE COMPANY OF AMERICA
Quality Review
2211 Congress Street
Portland, Maine 04122
1-800-413-7670
Fax 207-575-2354

FULCL00134

Claimant Name:    Ernst Dorcely
Claim Number:    0098753373

Page: 2

On December 15, 2000, Dr. Swerdin performed an eye examination which revealed inconsistent visual acuities and he noted that you provided unreliable answers for determining best corrected visual acuity. In his report dated December 26, 2000, Dr. Swerdin indicated that the vision in your right eye is at least 20/40 with 20/200 vision in the left eye. The are no restrictions or limitations regarding your right eye.

We have reviewed the physical requirements of your occupation and have determined that your duties do require near visual acuity. However, the loss of visual acuity in one eye should not preclude you from accommodating your vision to perform the material duties of your occupation. Accordingly, we have determined that you are not eligible for disability benefits.

We regret that we were not able to make a more favorable determination; however, we must abide by the provisions of the policy.

Sincerely,


Ronald J. Hamel ACS, ALHC, HIA
Senior Appeals Consultant

RJH/rjh

FULCL00183



**UNUM.**

March 16, 2001

File Copy

UBS AG
JULIA BOGNON
677 WASHINGTON BLVD
PO BOX 120300
STAMFORD, CT 06912-0300

RE:  Ernst Dorcely          DOB: December 11, 1951
     Claim Number:          0098753373
     Policy Number:         00541136 - 0101
     Tax ID:                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

Dear Ms. Bognon:

We have completed our review regarding the denial of benefits on the Long Term Disability
claim for Ernst Dorcely.

Information in our file is not sufficient to reverse our prior decision. We regret that we were not
able to make a more favorable determination; however, we are limited by the provisions of the
policy.

Under separate cover, we have notified Mr. Dorcely of our decision.

Should you have any questions regarding our decision, please feel free to contact me at
(800)413-7670 ext. 55813.

Sincerely,


Ronald J. Hamel ACS, ALHC, HIA
Senior Appeals Consultant

RJH/rjh

UNUM LIFE INSURANCE COMPANY OF AMERICA
Quality Review
2211 Congress Street
Portland, Maine 04122
1-800-413-7670
Fax 207-575-2354

FULCL00132



UNUM®

March 02, 2001

File Copy

ERNST DORCELY
208-05 109TH AVE
QUEENS VILLAGE, NY 11429-1441

RE:    Ernst Dorcely              DOB: December 11, 1951
       Claim Number:             0098753373
       Policy Number:            00541136 - 0101
       Tax ID:                   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

Dear Mr. Dorcely:

This will acknowledge receipt of your recent letter requesting a review of your Long Term
Disability claim.  Please be advised that your entire claim file and previously submitted medical
has been forwarded to my attention.

Every appeal is unique and the time frames to complete a review will vary.

We will attempt to make a determination on your claim within 60 days after receipt of your
appeal, unless extenuating circumstances require additional time to make that determination.  In
the event of extenuating circumstances, we will make every attempt to make a determination no
later than 120 days from the receipt of your appeal.

Once our review begins, you will be contacted if additional information is needed.  You will be
advised in writing of our final determination.

Sincerely,



Ronald J. Hamel ACS, ALHC, HIA
Senior Appeals Specialist
RJH/seb


cc:    UBS AG

FUL.CL.00131

UNUM LIFE INSURANCE COMPANY OF AMERICA
Quality Review
2211 Congress Street
Portland, Maine 04122
1-800-413-7670
Fax 207-575-2354



## UNUM.

February 24, 2001                    File Copy

ERNST DORCELY
208-05 109TH AVE
QUEENS VILLAGE, NY 11429-1441

RE:    Ernst Dorcely              DOB: December 11, 1951
       Claim Number:             0098753373
       Policy Number:            00541136 - 0101
       Tax ID:                   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

Dear Mr. Dorcely:

We have received your request for an appellate review of your claim.

As you have not submitted any new medical information, this request and your claim file have been sent to the Quality Performance Support Unit for completion of the appellate review. They will contact you shortly with the name of the Appeal Specialist who will review your claim.

Sincerely,

Kathleen Reid
Sr. Disability Benefit Specialist

KR/kr

cc:    UBS AG

UNUM LIFE INSURANCE COMPANY OF AMERICA
Customer Care Center
P. O. Box 9500
Portland, Maine  04104-5058

1-800-858-6843
Fax 1-800-447-2498

FULCL00130