# kinko's
## Express Yourself.

# fax cover sheet

Kinko's of Stamford, CT • Telephone: (203) 968-8100 • Fax: (203) 968-6041 • E-mail: usa0269@kinkos.com

Date _2-22-01_                     Number of pages __8__ (including cover page)

to:  Name _Kathleen Reid_     from:  Name _ERNst Dorcely_

Company _First Unaens_              Company _CLAIMANT_

Telephone _800-321 0745_            Telephone _203 829 7814_

Fax _207 575 5397  800 447 2498_

Comments  I am appealing latest Decision on my claim
and request immediate payment. I am
Submitting further particulars. However
you should Contact Doctor or Doctors for more
if needed.

COMPLETE

1 OF 8

12:49:29 02-22-2001; From 0; PWMCCP03/10244 FSTD9900
FULCL00129

02/22/01  12:47 FAX                    KINKO'S                                    ☑003

If you have any questions contact:          CONNECTICUT GENERAL LIFE INSURANCE COMPANY       0001 C
521      CLAIMS SERVICE CENTER              As Agent For Below Payor
         P. O. BOX 26336                    UBS GROUP
         CHARLOTTE, NC 28254-4336

         Telephone:  (704) 679-9109

                                            Date Processed: Dec 16, 1999

         ERNEST DORCELY                     Employee Name ........ ERNEST DORCELY
         24 JESSUP                          Employee ID/Soc Sec .. 081467747
         STAMFORD CT 06902                  Group Number ......... 67613              Paying Office: 521
                                            Branch/Division ...... 0004

                                                                                      C112002708

Below is an Explanation of Benefits of your Group Medical Benefits with UBS GROUP

Patient: ERNEST          Ref: SELF          Claim Cntrl #: 9912101004084-491452    Inventory #: 99341701019000-000

3 OF 8

| PROVIDER/ TYPE OF SERVICE | SERVICE DATE(S) | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | DEDUCT AMOUNT | BALANCE | PAID AT | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| SANJEEV NATH, MD | PHS | | | | | | | | |
| OUTPATIENT VISITS | 12/01/99 | 120.00 | | 120.00 | | 120.00 | 100% | 120.00 | |
| OUTPATIENT VISITS | 12/01/99 | 85.00 | | 85.00 | | 85.00 | 100% | 85.00 | |
| TOTALS | | 205.00 | | 205.00 | | 205.00 | | | |

TOTAL PAID:  205.00

PAYMENT SUMMARY SECTION
   Payments made to :  SANJEEV NATH MD          PHS                    Amount Paid    205.00

ACCUMULATION SECTION
   AMOUNT PAID TOWARDS LIFETIME MAXIMUM:        59,519.00
   1999 INDIVIDUAL DEDUCTIBLE SATISFIED:           350.00
   1999 FAMILY DEDUCTIBLE SATISFIED:               350.00

REMARKS SECTION
   TO SATISFY THE FAMILY DEDUCTIBLE, EACH COVERED FAMILY MEMBER CAN CONTRIBUTE NO MORE THAN HIS/HER OWN INDIVIDUAL
   DEDUCTIBLE MAXIMUM.

*** PLEASE REFER TO REVERSE SIDE FOR YOUR RIGHTS OF REVIEW AND APPEAL, AND AN EXPLANATION OF TERMINOLOGY. ***
   RETAIN THIS STATEMENT FOR TAX AND OTHER PURPOSES. NO OTHER RECORD WILL BE PROVIDED.

                    If benefits are due (as indicated in the Payment Summary Section),
                    this payment(s) will be sent to the provider of service within 5 business
                    days of the "Date Processed".

EMPLOYEE'S COPY                                                              C112002708

12:49:29 02-22-2001 From () FWMCCFR03/0244 ITSTD800     FULCL00128

02/22/01  12:47 FAX                    KINKO'S                                    ☑004

| | | | |
|---|---|---|---|
| THE NEW YORK EYE AND EAR INFIRMARY | 310 EAST 14th STREET New York, NY 10003-4297 | PATIENT NAME | |

| 1 | PATIENT NAME | | | |
|---|---|---|---|---|
| | ERNST DORCELY | | | |
| 2 | SERVICE DATES Form / Through | 3 | STATEMENT DATE | PAGE |
| | 06/17/99 | | 10/17/00 | 1 |

| 4 | THIS IS THE CURRENT INSURANCE INFORMATION ON FILE |
|---|---|
| | Please review and make corrections on the back of this form. |
| | INSURANCE NAME        POLICY NUMBER |
| | 1. CIGNA              623080213 |
| | 2. |
| | 3. |
| | 4. |

| 5 | If paying by CREDIT CARD, please complete this section |
|---|---|
| | Please review and make corrections on the back of this form. |
| | Card # |
| | Exp. Date        /        AMT. AUTHORIZED $ |
| | SIGNATURE |

| 6 | CHECK NO. |
|---|---|
| | AMOUNT ENCLOSED |
| | $ |

081 46 7747

ERNST DORCELY                              442
24 JESSUP STREET
STANFORD CT 06902-1607

THE NEW YORK EYE & EAR INFIRMARY
310 E 14TH ST
NEW YORK, NY 10003-4297

| 9 ACCOUNT NUMBER | 10 PREVIOUS BALANCE | 11 CHARGES | 12 EST INS COVERAGE | 13 PAYMENTS/ADJ'S | 14 AMT. DUE FROM PATIENT |
|---|---|---|---|---|---|
| 32378770 | 173.25 | 0 | 0 | 0 | 173.25 |

4 OF 8



FINAL NOTICE BEFORE REFERRAL TO COLLECTION AGENCY!
PAY IMMEDIATELY.

12:49-29 02-22-2001 From 0 PM/MCCR03/10244 FISTD800
FULCL00127

| If you have any questions contact: | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | 0001 C |
| 521   CLAIMS SERVICE CENTER | As Agent For Below Payor | |
| P. O. BOX 34356 | UBS GROUP | |
| CHARLOTTE, NC 28234-4356 | | |

Telephone:  (704) 678-9109

Date Processed:  Sep 20, 2000                                          Page 1 of 2

ERNEST DORCELY
24 JESSUP
STAMFORD CT 06902

Employee Name .......... ERNEST DORCELY
Employee ID/Soc Sec . 081467747
Group Number ............. 47613
Branch/Division ........... 0004                    Paying Office: 521

