01/25/2001 THU 14:27 FAX 516 295 5303    OCLI VS    ☒002

# ocli

## OPHTHALMIC CONSULTANTS OF LONG ISLAND

12/26/00

To Whom It May Concern,

Ernest Dorcely is a 38 yr old male who has a past ocular history of trauma to the left eye with cataract removal and posterior chamber intraocular lens implant back in Jan 2000. He has been followed at my office since February 2000. Medical record summary from Feb 2000 to present:

Mr Dorcely has at least 20/40 Vision (R) eye with 20/200 vision (L) eye. The (R) eye exam is normal. However in the (L) eye he has been treated for retinal edema, residual iritis and glaucoma in the left eye causing decreased vision and glare.

Activities he can and cannot do:

Due to decreased vision in the left eye it may be difficult to perform extensive reading or viewing of a computer screen. Based on his visual acuity most physical activities could be performed except for operating machinery which can pose a risk.

Treatment Plan:

Mr. Dorcely is taking 3 different eyedrops in the left eye → Voltaren twice a day, Alphagen twice a day, and Timoptic XE once a day. He will be rechecked March of 2001. At this time it is possible the decreased vision in the left eye may be chronic without any improvement. In 3 months vision will be reevaluated. If there are any further questions you can reach me at (516 374-04199.

M. Fazelin MD
M. Sherin MD

and pseudophakic disabilities

Cornea, Cataract, and Refractive Surgery

Henry D. Perry, M.D.
Eric D. Donnenfeld, M.D.
John R. Wittpenn, M.D.
Gerard D'Aversa, M.D.
Joseph B. Gold, M.D.

Cataract and Comprehensive Ophthalmology

David B. Nelson, M.D.
Russell G. Furnuso, M.D.
Charsla S. G. Maris, M.D.
Michael A. Swerdin, M.D.

Glaucoma and Cataract

Stanley J. Berke, M.D.
Richard T. Sturm, M.D.
Ronald M. Caronia, M.D.

Medical and Surgical Diseases of the Retina, Vitreous, and Macula

Glenn L. Stoller, M.D.
Ken B. Carnevale, M.D.

Ophthalmic Plastic Surgery and Neuro-Ophthalmology

David A. Schlessinger, M.D.

Pediatric Ophthalmology and Adult Strabismus

James M. Doyle, M.D.

Uveitis and Comprehensive Ophthalmology

Joel Weintraub, M.D.

Refractometry, Contact Lenses, and Low Vision

Demetra Hamakiotes, O.D.

Reply To:

☐ Rockville Centre
Ryan Medical Arts Building
2000 N. Village Avenue
Suite 402
RVC, NY 11570
Phone (516) 766-2519
Fax (516) 766-3714

☐ Rockville Centre
119 N. Park Avenue
Suite 208
RVC, NY 11570
Phone (516) 764-2972
Fax (516) 764-1165

☐ Lynbrook
200 Hempstead Avenue
Lynbrook, NY 11563
Phone (516) 593-7709
Fax (516) 887-8380

☐ Valley Stream
65 Roosevelt Avenue
Valley Stream, NY 11581
Phone (516) 374-4199
Phone (516) 561-7256
Fax (516) 295-5303

☐ Stony Brook
2500 Route 347
Building 24
Stony Brook, NY 11790
Phone (631) 941-1400
Fax (631) 941-1476

NARRATIVE

#1

# ocli

## OPHTHALMIC CONSULTANTS OF LONG ISLAND

### 65 ROOSEVELT AVENUE
### VALLEY STREAM, NY 11581
#### PHONE: (516) 374-4199
#### (516) 561-7756
#### FAX: (516) 295-5303

---

### FACSIMILE TRANSMITTAL SHEET

| TO: *Kathleen* | FROM: *John @ Dr Swerdin* |
|---|---|
| COMPANY: | DATE: *1/25/01* |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDING'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**IF THERE IS ANY PROBLEM WITH THIS FAX, OR IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT (516) 374-4199. THANK YOU.**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Thank you.

**Notes/Comments:**

*Dr Swerdin will not fill out any more forms faxing letter*

---

Cornea, Cataract,
und Refractive Surgery

Henry D. Perry, M.D.
Eric D. Donnenfeld, M.D.
John R. Wittpenn, M.D.
Gerard D'Aversa, M.D.
Joseph B. Gold, M.D.

Cataract and
Comprehensive
Ophthalmology

David B. Nelson, M.D.
Russell G. Pinnuso, M.D.
Charris S. G. Maris, M.D.
Michael A. Swerdin, M.D.

Glaucoma and Cataract

Stanley J. Berke, M.D.
Richard T. Shinn, M.D.
Donald M. Caronia, M.D.

Medical and Surgical
diseases of the Retina,
Vitreous, and Macula

Jerri L. Stoller, M.D.
Juan B. Carnevale, M.D.

Ophthalmic Plastic Surgery
and Neuro-Ophthalmology

David A. Schlessinger, M.D.

Pediatric Ophthalmology
and Adult Strabismus

James M. Doyle, M.D.

Uveitis and
Comprehensive
Ophthalmology

Ira Weintraub, M.D.

Refractometry,
Contact Lenses,
and Low Vision

Demetra Hamakiotes, O.D.

