## BASIC MONTHLY EARNINGS (BME) CALCULATION WORKSHEET

INSURED NAME: Ernst Dorothy

Date of Disability: 2/29/(0)

> If the insured is an owner/employee, refer the entire file to the CPA. See Section II
> Other Earnings Definitions for the correct documentation to request.

## MONTHLY EARNINGS DEFINITION is based on:  ( ✓ check one and complete that section.)

☐ **W-2**       ☐ **Other Definition**      ☑ **Salary/Current Income**

COMPLETE SECTION I.      COMPLETE SECTION II.      COMPLETE SECTION III.

## SECTION I.  W-2 Earnings Definitions    Year(s) = _____

1.  W-2 Wages, tips, other compensation (Box 1 of W-2)      1. _____

2.  Does the earnings definition calculate earnings *before* deductions made or pre-tax contributions to qualified deferred comp. plans, Section 125 plans, or flexible spending accounts? (Note: *If definition does not specifically state that earnings definition is based on earnings after pre-tax contributions, then add back those amounts in Step 2)* If NO, then enter zero and go to line 3. If YES, then

    ADD Pre-tax items:

    Deferred compensation (401k, 403b code D & E in Box 13)    a. _____

    Section 125 (*obtain from ER or Year-end payroll records*)    b. _____

    Total a. and b. and enter here →      PLUS 2. _____

3.  Are there any earnings such as bonuses, commissions, overtime, shift differential, etc. that are *excluded* in the earnings definition? If NO enter zero on line 3 and go to step 4. If YES, DEDUCT excluded amounts paid in calendar year of W-2    LESS 3. (_____) (*obtain amount via payroll records*)

4.  Total Adjusted W-2 earnings (Lines 1 + 2 - 3)      = 4. _____

5.  **BME: Divide Line 4 by 12** (If the period of employment is less than a year, obtain the detailed payroll records for the employment period and refer to CPA for calculation)      5. _____

6.  Completed By (DBS Name & Date)_____

    Reviewed By (Name & Date)_____

FULCL00057

**SECTION II.  Other Earnings Definitions**........ Obtain earnings documentation outlined below based on the applicable earnings definition

( ✓ Check One)

☐    Partner Prior Year K-1........ *(obtain prior year Form 1065 K-1)*

☐    Partnership Agreement .... *(obtain partnership agreement that identifies current earnings)*

☐    1099 BME .......................... *(obtain Forms 1099 MISC and  Individual Income tax return for the years covered by the earnings definition)*

☐    Sole Proprietor ................. *(obtain prior 3 years complete Individual Income Tax returns)*

☐    S - Corp. Shareholder....... *(obtain prior 3 years 1120-S K-1 and W-2s )*

☐    Teacher Contracts ............ *(obtain annual teachers contract in effect just prior to date of disability)*

☐    LLC/LLP Member/Partner.. *(obtain 1065 K-1 and W-2 for years covered by the earnings definition.)*

☐    Other Definitions ............... *(to determine what financial documentation to obtain, see BTS or consult with the CPA)*

☐    LTD Conversion
      Fixed Benefit $_____ *(No financial data needs to be obtained)*

FULCL00056

## SECTION III.    SALARY/CURRENT INCOME DEFINITIONS*

A) Salary or Hourly rate:    Per ER statement  43,000 (Mu)   Per TPC with Insured _____
                             Per Payroll records _____
B) Hours Worked:             Scheduled Per ER Statement ____40____
                             Actual Per ER TPC _____    Actual Per TPC with Insured _____

C) Earnings Include: ☐ Commissions  ☒ Bonuses  ☐ Overtime  ☐ Other          ☐ No Additional Comp

Earnings Calculation for Salary/Current Income Definition:

1.) Salary per pay period _____  OR Hourly rate $_____ x ____ hrs. worked per pay period
    EQUALS:        Regular earnings per pay period:
                   weekly       _____   x 52 ÷ 12  =
                   bi-weekly    _____   x 26 ÷ 12  =
                   semi-monthly _____   x 2        =
                   monthly      _____              =        1.¹ Monthly $ 3583.33
                   43,000 ÷ 12 =

2.) Plus additional earnings identified in Question C.  (Verify with payroll records.)

