Claimant's Name _Ernst Dorcely_  DOD: _2-22-70_

New Claim Triage Worksheet

## New Claim Triage Worksheet: Regional Benefit Offices

Coverage Information Completed by Intake Coordinator:

| Product | Policy # | Claim # | Site | Claim Rep | Source System |
|---|---|---|---|---|---|
| LTD | 452244 | 2130624A | RBB | H. Aube | BAS CL 8/30/92 |
| STD | 45678 | 085A3550 | TSTD | CTylerBailey | " 5/18/98 |
| " | 45578 | 005211324 | " | " | " 1/20/98 |

Intake Coordinator : _Nori_          Intake Specialist : _Bell_

1    Policy Name    _LIPSIG_
     Policy Number    _54136-101_    _Fu_

     Is this claim from a SPECIAL ACCOUNT?  NO  YES   Rep

     **COMPLETED DUMMY?**                    yes    no

2    Is ICD9 Code = 650, v22, v27?   SHORT DURATION TEAM

3    Is there an actual RTW Date indicated on the claim form?  SHORT DURATION TEAM

4    ICD9 Code    _921.9_

5    Using the Claimant ICD9, do a FIND function to identify unit for Triage:

     ENTER Impairment Unit Assignment:

     Assign Claim to the Unit's Consultant and ENTER Consultant Name:

     Enter Consultant ID on system

Created on 07/02/99 10:17 AM

FULCL00019

## NEW CLAIM MARK-UP

Dear Customer Care Specialist,

Please check the following items:

✓ ICD-9/DIAGNOSIS _corrim_

_____ Date of Disability

_____ Earnings (BME)

✓ Contrib% (Amount or EE/ER contrib) _corrcred_

_____ Effective Date

✓ Class

✓ Choice _OK._

Other:

_____

_____

_____

_____

_____

Thank you for your attention to these details.

Sincerely,

Odell Daney, c1d4d, ext: 5868
Intake Specialist.

FULCL00018

**LTD Re-Assignment**

Genesis WorkFlow

**STD DBS:**

| | | | |
|---|---|---|---|
| Status: | Completed | Date: | 08/11/2000 09:54 AM |
| | | Follow-Up Date: | 08/11/2000 |

*Kaufman*

| | | | | |
|---|---|---|---|---|
| Ins STD Policy: | 00011020 | Ins LTD Policy: | 0052111329 |
| Policy Name: | UBS AG | Claim No: | |
| Claimant: | Ernest Dorcely | SSN: | 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 |
| Sales Office: | | | |

| | | | |
|---|---|---|---|
| RN Review: | No | RN Rev Date: | |
| Job Analysis: | No | Medical Recs: | Yes |
| PCE/FCE: | No | IME: | No |

| | | | |
|---|---|---|---|
| ICD9 Codes: | 921.9 | Diagnoses: | GLAUCOMA |

| | | | | | |
|---|---|---|---|---|---|
| Policy or Plan Duration: | 26 Weeks | | | STD Weekly Benefit: | |
| STD Max Paid From: | | Thru: | | 1st: | |
| STD Ongoing Paid From: | 02/29/00 | Thru: | 04/24/00 | 2nd: | |
| STD Partial Denial Paid From: | | Thru: | | 3rd: | |
| STD Full Denial: | | | | 4th: | |

**Rationale:**  Disposition / Rationale for Initial-Ongoing Liability Decision:

EE DX WITH GLAUCOMA LDW 02/21/00 AP DISABLE AS OF 02/22/2000 EE HAD EYE SURGERY
APPROVING BENS 6 WEEKS POST OP THRU

05/23/00 CALL TO ER
PER NOTE FROM ER EE WAS OOW ON 06/17/99-07/12/99 AND 10/07/99-10/25/99 AND NO CLAIM WAS EVER PAID.
ADVISED JULIA THESE CLAIM SHOULD NOT BE HONORED TO FILING TIME FRAME REQUIREMENTS OF 6 MONTHS
FROM THE DATE OF DIS.
JULIA UNDERSTOOD AND ASK THAT I HOLD OFF ON THE CLAIM UNTIL SHE SPEAKS TO HER SUPERVISOR

UPDATE FROM ER

Carla:

To follow up on our conversation:

We understand that you cannot, per policy, give us an advice to pay
for Mr. Dorcely's first two leaves (6/17/99 - 7/12/99, 10/7/99 -
10/25/99).

However, please process Ernst Dorcely's current leave (2/22/00 -
present) as if the previous two leaves had been approved (i.e. as all
three leaves are the result of the same or similar illness/injury, the
previous leaves as well as his current leave should be counted against
the 26 week STD period.)

In essence, if he remains out of the office and is approved, his 26
week Short Term Disability period would end on 7/9/00 (according to my
calculation). Six weeks from the first two leaves and 20 weeks from
the current leave.

If you have any questions, please let me know.

Thank you for your help with this.

