```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------x
ERNST DORCELY,

              Plaintiff,

     -against-                              3:03 CV 114 (AVC)

FIRST UNUM LIFE INSURANCE COMPANY           December 2, 2003

              Defendant.
----------------------------------------x
```

FILED

2003 DEC -4 A 9: 29

US DISTRICT COURT
HARTFORD CT

### PLAINTIFFS'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

### I. THE ADMINISTRATIVE RECORD DOES NOT SUPPORT THE DENIAL

The Plaintiff was granted short term disability benefits by the defendant but not long-term disability benefits. The defendant accepted the legitimacy of plaintiff's injury but now questions it. Objectively nothing has changed and the plaintiff remains disabled. The annexed affidavit of plaintiff details that plaintiff's job consisted of entering currency transfers on a computer screen. He had to read small letters and numbers on the screen. His eye trauma caused his left eye to lose vision and caused him to see a glare when he read the computer screen. The result is that if he looks at the glowing screen the numbers and letters are obscured by the glare. Plaintiff can no longer accurately and quickly perform his work.

The plaintiff submitted the report of his ophthalmologist Dr.

1

Swerdin to the defendant. Dr. Swerdin confirms plaintiff's disabilities, including the fact that plaintiff cannot read a computer screen for a long period of time because of the glare. Defendant tries to impeach the physician's findings by an alleged conversation between a Dr. Broda and Dr. Swerdin. The file contains a letter Dr. Broda tried to get Dr. Swerdin to sign agreeing that plaintiff is untruthful. Dr. Swerdin evidently refused to sign the letter and there is no reason to believe it's contents are accurate.

In summation defendant wants plaintiff to spend a whole day reading the computer screen with his one good eye. Plaintiff tried to do this but cannot. He could not do it during the weeks of the short term disability and he can't do it now. The record is devoid of facts supporting the denial.

## II. DEFENDANT HAS NOT ANSWERED THE COMPLAINT

Defendant never served an answer to the complaint. All the allegations of the complaint except for damages should therefore be deemed admitted. The motion should therefore be denied and this matter set down for an inquest limited to the subject of damages.

## CONCLUSION

For the reasons stated above, the record does not support the administrative decision.

The plaintiff, therefore, respectfully requests that the Court deny defendant's motion in all respects.

> Respectfully submitted,
>
> LAW OFFICES OF MARK J. FOX
>
> By: _____
> MARK J. FOX, ESQ. (CT 24552)
> Attorney for Plaintiff
> 125 Elm Street
> New Canaan, CT 06840
> 203 972-3301
> 203 972- 2453 (fax)
> mjfoxlaw@aol.com

## CERTIFICATION

I hereby certify that a true copy of the foregoing has been mailed this 3rd day of December 2003, to the following counsel and pro se parties:

Alexander H. Schwartz, Esq.
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT 06480-0701

_____
Mark J. Fox

4