UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------x
ERNST DORCELY

        Plaintiff,

   -against-

FIRST UNUM LIFE INSURANCE COMPANY

        Defendant.
------------------------------------------x

FILED

2003 DEC -4  A 9: 29

US DISTRICT COURT
HARTFORD CT
3:03 CV114 (AVC)

AFFIDAVIT IN
OPPOSITION

STATE OF CONNECTICUT  )
                ) ss:
COUNTY OF FAIRFIELD   )

ERNST DORCELY, being duly sworn deposes and says:

1.  I am the Plaintiff in the above entitled action and as such am fully familiar with the facts stated herein.

2.  This affidavit is submitted in opposition to the defendant's motion for an order confirming its administrative decision to deny my application for long-term disability benefits.

3. I reside in Greenwich, Connecticut. I was born on December 11, 1951. My highest level of education is three years of college and I majored in finance.

4.  On January 8, 1998 my left eye was injured when dusty abrasive construction material went into it. As a result I developed ureitis of the left eye and suffered an 80% loss of vision of the left eye. My eye underwent several surgeries to correct the condition. Unfortunately my vision in the left eye remains low and when I look at bright objects, such as a computer screen, there is a glare that obscures details such as numbers and

1

letters.

5.    On January 8, 1998 I was employed by Swiss Bank (also known as UBS) as a Customer Service Representative.  I had been continuously working for that company since 1991. As a Customer Service Representative I sat at a desk and received orders for international transfers of large amounts of currency. All transactions were performed on a computer monitor. I would read small letters and numbers and make the appropriate entries. If I made a mistake large sums of money could be lost. I had to be completely accurate. As a result of my vision problems the computer screen appeared blurry and glaring. My work slowed and my eyes hurt. I could no longer perform the work I had been trained to do. I could not accurately read the screen. I informed my employer of the problem and was granted a leave of absence and short term disability payments. My eyesight has not improved and as a result I can no longer perform the type of work I did at Swiss Bank. I have therefore applied for long term disability benefits.

6. In support of my claim I submitted the report of my ophthalmologist Dr. Swerdin, which is annexed hereto as Exhibit A. Dr. Swerdin notes that my right eye is normal but my left eye is not. He states under the heading "Activities he can and cannot do" that "Due to decreased vision in the left eye it may be difficult to perform extensive reading or viewing of a computer screen". He states "At this time it is possible the decreased vision in the

2

left eye may be chronic without any improvement". In fact it has not improved. I cannot perform my former work with only one eye. I tried to do that but it is not possible. I have never claimed I do not have normal vision in my right eye but if both eyes are open the glare and strain on the left eye obscure the numbers on the computer screen and with one I cannot quickly and accurately perform my job. In addition the right eye does all the work and becomes very fatigued. The file contains no records of any treating physician that contradict Dr. Swerdin's written report.

7. My life has been totally changed by the injury to my eye. I had a good attendance record at work and was in good health. I enjoyed my work. Since the accident I have undergone major surgeries to restore my vision with limited success. I request that the motion be denied and that I be allowed to prove my case at trial.

WHEREFORE Affiant respectfully requests that the instant motion be denied in all respects and for such other and further relief as may be justified under the premises.

ERNST DORCELY

Sworn to before me this
2nd day of December, 2003.

_____
Commissioner of Superior Court

3



# ocli

## OPHTHALMIC CONSULTANTS OF LONG ISLAND

**Cornea, Cataract, and Refractive Surgery**

Henry D. Perry, M.D.
Eric D. Donnenfeld, M.D.
John R. Wittpenn, M.D.
Gerard D'Aversa, M.D.
Joseph B. Gold, M.D.

**Cataract and Comprehensive Ophthalmology**

David B. Nelson, M.D.
Russell G. Fumuso, M.D.
Charels S. G. Maris, M.D.
Michael A. Swerdin, M.D.

**Glaucoma and Cataract**

Stanley J. Berke, M.D.
Richard T. Sturm, M.D.
Ronald M. Caronia, M.D.

**Medical and Surgical Diseases of the Retina, Vitreous, and Macula**

Glenn L. Stoller, M.D.
Ken B. Carnevale, M.D.

**Ophthalmic Plastic Surgery and Neuro-Ophthalmology**

David A. Schlessinger, M.D.

**Pediatric Ophthalmology and Adult Strabismus**

James M. Doyle, M.D.

**Uveitis and Comprehensive Ophthalmology**

Joel Weintraub, M.D.

**Refractometry, Contact Lenses, and Low Vision**

Demetra Hamakiotes, O.D.

Reply To:

12/26/00

To Whom It May Concern,

Ernest Dorcely is a 38 yr old male who has a past ocular history of trauma to the left eye with cataract removal and posterior chamber intraocular lens implant back in Jan 2000. He has been followed at my office since February 2000.

Medical record summary from Feb 2000 to present:

Mr Dorcely has at least 20/40 Vision (R) eye with 20/200 vision (L) eye. The (R) eye exam is normal. However in the (L) eye he has been treated for retinal edema, residual iritis and glaucoma in the left eye causing decreased vision and glare.

Activities he can and cannot do:

Due to decreased vision in the left eye it may be difficult to perform extensive reading or viewing of a computer screen. Based on his visual acuity most physical activities could be performed except for operating machinery which can pose a risk

Treatment Plan:

Mr. Dorcely is taking 3 different eyedrops in the left eye ⟶ Voltaren twice a day, Alphagan twice a day, and Timoptic XE once a day. He will be rechecked March of 2001. At this time it is possible the decreased vision in the left eye may be chronic without any improvement. In 3 months vision will be reevaluated.

If there are any further questions you can reach me at 516 374-0499.

M. Swerdin MD

M. Swerdin MD

☐ **Rockville Centre**
Ryan Medical Arts Building
2000 N. Village Avenue
Suite 402
RVC. NY 11570
Phone (516) 766-2519
Fax (516) 766-3714

☐ **Rockville Centre**
119 N. Park Avenue
Suite 208
RVC, NY 11570
Phone (516) 764-2972
Fax (516) 764-1165

☐ **Lynbrook**
200 Hempstead Avenue
Lynbrook, NY 11563
Phone (516) 593-7709
Fax (516) 887-8380

☑ **Valley Stream**
65 Roosevelt Avenue
Valley Stream, NY 11581
Phone (516) 374-4199
Phone (516) 561-7756
Fax (516) 295-5303

☐ **Stony Brook**
2500 Route 347
Building 24
Stony Brook, NY 11790
Phone (631) 941-1400
Fax (631) 941-1476

1/16/01 mailed records to disability

## **CERTIFICATION**

    I hereby certify that a true copy of the foregoing has been mailed this 3rd day of December 2003, to the following counsel and pro se parties:

Alexander H. Schwartz, Esq.
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT 06480-0701

_____
Mark J. Fox

4