UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNST DORCELY,<br>Plaintiff, | : | CIVIL ACTION NO: |
| V. | : | 3:03 CV 114 (AVC) |
| FIRST UNUM LIFE INSURANCE COMPANY,<br>Defendant. | : | DECEMBER 5, 2003 |

### ANSWER

The defendant, First Unum Life Insurance Company ("Unum"), by and through its attorney, for its answer, as follows:

1. Unum is without knowledge or information sufficient upon which to form a belief regarding the allegations of this paragraph and leaves the plaintiff to his proof.

2. Unum admits that it is a business corporation with its principal place of business at 120 White Plains Road, Tarrytown, New York and is authorized to do business in the State of Connecticut.

3. Unum is without knowledge or information sufficient upon which to form a belief regarding the allegations of this paragraph and leaves the plaintiff to his proof.

4. Unum admits that On or about January 1, 1993 it issued its policy #541136-001 to UBS AG. Unum denies the remainder of the allegations of this paragraph.

1

5. Unum admits that plaintiff was eligible as an employee of UBS AG to apply to Unum for benefits under the policy and, had he been disabled, to have received benefits under the policy.

6. Unum neither admits nor denies the allegations of this paragraph but refers the Court to the policy for a full explanation of its terms.

7. Unum is without knowledge or information sufficient upon which to form a belief regarding the allegations of this paragraph and leaves the plaintiff to his proof.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

By: 

RESPECTFULLY SUBMITTED,
FIRST UNUM LIFE INSURANCE
COMPANY

Alexander H. Schwartz, Esq.(ct 05773)
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT  06480-0701
203.255.9829
203.255.9839 (fax)
alex@ahschwartz.com

## CERTIFICATION

I hereby certify that a true copy of the foregoing has been mailed this 4th day December 2003, to the following counsel and pro se parties:

Mark J. Fox, Esq.
125 Elm Street
New Canaan, CT 06840

_____
Alexander H. Schwartz