UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNST DORCELY, | : | CIVIL ACTION NO: |
|     Plaintiff, | : | |
| | : | |
| V. | : | 3:03 CV 114 (AVC) |
| | : | |
| FIRST UNUM LIFE INSURANCE COMPANY, | : | |
|     Defendant. | : | June 15, 2004 |

### DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

The defendant, First Unum Life Insurance Company ("Unum") moves that the court enter judgment confirming its administrative decision to deny the plaintiff's application for long-term disability benefits.  As this is a case governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), this court's review of Unum's decision is based solely on the administrative record it compiled below.

In support of this Motion, Unum submits a copy of plaintiff's proposed trial exhibit entitled "Summary of disability coverage" and a Memorandum of Law.  Unum previously has filed copies and electronic copies of the 321 page administrative record and respectfully refers the court to those filings.

1

                                        RESPECTFULLY SUBMITTED,
                                        FIRST UNUM LIFE INSURANCE
                                        COMPANY

By:     _____
         Alexander H. Schwartz, Esq.(ct 05773)
         3695 Post Road, Suite 203
         P.O. Box 701
         Southport, CT   06480-0701
         203.255.9829
         203.255.9839 (fax)
         alex@ahschwartz.com

## **CERTIFICATION**

I hereby certify that a true copy of the foregoing has been mailed this 15th day of June, 2004 to the following counsel and pro se parties:

Mark J. Fox, Esq.
125 Elm Street
New Canaan, CT 06840


                                        _____
                                        Alexander H. Schwartz