```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------x
ERNST DORCELY,

            Plaintiff,
                                            3:03 CV 114 (AVC)
    -against-

FIRST UNUM LIFE INSURANCE COMPANY           December 23, 2004

            Defendant.
-----------------------------------------x
```

### **PLAINTIFF'S MOTION FOR STAY OF ACTION**

The Plaintiff ERNST DORCELY requests that this court stay all proceedings in this action pending reconsideration of the denial of plaintiff's claim for long term disability benefits by defendant FIRST UNUM LIFE INSURANCE COMPANY.

**Grounds for Motion**

The grounds for this motion are that:

1. The complaint in this action seeks reversal of defendant's decision to deny long term disability benefits to plaintiff ERNEST DORCELY. A copy of the complaint is annexed hereto as Exhibit A.

2. On November 30, 2004 defendant's attorney courteously sent plaintiff's attorney a letter informing plaintiff that defendant had executed a Regulatory Settlement Agreement with certain state and federal insurance regulators which provides for reassessment of many previously denied or terminated claims. A copy of that letter is annexed hereto as Exhibit B.

3. A full copy of the Regulatory Settlement Agreement is

1

annexed hereto as Exhibit C. Plaintiff's claim is among the group eligible for reassessment under the terms of the agreement. Plaintiff would like to submit his claim for reassessment. At pages 13 and 14 of the agreement, under the heading "<u>Effect on Litigation</u>", there is a requirement that pending litigation be stayed and a statement that if a claim is a final verdict or judgment defendant is no longer obliged to conduct or complete the Claim Reassessment Process.

    4. It is better for all parties if the claim is resolved by the reformed claim evaluation process detailed in the Settlement Agreement rather than by a court decision. The claimant's ability to resume this litigation in the event the claim is once again denied is preserved under the terms of the Agreement.

Respectfully submitted,

LAW OFFICES OF MARK J. FOX

By:_____
    MARK J. FOX, ESQ. (CT 24552)
    Attorney for Plaintiff
    125 Elm Street
    New Canaan, CT 06840
    203 972-3301
    203 972- 2453 (fax)
    mjfoxlaw@aol.com

**CERTIFICATION**

    I hereby certify that a true copy of the foregoing has been mailed this 23rd day of December 2004, to the following counsel and pro se parties:

Alexander H. Schwartz, Esq.
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT 06480-0701


_____
MARK J. FOX