C112002121

**Below is an Explanation of Benefits of your Group PPO Medical Benefits with UBS GROUP**

| Patient: ERNEST | Rel: SELF | Claim Cntrl #: 0008801300524-881332 | Inventory #: 0028801763600-886 |
|---|---|---|---|

| PROVIDER/ TYPE OF SERVICE | SERVICE DATE(S) | TOTAL CHARGES | CONTRACT AMOUNT | NOT COVERED | COVERED AMOUNT | DEDUCT AMOUNT | COPAY AMOUNT | BALANCE | PAID AT | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EDWARD N STROH MD | | | | | | | | | | | |
| OUTPATIENT VISITS | 09/08/00 | 225.00 | 168.81 | | 168.01 | 10.00 | | 158.01 | 100% | 158.01 | |
| OUTPATIENT VISITS | 09/08/00 | 100.00 | 60.72 | | 60.72 | | | 60.72 | 100% | 60.72 | |
| OUTPATIENT VISITS | 09/08/00 | 75.00 | 65.50 | | 65.50 | | | 65.50 | 100% | 65.50 | |
| ONTPATIENT VISITS | 09/08/00 | 850.00 | 112.40 | | 112.40 | | | 112.40 | 100% | 112.40 | |
| TOTALS | | 1250.00 | 406.63 | | 406.63 | 10.00 | | 396.63 | | 396.63 | |
| | | | | | | | | | TOTAL PAID: | 396.63 | |

**PATIENT RESPONSIBILITY SECTION (Does Not Include Copay Amounts - See Reverse Side)**

Patient Owes to:   EDWARD N STROH MD      *

Not Covered Amount:                           .00
Deductible Amount:                          10.00
"Balance" Less "Total Payment":               .00
Patient Responsibility to Provider:         10.00

**PAYMENT SUMMARY SECTION**

Payments made to:   EDWARD N STROH MD      *

Amount Paid:      396.63

**ACCUMULATION SECTION**

AMOUNT PAID TOWARDS LIFETIME MAXIMUM:       55,134.48

**PLEASE REFER TO REVERSE SIDE FOR YOUR RIGHTS OF REVIEW AND APPEAL AND AN EXPLANATION OF TERMINOLOGY. IF**
**RETAIN THIS STATEMENT FOR TAX AND OTHER PURPOSES. NO OTHER RECORD WILL BE PROVIDED.                    CONTINUED ON NEXT PAGE**

If benefits are due (as indicated in the Payment Summary Section),
this payment(s) will be sent to the provider of service within 5 business
days of the "Date Processed".

EMPLOYEE'S COPY

C112002121

02/22/01  12:49 FAX                KINKO'S                                    ☑ 006

If you have any questions contact:          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    0001 C
521     CLAIMS SERVICE CENTER                As Agent For Below Payor
        P. O. BOX 34356                      UBS GROUP
        CHARLOTTE, NC 28234-4356

        Telephone:  (704) 878-9109

                                             Date Processed: Oct 12, 2000                Page 1 of 2

        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
        ERNEST DORCELY
        24 JESSUP                            Employee Name .......... ERNEST DORCELY
        STAMFORD CT 06902                    Employee ID/Soc Sec . 081467797
                                             Group Number ........... 67613
                                             Branch/Division .......... 0004            Paying Office : 521

                                                                                        C112002127

Below is an Explanation of Benefits of your Group Medical Benefits with UBS GROUP

| adent:ERNEST | | Rel: SELF | | Claim Cntrl #: 00101807 48620-621698 | | Inventory #: 0083781750600-985 | | | |
|---|---|---|---|---|---|---|---|---|---|
| PROVIDER/ TYPE OF SERVICE | SERVICE DATE(S) | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | DEDUCT AMOUNT | BALANCE | PAID AT | TOTAL PAYMENT | SEE REMARKS |
| ROGER LASH MD | | | | | | | | | |
| ASSIST SURG OUTPAT | 06/17/99 | 3000.00 | 3000.00 | .00 | | .00 | | .00 | 1 |
| ASSIST SURG OUTPAT | 06/17/99 | 1000.00 | 1000.00 | .00 | | .00 | | .00 | 1 |
| ASSIST SURG OUTPAT | 06/17/99 | 500.00 | 500.00 | .00 | | .00 | | .00 | 1 |
| ASSIST SURG OUTPAT | 06/17/99 | 500.00 | 500.00 | .00 | | .00 | | .00 | 1 |
| ASSIST SURG OUTPAT | 06/17/99 | 500.00 | 500.00 | .00 | | .00 | | .00 | 1 |
| TOTALS | | 5500.00 | 5500.00 | .00 | | .00 | TOTAL PAID: | .00 | |

PAYMENT SUMMARY SECTION
    Payments made to :  No payments were made on this claim

ACCUMULATION SECTION
    AMOUNT PAID TOWARDS LIFETIME MAXIMUM:        $5,219.45
    1999 INDIVIDUAL DEDUCTIBLE SATISFIED:          350.00
    1999 FAMILY DEDUCTIBLE SATISFIED:              350.00

REMARKS SECTION
    1.  YOUR PLAN DOES NOT COVER SERVICES WHICH ARE NOT CONSIDERED ESSENTIAL FOR THE NECESSARY CARE AND TREATMENT OF AN
        INJURY OR SICKNESS. PLEASE REFER TO YOUR PLAN OF BENEFITS FOR FURTHER INFORMATION.

    ― PLEASE REFER TO REVERSE SIDE FOR YOUR RIGHTS OF REVIEW AND APPEAL AND AN EXPLANATION OF TERMINOLOGY. ―
    RETAIN THIS STATEMENT FOR TAX AND OTHER PURPOSES. NO OTHER RECORD WILL BE PROVIDED.        CONTINUED ON NEXT PAGE

                    If benefits are due (as indicated in the Payment Summary Section),
                    this payment(s) will be sent to the provider of service within 5 business
                    days of the 'Date Processed'.

EMPLOYEE'S COPY

                                                                            C112002127

02/22/01  12:49 FAX                    KINKO'S                              ☑007

If you have any questions contact:          CONNECTICUT GENERAL LIFE INSURANCE COMPANY
521     CLAIMS SERVICE CENTER               As Agent For Below Payor
        P. O. BOX 34336                     UBS GROUP
        CHARLOTTE, NC 28234-4336

        Telephone:  (704) 879-8169

                                            Date Processed: Oct 23, 2000

        ||..||..||.|....||..||...|||.|||....|..||.|....|.|.||
        ERNEST DORCELY                      Employee Name ............ ERNEST DORCELY
        24 JESSUP                           Employee ID/Soc Sec . 081467747
        STAMFORD CT 06902                   Group Number ............. 67615
                                            Branch/Division .......... 6004        Paying Office: 521

                                                                                              C112002080

Below is an Explanation of Benefits of your Group Medical Benefits with UBS GROUP

Patient: ERNEST            Rel: SELF           Claim Cntrl #: 001023142884D-821800    Inventory #: 0016501956900-036

| PROVIDER/ TYPE OF SERVICE | SERVICE DATE(S) | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | DEDUCT AMOUNT | BALANCE | PAID AT | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| SANJEEV NATH MD | PHS | | | | | | | | |
| SURGERY OUTPATIENT | 06/17/99 | 2500.00 | | 2500.00 | | 2500.00 | 100% | 2500.00 | |
| TOTALS | | 2500.00 | | 2500.00 | | 2500.00 | | 2500.00 | |
| | | | | | | | TOTAL PAID: | 2500.00 | |

**PAYMENT SUMMARY SECTION**
   Payments made to :  SANJEEV NATH, MD        PHS                    Amount Paid:    2500.00

**ACCUMULATION SECTION**
   AMOUNT PAID TOWARDS LIFETIME MAXIMUM:       57,719.49
   1999 INDIVIDUAL DEDUCTIBLE SATISFIED:       350.00
   1999 FAMILY DEDUCTIBLE SATISFIED:           350.00

**REMARKS SECTION**
   TO SATISFY THE FAMILY DEDUCTIBLE, EACH COVERED FAMILY MEMBER CAN CONTRIBUTE NO MORE THAN HIS/HER OWN INDIVIDUAL
   DEDUCTIBLE MAXIMUM.