Facility To:

☐ Rockville Centre
Ryan Medical Arts Building
2000 N. Village Avenue
Suite 402
RVC, NY 11570
Phone (516) 766-2519
Fax (516) 766-3714

☐ Rockville Centre
119 N. Park Avenue
Suite 203
RVC, NY 11570
Phone (516) 764-2972
Fax (516) 764-1165

☐ Lynbrook
200 Hempstead Avenue
Lynbrook, NY 11563
Phone (516) 593-7705
Fax (516) 887-8380

☐ Valley Stream
65 Roosevelt Avenue
Valley Stream, NY 11581
Phone (516) 374-4199
Fax (516) 295-5303

☐ Stony Brook
1500 Route 347
Building 24
Stony Brook, NY 11790
Phone (631) 941-1400
Fax (631) 941-1475

# UNUM.

**Claim File Documentation**

Claimant Name _____    Social Security Number _____

Policy Name _____    Policy Number _____

Call
☒ To _Emr Deverly_ _____    ☒ Claimant

☐ From _____    ☐ Employer Representative

Telephone Number _718 464 7314_    Ext. _____    ☐ Other

---

☐ TPC                          ☐ Additional Information       ☐ Claim Filing Information
☐ Diagnosis Information        ☐ Address Information           ☐ Adjustment
☐ Check Inquiry/Status         ☐ Eligibility                   ☐ Social Security
☐ Claim Inquiry/Status         ☐ Other

---

**Notes/Action Taken:**

1/25/01 12:27PM returned dur's call
Reminded him I would call him when I receive
anything - I have not rec'd anything -
He said they faxed Tues - reminded him
if they fax to the 800#, I will not receive for
several business days - and I have not rec'd it.
Said he would call doctor again.

By: _Kathleen Neil_    Office: _____    Date: _____

502-79 (6/97)    **Continued on Reverse**

FULCL00090

By:

Office:

Date:

FUL.CL.00089

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Jensen, Richard E |
| **Sent:** | Thursday, January 25, 2001 12:22 PM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | RE: Claim Document |

I'm sorry about that... I'm still getting used to this new form.   That is the SS# for the last claim I sent the doc on, It didn't erase.  The correct one is 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.

Again I'm sorry for the inconvenience.
thanks
Richard Jensen
CCC service representative
Rjensen@Unum.com
(207) 575-7356

> -----Original Message-----
> **From:** **Reid, Kathleen J.W**
> **Sent:** Thursday, January 25, 2001 12:18 PM
> **To:** Jensen, Richard E
> **Subject:** RE: Claim Document

This is a closed claim from Atlanta.  Why did you send it to me, or is the SS # wrong?



Kathleen Reid
Senior Customer Care Specialist, General Medical
800-822-9103 ext. 57849
kreid@UNUM.com

> -----Original Message-----
> **From:** **Jensen, Richard E**
> **Sent:** Thursday, January 25, 2001 12:15 PM
> **To:** Reid, Kathleen J.W
> **Subject:** Claim Document

## Claim Documentation Form

| | | | |
|---|---|---|---|
| **Date of Call:** | 1/25/01 | **Time of Call:** | 12:05 pm |
| **Claim#/SS#** | 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 | **Recv'd Call From:** | CLMNT |
| **RE:** | status | **Phone Number:** | 718-464-7314 |
| **SPECIALIST:** | Kathleen Reid | | |
| **MESSAGE:** | EE called to see if info has been received from AP, and check on status of claim. | | |

    Hi Kathleen,

    EE call

1

FULCL00088

# UNUM.

**Claim File Documentation**

Claimant Name _Ernst Dorceley_                          Social Security Number_____

Policy Name_____          Policy Number_____

Call
☐ To_____              ☐ Claimant

☑ From _Julia Bonnan_ —                                ☒ Employer Representative

Telephone Number_____ Ext._____        ☐ Other

| | | |
|---|---|---|
| ☐ TPC | ☐ Additional Information | ☐ Claim Filing Information |
| ☐ Diagnosis Information | ☐ Address Information | ☐ Adjustment |
| ☐ Check Inquiry/Status | ☐ Eligibility | ☐ Social Security |
| ☐ Claim Inquiry/Status | ☐ Other | |

**Notes/Action Taken:**

1/24/01  8:27 AM
he called her wondering — who case manager was —
Told her + speak w/him daily — he is in the
process of submitting medical @ this time —
It is up to him to submit the medical
OK — she just wanted to check.

By: _Colleen Reid_                Office:_____          Date:_____

502-79 (4/97)                      Continued on Reverse

FULCL00087

Date:

Office:

By:

FULCL00086

```
*******************************************************************************
*                                                              P.01          *
*                          TRANSACTION REPORT                                 *
*                          ──────────────────        JAN-22-01 MON 06:16 PM   *
*                                                                             *
*  DATE START   RECEIVER        TX TIME   PAGES TYPE   NOTE            M#  DP  *
*  JAN-22 06:15 PM 915162955303   55"      2  SEND    OK              024      *
*                                                                             *
*                                           TOTAL :   55S  PAGES:  2          *
*******************************************************************************
```

OmmProvident
PO Box 9500
Portland, ME 04104-5058
800-858-6843
Fax 207-575-5399

# facsimile transmittal

| To: | Dr. Swerdin | Fax: | 516-295-5303 |
|---|---|---|---|
| From: | Kathleen Reid | Date: | 01/22/01 |
| Re: | Ernst Dorcely | Pages: | 2 |
| CC: | | | |

x Urgent   ☐ For Review   ☐ Please Comment   x Please Reply   ☐ Please Recycle

Please complete the attached form and return to me at 207-575-5399

or 800-447-2498. Thanks.