    Bonus        12,000.00 ÷ 24  # MOS.  = a. Monthly $  500.00
    Commission   _____ ÷ _____  # MOS.  = b. Monthly $  N/A
    Overtime     _____ ÷ _____  # MOS.  = c. Monthly $  N/A
    Other        _____ ÷ _____  # MOS.  = d. Monthly $  N/A

    Add amounts on lines a, b, c and d and enter here →      PLUS    2. Monthly $  500.00

3.) Does the earnings definition include earnings *before* deductions made for pre-tax      Included
    contributions to qualified deferred comp. plans (401k, 403b), Section 125 plans, or     in
    or flexible spending accounts?  If YES, then enter zero and go to STEP 4.                BME.

    If NO, DEDUCT pre-tax items (obtained from ER or payroll records):

    a.  Def. Comp. %_____ times
        sum of 1 and 2                           LESS    3a. Monthly $(    0    )

    b.  Sect 125/Flex account contribution per pay
        period_____ X _____ ÷ 12 =             LESS    3b. Monthly $(    0    )

4.) TOTAL BME (Total of Line 1+ 2 -- 3a -- 3b)   EQUALS  4. BME  $_____

5.) Completed By (DBS Name & Date) _____

    Reviewed By (Name & Date)_____

FULCL00055

— 1:43pm.     9/26/00 —

Call to Clmt — no answer/no machine.

T. Balbini
9/26/00

→ Call to ER — lft voicemail @ 1:49pm.

9/26/00 —
Explained denial + why.

Explained Clmt culd sund in
add med + we culd rvrw to determine
if Clmt is elig for LTD benefits.

Explained she wuld be cc on denial
+ to to call if she had any questions.

T. Ball
9/26/00

— Call to Clmt  9/27/00  @ 2:04pm. —
No Answer/Machine

T. Ball  9/27/00

FULCL00054

# FIRST UNUM.

File Copy

September 25, 2000

ERNST DORCELY
24 JESSUP
STAMFORD, CT 06902-1607

RE:     Ernst Dorcely                  DOB: December 11, 1951
        Claim Number:                  0098753373
        Policy Number:                 00541136 - 0101
        Tax ID:                        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

Dear Mr. Dorcely:

Enclosed you will find a copy of a letter we sent you concerning your claim for UNUM disability benefits. We advised you in that letter that we needed to receive proof of your disability within 30 days of our request. Since we have not received the requested information within the specified time period, we are closing your file in accordance with the following policy provision:

> **"Notice and Proof of Claims**
>
> **...Proof of continued disability and regular attendance of a physician must be given to the Company within 30 days of the request for the proof...."**

If you are still interested in pursuing your claim for disability benefits, please provide us with the necessary information immediately to support your claim for benefits.

If you intend to appeal this claim decision, you must submit your written appeal, including any new information, within 90 days of the date of this letter to the following address:

        First UNUM
        Portland Customer Care Center
        PO Box 9500
        Portland, ME  04104-5058

If First UNUM does not receive your written appeal within 90 days of the date of this letter, our claim decision will be final. If the information we receive does not enable us to alter our determination, we will forward your file for an independent, impartial and final appeal review.

FIRST UNUM LIFE INSURANCE COMPANY
Tarrytown, NY  10591

Mailing Address:
Eastern Regional Benefits
120 White Plains Road, Suite 300
Tarrytown, NY  10591-5532
1-800-321-0745

FUL.CL.00053

Claimant Name:      Ernst Dorcely
Claim Number:       0098753373

Page: 2

I understand that you may have questions regarding our decision on your disability claim.  Please feel free to contact me at (800)321-0745 ext. 4073 to discuss this matter further.