Julia



This message contains confidential information and is intended only
for the individual named. If you are not the named addressee you
should not disseminate, distribute or copy this e-mail. Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free
as information could be intercepted, corrupted, lost, destroyed,
arrive late or incomplete, or contain viruses. The sender therefore

FULCL00017

of this message which arise as a result of e-mail transmission. If verification is required please request a hard copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

Type:        ICD Primary: 377.30    Secondary:

Description:  Optic Neuritis, unspecified

Source:      DMG

Under 50I-PointC-PointT-PointLight1.003.005.00Medium3.005.007.00Heavy5.007.008.00
bens approved 8 weeks thru 04/24/00
see letter dated 07/31/00

Claim synopsis
*Age: 49
*Gender: male
*Occupation: operations clerk
*Last Date Worked: 02/21/00
*Disability Date: 02/29/00
*Diagnosis:
*Sugery / Date of Surgery:

Eligibility:
*Date of Hire:
*Policy Effective date:

Offsets:
Deductions:

Plan Information:
*Benefit Period:
*Benefit Amount:
*STD Paid From/Thru:
*STD Max Date:
*Is the employee enrolled in LTD?
*LTD Benefit Office:
*LTD Policy Number:    40797  UBS AG. 541136
*LTD EP:
*Employer Name and Telephone Number:

* Expected Return to work date?

*Michelle Kaufman*
*8/14*

FUL.CL.00016

Benefits Department
677 Washington Blvd.
Stamford, CT 06901



**UBS AG**

# Fax

| To: | Tracy Balboni @ First Unum | From: | Julia Bognon |
|---|---|---|---|
| Fax: | 914-524-5815 | Pages: | 3, including cover sheet |
| Phone: | 1-800-321-0745  ext. 4073 | Date: | 08/17/00 |
| Re: | Ernst Dorcely | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Tracy:

As per our conversation, following please find the information you requested on **Ernst Dorcely #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** and a print out of his Long Term Disability coverage:

**His annual salary as of the date he went out on disability (2/22/00) was $43,000.**

He received a **bonus of $6,500 on 3/31/99** and a **bonus of $5,500 on 3/13/98.**

**He is enrolled in the Core Level of coverage that provides a benefit of 70% of eligible compensation up to a monthly maximum of $7,000. When paid out, this benefit is taxable to the employee. The Company pays the full cost of this coverage.**

If you have any questions, please let me know.

Thank you.

Julia

(203) 719-6872

FULCL00024



FUL.CL 00023



FULCL00022

for the individual named. If you are not the named addressee you
should not disseminate, distribute or copy this e-mail. Please
notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free
as information could be intercepted, corrupted, lost, destroyed,
arrive late or incomplete, or contain viruses. The sender therefore
does not accept liability for any errors or omissions in the contents
of this message which arise as a result of e-mail transmission. If
verification is required please request a hard-copy version. This
message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities or
related financial instruments.

**Type:**       ICD       **Primary:**       377.30       **Secondary:**

**Description:**   Optic Neuritis, unspecified

**Source:**     DMG

| | Under 50 | | |
|---|---|---|---|
| | I-Point | C-Point | T-Point |
| Light | 1.00 | 3.00 | 5.00 |
| Medium | 3.00 | 5.00 | 7.00 |
| Heavy | 5.00 | 7.00 | 8.00 |

bens approved 8 weeks thru 04/24/00
see letter dated 07/31/00

**Claim synopsis**
*Age: 49
*Gender: male
*Occupation: operations clerk
*Last Date Worked: 02/21/00
*Disability Date: 02/29/00
*Diagnosis:
*Sugery / Date of Surgery:

**Eligibility**:
*Date of Hire:
*Policy Effective date:

**Offsets**:
**Deductions**:

**Plan Information**:
*Benefit Period:
*Benefit Amount:
*STD Paid From/Thru:
*STD Max Date:
*Is the employee enrolled in LTD?
*LTD Benefit Office:
*LTD Policy Number:
*LTD EP:
*Employer Name and Telephone Number:

FULCL00014



Genesis Insured WorkFlow

# STD Claim Summary

☒ ER
☒ EE
☐ AP
☐ AU



*BEF 8/11/2000*

| | | | |
|---|---|---|---|
| Claim Number: | 0052111329 | Type: | DBT |
| Claimant: | Ernesto Dorcely | AutoAssist: | No |
| Policy No: | 00011020 | Segmentation: | |

Adjustment Claims:

## Contribution Alert: Employee contribution and/or tax status is inconsistent. Assign to Carla

| | | | |
|---|---|---|---|
| Received Date: | 05/19/2000 11:33:03 AM | Region: | |
| Info Specialist Status: | Claim Resolution | Claims Payor Status: | New Claim |
| Info Specialist: | Self Insured | Assigned To: | |
| Resolution Specialist: | | Assigned Date: | |
| Resolution Date: | 05/22/2000 10:51:03 AM | Claim has not been added to BAS | |
| Resolution Reason: | | | |