*** PLEASE REFER TO REVERSE SIDE FOR YOUR RIGHTS OF REVIEW AND APPEAL AND AN EXPLANATION OF TERMINOLOGY. ***
RETAIN THIS STATEMENT FOR TAX AND OTHER PURPOSES. NO OTHER RECORD WILL BE PROVIDED.

             If benefits are due (as indicated in the Payment Summary Section),
             this payment(s) will be sent to the provider of service within 5 business
             days of the "Date Processed".

EMPLOYEE'S COPY                                                                   C112002080



02/22/01  12:46 FAX          KINKO'S                              ☒002

**SANJEEV NATH, M.D.**
55 East 86th Street
New York, New York 10021-6536
(212) 861-0800

59-18 69th Avenue
Ridgewood, NY 11385-4454
(718) 821-0212

37-27 76th Street
Jackson Heights, NY 11372-6533
(718) 476-6700

TAX ID #: 13-3147488
N.Y. Lic #: 129570

| PATIENT NAME | ACCOUNT # | BILL DATE | AMOUNT DUE |
|---|---|---|---|
| SS 081 467747 | 36947 | 01/13/00 | 476.00 |

Ernesto Doroely
24 Jessup Street
Stamford CT 06902

2 OF 8

| DATE | DESCRIPTION OF SERVICE | CHARGE | RECEIPT | ADJUSTMENT | LINE ITEM BALANCE |
|---|---|---|---|---|---|
| 06/18/99 | ANT. CHAMBER PARACENTHESIS THER/R | 863.00 | 411.00 | .00 | 452.00 |
| 12/11/99 | INTERMEDIATE EXAM | 120.00 | 96.00 | .00 | 24.00 |

*The balance is your coinsurance*
*Any questions, please call*
*me at the above number.*

*Thank you.*

*Eqadney Slagsand*

*Please contact Such Doctor he*
*perform all operation form 1247*
*Sanjeev Nath*

Your Next Appointment

| CURRENT | 30 DAYS | | | | AMOUNT DUE |
|---|---|---|---|---|---|
| 24.00 | .00 | .00 | .00 | 452.00 | 476.00 |

NON-PARTICIPATING DOCTOR

12:49:29 02-22-2001 From () FWACCF03/10244 FISTP803 FULCL00123

# SANJEEV NATH, M.D.

56 East 56th Street
New York, New York 10021-5598
(212) 861-0900

59-18 69th Avenue
Ridgewood, NY 11385-4454
(718) 821-0212

37-27 76th Street
Jackson Heights, NY 11372-6533
(718) 476-5700

TAX ID #: 13-3147488
N.Y. Llc #: 129570

081 467747

Ernesto Dorcely
24 Jessup Street
Stamford CT 06902

| 86947 | 03/25/00 | 682.80 |

| DATE | DESCRIPTION OF SERVICE | CHARGE | RECEIPT | ADJUSTMENT | LINE ITEM BALANCE |
|------|------------------------|--------|---------|------------|-------------------|
| 06/18/99 | ANT. CHAMBER PARACENTHESIS THER/R | 863.00 | 611.00 | .00 | 252.00 |
| 12/11/99 | INTERMEDIATE EXAM | 120.00 | 96.00 | .00 | 24.00 |
| 02/02/00 | INTERMEDIATE EXAM | 125.00 | .00 | .00 | 125.00 |
| 02/02/00 | GONIOSCOPY | 68.00 | .00 | .00 | 68.00 |
| 02/02/00 | BINOCULAR OPHTHALMOSCOPY-SUBSEQUE | 88.00 | 15.20 | .00 | 72.80 |
| 02/02/00 | BINOCULAR OPHTHALMOSCOPY-SUBSEQUE | 88.00 | .00 | .00 | 88.00 |
| 02/02/00 | COMPUTERIZED THRESHOLD TESTING | 265.00 | 212.00 | .00 | 53.00 |
|  | Deductible Applied |  |  |  |  |

Your Next Appointment

| CURRENT | | | | | AMOUNT DUE |
|---------|--|--|--|--|-----------|
| 406.80 | .00 | 24.00 | .00 | 252.00 | 682.80 |

8 OF 8

12:49:29 02-22-2001 From () FWM/CCF/03/1024d FISTIS890
FULCL00122

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Rier, Raymond J |
| **Sent:** | Thursday, February 22, 2001 12:46 PM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Claim Document |

## *Claim Documentation Form*

**Date of Call:**     **2/22/01**        **Time of Call:**       **12:43 PM**

**Claim#/SS#  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**        **Should Include both or at least one of these if you only have one**    **EE wanted you to know that he is faxing 8 pages to the FI 800 fax.**      **Should include EE, ER, AP or other and also the name of the person**

**Regarding:**       **Whether it be payment status, claim status:  What is the call regarding 203-829-7814**       **The Phone Number**

**SPECIALIST:**       **Ray Rier**

**Claimant: Ernest Dorcely**

**MESSAGE: EE is faxing 8 pages to you at the FI 800 fax.**

FULCL00121

1

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Lent, Rebecca A |
| **Sent:** | Monday, February 19, 2001 12:14 PM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Claim Document |

## Claim Documentation Form

| | | | |
|---|---|---|---|
| **Date of Call:** | 2/19/01 | **Time of Call:** | 12:10pm |
| **Claim#/SS#** | 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 | **Recv'd Call From:** | EE---Ernest Dorcely |
| **Regarding:** | Status | **Phone Number:** | 203-829-7814 |
| **SPECIALIST:** | Rebecca Lent | | |
| **Claimant:** | Ernest Dorcely | | |
| **MESSAGE:** | EE would like a return with the claim decision. | | |

2/19/01 4.01 pm called clmt back:
Explained denial of claim - reviewed medical
submitted & inconsistencies - explained we would expect
he could do occ w/® eye if he did have objective evidence
of R+L's w/® eye -

He tried to do job for 3yrs - got poor evaluation, he
thought they were going to fire him. The speed was
no longer there. Supervisor told him to get further medical
follow up, which was further surgery. Pain has been
unbearable. Technical job he did w/o, made decisions in
lending & correct problems, that is very very technical -
could not do job. "Does he need to be re-trained? Privately"
left eye is for short vision, ® eye is for long vision - has had
4 operations on left eye. Job contributed to eye problem.
Moved billions of dollars - they do not pay $70,00 year
to dummies.
Has had fluid @ back of left eyes and has had
5 operations on left eye. $50,000 for an additional surgery

FULCL00120

When you loose one eye, other one compensates.
If eye is still there, good eye does not accomodate.
His eye does not compensate as he did not loose ① eye.
He wishes he ~~xxxxx~~ ~~too~~ lost left eye

He was very bad Feb, March, April, May - he could get
Dr Swerdlin out of bed for medications. Better over the summer,
and by November reading to pursue dr's.