FULCL00085

UnumProvident
PO Box 9500
Portland, ME 04104-5058
800-858-6843
Fax 207-575-5399

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Dr. Swerdin | **Fax:** | 516-295-5303 |
| **From:** | Kathleen Reid | **Date:** | 01/22/01 |
| **Re:** | Ernst Dorcely | **Pages:** | 2 |
| **CC:** | | | |

x Urgent    ☐ For Review    ☐ Please Comment    x Please Reply    ☐ Please Recycle

Please complete the attached form and return to me at 207-575-5399

or 800-447-2498.  Thanks.

FULCL00084

UNUM
UNUM Life Insurance Company of America

Mail To: UNUM
Disability Benefit Services
P.O. Box 9500
Portland, ME 04104-5058
FAX To: 800-447-2498
Claim Questions: 800-858-6843

## Attending Physician's Statement (PLEASE PRINT)

Name of Patient: **Ernst Dorcely**

Date of Birth: 1 2 · 1 1 · 1 9 5 7

Social Security Number: 0 8 1 · 4 6 · 7 7 4 7

**History**

a) When did symptoms first appear or accident happen?

b) Date you advised your patient to stop working

c) Has patient ever had same or similar condition?  ☐ Yes  ☐ No

d) If Yes, state when and describe

Is condition due to or exacerbated by injury or sickness arising out of patient's employment?  ☐ Yes  ☐ No  ☐ Unknown

e) Names and address of other treating physicians

**Diagnosis**

a) Date of first examination

b) Diagnosis (including complications, include ICD-9)

c) Subjective symptoms

Objective findings (including current x-rays, EKGs, laboratory data and advanced clinical findings)

g) If pregnancy, expected delivery date

h) If delivered, actual delivery date

**Treatment**

a) Date of first onset of this illness or injury

b) Date of last visit

c) Date of next visit

d) Frequency of visits

Type of treatment (including surgery and medications prescribed, if any)

**Progress**

Prognosis  ☐ Recovered  ☐ Improved  ☐ Unchanged  ☐ Retrogressed

If patient has been retrogressing, please explain

d) Is patient  ☐ Ambulatory  ☐ Bed Confined  ☐ House Confined  ☐ Hospital Confined

e) When will patient recover?

Patient's Occupation  ☐ 1 mo  ☐ 2 mos  ☐ 3 mos  ☐ never

Any Other Work  ☐ 1 mo  ☐ 2 mos  ☐ 3 mos  ☐ never

Is patient now confined to a hospital?  ☐ Yes  ☐ No

If Yes, give name and address of hospital

Date admitted  Date discharged

**Cardiac (if applicable)**

**Physical Impairment**

**Mental Impairment**

Are you related to the patient?  ☐ Yes  ☐ No   If so, what is your relationship?

 UNUM.

**Claim File Documentation**

Claimant Name_____     Social Security Number_____

Policy Name_____     Policy Number_____

Call
☒To _Ernst Dorcely_____     ☐ Claimant

☐ From_____     ☐ Employer Representative

Telephone Number _7184647314_____ Ext._____     ☐ Other

☐ TPC                    ☐ Additional Information           ☐ Claim Filing Information
☐ Diagnosis Information   ☐ Address Information               ☐ Adjustment
☐ Check Inquiry/Status    ☐ Eligibility                       ☐ Social Security
☐ Claim Inquiry/Status    ☐ Other

**Notes/Action Taken:**

1/22/01 3:17PM returned clmt's call:
    Let him know I rec'd office notes from Dr Swerdin
but no APS. He said he was never given a form —
told him the file is documented several times this
was sent to him. No form = No review. He told me
to flip w/Dr Swerdin — told him I will fax the form
to Dr Swerdin but it is up to him to have Dr Swerdin
respond. Told him when I receive the form I will
call him —
    He said I was his only hope since he has insurance
w/us and cannot qualify for anything else — explained
he could apply for SSDI which is different from SSI —
explained difference — said he never knew that —

By: _Kathleen Reid_          Office:_____          Date:_____

502-79 (8/97)                    **Continued on Reverse**

FULCL00082

By: Office: Date:

FULCL00081

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Murphy, Michele |
| **Sent:** | Monday, January 22, 2001 12:54 PM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Dorcely,Ernst     0098753373 CL  C5K1R    12/11/1951 00541136 LTD |

Hello Kathleen,

Ee advised if you received faxes from ap last week.

Ee would like you to return his call with an answer. Ee can be reached at 718-464-7314.

Thanks, Michele

FULCL00080

1

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Merrill, Jamie A |
| **Sent:** | Monday, January 22, 2001 10:47 AM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Ernest Dorcely SS# 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 |

EE is requesting a return call to see if you rec'd the AP's faxes.

EE advised his number is 718-464-7314.

EE expressed concern about prior faxes being lost.

Thank you

*Jamie A. Merrill*
*Portland Customer Care Call Center*
*UNUMProvident*
*575-8216*
*JMerrill2@UNUM.com*

**Service is the lifeblood of any organization. Everything flows from it and is nourished by it. Customer service is not a department..... *it's an attitude.***

FULCL00079

1

# ocli

## OPHTHALMIC CONSULTANTS OF LONG ISLAND

### 65 ROOSEVELT AVENUE
### VALLEY STREAM, NY  11581
PHONE: (516) 374-4199
(516) 561-7756
FAX:    (516) 295-5303

**Cornea, Cataract, and Refractive Surgery**

Henry D. Perry, M.D.
Eric D. Donnenfeld, M.D.
John R. Wittpenn, M.D.
Gerard D'Aversa, M.D.
Joseph B. Gold, M.D.