Sincerely,


Tracy C. Balboni
Disability Benefit Specialist

TCB/tcb

cc:    UBS AG

FUL CL00052

**Detail Activity Listing requested by :**
Tracy C. Balboni
9/25/2000

| | | | | | | |
|---|---|---|---|---|---|---|
| **Claim ID :** | 0098753373 | **Claimant Name:** | Dorcely,Ernst | | | |
| **Policy # :** | 00541136 | **Division #:** | 0101 | **Tax ID:** | 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 | |
| **Schedule Date:** | 08/16/2000 | **Date Completed:** | | | **Cancelled:** | No |
| **Assigned To:** | C1T2B | **Created By:** | C1T2B | | | |
| **Subject:** | Fileplan | **Description:** | Fileplan IL | | | |

CLAIM SYN: Clmt is a 48 year old operations clerk oow due to eye surgery and Glaucoma. Per AP, clmt had surgery on left eye on 6/17/99, 10/7/99, and 2/29/00. Clmt was oow for condition from 6/17/99 through 7/12/99, 10/17/99 through 10/25/99 and 2/22/00 to present date. File lacks any other medical documentation.

STRATEGY: Make an IL determination.

ELIGIBILITY: DOH is 12/30/91; EDOC is 1/1/93 policy effective day; WP is none; DOD is 2/29/00; EP is 180 days; min. hours are 30 clmt worked 40 before ldw; XL; 2 year own occ; 3/12 - no preX inv. is necessary since dod isn't within first year of coverage; ER confirmed clmt is option A - noncontrib. with 70% benefit; Clmt group 1 per policy language; Based on above clmt is eligible for coverage.

OFFSETS:

ACTIVITIES: TPC with pb done 8/16/00; TPC with clmt done 8/29/00; Sent clmt 30 day letter 8/22/00;

VOC. REVIEW: file lacks JA or JD. JA in file.

MED. REVIEW: Med. records are necessary before review can be done. However, file lacks auth. form to request med. file contains Auth. However, clmt was put on 30 days notice to provide APS and required Section E attachments on 8/22/00 - as of 8/25/00 information hasn't been received.

DISPO. RATIONALE: TPC with clmt done 8/29/00; LTD claim is being denied at present under Notice and Proof. Clmt was sent letter on 8/22/00 requesting APS and required Section E attachments with 30 days to provide information. However, as of 9/25/00 - no additional med. info. has been provided. Therefore, because claim can't pend indefin. claim is being closed. Although, claim is ICP - it does not appear any STD benefits have been paid either for 2/29/00 disability. If additional medical info. is received - the info. will be reviewed to determine whether clmt meet def. of disability under policy provisions.

FULCL00051

*0098733373*



# FIRST UNUM.

*Tracey B*

**Job Analysis**

Please complete this form in its entirety. Completion of this form will assist us in determining this insured's occupation as required by the policy.

## Identifying Data

| | |
|---|---|
| Employee: **Ernst Dorcely** | Job Title: **INVESTIGATOR** |
| Company: **UBS WARBURG** | Alternate Job Title: |

Is the job available on a part-time basis? ☐ Yes ☑ No | Customary Hours (include breaks/lunch): **10³⁰ - 6³⁰** | Number of Employees Supervised: **0**

Minimum Qualifications: **LANGUAGE SKILLS, PC APPLICATIONS ABILITY, TELEPHONE SKILLS**

Licenses/Certifications Required: **NONE**

Machines/Tools/Equipment Used: **NONE**

Titles of Direct Reports: **NONE**

Name/Title of Supervisor: **MGR.** **RUTH ANN SHAY** | Supervisor Telephone #: **203-719-5343**

## Company Information

Location of Company: **UBS WARBURG, STAMFORD CT**

Industry: **BANKING**

Primary Products/Services: **INV. BANKING PRODUCTS, USD CLEARING PRODUCTS**

## Job Description

**CUSTOMER SERVICE REP./INVESTIGATOR DEALING WITH CUSTOMER INQUIRIES REGARDING USD PAYMENTS. QUERIES RECEIVED VIA TELEPHONE, ELECTRONICALLY OR MANUALLY.**

| Material Job Tasks (fundamental, primary) | hrs/day | hrs/mo |
|---|---|---|
| ANSWERING TELEPHONE INQUIRIES | 1.5 | |
| SETTLING INQUIRIES USING ELECTRONIC METHODS | 5.5 | |
| | | |
| | | |

| Marginal Job Tasks (incidental, secondary) | hrs/day | hrs/mo |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