### Mainframe Inquiry

### Information From Claimform (Employer):

| | | | |
|---|---|---|---|
| Social Security No: | 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 | Hire Date: | 12/30/91 |
| Job Title: | Operations Clerk | | |
| Weekly Earnings: | $826.92 | Other Earnings: | No |
| Last Date Worked: | 02/21/2000 | | |
| Return To Work Date: | | Return To Wk Status: | |
| Employee Contribution: | No | Tax Status: | N/A |
| Employee Post-Tax %: | 0.00 | Offset: | No |
| Work Related (ER): | No | Location: | |
| LTD Policy Number: | | STD Policy Number: | 00011020 |
| LTD Policy Name: | | | |

### Information From Mainframe:

| | | | |
|---|---|---|---|
| STD Plan Effective Date: | | Billing: | |
| STD Plan Term Date: | | Division: | 0001 |
| Sales Office: | | Division Status: | |
| Contract Series: | | Collection: | |
| Product Package: | | PEG: | 001 |
| | | Choice: | |
| Min. No of Hours Req: | | Pres EE Wait Period: | |
| | | New EE Wait Period: | |
| Appl Waiting Period: | | | |
| Insured Eff Date: | 12/30/91 | Insured Term Date: | |
| Employee Contribution: | | Employer Option: | |
| Tax Status: | | Workweek: | |
| Earnings: | | | |
| Benefit Period: | | Weekly Benefit: | |
| STD Benefit Dur: | | | |

#### Residual/Partial

| | | | |
|---|---|---|---|
| Residual Def Dis: | | Partial Dis Ben: | |
| Def Partial Dis: | | When Pd Pay/Wk: | |
| Earnings Offset: | | Pd Ben Red: | |
| Term Dis Ben: | | Limited Partial: | |
| Dis Def Weekly: | | Earn Level TD: | |
| Earn Avg Per: | | | |

### Information From Claimform (Employee):

#### Claimant Name:

| | | | | | |
|---|---|---|---|---|---|
| Prefix: Mr. | First: Ernesto | MI: | Last: Dorcely | Suffix: | |
| Street Address (1): | 24 Jessup | | | | |
| Street Address (2): | | | | | |

FUL.CL.00013

FROM UBS WARBURG

DRS GOLD-SWERDIN
(THU) 7. 20' 00 13:51/                    NO. 4862404489  P  2

## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**IMPORTANT: USE THIS FORM ONLY WHEN THE CLAIMANT BECOMES SICK OR DISABLED WHILE EMPLOYED OR BECOMES SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. OTHERWISE USE A GREEN COMPLETE CLAIM FORM.**

**PART B — HEALTH CARE PROVIDER'S STATEMENT**

1. Claimant's Name ___Ernest___ ___Boucly___  49  □ Male □ Female

4. Diagnosis/Analysis:
   a. Claimant's Symptoms: history of trauma to left eye with cat removal Jan '00
      decreased vision and glare left eye

   b. Objective Findings: left slant with left eye with 20/50
      vision R. eye

6. Claimant's Hospitalized?  □ Yes  □ No
   Operation Indicated?  □ Yes  □ No        From ___  To ___

7. Enter Dates for the following:
   a. Type ___

| | | Day | Year |
|---|---|---|---|
| b. Date of your first treatment for this disability | 2/29/00 | 29 | 00 |
| c. Date Claimant was last treated for this disability | 5/12/00 | 12 | 00 |
| d. Date Claimant was unable to perform usual work | | 29 | 00 |

8. In your opinion... Workers' Compensation Board?  □ Yes  □ No

9. Health Care Provider's Signature    Licensed or Certified in the State of __NY__  License No. __20131__
   Health Care Provider's Name   Mandelkin                  Date  7/20/00
   Office Address   1133 W. Broadway  Hewlett NY  11557      Tel. No.  516 374-4177

## EMPLOYER'S STATEMENT

Employer's Name ___
Employee's Date of Birth ___
Is the claimant still employed?  □ Yes  □ No  □ Full Time  □ Part Time
Date of Employment ___
Normal work week (check boxes to show usual days worked) ___
Days Employee last worked ___  Number of Hours ___
Date Employee wages ceased ___
Date Employee returned to work ___
Has Employment terminated? □ Yes □ No
If so, date of termination ___
Was Employee laid off or was layoff contemplated prior to disability? □ Yes □ No
If so, give day of layoff ___
Are wages being continued during disability? □ Yes □ No
If so, show how Employer's... □ Yes □ No
Was Employee on the list at the disability occurred? □ Yes □ No
Had salary been paid during the last... □ Yes □ No
Is Employee... □ Yes □ No
If yes, give name and detail of Union ___

Signed ___
Telephone Number ___

| | | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|
| | | □ | □ | □ | □ | □ | □ | □ |