He tried to RTW w/PH - they gave him test - he could not pass.
"5's" looked like "6's" and he made too many mistakes. They
are the ones who advised further tx.

Let him know denial letter has gone out - renewed appeal
process - well he is going to get a lawyer & sue - told him that
was his perogative, and again renewed appeal deadline -

Discussed burden of proof again - he asked if we have
info from surgeon who did surgeries - No - he asked if
we had info from Ins specialist - No. He said he will
have both send info and he will appeal decision.

Told him to call if any questions.

FULCL00119

# UNUM.

**Claim File Documentation**

Claimant Name _____

Social Security Number _____

Policy Name _____

Policy Number _____

Call
☑ To _Ernst Darely_ _____

☐ Claimant

☐ From _____

☐ Employer Representative

Telephone Number _203-829 7814_ Ext. _____

☐ Other

☐ TPC
☐ Diagnosis Information
☐ Check Inquiry/Status
☐ Claim Inquiry/Status

☐ Additional Information
☐ Address Information
☐ Eligibility
☐ Other

☐ Claim Filing Information
☐ Adjustment
☐ Social Security

**Notes/Action Taken:**

2/16/01 5:05PM called clnt —
left message on voicemail we have reached a
decision, however I am leaving for the day. Asked
him to emc on Monday.

By: _____ Office: _____ Date: _____

502-79 (8/97)    **Continued on Reverse**

FULCL00118

By:

Office:

Date:

FULCL00117



# FIRST UNUM.

February 16, 2001                                    File Copy

ERNST DORCELY
208-05 109TH AVE
QUEENS VILLAGE, NY 11425

RE:    Ernst Dorcely           DOB: December 11, 1951
       Claim Number:           0098753373
       Policy Number:          00541136 - 0101
       Tax ID:                 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

Dear Mr. Dorcely:

We have completed our review of your UNUM disability claim and have made a final
determination regarding your benefit eligibility. We are unable to approve your claim for
benefits.

According to the policy under which you are covered:

    "Disability" and "disabled" mean that because of injury or sickness:

    1.  the insured cannot perform each of the material duties of his regular
        occupation; and

    2.  after benefits have been paid for 24 months, the insured cannot perform each
        of the material duties of any gainful occupation for which he is reasonably
        fitted by training, education or experience.

Your claim for Long Term Disability benefits was originally denied on September 25, 2000 for
failure to provide proof of your disability. On January 19, 2001 we received office notes from
your attending physician, Dr. Swerdin, and on January 25, 2001 we received a disability
statement from him.

Dr. Swerdin notes you have had normal right eye examinations and your left eye has been treated
for retinal edema, iritis and glaucoma. Dr. Swerdin further documented he has tried, without
success, to obtain the medical information from your previous doctor documenting your
condition and treatment prior to his treatment. Based on this, it is unclear to us how long you

FIRST UNUM LIFE INSURANCE COMPANY
Tarrytown, NY 10591

Mailing Address:
P.O. Box 9791
Portland, Maine 04104-9828
1-800-822-9103
Fax: 207-575-2066

FULCL00116

Claimant Name:    Ernst Dorcely
Claim Number:     0098753373

Page: 2

have had retinal edema and iritis, and whether you were able to work with these conditions previously.

Your visual acuity has been tested during each office visit with Dr. Swerdin, and he has documented the unreliability of your answers. Specifically, on December 15, 2000 your uncorrected vision was 20/60 in your right eye and 20/100 in your left eye. With refraction, your right eye improved to 20/40, however, your left eye worsened to 20/200 which is inconsistent.

At this time, we have no objective evidence to support you have any restrictions or limitations regarding your right eye. Again, due to the fact there is no medical in the file prior to February 29, 2000, there is no indication as to when the retinal edema and iritis developed in your left eye.

Furthermore, we have reviewed your occupation prior to your disability, and have determined you were performing the material duties of a Wire-Transfer Clerk (DOT # 203.562-010) which does require frequent near acuity. However, it is reasonable that with a reported loss of vision in one eye an individual could accommodate their vision to perform the material duties of this occupation.

Therefore, at this time we do not have objective evidence to support you would have restrictions or limitations due to your eyesight that would prevent you from performing the material duties of your regular occupation. We are denying all liability as of the date of this letter and no benefits will be payable to you.

If you have new, additional information to support your request for disability benefits, please send it to my attention at the address noted on this letterhead.

If you intend to appeal this claim decision, you must submit your written appeal, including any new information, within 90 days of the date of this letter to the following address:

> First UNUM
> Portland Customer Care Center
> Kathleen Reid -- Appeal
> PO Box 9500
> Portland, ME  04104-5058

If First UNUM does not receive your written appeal within 90 days of the date of this letter, our claim decision will be final. If the information we receive does not enable us to alter our determination, we will forward your file for an independent, impartial and final appeal review.

FULCL00115

Claimant Name:     Ernst Dorcely
Claim Number:      0098753373

Page: 3

I understand you may have questions concerning our denial of your disability claim.  Please feel free to contact me at (800)822-9103 ext. 57849 to discuss this matter further.


Sincerely,


Kathleen Reid
Sr. Disability Benefit Specialist

KR/kr

cc:    UBS AG

FULCL00114

 UNUM.