**Cataract and Comprehensive Ophthalmology**

David B. Nelson, M.D.
Russell G. Fumuso, M.D.
Charels S. G. Maris, M.D.
Michael A. Swerdin, M.D.

**Glaucoma and Cataract**

Stanley J. Berke, M.D.
Richard T. Sturm, M.D.
Donald M. Caronia, M.D.

**Medical and Surgical Diseases of the Retina, Vitreous, and Macula**

Henri L. Stoller, M.D.
Ben B. Carnevale, M.D.

**Ophthalmic Plastic Surgery and Neuro-Ophthalmology**

David A. Schlessinger, M.D.

**Pediatric Ophthalmology and Adult Strabismus**

James M. Doyle, M.D.

**Uveitis and Comprehensive Ophthalmology**

el Weintraub, M.D.

**Refractometry, Contact Lenses, and Low Vision**

metra Hanniotou, O.D.

ply To:

---

## FACSIMILE TRANSMITTAL SHEET

TO: _First Unum /Kathleen_    FROM: _Dr. Swerdin_
COMPANY:                      DATE: _1/19/01_
FAX NUMBER: _(800)447-2498_   TOTAL NO. OF PAGES INCLUDING COVER: _6_
PHONE NUMBER:                 SENDER'S REFERENCE NUMBER:

RE: _Ernst Dorcely  SS# 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 - med. records_    YOUR REFERENCE NUMBER:

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**IF THERE IS ANY PROBLEM WITH THIS FAX, OR IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT (516) 374-4199. THANK YOU.**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt form disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Thank you.

**Notes/Comments:**

---

**☐ Rockville Centre**
lyan Medical Arts Building
2000 N. Village Avenue
Suite 402
RVC, NY 11570
Phone (516) 766-2519
Fax (516) 766-3714

**☐ Rockville Centre**
119 N. Park Avenue
Suite 205
RVC, NY 11570
Phone (516) 764-2972
Fax (516) 764-1165

**☐ Lynbrook**
200 Merrick Avenue
Lynbrook, NY 11563
Phone (516) 593-7709
Fax (516) 887-8380

**☐ Valley Stream**
65 Roosevelt Avenue
Valley Stream, NY 11581
Phone (516) 374-4199
Phone (516) 561-7756
Fax (516) 295-5303

**☐ Stony Brook**
2500 Route 347
Building 24
Stony Brook, NY 11790
Phone (631) 941-1400
Fax (631) 941-1476

01/19/2001 FRI 10:33 FAX 516 295 5303          OCLI VS          ☒002

DATE FEB 2 5 2000    SS# 081-4 7747    NAME DORCELY ERNEST
HOME ADDRESS 27 Jessup St. Stamford Ct. 06902
OCCUPATION Banker    TEL NO (H) 203 324-2631 TEL NO. (B) 203 719-5114    S M W D SEX M DOB 10/11/51
RESPONSIBLE PARTY self    RELATIONSHIP _____    REFERRED BY _____

LAST EYE EXAM ___ YRS. ___ LAST Rx ___ YRS. OLD CL Rx OD _____ OS _____

| | SPH | CYL | AX | PRISM BASE | | SPH | CYL | AX | PRISM BASE |
|---|---|---|---|---|---|---|---|---|---|
| D.V. | | | | | N.V. OD | | | | |
| | | | | | OS | | | | |
| ADD | | AR: OD +0.50 -0.25 x 171 | | | OS +0.25 -2.00 x 137 | | | | |

CHIEF COMPLAINT: OD: itching temporal VA
H.P.I. 1 month ____ pain on OS also ___ RCE
OS: blurred SX ___ due to bumps/itch ___
___ itchy eye (SX ?)

| | | | | |
|---|---|---|---|---|
| R | ___ Constitutional | ___ Ent, Nose, Mouth | ___ Cardiovascular | |
| O | ___ Respiratory | ___ Genitourinary | ___ Musculoskeletal | |
| S | ___ Integumentary | ___ Neurologic | ___ Psychiatric | ___ Endocrine |
| | ___ Hematologic, Lymp. | ___ Allergic/Immun | ___ Sugical | |

MEDICINES  AC / ASA (Y)N
EYE MEDS · EYE Rx
Homatropine OD 10 %
OS
Xalatan 110 - 10%
OS

PUPILS OD 4 → 2 REFLEX ___ OD 13 TIME ___
OS ___ OS 52 ___

LIDS WNM
S.L.E.