FULCL00050

## Physical Demands

| Activity | Cumulative Hours Per Day (#'s 1-7 should total 8 hrs or a full work day) | Longest Time Period Performed w/o Break |
|---|---|---|
| 1  Stand (stationary) | 0 | |
| 2  Walk | 8 1 | |
| 3  Sit | 7 6 | 2 1/2 - 3 HRS |
| 4  Stoop/Crouch/Squat | 0 | |
| 5  Kneel | 0 | |
| 6  Climb | 0 | |
| 7  Crawl | 0 | |
| 8  Jump | 0 | |
| 9  Bend | 0 | |
| 10  Twist | 0 | |
| 11  Throw | 0 | |
| 12  Push/Pull   Above Shoulder | 0 | |
|          Below Shoulder | 0 | |
| 13  Reach/Stretch   Above Shoulder | 0 | |
|          Below Shoulder | 0 | |

| 14  Lift/Carry | Indicate number of times per day lifted | | | | | Cumulative Hours Per Day | |
|---|---|---|---|---|---|---|---|
| | 0-10 pounds | 11-20 pounds | 21-50 pounds | 51-75 pounds | 76-100 pounds | | |
| Above Shoulder | | | | | | 0 | |
| Below Shoulder | | | | | | 0 | |

| Extremity Activity | Cumulative Hours Per Day | | | Longest Time Period Performed w/o Break | | |
|---|---|---|---|---|---|---|
| | Right | Left | Both | Right | Left | Both |
| Handle/Grasp | | | | | | |
| Fine Manipulation ( HANDS ) | 1.5 | — | 5.5 | | | |
| Power Grip | | | | | | |
| Torque/Twist | | | | | | |

Operate Foot Controls?     ☐ Yes   ☒ No

   Type of Equipment _____

   Cumulative Hours per day _____

   Longest period performed w/out break _____

Can occupation be performed alternately sitting and standing?   ☐ Yes   ☒ No.

FULCL00049

## Cognitive Work Functions

### ACTIVITY

| Do Material Job Tasks require: | Yes | No | Hrs/Day | Hrs/Mo |
|---|---|---|---|---|
| • Working with others? | ☒ | ☐ | 2 | |
| • Working alone, apart or in physical isolation from others? | ☒ | ☐ | 5 | |
| • Comprehending & following instructions? | ☒ | ☐ | 7 | |
| • Performing simple and repetitive tasks? | ☒ | ☐ | 2 | |
| • Performing complex or varied tasks requiring higher levels of reasoning, language and/or math? | ☒ | ☐ | 6 | |
| • Working under deadlines? | ☒ | ☐ | 4 | |
| • Working frequently in excess of normal work hours? | ☐ | ☒ | — | |
| • Performing varied work tasks with frequent interruptions? | ☒ | ☐ | 7 | |
| • Dealing with angry/upset/combative public? | ☒ | ☐ | 7 | |
| • Dealing with others who have experienced traumatizing events? | ☐ | ☒ | — | |
| • Supervising others? | ☐ | ☒ | — | |
| • Being responsible for others' output/work product? | ☒ | ☒ | — | |
| • Influencing others beyond giving simple information or directions? | ☐ | ☒ | — | |
| • Making generalizations, evaluations or decisions without immediate supervision? | ☒ | ☐ | 2 | |
| • Carrying out responsibility for direction, control & planning? | ☐ | ☒ | — | |
| • Performing when confronted with emergency, critical, unusual or dangerous situations? | ☒ | ☐ | 3 | |
| • Sustained attention to complex tasks? | ☒ | ☐ | 2 | |