### Earnings 8 weeks prior to disability

| Week Ending | | | No. Days | |
|---|---|---|---|---|
| Mo. | Day | Yr. | Worked | Amount |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

FUL.CL.00008

**FIRST UNUM.**

## UNUM.

*Protecting everything
you work for*

**WORLD LEADER
IN INCOME AND
LIFESTYLE
PROTECTION®**

### FAX MEMO

| To: | Franci | Fax: | 718-821-5596 |
|---|---|---|---|

| Company: | | Phone: | |
|---|---|---|---|

| Date: | 6/6/m | | |
|---|---|---|---|

| From: | Carla Tyler-Bailey | Fax: | 800-356-5815 |
|---|---|---|---|

| Company: | First UNUM Life Insurance Company | Phone: | 800-321-0745 |
|---|---|---|---|

| Address: | 120 White Plains Rd, Tarrytown New York 10591 |
|---|---|

| Subject: | Ernest Dorcely |
|---|---|

| Number of pages including this sheet: | 2 |
|---|---|

*Please have to doctor complete this form and refax to me at the above mentioned fax number*

*Thank You*

Unum is the
marketing brand of
UnumProvident Corporation

® 1999 UnumProvident
Corporation. Unum®, the
lighthouse logo and
"Protecting everything you
work for®" are registered
trademarks of UnumProvident
Corporation. All rights
reserved.

UnumProvident Corporation
includes among its subsidiaries
the #1 group disability income
carrier and the #1 individual
disability income carrier in the
United States and Canada
according to Employee
Benefit Plan Review, May
1999 and A.M. Best, 1998

FUL.CL.00006

FUL CL 00025

UNUM.                                    **Claim File Documentation**

☐ Received Call From _____    Telephone Number _____

☒ Placed Call To _Julia Berber_          Telephone Number _____
  ☐ Hospital  ☐ Doctor  ☐ Other

| Policy # | | DATE & TIME: 5/16/00 @ 4.08pm. |
| Claim# | | Claimant: Ernst Dorizly |
| Regarding: | | |

→ Measurements → According to ER - ER said Clmt
is elig for 70% benefit - w/ 7,000 max.

→ 6,500 - 3155 } bonus amounts. - no bonus
→ 5,500    3158 }                  paid in 00

Salary or bing → Salary - bonus only -
         → 43,000 Ann. @ 2/00 - According to Clmt.

→ no RTW since 2/22/00 According to Clmt.

→ Explained I had sent JA today
She could also include - TD.

→ Julia wasn't sure if position was available
to Clmt.

→ ER said she would fax our letter
confirming bonuses + that Clmt is in
option + A under policy.

- ER confirmed option C is for exec. only.

I thanked her + gave her our fax #.

| DBS Name: T. Belbar | | Date: 5/16/00 |

502-79 (2/94)



## FIRST UNUM.

August 16, 2000

File Copy

ERNST DORCELY
24 JESSUP
STAMFORD, CT 06902-1607

RE:     Ernst Dorcely           DOB: December 11, 1951
        Claim Number:           0098753373
        Policy Number:          00541136 - 0101
        Tax ID:                 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

Dear Mr. Dorcely:

We have received your claim from our Short Term Disability Department. We in Long Term Disability are reviewing your claim and will contact you if additional information is necessary to determine your eligibility for benefits.

We will make every attempt to review your claim in a timely manner so there is no interruption in benefits; however, every claim is unique and the timeframes for resolution will vary.

Please note that receipt of Short Term Disability benefits does not automatically mean that your Long Term Disability claim will be approved. Long Term Disability coverage differs from Short Term Disability coverage. Your claim will be subject to the policy provisions in your Long Term Disability policy.

We hope this letter will help you understand what takes place when an application is received. In order to determine your eligibility for disability benefits, we need the enclosed Education and Employment History Form completed and return to us in the enclosed envelope.

Sincerely,


Tracy C. Balboni
Customer Care Specialist

TCB/dd

cc:     UBS AG

FIRST UNUM LIFE INSURANCE COMPANY
Tarrytown, NY 10591

Mailing Address:
Eastern Regional Benefits
120 White Plains Road, Suite 300
Tarrytown, NY 10591-5532
1-800-321-0745

FUL.CL.00020

Genesis WorkFlow    **Claim Documentation**    For Your Information

| | | | |
|---|---|---|---|
| Placed Call To:  Claimant | | Phone No: | 203324-2831 |
| Doc Type: | | Review Claim | |
| Status: | Completed | Follow-Up Date: | 05/23/2000 |
| Created By: | Carla Tyler-Bailey | Date: | 05/23/2000 12:36 PM |

| | | |
|---|---|---|
| Claim No:  0052111329 | Assigned To: | |
| Policy No:  00011020 | | |
| Claimant:  Ernesto  Dorcely | SSN: | 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 |