**REFERRAL**
Unum Life Insurance Company of America

| PRODUCT _LTD_ | | |
|---|---|---|
| Referred To _Roberta Werse_ | From _Kathleen Neil_ | Today's Date: _2.16.01_ |
| | | Claim Rec'd Date: _____ |
| Name of Insured/ Claimant _Ernst Doraley_ | | Payment Due: _____ |

**Purpose of Referral**
- ☐ Check Release / Over Authorized Limit
- ☐ First Pay Referral / Approval
- ☒ Adverse Decision
- ☐ Changes in direction of file

- ☐ ROR
- ☐ Pre-X Waiver Request
- ☐ Any Occ Determination
- ☐ ERD Change

**CCS COMMENTS**

_Please see letter h/Clmnt_

**ERD**                    **ERD Rationale**

**Reviewer Comments**

_Looks Good_

_— One minor change to letter_

☒ Approved   ☐ Not Approved
**Signature** _Bert Stone_            **Date** _2/16/01_

1152-00            White Copy - File      Canary Copy - Consultant      Pink Copy - Director

FULCL00113

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Hart, Ross |
| **Sent:** | Friday, February 16, 2001 11:18 AM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Claim Document |

## *Claim Documentation Form*

**Date of Call:**                                     **Time of Call:**
**Claim#/SS#**    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                    **11:30 02/16**
**Regarding:**    **Stop and Reissue of an STD check.**              **Phone Number:** 203-829-7814
**SPECIALIST:**   **Ross Hart**
**Claimant:**    Ernest  Dorcely
**MESSAGE:**    EE would like a call back regarding the status of his LTD claim.  Thank You

1

FULCL00112

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Grover, Jerry A |
| **Sent:** | Monday, February 12, 2001 10:33 AM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Dorcely,Ernst    0098753373 CL  C5K1R    12/11/1951 00541136 LTD |

Hi,

EE called to check the status of his claim. I could only see that claim was denied in 9/2000 but EE advises he has recently sent new medical. Pls call him at 203-829-7814.

Thanks

*Jerry A. Grover*
CCC Specialist
UnumProvident
Customer Care Center
Tel: 575-1835
Jgrover@Unum.com



*Protecting everything*
*you work for*

2/12/01 11.06Am called Clmt back:
Explained to him @ this point, file is still with our medical dept for review - this review is ongoing, and @ this point we need to speak w/his attending physicians to clarify the medical information in the file - this is sched for weds, therefore, I do not expect to have further information / decision until @ least Fri 2/16 - he repeatedly spoke of having no income, no phone, and we have not made a decision explained again the burden of proof is on him to prove claim @ onset - due to fact we never rec'd medical, we have not been able to make liability determination — again explained I will not know anything else until Friday - told him I understand his frustration, however, our conversation was not going to be able to D the timeframe for phone call / decision. He said he went to SS and they told him it would take 3mos to make a decision →

FULCL0111

I asked him what # I could reach him @ on Friday? He
said to try both. OK - told him I will speak with him
on Friday

FULCL 00110

**Detail Activity Listing requested by :**
Douglas Palmer
2/16/2001

| | | | | |
|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | |
| **Policy # :** | 00541136 | **Division #:** | 0101    **Tax ID:**    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 | |
| **Schedule Date:** | 01/29/2001 | **Date Completed:** | | **Cancelled:**    No |
| **Assigned To:** | C4DPP | **Created By:** | C5K1R | |
| **Subject:** | Voc Request | **Description:** | Need occ anyalysis | |

clmt is a 49 yr old male operations clerk oow since 2/99 due to eye contusion. Policy is XL 2 yr own occ. Need occ analysis of clmt's occ, with particular attention to visual requirements of occ. Please let me know if you have any questions -- Thanks!

VC REVIEW: In addition to review of information provided in TE&E and JA, a TPC was performed with Ruth Shay, Manager of Investigation. Based on this information, it would appear that the clmnts occ would most relate to Wire-Transfer Clerk. The material duties of this occ include transfering funds or securities and maintains records of transactions, using computer. Ms. Shay reported that as the investigator, the wire-transfer would be as a result of mis-payment or need for additional funds as requested by the client. Their clients are throughout the world, and Ms. Shay indicated that on any given day their office may see over 300 million in transfers. Being an international company, their staff are fluent in other languages.

The physical demands for this occ are considered SEDENTARY with occasional lifting up to 10 pounds, frequent fingering, occasional reaching and handling, and sitting up to 2/3rds of the time. In regards to the visual requirements for this occ, the dictionary of occupational titles reports that frequent near acuity is needed, which is defined as clarity of vision at 20 inches or less.

2/16/01 Adendum: Based on discussion with Lawrence Broda, MD on this date it would appear reasonable that an individual with loss of vision in one eye could learn to accommodate vision with the other eye that would enable him/her to be able to perform the material and substantial duties of this occupation that would requie frequent near acuity with monocular vision.

Douglas Palmer, MS, CRC
Voc Consultant

FULCL00109

```
*****************************************************************************
X                          TRANSACTION REPORT                    P. 01    X
X                          ───────────────────         FEB-16-2001 FRI 09:38 AM X
X                                                                          X
X  DATE  START   RECEIVER           TX TIME  PAGES TYPE    NOTE       M#  DP X
X  FEB-16 09:37 AM 915182955303      52"      3  SEND     OK          10B  X
X                                                                          X
X                                            TOTAL :      52S  PAGES:   3   X
*****************************************************************************
```



Facsimile Transmittal

Date: 2/16/2001

| To: Michael A.Swerdin<br>Ophthalmic Consultants of Long Island | From: | Ricarda Wlodarczak<br>Administrative Assistant<br>GenMed/Cancer |
|---|---|---|
| Fax: (516) 295-5303 | Fax: | (207) 575-5885 |
| Phone: | Phone: | (207) 575-2410 |
| Re: Ernst Dorcely | # Pages: 3 | |

FULCL00108



## Facsimile Transmittal

Date: 2/16/2001

| To: Michael A.Swerdin<br>Ophthalmic Consultants of Long Island | From:   Ricarda Wlodarczak<br>Administrative Assistant<br>GenMed/Cancer |
|---|---|
| Fax:  (516) 295-5303 | Fax:      (207) 575-5885 |
| Phone: | Phone:   (207) 575-2410 |
| Re:  Ernst Dorcely | # Pages:  3<br>(incl.cover page) |

NOTES:

UNUMPROVIDENT CORPORATION
2211 Congress Street, Portland, Maine  04122
207.575.2211
Unum is the marketing brand of UnumProvident Corporation

FULCL00107

UNUM.

*Protecting everything you work for*

February 14, 2001

Michael A. Swerdin, M.D.
Ophthalmic Consultants of Long Island
Valley Stream Office
65 Roosevelt Avenue
Valley Stream, NY 11581

Telephone: 516-374-4199
Fax: 516-295-5303

**RE:    Ernst Dorcely**
         **DOB: 12/11/51**
         **Soc. Sec. # 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**
         **Claim # 0098753373**

Dear Dr. Swerdin:

Thank you for taking time from your practice to speak with me regarding your patient, Ernst Dorcely, on 2/14/01. I would also like to thank your technician, Anna, for helping to clarify dates and numbers on your eye exams. UNUMProvident is the disability carrier for the above patient. In order that we make a fair and objective determination of his eligibility for benefits, we called you to clarify some points regarding his current status.