CON. injxn
CORNEA clearer    TEAR FILM
AC deep
IHS surg/simple OS    SCHIRMER R ___ L

MEDICAL Hx: SURG Hx:
___    OS
Cat. Surg Jan 16 OS

FAM EYE Hx: M Stamfather – diabetes
ALLERGIES  NKDA
SOCIAL: CIGARETTES ___  EXERCISE ___
ALCOHOL  DRUGS  DIET

GONIO    OD    LENS  pcid  OS    GONIO
C ___    C ___
N OD    N ___
PSC    PSC
MATURE    MATURE

REFRACTION M C A HA
OD +0.50 -0.25 x 170    VA 20/30
OS pl -2.00 x 140    VA 20/50  ? reliability
ADD +2.25  TO BLUR ___

COLOR _____

| | PHORIAS | TESTS | |
|---|---|---|---|
| E | STRABISMUS | full | FUSION |
| O | PARESIS | | OT. |
| M | Δ HORIZ. | | VERT. |
| | GROSS V.F. | | AMSLER |

MEDIA: PVD    ON    OD    C/D
FLOATERS    OS    C/D
RETINA: LATTICE    DEGEN    HOLE    TEAR
OD    OS



DATA REVIEW    EXAM FROM
TESTS

MACULAR    DRUSEN    RPE    CME    NVD

| SPECIMEN ORDERED | | | | | |
|---|---|---|---|---|---|
| GL  Rx | SPH | EYL | AX | PRISM | BASE |
| OD | | | | | |
| OS | | | | | |
| ADD | | | | | |
| CL | MAN | TYPE | BC | D | |
| OD | | OS | | | |
| ORD | OD | OS | OU | | |

IMPRESSION  O STABLE    O BETTER  O WORSE
1. all conj    2. hx trauma OS 5/6
3.    4.    cat surg OS
RISKS    reportedly st NVE + E OS per pt
COMPLICATIONS
PLAN ___    H.50 -2.00 x 140
MS ___ VF ___ IOP ___ DIL ___ REFRACT
SCANS ___ B.10 OD
RET ___ D ___ W ___ M ___

Obtain old record from
NYEOE re: ___ regarding OS    Continue OS drops

2

01/19/2001 FRI 10:33 FAX 516 295 5303          OCLI VS                                    @003

NAME _____
FEB/29/2000  10:14 AM
VD=13.75mm
<R>
       S       C       A
  + 0.50  -0.25   171    9
  + 0.50  -0.25   170    9
  + 0.50  -0.25   173    9
  (+ 0.50 -0.25   171)

        mm      D       deg
<R1   8.33   39.75    178>
<R2   8.20   40.50     88>
<AVE  8.27   40.25        >
<CYL        -0.75    178>
<L>
       S       C       A
  + 0.00  -2.25   137    7
  + 0.25  -2.00   137    5
  + 0.50  -2.00   143    9
  (+ 0.25 -2.00   137>

        mm      D       deg
<R1   8.37   39.75    154>
<R2   8.08   41.00     64>
<AVE        40.25        >
<CYL        -1.25    154>

      MARCO     ARK-900

MAR 1 3 2000  .V/F 30-2 +1.56
                      +1.50 -2.00+170

H VF gerontchn          pupil 13
    Sartifact           14   27 24
p³⁰    CLA WRL on
       CS Cray an
       K clear
       AC deep
       hy subnuclpnl os
       ko 2ins01, PCIOL in
                        place
inp= A Bop os, hx surg os
plan= Start TimoK gD os
      Flu Int reche 2SP
Cabue konhrae gDos  M/f
Latener OTD os
Try 4pm Obta in old recs, Rm N/O E, Repeat HVF

MAR 3
10P ✓ awk FIU.   75 Am
ay mos TimoK1/2 os-1pm.  pupil 14
Homatrpane gD-os 9/30
Lotemax TID-OS 8³² pm.

NK DTR -              CLA    WRL
                     CS     C-cry
                     K      CClar
                     AC     Trace cell
                     H/S    RSR
                     IOL    2ins  PCIOL in place

inp= IOl improved
     hx Trauma OS s/p cat surg os
plan= Contue cunent meds
      Obtain old recs from NY E o f
Flu 1 month          M. Ae (-

#3

01/19/2001 FRI 10:34 FAX 516 295 5303      OCLI VS      ☑004

2                                    <u>DORCELY   ERNEST</u>
                                              PATIENT'S NAME

MAR. 1 _ 2000   gave Rx for T+E 1/2% 1 QD OS
homatropine 5% 1 QD OS latemax 1 TID OS

MAY 1 8 2000          20/80ss  4/30   LCL WNL
CC IOP ✓ 1wk + Pt.                     Cf Cinj
Eye Meg. Temgta 1/2% OS 11          AC clear
   timolol gtt OS 11                  AC dog OS,
   Lotemax TID OS                     OS
                                       K

imp: hx of slp cataract surgery OS
    min inflam OS
plan = Recommend pt follow up
    with retina specialist
    + pt fill reading Rx
    Contre current meds
    fln 1 month recheck AC, IOP.

09:37:06 01-19-2001 From (516 295 5303) PWMCCP03/10071 FISTD800   FULCL00075

01/19/2001 FRI 10:34 FAX 516 295 5303          OCLI VS                                    ☑ 005

# OPHTHALMIC CONSULTANTS OF LONG ISLAND

Patient name: *Dorcely Ernest*

Date: DEC 15 2000

Referred by: _____

CC: ____ *#4*

*pt trauma OS s/p PCIOL OS*

sc V 20/60, ·1   cc V   N   V         dil   SC V PH 20/50  20/80 +
   20/150

Meds: *Cyclogyl OS QD*
*Voltaren OS*
*Trav XE QD = OS*

W:   OD _____      add+ ____
     OS _____      add+ ____
W:near OD _____
       OS _____