FULCL00048

## Environmental Demands

**Exposed to:**

| | Yes | No | Hrs/Day | Hrs/Month |
|---|---|---|---|---|
| Weather? | ☐ | ☒ | —— | —— |
| Extreme Cold? | ☐ | ☒ | —— | —— |
| Extreme Heat? | ☐ | ☒ | —— | —— |
| Wet and/or Humid (non-weather)? | ☐ | ☒ | —— | —— |
| Noise Intensity Level: | | | —— | —— |
| Very Quiet (Isolation)? | ☐ | ☒ | | |
| Quiet (Library)? | ☐ | ☒ | —— | —— |
| Moderate (Office)? | ☐ | ☒ | | |
| Loud (Manufacturing)? | ☒ | ☐ | 7 | —— |
| Very Loud (Jackhammer)? | ☐ | ☒ | —— | —— |
| Vibration? | ☐ | ☒ | —— | —— |
| Fumes, Odors, Dust, Gases? | ☐ | ☒ | —— | —— |
| If yes, what type? _____ | ☐ | ☒ | —— | —— |
| Proximity to Moving Mechanical Parts? | ☐ | ☒ | —— | —— |
| Exposure to Electric Shock? | ☐ | ☒ | —— | —— |
| Working in High, Exposed Places? | ☐ | ☒ | —— | —— |
| Exposure to Radiation? | ☐ | ☒ | —— | —— |
| Working with Explosives? | ☐ | ☒ | —— | —— |
| Exposure to Toxic or Caustic Chemicals? | ☐ | ☒ | —— | —— |
| Working on Uneven Ground? | ☐ | ☒ | —— | —— |
| Travel? | ☐ | ☒ | —— | —— |
| Other? | ☐ | ☒ | —— | —— |

If yes, please explain. _____

## Accommodations

What type of accommodations have been made for this position in the past or could be made in the future?

WE HAVE CHANGED ERNEST'S SEAT TO A SPOT WITH BETTER LIGHTING & LESS OVERHEAD GLARE. WE HAVE ALSO TRIED TO INCREASE THE FONT SIZE ON HIS COMPUTER AS MUCH AS POSSIBLE.

Name of Company Contact: RUTH ANN SHAY

Title: DIRECTOR

Signature: Ruth Ann Shay, Director

Date: 9/12/00

FULCL00047

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 62    PORTLAND, ME

POSTAGE WILL BE PAID BY ADDRESSEE

 FIRST UNUM

LONG TERM DISABILITY BENEFITS
120 WHITE PLAINS ROAD SUITE 300
TARRYTOWN NY 10591-9809

UBS Warburg Benefits Dept.
677 Washington Blvd., 11th Floor
Stamford, CT 06901

FULCL00046

Call to Clint 812916 @ 9:53am

→ Intro Myself — asked Clint if he received my letter of 812916 he said he did.

Hx:

Sym began in 1/87 — accident @ job — dmy constructor on premises — debris fell in left eye — According to Clint

Clint said he does we Atty — discuss we benefits

— Clint said he believe he had 5 surgeries on left eye.

— last surgery — According to Clint was April of 2000

— Clint said right eye is ok — said right eye burns — said its sensitive to light — Clint then said there is problems w right eye as well.

→ Clint denied wearing glasses/contact before accident. — AP prs. lense but

FULCL00045

FUL.CL.00044

skin he dosint have money for
trun — so he hasnt gottn one


| MEDS |

→ EYE Drops in left eye — 3X a day
     Clint said there's 3 types
→ one drop for ~~that eye~~ right eye

Clint denies any presc meds — takes
     tyn- due to head aches

→ Clint said he couldnt read pkg of
MED bottles.


| ADL's |

  – Stays inside — close windows due
to light

  – Clint said he cant drive

→ Clint said he is 3 months behind
    on bills — fathers helps when he
          can — Clint said he lives alone.

FUL.CL.00043

FULC-L-00042

AP

Dr. A. Guid — 516-374-4195 (optam)
Only AP according to Clmt

⇒ Clmt said it is blurry out of her
eye.

⇒ Clmt said he wears a patch when
pain is bad — approx 2 days
a week.

⇒ Clmt said when pain is bad —
eye waters — he needs to stay in
bed.

⇒ brother takes Clmt to AP appts.