Subject: FILE PLAN

**Disposition / Rationale for Initial-Ongoing Liability Decision**:

EE DX WITH GLAUCOMA LDW 02/21/00 AP DISABLE AS OF 02/22/2000 EE HAD EYE
SURGERY
APPROVING BENS 6 WEEKS POST OP THRU

**05/23/00 CALL TO ER**
PER NOTE FROM ER EE WAS OOW ON 06/17/99-07/12/99 AND 10/07/99-10/25/99 AND NO CLAIM
WAS EVER PAID.  ADVISED JULIA THESE CLAIM SHOULD NOT BE HONORED TO FILING TIME
FRAME REQUIREMENTS OF 6 MONTHS FROM THE DATE OF DIS.
JULIA UNDERSTOOD AND ASK THAT I HOLD OFF ON THE CLAIM UNTIL SHE SPEAKS TO HER
SUPERVISOR

**UPDATE FROM ER**

Carla:

To follow up on our conversation:

We understand that you cannot, per policy, give us an advice to pay
for Mr. Dorcely's first two leaves (6/17/99 - 7/12/99, 10/7/99 -
10/25/99).

However, please process Ernst Dorcely's current leave (2/22/00 -
present) as if the previous two leaves had been approved (i.e. as all
three leaves are the result of the same or similar illness/injury, the
previous leaves as well as his current leave should be counted against
the 26 week STD period.)

In essence, if he remains out of the office and is approved, his 26
week Short Term Disability period would end on 7/9/00 (according to my
calculation).  Six weeks from the first two leaves and 20 weeks from
the current leave.

If you have any questions, please let me know.

Thank you for your help with this.

Julia

FUL.CL.00015

| | | | | |
|---|---|---|---|---|
| Zip: | 06902 | City: | Stamford | ST/PR: | CONNECTICUT |
| Country: | UNITED STATES | | | |
| Claimant Phone No: | 203324-2831 | DOB: | 12/11/51 | Age at DLW:48 |
| Social Security No: | 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 | | | Gender: | Male |
| Date of Accident: | | Date First Treated(EE): | | |
| Motor Veh Accident: | | Work Related (EE): | | No |
| Federal Withholding: | | Federal W/H Amount: | | |

**Information From Claimform (Physician):**

| | | | |
|---|---|---|---|
| Primary ICD9: | 921.9 | Secondary ICD9: | |
| Work Related (AP): | No | Date 1st Unable to Work: | |
| Date First Treated: | 06/17/99 | Disability Date: | |
| Expected Delivery Date: | | Actual Delivery Date: | |
| Date First Hospitalized: | | Date of Surgery: | |
| Restrictions/Limitations: | No | Cause: | |

**Diagnosis Section:**

**Disabling          Condition**

| | | |
|---|---|---|
| Type: ICD | Primary:   921.9 | Secondary: |
| Description: | | |

**Contributing          Conditions**

| | | |
|---|---|---|
| Type: | Primary: | Secondary: |
| Description: | | |
| Type: | Primary: | Secondary: |
| Description: | | |

**Other Information:**

| | | |
|---|---|---|
| Archive Date: | | Storage Date: |
| LTD Re-Assign (ICP): | | LTD Benft Office: |
| STD Benefit End Date: | | |
| Image: | Paper File | |

**Revisions:**

| | | | |
|---|---|---|---|
| Updated By: | Lorretta A. Garrett | Date and Time: | 05/22/2000 10:59:14 AM |

FULCL00012

## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**CLAIMANT: READ THE FOLLOWING INSTRUCTIONS CAREFULLY**

1. USE THIS FORM ONLY IF YOU BECOME SICK OR DISABLED WHILE EMPLOYED OR IF YOU BECOME SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. USE GREEN CLAIM FORM DB-300 IF YOU BECOME SICK OR DISABLED AFTER HAVING BEEN UNEMPLOYED FOR MORE THAN FOUR (4) WEEKS.
2. YOU MUST COMPLETE ALL ITEMS OF PART A — THE "CLAIMANT'S STATEMENT." BE ACCURATE. CHECK ALL DATES.
3. BE SURE TO DATE AND SIGN YOUR CLAIM (SEE ITEM 12). IF YOU CANNOT SIGN THIS CLAIM FORM, YOUR REPRESENTATIVE MAY SIGN IN YOUR BEHALF. IN THAT EVENT, THE NAME, ADDRESS, AND REPRESENTATIVE'S RELATIONSHIP TO YOU SHOULD BE NOTED UNDER THE SIGNATURE.
4. DO NOT MAIL THIS CLAIM UNLESS YOUR HEALTH CARE PROVIDER COMPLETES AND SIGNS PART B — THE "HEALTH CARE PROVIDER'S STATEMENT."
5. YOUR COMPLETED CLAIM SHOULD BE MAILED WITHIN THIRTY (30) DAYS AFTER YOU BECOME SICK OR DISABLED TO YOUR LAST EMPLOYER OR YOUR LAST EMPLOYER'S INSURANCE COMPANY.
6. MAKE A COPY OF THIS COMPLETED FORM FOR YOUR RECORDS BEFORE YOU SUBMIT IT.