At this time, I would like to summarize our conversation as follows: You stated that Mr. Dorcely was first seen by you at the end of 2/00. This followed a prior surgeon's cataract extraction and lens implantation in 1/00. You stated that Mr. Dorcely had sustained some unspecified eye trauma in 1997. You stated the claimant does have evidence of prior left eye trauma and surgery, as well as some residual retina edema and iritis of uncertain duration. His eye examinations have been unreliable. His right eye vision is diminished by eye testing. which has been compromised by patient reliability. This is in the face of what appears to be a totally normal right eye exam raising questions of patient reliability. In addition to this, on 12/15/00, the claimant had uncorrected vision that was better than

UNUMPROVIDENT CORPORATION
2211 Congress Street, Portland, Maine 04122
207.575.2211
Unum is the marketing brand of UnumProvident Corporation

FULCL00106

Ernst Dorcely
February 14, 2001
Page 2

his refracted vision. Uncorrected vision on 12/15/00 was 20/60 in the right eye and 20/100 in the left eye. With refraction, the vision was 20/40 in the right eye, 20/200 in the left eye, again raising the question of patient reliability. The fact that his corrected vision is worse than his uncorrected vision is very inconsistent. At this time, it is very difficult for you to determine what is Mr. Dorcely's vision and how this affects his ability to work. You have tried many times to obtain records from his prior eye surgeon, unsuccessfully.

Dr. Swerdin, if you agree with the above representation of our telephone conversation, please sign a copy of this letter and return it to me by either mail or fax. If you do not agree, please feel free to make any additions or corrections in the margins you deem appropriate or you may send a separate response. A prompt response within seven business days would be most appreciated. Please forward a statement including your tax ID number to us as well, so we can reimburse you for your valuable professional time. Your responses can be faxed to UNUMProvident at 207-575-5885 or call 1-800-228-4568, extension 53354 if there is a problem faxing your reply.

Sincerely,

Lawrence S. Broda, M.D.
Associate Medical Director
General Medical Unit
Portland Customer Care Center
UNUMProvident Corporation


Michael A. Swerdin, M.D.:_____

Date:_____

LSB:dao

Job #155845

FULCL00105

Clinical Referral

Shaded areas to be completed by Customer Care Specialist for referral to Clinical Consultant, and by Clinical Consultant for referral to physician.

| Claimant Name ERNST DORCELY | Date of Referral | | |
|---|---|---|---|
| CPS Name/Unit   Date Last Med Review | | | |
| Occ        Date of Disability | | | |
| Date of Birth | Soc Sec # | | |
| Diagnosis | | Contract Type | |
| Claim #  0098753373 | | Policy # | |
| Claim Synopsis | | | |
| | | | |
| | | | |
| | | | |
| Referral Questions | | | |
| | | | |
| | | | |

➢ *To be completed by Clinical Resource.*

**Data Reviewed**   MR

**Claimant Reports**   ↓ VISION

**Clinical Findings**   HX OF UNSPECIFIED EYE TRAUMA 1997 LENS IMPLANT FOLLOWING CATARACT EXTRACTION 1/2000 BY SANJEEV NATH MD, SUBSEQUENTLY FOLLOWED BY MICHAEL SWERDIN, MD. PC TO DR SWERDIN TO CLARIFY EYE (OVER)

**Restrictions per AP**   MAY BE DIFFICULT TO PERFORM EXTENSIVE READING OR COMPUTER WORK

**Limitations per AP**

**Analysis of Data and  R&L's** (PLEASE CONTINUE ON NEXT PAGE IF NECESSARY):
INCONSISTENT VISUAL ACUITIES AND UNKNOWN CRED? VISUAL ACUITY

Continued on next page ☐

**RTW Plan**

**Conclusion**

**Next Steps**   OBTAIN PREOP VA FROM DR SANJEEV NATH MD IN NYC PHONE # 718-821-0212 OR 212-861-0800

| Signature  Lawrence S Broda MD | Date 2/14/01 |
|---|---|
| Print Name  Lawrence S. Broda, MD | |

FULCL00104

Findings. Claimant does have evidence of prior (L) eye trauma, and surgery, residual retinal edema + iritis of uncertain duration his eye exams have been unreliable. His (R) eye vision is diminished by eye testing (not totally objective - patient can influence) but his (R) eye appears normal raising question of patient reliability. Dr Swerdin can't determine if vision changes real based on patient reliability and has been unable to obtain records from Dr Nath to see what was his prior vision. OV 2/29/2000 revealed uncorrected VA 20/50 OD + 20/80 OS with refraction VA 20/30 OD + 20/50 OS with questionable reliability, vision on OV 2/15/00 uncorrected was 20/60 OD + 20/100 OS by technician + when refracted with Dr Swerdin 20/40 OD + 20/200 OS which is inconsistent.

FULCL00103

**Next Steps:**

Signature: _Malica Brackett RN_     Date: 2/8/01

Print Name: _Malica Brackett RN_     _A. Pidgen RN_
_A. Pidgen RN_

☒ 2/7/01

Attempted to reach office of Dr Swerdon 4:20 pm on 2/5/01,
Office closed for day. Will try again 2/14/01

2/16/01  the While claimant has ↓ vision Ⓛ eye    ← **NOTE**
albeit unreliable exams, should be able to read
with normal Ⓡ eye + use computer screen
If problem → binocular vision because of
differences between eyes could use patch
to be able to focus with one eye. No Need for
prior records following discussion    _Laurence J Bush M_

FULCL00102

# UNUMPROVIDENT CORPORATION
## Clinical Referral

*To be completed by Customer Care Specialist for referral to Clinical Consultant, and by Clinical Consultant for referral to physician.*

| | |
|---|---|
| **Claimant Name:** Dorcely,Ernst | **Date of Referral:** 1/30/01 |
| **CCS Name/Unit:** Kathleen Reid | **Date Last Med Review:** |
| **Occ:** Wire Transfer Tech. | **Date of Disability:** 2/29/00 |
| **Date of Birth:** 12/11/51 | **Soc Sec #:** 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 |
| **Diagnosis:** Eye contusion | **Contract Type:** XL |
| **Claim #** 0098753373 | **Policy #** 541136 |

**Claim Synopsis: Closed Tarrytown File – Clmt is a 49 yr. Old male wire transfer clerk oow since 2/29/00 due to hx of left eye trauma back to 1997. Clmt. reportedly had lens transplant 1/00.**

**Referral Questions:** Does the medical evidence indicate impairment since 2/29/00? Does current data validate impairment?

> *To be completed by Clinical Resource.*

**Data Reviewed:** OVN from Dr. Swerdin (Ophthamology) dated 2/29/00 thru 5/00 and 12/15/00. APS dated 12/26/00 from Dr. Swerdin.