P.M.H. & Fhx: _____

Allergies: _____

AUTO-R OD +0.25  plano   AUTO-R OD _____
       OS −0.75 +0.75 x 162 (cyclo)    OS _____
REF:   OD _____
       OS _____

T OD 12 / OS 16 ____:____ am/pm   S OD/OS   A OD/OS   K OD/OS

## SLIT LAMP EXAM:

|          | WNL OD | WNL OS | ABNORMALITIES |
|----------|--------|--------|---------------|
| L,L,L,L  | ✓      | ✓      |               |
| CONJ/SCL | ✓      | ✓      |               |
| CORNEA   | ✓      | ✓      |               |
| A/C      | ✓      |        | Surgical pupil OS |
| IRIS/PUP |        |        |               |

*#4*

DIL c: mvd 1% ____ neo 2.5% ____ .C 2%

|          | WNL OD | WNL OS | ABNORMALITIES |
|----------|--------|--------|---------------|
| LENS     | 1+ NS OD | PCIOL 0.8 |            |
| VITREOUS | ✓      |        |               |
| RETINA   | ✓      |        |               |
| MACULA   | ✓      |        | CME OS        |

C:D < .7 by color   .8 by color
    .6

ASSESSMENT   hx CME OS
             glaucoma susp

PLAN: Voltaren BID OS    Schedule +3.00
      Alphagan BID OS    HRT < +3.25
      Trav XE QD OS      M.A. next

5 OF 6

FULCL 00074

09:37:06 01-19-2001 From (516 295 5303) PW/MCCR03/10071 FSTD800

01/19/2001 FRI 10:34 FAX 516 299 5303     OCLI VS     @006

# OPHTHALMIC CONSULTANTS OF LONG ISLAND

Patient name: *Dorcely, Ernest*    Meds: _____

Date: _____

Referred by: _____

Meds: Toprax (?) OS
*norahydne q ∅ OS*
*Timxe q ∅ OS*

CC: c/o ↓VA OU
unable to read & go back to work

V _kc_    V _cc_    N    V _dil_    V _PH_

W:   OD _____ add+ _____   P.M.H. & Fhx: _____
     OS _____ add+ _____

W:near OD _____
       OS _____    Allergies: _____

AUTO-R OD +1.00 −0.25 × 150    AUTO-R OD _____
       OS −0.25 −1.75 × 170 (cyclo)   OS _____

REF:  OD +0.50 → 20/4∅  ? reliability
      OS +0.35 −2.00 × 170 → 20/200 ? reliability

OD 9   Add + 2.50 −7?    OD
OS 20                    OS

T OS 2∅    S OS    A OS    K OS

SLIT LAMP EXAM:

| | WNL OD | WNL OS | ABNORMALITIES |
|---|---|---|---|
| L,L,L,L | ✓ | ✓ | |
| CONJ/SCL | ✓ | | |
| CORNEA | ✓ | clear | |
| A/C | ✓ | rare cell | |
| IRIS/PUP | ✓ | surgical pupil | |

DIL c: nvd 1%    2.5%    C 2%

| | WNL OD | WNL OS | ABNORMALITIES |
|---|---|---|---|
| LENS | 1+NS | PCCO+0.5 | |
| VITREOUS | ✓ | | |
| RETINA | ✓ | | |
| MACULA | | | |

ASSESSMENT post-op with OS
unreliable answers for determining best corrected
etiology of ↓VA OD?
r/o non-organic cause of ↓VA

PLAN: Toprax A/D OS
Norahydne q ∅ OS
Timxe q ∅ OS  M. Ael.
fu 1 month

5

 UNUM.

## Claim File Documentation

Claimant Name

Social Security Number

Policy Name

Policy Number

Call
☒ To Ernst Dorcely

☐ From

Telephone Number 718 464 7314 Ext.

☐ Claimant
☐ Employer Representative
☐ Other

☐ TPC
☐ Diagnosis Information
☐ Check Inquiry/Status
☐ Claim Inquiry/Status

☐ Additional Information
☐ Address Information
☐ Eligibility
☐ Other

☐ Claim Filing Information
☐ Adjustment
☐ Social Security

**Notes/Action Taken:**

1/18/01 9.27Am called clmt -
Let him know we cannot locate the fax that was sent - I have contacted doctor's office and they have agreed to re-fax - however - it sounds as if they are sending a letter and that will not be enough - we will also need office + tx notes going back to 1/00 to substantiate -
Has seen retina specialist 3x -
They have put him on a lot of meds -
This is the least amount of pain he has been in for months and it is only now that he can attend to these issues
Explained to him AP will not fax to the fax next to me - only to the 800# - explained that # gets 100+ faxes a day - so likely I will not see this information until tomorrow or Monday - well he was hoping for a check tomorrow - explained once we receive med, if we get all of it @ once - still 3-5 business days at least before we can review and act upon - likely at least 2 weeks from now before →

By: Kathleen Reid Office: Date:

502-79 (6/97)

Continued on Reverse

FULCL00072

I can have a decision – the burden is on him @ this time to provide proof of dis – then contractual issue of whether or not he is disabled –

He took fax # – said he will call doc again.