⇒ WC → ~~Atty~~ Mark Fox — assisting
w/ WC Claim — According to Clmt.
125 Elm St.
New Canaan CT

Clmt said he couldn't remember
zip code or    212 - 687 - 2453 (NY Office)

FULCL00041

FUI.CL.00040

Fin

- no other LTD policy
- SS - clmt claims applying for SS
- Clmt claims any income @ all

Policy

Explain Claim process to clmt.

Explain I couldn't incur an LTD claim until I received the CPA med - explained what we needed. Clmt says he was sending us today wuld bring for his records.

I asked clmt to send them to my attn.

Clmt asked if we could release an Check now - I explained no - I couldn't incur to determine until I had med - clmt says he understood. We ended the call. Then 5/28/02

FULCL00039

FULCL00038



# FIRST UNUM.

August 22, 2000

*File Copy*

ERNST DORCELY
24 JESSUP
STAMFORD, CT 06902-1607

RE:    Ernst Dorcely        DOB: December 11, 1951
        Claim Number:      0098753373
        Policy Number:     00541136 - 0101
        Tax ID:           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

Dear Mr. Dorcely:

This letter concerns the status of your disability claim.

We have tried to reach you on several occasions. However, as of the date of this letter we have been unable to reach you. Therefore, please call me at 1 800 321 0745 ext. 4073 so that we can discuss your claim for long-term disability benefits.

Additionally, in order to determine your eligibility for long-term disability benefits, we need to obtain additional medical information. Therefore, we have enclosed an Attending Physician's form for your doctor's completion. Please note that Section E of the form **requires the following attachments**:

1. office notes for the period or treatment or the last two years
2. test results showing objective findings
3. hospital discharge summaries
4. consulting physician reports

Your policy states:

    **"Notice and Proof of Claims**

    **...Proof of continued disability and regular attendance of a physician must be given to the Company within 30 days of the request for the proof...."**

Therefore, please have the requested materials sent to us no later than **9/22/00.** You may fax the information to 1 914 524 5815 to help expedite this request.

FIRST UNUM LIFE INSURANCE COMPANY
Tarrytown, NY 10591

Mailing Address:
Eastern Regional Benefits
120 White Plains Road, Suite 300
Tarrytown, NY 10591-5532
1-800-321-0745

FULCL00037

Claimant Name:    Ernst Dorcely
Claim Number:     0098753373

Page: 2

I look forward to speaking with you.

Sincerely,

Tracy C. Balboni
Disability Benefit Specialist

cc:    UBS AG

FULCL00036

Call to Clint   8/22/00 @ 2:37pm.

no answer nor machine.

T. Balban
8/22/00

FULCL00035

FULCL00034

# FIRST UNUM.

**Long Term Disability Claim
Employee's Authorization**

**To Be Completed By The Employee**

**Mandatory Authorization** (Authorization to obtain additional information concerning this claim.)

## AUTHORIZATION FOR RELEASE OF INFORMATION

**PERSONS OR INSTITUTIONS:** This authorizes you to give First UNUM Life Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by First UNUM to assist with this purpose. This authorization is valid during the pendency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

X _____      _08/18/2000_
Signature                                Date

**Optional Authorization** (Authorization to provide information to your employer)

You are not required to sign this authorization in order to submit a claim for disability benefits to First UNUM.

I (your name) _____ authorize First UNUM to disclose or furnish to my employer any and all information in First UNUM's possession with respect to any illness, including mental illness, drug or alcohol abuse, or any injury and to provide information regarding any medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records that may be requested. My employer will not disclose to any third party any information received from First UNUM pursuant to this authorization without my express written consent.

A photostatic copy of this authorization is to be considered as valid as the original and is effective for the duration of the claim.

X _____      _08/18/2000_
Signature                                Date

FULCL00033

- 4 -

0098763373



FIRST UNUM.

00 300ES 12 ERWE SHT

# **Education and Employment History**

FUL.CL.00032

NY 534-76 (5/99)

# FIRST UNUM®

First Unum Life Insurance Company

**Education and Employment History**

| Claimant's Name | Claim No. | Policy No. |
|---|---|---|
| Ernst Dorcely | 0098753373 | 00541136-0101 |

In order to continue the evaluation of your claim, we need some additional information. Please complete this form to the best of your ability and return in the enclosed envelope. If you have any questions, please do not hesitate to contact us.