### PART A — CLAIMANT'S STATEMENT (Please Print or Type) ANSWER ALL QUESTIONS

1. My name is _Doreity_     Tel. No. (203) 324-2831     2. My age is _____

3. Address _24 Jessup_   _Stamford_  _CT_  _06902_     Apt. No. _____
   Number  Street      City or Town  State  Zip Code

4. My Social Security Number is: 0 5 1 4 2 7 4 4 5     5. Married (check one) [ ] YES  [✓] NO

6. My Disability is (if injury, also state how, when and where it occurred) _glaucoma / eye surgery_

7. I became disabled on 1st _6/17/99_  2nd _10/1/99_  3rd _2/22/00_   a. I worked on that day [ ] YES [✓] NO
   Mo.  Day  Year
   b. I have since worked for wages or profit [ ] YES  [✓] NO   If "Yes," give dates _____

8. Give name of last employer. If more than one employer during last eight (8) weeks, name all employers.

| Employer's Name | Business Address | Telephone Number | Dates of Employment From | Through | Average Weekly Wages Includes Bonuses, Tips, Commissions, Reasonable Value of Board, Rent, Etc. |
|---|---|---|---|---|---|
| UBS AG | 677 Washington Blvd. Stamford CT 06901 | (203) 719-5114 | Mo. 12 Day 30 Yr. 91 | present | |

9. My job is or was _Operations Clerk_     Name of Union and Local No., if member _____

10. For the period of disability covered by this claim
    a. Are you receiving wages, salary or separation pay? [✓] YES [ ] NO
    b. Are you receiving or claiming:
    (1) Workers' Compensation for work-connected disability [ ] YES [✓] NO
    (2) Damages for personal injury [ ] YES [✓] NO
    (3) Unemployment Insurance Benefits [ ] YES [✓] NO
    (4) Disability Benefits under the Federal Social Security Act [ ] YES [✓] NO
    If "Yes" is checked in any of the items a, b(1), b(2), b(3) or b(4), fill in the following:
    I have [ ] Received or [✓] Claimed from _____ For the Period 6/17/99 7/12/99  To _____
                                                                   10/17/99 10/25/99    present

11. I have received disability benefits for another period or periods of disability within the 52 weeks immediately before my present disability began. [✓] YES [ ] NO
    If "Yes," fill in the following: I have been paid by _UBS_ From _2/22/00_ To _present_
                                                                        Date      Date

12. I have read the instructions above. I hereby claim Disability Benefits and certify that for the period covered by this claim I was disabled; and that the foregoing statements, including any accompanying statements, are to the best of my knowledge true and complete.

SIGN     Claim signed on _5/18/00_        _Julia Bognar_
HERE                                        Claimant's Signature
         Date

If signed by other than claimant, print below: name, address and relationship of representative.
_Julia Bognar  677 Washington Blvd. Stamford, CT 06901  Benefits Administ_
Name and Address                                                    Relationship

IF YOU HAVE ANY QUESTIONS ABOUT CLAIMING DISABILITY BENEFITS, CONTACT THE NEAREST OFFICE OF THE NEW YORK STATE WORKERS' COMPENSATION BOARD, OR WRITE TO: WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 100 BROADWAY - MENANDS, ALBANY, NY 12241.

SI SE LE OCURREN ALGUNAS PREGUNTAS RESPECTO A RECLAMAR BENEFICIOS POR INCAPACIDAD, COMUNIQUESE CON SU OFICINA MAS CERCANA DE LA JUNTA DE COMPENSACION OBRERA DE NEUVA YORK, O ESCRIBA A: WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 100 BROADWAY - MENANDS, ALBANY, NY 12241.

### HEALTH CARE PROVIDER MUST COMPLETE PART B ON REVERSE SIDE

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

FUL.CL.00011

### NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**IMPORTANT: USE THIS FORM ONLY WHEN THE CLAIMANT BECOMES SICK OR DISABLED WHILE EMPLOYED OR BECOMES SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. OTHERWISE USE GREEN CLAIM FORM DB-300**

**PART B — HEALTHCARE PROVIDER'S STATEMENT (Please Print or Type)**
THE HEALTH CARE PROVIDER'S STATEMENT MUST BE FILLED IN COMPLETELY, AND THE FORM MAILED TO THE INSURANCE CARRIER OR SELF-INSURED EMPLOYER, OR RETURNED TO THE CLAIMANT WITHIN SEVEN DAYS OF THE RECEIPT OF THE FORM. For Item 7-d, give approximate date. Make some estimate. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks".

1. Claimant's Name ............ First ............ Middle ............ Last ............  2. Age ............  3. ☐ Male ☐ Female

4. Diagnosis/Analysis:
   a. Claimant's Symptoms: ............................................................

   b. Objective Findings: ............................  Date, or Expected Date, of Delivery: ............