**Claimant Reports:**

**Clinical Findings:**
- **Clinical Findings:** Clmt. has hx of trauma to left eye.
- **Jan. 2000** – Cataract removal and posterior chamber intraocular lens implant of left eye.
- **As of 2/29/00** – VA( visual acuity) exam by AP showed 20/50 VA in rt. eye and 20/80 VA in left eye.
- **As of 12/15/00** – VA exam by AP showed 20/50 VA in rt. eye and 20/80+ in left eye.
- Narative of 12/26/00 AP indicates 20/40 vision in rt. eye and 20/200 in left eye.
- Clmt tx for retinal edema, residual iritis and glaucoma in left eye causing decreased vision and glare per AP.
- Clmt. presently on Voltaren b.i.d. OS, Alphagan b.i.d. OS, and Timoptic XE qd os.
- 

**Restrictions per AP:** extensive reading or viewing of a computer screen.

**Limitations per AP:** operating machinery

**Analysis of Data and R&L's** (PLEASE CONTINUE ON NEXT PAGE IF NECESSARY)**:** Clmt. had cataract surgery w/ lens implant in 1/00. First seen by Dr. Swerdin in 2/29/00. He indicates at this ov clmt.'s va to be 20/50 in rt. eye and 20/80 in left eye without correction. OVN of 12/15/00 indicates clmt.'s va to be 20/50 in rt. eye and 20/80+ in left eye without correction. AP indicates in his assessment (on undated ovn which was attached to new medicals received and following ovn of 12/15/00) mild post-op iritis of left eye, unreliable answers for determining best corrected VA, question etiology of decreased VA of rt. eye and r/o non-organic cause of decreased VA. AP also again in his tx plan requests clmt. to f/u with retinal specialist, this was also noted in AP's tx plan dated 5/12/00. AP submitted narrative dated 12/26/00 indicating clmt.'s VA of 20/40 rt. eye and 20/200 left eye however there is no data to objectify the inconsistency between this statement and the office exam of 12/15/00.

**RTW Plan:**

**Conclusion:** The available medical information provided from 2/29/00 thru 12/26/00 does not indicate significant change in clmt.'s condition nor would I expect clmt. to be totally impaired based on review of these medicals.

FULCL00101

**Detail Activity Listing requested by :**
Douglas Palmer
1/29/2001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claim ID :** | 0098753373 | | **Claimant Name:** | Dorcely,Ernst | | | |
| **Policy # :** | 00541136 | | **Division #:** | 0101 | **Tax ID:** | 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 | |
| **Schedule Date:** | 01/29/2001 | | **Date Completed:** | | | **Cancelled:** | No |
| **Assigned To:** | C4DPP | | **Created By:** | C5K1R | | | |
| **Subject:** | Voc Request | | **Description:** | Need occ anyalysis | | | |

clmt is a 49 yr old male operations clerk oow since 2/99 due to eye contusion. Policy is XL 2 yr own occ. Need occ analysis of clmt's occ, with particular attention to visual requirements of occ. Please let me know if you have any questions -- Thanks!

VC REVIEW: In addition to review of information provided in TE&E and JA, a TPC was performed with Ruth Shay, Manager of Investigation. Based on this information, it would appear that the clmnts occ would most relate to Wire-Transfer Clerk. The material duties of this occ include transfering funds or securities and maintains records of transactions, using computer. Ms. Shay reported that as the investigator, the wire-transfer would be as a result of mis-payment or need for additional funds as requested by the client. Their clients are throughout the world, and Ms. Shay indicated that on any given day their office may see over 300 million in transfers. Being an international company, their staff are fluent in other languages.

The physical demands for this occ are considered SEDENTARY with occasional lifting up to 10 pounds, frequent fingering, occasional reaching and handling, and sitting up to 2/3rds of the time. In regards to the visual requirements for this occ, the dictionary of occupational titles reports that frequent near acuity is needed, which is defined as clarity of vision at 20 inches or less.

Douglas Palmer, MS, CRC
Voc Consultant

FULCL00100

Page    1

## OCCUPATIONAL DESCRIPTION

| | |
|---|---|
| **Title:** Wire-Transfer Clerk | **DOT Code:** 203.562-010 |
| **Industry:** Financial Institutions | **O\*NET Code:** 57111 |

Transfers funds or securities and maintains records of transactions, using computer:

**Tasks:**

1. Types, transmits, and receives funds transfer messages on computer terminal to or from other banks and Federal Reserve Bank.

2. Records funds or securities transferred and disposition, using computer.

**May Also Include:**

1. May maintain file of customers requiring daily transfer of funds or securities.

2. May verify or assign code number to telecommunication messages.

**Alternate Titles:** Funds Transfer Clerk

DLU: 1989

---

**O\*NET**                                                                                      **Code:** 57111
**Occupational Title:** Telegraph and Teletype Operators

Operate telegraphic typewriter, telegraph key, teletype machine facsimile, and related equipment to transmit and receive signals or messages. Prepare messages according to prescribed formats. Verify and correct errors in messages. May adjust equipment for proper operation.

**Tasks:**

1. Routes messages to customers, according to procedures using various types of equipment.

2. Turns on equipment and enters information into computer to begin start up.

3. Types and transmits outgoing messages.

4. Types requests for clarification when messages are garbled.

5. Reads messages to determine errors and mark for distribution.

6. Records time and date messages were received or transmitted, using computer.

7. Sorts messages for delivery.

---

FULCL00099

## OCCUPATIONAL DESCRIPTION (Continued)

8. Receives requests for message pickup within area served by telegraph office.

9. Replaces paper in equipment as required.

10. Receives and records remittances returned for messages picked up.

11. Verifies or assigns code number to telecommunication messages.

12. Folds and places messages in envelopes for delivery.

Preliminary Crosswalk shows this DOT Occupation is 1 of 5 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

FULCL00098

## OCCUPATIONAL REQUIREMENTS

| | | |
|---|---|---|
| **Title:** Wire-Transfer Clerk | | **DOT Code:** 203.562-010 |
| **Industry:** Financial Institutions | | **O*NET Code:** 57111 |

| | | |
|---|---|---|
| **Specific Vocational Preparation:** | Level 4 | (3 to 6 months) |
| | | |
| **General Educational Development:** | Reasoning | 3 (Grades 7-8) |
| | Mathematics | 3 (Grades 7-8) |
| | Language | 3 (Grades 7-8) |

| | | |
|---|---|---|
| **Strength:** | Sedentary Work | Up to 10 Lbs. occcasionally, negligible amount frequently |

| **Physical Demands:** | | **Environmental Conditions:** | |
|---|---|---|---|
| Reaching | Occasionally | Noise Intensity Level | Moderate |
| Handling | Occasionally | | |
| Fingering | Frequently | | |
| Talking | Occasionally | | |
| Hearing | Occasionally | | |
| Near Acuity | Constantly | | |
| Accommodation | Occasionally | | |

| | | |
|---|---|---|
| **Work Situations:** Attaining Precise Limits/Tolerances | **Data:** | Copying |
| | **People:** | Speaking-Signaling |
| | **Things:** | Operating-Controlling |

| Aptitudes: | DOT | | OAP | |
|---|---|---|---|---|
| General Learning Ability | 3 | (34-66%) | 3- | (34-44%) |
| Verbal Aptitude | 3 | (34-66%) | N/A | |
| Numerical Aptitude | 3 | (34-66%) | N/A | |
| Spatial Aptitude | 4 | (10-33%) | N/A | |
| Form Perception | 4 | (10-33%) | N/A | |
| Clerical Aptitude | 2 | (67-89%) | 3 | (46-54%) |
| Motor Coordination | 3 | (34-66%) | 3- | (34-44%) |
| Finger Dexterity | 3 | (34-66%) | N/A | |
| Manual Dexterity | 4 | (10-33%) | N/A | |
| Eye-Hand-Foot Coordination | 5 | (Below 10%) | | |
| Color Discrimination | 5 | (Below 10%) | | |