By: Office: Date:

FULCL00071

# UNUM.

**Claim File Documentation**

Claimant Name_____    Social Security Number_____

Policy Name_____    Policy Number_____

Call
☒ To _Dr Swerdin_____    ☐ Claimant

☐ From _____    ☐ Employer Representative

Telephone Number _516 374 4199_  Ext._____    ☐ Other

☐ TPC                          ☐ Additional Information        ☐ Claim Filing Information
☐ Diagnosis Information        ☐ Address Information           ☐ Adjustment
☐ Check Inquiry/Status         ☐ Eligibility                  ☐ Social Security
☐ Claim Inquiry/Status         ☐ Other

**Notes/Action Taken:**

1/18/01 9:19 AM called AP's office
Female answered - said she did have copy of the
paperwork -
She said she would refax the 2 pages - gave her
fax # next to me - she said they can only fax
to 800 #'s - gave her 800 fax # - she said she will send
it again now.

By: _____    Office: _____    Date: _____

502-79 (6/97)                    **Continued on Reverse**

FULCL00070

By: Office: Date:

FULCL00069

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Ortiz Jr, Eliezer |
| **Sent:** | Wednesday, January 17, 2001 5:07 PM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Ernest Dorcely 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 |

EE called and wanted to get a status on his claim.  I was unable to find any  info in Bas or BAS/PC to give him.

EE would like to know what is happening to his claim.  He did say that information was sent to you back in late December, and that you where to contact his ER but you lost (misplaced) the ER number and the information that he sent you.

Please call EE to speak about his claim.
EE can be reached at 718-464-7314


Eli Ortiz, Jr.
Customer Communications Specialist
UNUM Provident Portland, ME
Eortiz@UNUM.com Mail Zip: C188
1-800-858-6843 X51516
207-575-1516

FULCL00068

1

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Murphy, Michele |
| **Sent:** | Wednesday, January 17, 2001 10:52 AM |
| **To:** | Reid, Kathleen J.W |
| **Subject:** | Ernest Dorcely ss #081-464-7314 |

Hello Kathleen,

Ee advised as to the status of claim.

Advised ee that he would need to speak with you concerning claim.

Ee advised that his calls have not been returned.

Please call ee at 718-464-7314.

Thanks,
Michele

11:53 Am clmt called again —
have been waiting since Dec 29th for call.
Explained to him there was a systems problem — I did not
receive claim until last week - I called him then, and
attempted to track down this missing piece of mail. Explained
due to the system problem, when file came to me, it
did not have the piece of mail from Dr Swerdin .

Dr Swerdin 516-374-4199

Told him I will continue to flup on the piece of mail —
if we do not have it I will call Dr Swerdin's office
to see if they can fax again.
He said he lost his house, everything — he now lives with
his mother — he has no place to go — called employer —
they told him he has insurance and to take up with
us so he is. Told him I will call him tomorrow morning.

FULCL00067

1

# UNUM.

**Claim File Documentation**

Claimant Name _____    Social Security Number _____

Policy Name _____    Policy Number _____

Call
☒ To Ernst Dorcely _____    ☐ Claimant

☐ From _____    ☐ Employer Representative

Telephone Number 718 464 7314    Ext. _____    ☐ Other

☐ TPC    ☐ Additional Information    ☐ Claim Filing Information
☐ Diagnosis Information    ☐ Address Information    ☐ Adjustment
☐ Check Inquiry/Status    ☐ Eligibility    ☐ Social Security
☐ Claim Inquiry/Status    ☐ Other

**Notes/Action Taken:** 1146

1/12/01 11:46AM called clmt –
female who spoke very broken english answered –
said clmt not there, did not know when he would be
back left name/# for return call.

By: _____    Office: _____    Date: _____

502-79 (8/97)    **Continued on Reverse**

FULCL00066

By: Office: Date:

FULCL00065

**Reid, Kathleen J.W**

| | |
|---|---|
| **From:** | Rondeau, Heather |
| **Sent:** | Friday, January 12, 2001 11:17 AM |
| **To:** | Reid, Kathleen J.W; Hooke, Karen Elizabeth |
| **Subject:** | Claimant requests a returned call today 1/12/01 |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

RE:  ss# 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  Dorcely,Ernst  clm# 0098753373 CL  C5K1R
Hi Kathleen and Karen,

This claim was from the Tarrytown office - it indicates that is it assigned to Kathleen on BAS and it has a closed status: 09/25/2000 C8WXM   ERB  09/25/2000 CL Denial      Failure to provide requi

Our Call Center has rec'd many calls from Mr Dorcely.  He requests a returned call today to discuss the status of his claim. He can be reached at tel# (718)464-7314.

Please have the appropriate claimspayer return his call today.

Thanks,

Heather Rondeau
Mgr, Integrated Call Center
Off (207) 575-5852
Fax (207) 575-9084
HRondeau@Unum.com

1

FULCL00064

*Kathleen Bird*

## Pinkham, Gretchen S

| | |
|---|---|
| **From:** | Colson, Jonathan E |
| **Sent:** | Tuesday, January 09, 2001 3:47 PM |
| **To:** | Bailer, Patricia G; Hoyt, Brenda J |
| **Cc:** | Greenwood, Beth A; Pinkham, Gretchen S |
| **Subject:** | RE: UBS AG - Missing LTD claim |

I found the closed LTD file in the Tarrytown closed records and have returned it to Gretchen Pinkham to re-assign for handling.
Thanks

## Jon Colson
**Supervisor of Administration**
**Customer Care Center**
**Phone: (207) 575-8310 Mail Stop: C-337**
**E-Mail:** jecolson@UNUM.com


-----Original Message-----
| | |
|---|---|
| **From:** | **Bailer, Patricia G** |
| **Sent:** | Tuesday, January 09, 2001 2:50 PM |
| **To:** | Hoyt, Brenda J |
| **Cc:** | Colson, Jonathan E; Greenwood, Beth A |
| **Subject:** | RE: UBS AG - Missing LTD claim |

Jon & Beth - any idea if this claim is in the S/I STD block?  Brenda any details available re: impairment/condition?