## I. Employment History

Beginning with present or most recent job held 1 year or more, describe each job worked within the past 15 years.
**Resumes are appreciated. Please include when available.** If you held more than 1 job with a specific employer, please list each one separately.

1. Name of Employer: U. B. S.   AG

   Date Job Held: 12/01/1991  Job Title: Customer Service Representative  Annual Salary: $60,000

   Reason for Leaving Job: Sick

   Tools, Equipment, and/or materials used in job: Computer server with differents softwares

   Detailed job duties (include supervisory requirements):
   Speak to customer and solve their banking problem and in four differents languages

   Unusual mental and/or physical requirements:
   Keen eyes with ability to quickly recognize problem and solve them using banking laws and regulation

2. Name of Employer: U. B. S   AG

   Date Job Held: __/__/__  Job Title: _____  Annual Salary: _____

   Reason for Leaving Job: _____

   Tools, Equipment, and/or materials used in job: _____

   Detailed job duties (include supervisory requirements):

FULCL00031

Unusual mental and/or physical requirements:

_____

_____

3.  Name of Employer: _____

Date Job Held: __ __ / __ __ / __ __ __ __ Job Title: _____ Annual Salary: _____

Reason for Leaving Job: _____

Tools, Equipment, and/or materials used in job: _____

_____

Detailed job duties (include supervisory requirements):

_____

_____

_____

_____

Unusual mental and/or physical requirements:

_____

Please add pages if more than 3 jobs held in past 15 years.

## II.  Education/Training

**High School:**

Highest Grade Completed: _Graduate_                    Date of Graduation _0 6 / 1 5 / 1 9 7 0_

Course of Study: _Finance_

If not high school graduate, did you obtain your GED? _____

If so, when? __ __ / __ __ / __ __ __ __

**College Training:** ☒ Yes ☐ No     Degree? ☒ Yes ☐ No     Type: _Finance and language_

Where _N.Y.U_                                    When: _0 9 / 30 / 1 9 7 2_

No. years completed: _3_

Area(s) of Concentration: _Finance_

**Vocational Training:** (Formal training obtained through business, vocational, or other training institutions).

Where _Banking Institut N.Y_                       When: _0 9 / 30 / 1 9 7 5_

Length of training: _10 months_

Certificates or licenses obtained: _licenses for insurance and Mutual Funds_

FULCL00030

Please list any other training you have gained through work or other avenues. Include any special designations obtained (e.g. certificates or licenses).

1/ Completed course on how to Excel and telephone manors

2/ Completed course on avoid the pitfall of money Laundering

3/ Completed course on the market

**Military Services Training:** ☐Yes ☒No          Type: _____

Where _____          When: ___/___/_____

Length: _____

How skill was used: _____

## III. Recent/Current Job-Seeking

Complete this section only if you have been exploring returning to work in some capacity.

Have you contacted your former employer:  ☒Yes   ☐No

Who did you contact and what was his or her response? _____ Void _____

How long have you been actively searching for a job? _____ N A _____

Describe your job seeking method (e.g. responding to employment ads, calling friends, negotiating with former employer, etc.)

_____ N, A _____

Type of positions sought: _____ N A _____

Approximately how many employers were contacted last month: _____ N A _____

What kind of response(s) have you received: _____

Resources utilized in Job-Seeking:

☐ State Employment Commission
☐ State Rehabilitation Commission
☐ Friends
☐ Want Ads
☐ Other (explain)

Are you aware of whether your LTD policy contains return to work incentives? If so, do you know how these incentives or policy provisions operate?

FULCL00029

Call to Cimit   8/21/00  @ 10:53 am.
↓
no answer nor machine.

T. B.
8/21/00

FULCL00028

FULCL.00027

NTF:

Per APS + STD — Claimant's DOD is 2/25/00. Therefore, That will be date used to determine Clmt's elig for ITD benefits.

Clmt had prior times cov for disability. However, Clmt ddnt set SP + was FT at that occ. Therefore, latter Date of disability must be used.

T·R
8/2/00

FULCL00026