5. Claimant Hospitalized?  [ YES ] [ NO ]  From ............  To ............
6. Operation Indicated?  [ YES ] [ NO ]  a. Type ............  b. Date ............

7. Enter Dates for the Following:

| | Month | Day | Year |
|---|---|---|---|
| a. Date of your first treatment for this disability | | | |
| b. Date of your most recent treatment for this disability | | | |
| c. Date Claimant was unable to work because of this disability | | | |
| d. Date Claimant will be able to perform usual work (When it is uncertain when question arises, estimate date. Avoid use of terms such as unknown or undetermined.) | | | |

8. In your opinion, is the disability a result of injury arising out of and in the course of employment or occupational disease?  [ YES ] [ NO ]
   If "Yes," has Form C-4/48 been filed with the Workers' Compensation Board?  [ YES ] [ NO ]
   Remarks (Attach additional sheet, if necessary): ............

9. I affirm that I am a ............ (Physician, Podiatrist, Chiropractor, Dentist, Nurse-Midwife, or Psychologist)  Licensed or Certified in the State of ............  License No. ............
   Health Care Provider's Signature ............  Date ............
   Health Care Provider's Name (Please Print) ............  Tel. No. ............
   Office Address ............ Number ............ Street ............ City or Town ............ State ............ Zip Code ............

### EMPLOYER'S STATEMENT

Employer's Name ... UBS AG  First UNUM Policy # ... 011022  Div. # ............
Employee's Date of Birth ... 12/11/51  Effective Date of Coverage ... 12/20/91
Is this claimant a N.Y. employee? ... ☐ Yes ☒ No ☒ Full Time ☐ Part Time
Date of Employment ... 12/20/91  ... 100 % paid by Employee / % paid by Employer

Normal work week (check boxes to show usual days worked)

| | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☒ | ☒ | ☒ | ☒ | ☐ |

Date Employee last worked ... 2/21/00 Number of Hours ............
Date Employee wages ceased ............
Date Employee returned to work ............
Has Employment terminated? ............ ☐ Yes ☒ No
If so, date of termination ............
Was Employee laid off or was layoff contemplated prior to disability? ............ ☐ Yes ☒ No
If so, give day of layoff ............
Are wages being continued during disability? ............ ☒ Yes ☐ No
If so, does your Employer request reimbursement? ............ ☒ Yes ☐ No
Was Employee on the job when disability occurred? ............ ☐ Yes ☒ No
Has claim been filed for Workmen's Compensation? ............ ☐ Yes ☒ No
Is Employee member of a union that provides payment of weekly cash benefits? ............ ☐ Yes ☒ No
If yes, give name and address of union ............

**Earnings 8 weeks prior to disability**

| | Week Ending | | | No. Days | |
|---|---|---|---|---|---|
| | Mo. | Day | Yr. | Worked | Amount |
| 1 | 2 | 18 | 00 | 5 | $826.9_ |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | 12 | 31 | 99 | 5 | $826.9 |

Signed ... Julia Bogner  Employer ... UBS AG  Date ... 5/18/00
Telephone Number ... (203) 719-6892

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

Mail To: First UNUM Life Insurance Company
Short Term Disability
120 White Plains Road, 3rd Floor
Tarrytown, NY 10591-5532

### FIRST UNUM

DB-450 (1-96)

FUL-CL-000010

 **Genesis WorkFlow**          **Response**

Subject: **AP statement**

| | | | |
|---|---|---|---|
| Policy No: | 00011020 | Claim No: | 0052111329 |
| Status: | Pending | Follow-Up? | Yes |
| Assigned To: | Self Insured | Follow-Up Date: | 07/28/2000 |
| SSN: | 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 | | |

Claimant:

| First Name: | Ernest | MI: | Last Name: | Dorcely | Suffix: |
|---|---|---|---|---|---|

State:

| Created by: | Sara Rosario | Date: | 07/28/2000 09:34:05 AM |
|---|---|---|---|

FULCL00009

FROM UBS WARBURG                                    THU 27 00 13:40/ST 07:39/NO. 4862499617 P 1

Benefits Department
677 Washington Blvd.
Stamford, CT 06901

**UBS AG**

# Fax

| To: | Carla Tyler-Bailey | From: | Julia Bognon |
|---|---|---|---|
| Fax: | 1-800-356-5815 | Pages: | 2, including cover sheet |
| Phone: | 1-800-321-0745 | Date: | 07/27/00 |
| Re: | Ernst Dorcely | CC: | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Carla:

Following please find the Healthcare Provider's Statement for:

**Ernst Dorcely #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**

The Employer's Section has already been submitted.

If you have any questions, please let me know.

Thank you.