FULCL00097

# UNUM.

**Claim File Documentation**

Claimant Name _____    Social Security Number _____

Policy Name _____    Policy Number _____

Call
☒ To _Emst Devaley_

☐ From _____

☐ Claimant

☐ Employer Representative

Telephone Number _718 464 7314_    Ext. _____    ☐ Other

☐ TPC                    ☐ Additional Information        ☐ Claim Filing Information
☐ Diagnosis Information     ☐ Address Information          ☐ Adjustment
☐ Check Inquiry/Status      ☐ Eligibility                 ☐ Social Security
☐ Claim Inquiry/Status      ☐ Other

**Notes/Action Taken:** _Called clar re receipt of letter_

@ 10:07 AM 1/26/01:

Let him know I have recd fax—Dr Swerdin
refused to complete form—submitted a letter dated
12/26/00. I will have this letter along with the
medicals reviewed—well this is not fair to him—we
have lost all of his info. The doc has filled out the form
before and can lost it—told him I have some information
now and I will have it reviewed—Re-iterated 7-10
business day turnaround, and I will call him as soon as I
have a decision—

Well—if you are going to deny I am getting a lawyer as
this is not fair—none of this is my fault. Told him that
the burden of proof of di is on him and again I have
the med and will have it reviewed. It is premature @
this point to assume we will re-deny w/o allowing
us to review the info.

Told him I am call when I have the review complete

By: _Kathleen Curd_    Office: _____    Date: _____

502-79 (6/97)    **Continued on Reverse**

FULCL00096

By: Office: Date:

FULCL00095

Portland Insured STD WorkFlow                    **Response**

Subject: **ap info sheet 2f**

| | | | |
|---|---|---|---|
| Policy No: | 00011020 | Claim No: | 0052111329 |
| Status: | Pending | Follow-Up? | Yes |
| Assigned To: | Self Insured | Follow-Up Date: | 01/25/2001 |
| SSN: | 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 | | |

<u>Claimant:</u>
First Name:  Ernest        MI:        Last Name:  Dorcely    Suffix:

State:

Created by:    Ralph Olsen           Date:        01/25/2001 02:31:11 PM

FULCL00094

01/25/2001 THU 14:28 FAX 516 295 5303        OCLI VS                                    ☑003

 **UNUM.**    UNUM Life Insurance Company of America

Mail To: UNUM
Disability Benefit Services
P.O. Box 9500
Portland, ME 04104-5058

FAX To: 800-447-2498
Claim Questions: 800-858-6843

## Attending Physician's Statement (PLEASE PRINT)

Name of Patient: **Ernst Dorcely**

Date of Birth: 1 2 · 1 1 · 1 9 3 7

Social Security Number: 0 8 1 · 4 6 · 7 7 4 7

**H** a) When did symptoms first appear or last onset (approx)?

b) Date you advised your patient to stop working.

c) Has patient ever had same or similar condition?  ☐Yes  ☐No   If "Yes" state when and describe

d) Is condition due to, or exacerbated by, injury or sickness arising out of patient's employment?  ☐Yes  ☐No  ☐Unknown

e) Name and address of other treating physicians

**D**
a) Date of last examination

b) Diagnosis (including any complications) include ICD-9

c) Subjective symptoms

d) Objective findings (including current x-rays, EKGs, laboratory data and any clinical findings)

e) If pregnancy, expected delivery date

f) If delivered, actual delivery date

**T**
a) Date of first visit for this illness or injury

b) Date of last visit

c) Date of next visit

d) Frequency of visits

Nature of Treatment (including surgery and medications prescribed, if any)

**P**
a) Has patient  ☐Recovered  ☐Improved  ☐Unchanged  ☐Retrogressed

b) Is patient  ☐Ambulatory  ☐Bed Confined  ☐House Confined  ☐Hospital Confined

c) If unchanged or retrogressed, please explain:

d) When will patient recover?
Patient's Occupation ____  ☐1 mo.  ☐1 - 3 mos.  ☐3 - 6 mos.  ☐Never
Any Other Work ____  ☐1 mo.  ☐1 - 3 mos.  ☐3 - 6 mos.  ☐Never

e) Has patient been admitted to a hospital?  ☐Yes  ☐No   If "Yes" give name and address of hospital

Confined from ____ to ____

**Cardiac (if applicable)**
a) Functional Capacity (American Heart Assn.)  ☐Class 1 (no limitation)  ☐Class 3 (marked limitation)  ☐Class 2 (slight limitation)  ☐Class 4 (complete limitation)

b) Therapeutic Class (activity)  ☐C. (no restric.)  ☐D. (moderate restric.)  ☐B. (slight restric.)  ☐D. (marked restric.)  ☐E. (complete restric.)

c) Blood pressure last visit
Systolic/Diastolic

**Physical Impairment** ("As defined in federal dictionary of occupational titles)
☐Class 1 - No limitation of functional capacity; capable of heavy work* No restrictions. (0-10%)
☐Class 2 - Medium manual activity* (15-30%)
☐Class 3 - Slight limitation of functional capacity; capable of light work* (35-50%)
☐Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary)* activity. (60-70%)
☐Class 5 - Severe limitation of functional capacity; incapable of minimum (sedentary)* activity. (75-100%)

Remarks:

**Mental Impairment** (if applicable)
(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?
☐Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
☐Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐Class 5 - Patient has significant loss of psychological, physiological, and/or social adjustment (severe limitations)

Remarks:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds thereof?  ☐Yes  ☐No

**R** a) Does patient currently have limitations/restrictions?
Patient's Occupation: ☐Yes  ☐No
Any Other Work  ☐Yes  ☐No

b) Describe specific limitations and restrictions

c) If employer is able to accommodate patients limitations and restrictions is this patient able to return to work?  ☐Yes  ☐No  ☐Part time  ☐Full time

d) What date could employment begin?

e) Under what conditions can this patient return to work? Please elaborate.

Are you, the physician, related to this patient? ☐Yes  ☐No   If "Yes" what is the relationship?

Name (attending physician)                              Degree & Specialty

Telephone Number

Street Address                    City or Town              State or Province     Zip Code

FAX Number

Tax I.D. Number        Signature                          Date

**WHEN FAXING INSERT THIS END**

3 OF 3

15:30:37 01-25-2001 Form (516 295 5303) PWM&CCR03/10372 F1STD800
FULCL00093