-----Original Message-----
| | |
|---|---|
| **From:** | Hoyt, Brenda J |
| **Sent:** | Tuesday, January 09, 2001 2:47 PM |
| **To:** | Bailer, Patricia G |
| **Cc:** | Hoyt, Brenda J |
| **Subject:** | UBS AG - Missing LTD claim |
| **Importance:** | High |

Pat, I received a call today on an LTD claim that appears to have been closed out due to lack of information.  The claim was assigned on BAS to Tracy Balboni and I can't find a listing for her any more.  A response was received on 12/29 - 2pgs med records.  Genesis under the SI claim #0098784655 shows the information was being scanned to LTD.  The employee called on 1/4 and again on 1/8 and his calls haven't been returned.  The response shows the claim is assigned to Self Insured.  This claim was originally handled by Tarrytown.

How do we locate this claim and this information?  The employee wants to know why no LTD claim has been set up for him yet.

Policy #541136 - UBS AG - (NY office)
Claimant - Ernst Dorcely SS#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

Brenda J. Hoyt
Account Manager
UnumProvident
Portland Customer Care Center
Mail Zip C261
Ph (207) 575-5107
Fax (207) 575-5878

UNUMProvident Corporation is pleased to offer an e-mail transmission service for your convenience in communicating information regarding your UNUM policy. By using this service, the customer understands and agrees that these e-mail transmissions may contain personal and confidential data and that the transmission of such data via e-mail does not ensure or warrant the security or integrity of any information when sent via e-mail. Further, the customer assumes all risk associated with the use of this e-mail transmission and agrees that UNUMProvident Corporation shall not be liable for any loss, claim, or damage that may result from the customer's decision to transmit data to UNUMProvident Corporation via e-mail.

FULCL00063

1

 UNUM.

# Claim File Documentation

Claimant Name _Doicely Ernst_

Social Security Number_____

Policy Name_____

Policy Number_____

**Call**
☐ To_____

☐ Claimant

☐ From_____

☐ Employer Representative

Telephone Number_____ Ext._____

☐ Other

☐ TPC
☐ Diagnosis Information
☐ Check Inquiry/Status
☐ Claim Inquiry/Status

☐ Additional Information
☐ Address Information
☐ Eligibility
☐ Other

☐ Claim Filing Information
☐ Adjustment
☐ Social Security

**Notes/Action Taken:**

12/27/00 10:00am Called Clmt woman answered
stated (in Broken english) no longer lives at residence

By _Adrienne B. Stark_    Office:_____    Date: 12/27/00

502-79 (6/97)    Continued on Reverse

FULCL00062

By:

Office: _____

Date: _____

FULCL00061

 UNUM.                                      **Claim File Documentation**

Claimant Name _Dorcely ERNST_                     Social Security Number_____

Policy Name_____          Policy Number_____

Call
☐ To_____          ☐ Claimant

☐ From_____          ☐ Employer Representative

Telephone Number_____ Ext._____      ☐ Other

| ☐ TPC | ☐ Additional Information | ☐ Claim Filing Information |
| ☐ Diagnosis Information | ☐ Address Information | ☐ Adjustment |
| ☐ Check Inquiry/Status | ☐ Eligibility | ☐ Social Security |
| ☐ Claim Inquiry/Status | ☐ Other | |

**Notes/Action Taken:**

12/20/00 Called Clnt as requested... No answer)
no Machine

4:20pm 12/21/00 Called Clnt again no answer No Machine

12/22/00 1:35pm Called no answer no Machine

By _Adriane Stanler_        Office: _____        Date: _12/22/00_

502-79 (6/97)               **Continued on Reverse**

FULCL00060

By:

Office:

Date:

FULCL00059

**Hooke, Karen Elizabeth**

| | |
|---|---|
| **From:** | Rondeau, Heather |
| **Sent:** | Wednesday, December 20, 2000 2:02 PM |
| **To:** | Hooke, Karen Elizabeth |
| **Subject:** | Clmt requests a returned call today |

**Importance:** High

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

RE: Tarrytown – closed LTD claim needs f/u  Dorcely,Ernst clm# 0098753373 CL  ss#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
Hi Karen,
Our Call Center rec'd a call from this clmt today. Mr Dorcely's tel# is (203) 324-2831.
Conversation occurred with Donna Johnson and our Call Rep – she stated a denial letter was sent 9/25/00 –failure to provide.  She advised to send to Quality Review.
Clmt stated he never rec'd the letter and would like a copy and to know what add't info is needed.
Clmt states that he needs a call back today –he has lost his house and will not be there tomorrow.

Please forward this request to the appropriate c/p for review and f/u with the clmt.
Thank you,

Heather Rondeau
Mgr, Integrated Call Center
Off (207) 575-5852
Fax (207) 575-9084
HRondeau@Unum.com

*Gretchin,*
*Called clmt at*
*his home no machine*
*no answer*

*CLOSED 9/25/2000 - Tarrytown*
*Diagnosis = Eye contusion - 921.9*
*SS#: 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*
*Jen Med--*

FULCL00058