Julia

(203) 719-6872

FUL.CL00007

Benefits Department
677 Washington Blvd.
Stamford, CT 06901

**UBS AG**

# Fax

| To: | Carla Tyler-Bailey | From: | Julia Bognon |
|---|---|---|---|
| **Fax:** | 1-800-356-5815 | **Pages:** | 6, including cover sheet |
| **Phone:** | 1-800-321-0745 | **Date:** | 05/18/00 |
| **Re:** | Ernst Dorcely | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Carla:

Following please find a disability claim (& three doctor's notes) for:

**Ernst Dorcely #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**          **last day worked: 2/21/00 (for this period of disability)**

Mr. Dorcely has been out of the office during the following periods for medical reasons:

6/17/99 – 7/12/99
10/7/99 – 10/25/99
2/22/00 – present

However, this was not brought to our attention until recently. As a result, we would like to submit a claim for all three periods of disability.

I have filled out the claim form on his behalf and have attached three doctor's notes in place of Part B on the claim form.

Please let me know if these leaves will count toward the same 26-week Short Term Disability period.

If you have any questions, please let me know.

Thank you for your help with this.

Julia

(203) 719-6872

FULCL00005



# SANJEEV NATH M.D.  (212) 861-0800
TREATMENT OF EYE DISEASES: LASER & MICROSURGERY  DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

DATE  **SEP 2 5 1999**

RE: *Dorcely, Ernesto*

To Whom It My Concern:

Please be advised that the above patient had an ophthalmological examination in my office today.

If you need any further information, please do not hesitate to contact my office.

Sincerely,

*Nath*

Sanjeev Nath, M.D.

SN/ccSN/ldm

*Mr. Dorcely will have Eye Surgery on October 7, 1999.*

*If you have any questions call the office — Nath*

56 East 69th Street
New York, NY 10021
Fax (212) 628-4065

37-27 76 Street
Jackson Heights, NY 11372
(718) 476-5700

89-11 Forest Avenue
Ridgewood, NY 11385
(718) 821-0212

FULCL00004

MDPC

...VICES OF NEW YORK

**GOLD OPHTHALMOLOGIC ASSOCIATES, P.C.**
ARTHUR A. GOLD, M.D., F.A.C.S
DEA # AG 0721743
JOSEPH B. GOLD, M.D., F.A.C.S.
DEA # AG 2268193    LIC. #
MICHAEL A. SWERDIN, M.D.
DEA # BS-5767124
1175 WEST BROADWAY
HEWLETT, NY 11557
(516) 374-4199

NAME _Ernest Dorsely_   AGE _____

ADDRESS _____   DATE _____

B TWIMC

    Mr Dorsely is a patient
of mine who is being
treated for glaucoma
& needs to be watched
closely.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

Refill ___ Times       _Michael Swerdin MD_

NR ___ Label ___

Dispense As Written

0AOP0034649

FULCL00003

FROM UBS WARBURG                              (THU) 5. 18' 00 16:28/S....6:27 NO. 4962494.96 r



**OPHTHALMOLOGY SERVICES OF NEW YORK MDPC**

## SANJEEV NATH M.D. (212) 861-0800
TREATMENT OF EYE DISEASES: LASER & MICROSURGERY   DIPLOMATE AMERICAN BOARD OF OPHTHALMOLOGY

DATE: **JUL 0 7 1999**

RE: *Ernesto Dorcely*

To Whom This May Concern:

Please be advised that the above patient underwent surgery on _June 17, 1999_, and will be able to return to work on _July 12, 1999_.

If you have any further questions regarding this patient, please feel free to contact this office at the number above.

Sincerely,

Sanjeev Nath, M.D.

FULCL00002

56 East 66th Street          37-27 78 Street              69-11 Forest Avenue
New York, NY 10021           Jackson Heights, NY 11372    Ridgewood, NY 11385
Fax (212) 628-4085           (718) 476-5700               (718) 821-0212

**Tyler-Bailey, Carla J**

| | |
|---|---|
| **From:** | Julia.Bognon@ubsw.com |
| **Sent:** | Wednesday, May 24, 2000 4:26 PM |
| **To:** | CJTyler-Bailey@Unum.com |
| **Cc:** | Vincent.Raimondi@ubsw.com |
| **Subject:** | Ernst Dorcely #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 |

**Importance:**     High

Carla:

To follow up on our conversation:

We understand that you cannot, per policy, give us an advice to pay for Mr. Dorcely's first two leaves (6/17/99 - 7/12/99, 10/7/99 - 10/25/99).

However, please process Ernst Dorcely's current leave (2/22/00 - present) as if the previous two leaves had been approved (i.e. as all three leaves are the result of the same or similar illness/injury, the previous leaves as well as his current leave should be counted against the 26 week STD period.)

In essence, if he remains out of the office and is approved, his 26 week Short Term Disability period would end on 7/9/00 (according to my calculation). Six weeks from the first two leaves and 20 weeks from the current leave.

If you have any questions, please let me know.

Thank you for your help with this.

Julia

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

FUL CL 00001

1