@ 25

```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------x
ERNST DORCELY,

                Plaintiff,

       -against-

FIRST UNUM LIFE INSURANCE COMPANY

                Defendant.
------------------------------------x
```

FILED

2005 JAN -3 P 12: 26

U.S. DISTRICT COURT
HARTFORD, CT.

December 23, 2004

## PLAINTIFF'S MOTION FOR STAY OF ACTION

The Plaintiff ERNST DORCELY requests that this court stay all proceedings in this action pending reconsideration of the denial of plaintiff's claim for long term disability benefits by defendant FIRST UNUM LIFE INSURANCE COMPANY.

### Grounds for Motion

The grounds for this motion are that:

1. The complaint in this action seeks reversal of defendant's decision to deny long term disability benefits to plaintiff ERNEST DORCELY. A copy of the complaint is annexed hereto as Exhibit A.

2. On November 30, 2004 defendant's attorney courteously sent plaintiff's attorney a letter informing plaintiff that defendant had

---

3:03CV114(AVC) January 21, 2005. The motion for "stay of action" (document no.25) is DENIED. As the defendant has agreed to reassess the plaintiff's claim for long term disability benefits, the court fails to perceive how this matter constitutes a case or controversy for purposes of maintaining this matter on the court's active docket. See Miller v. United Welfare Fund, 72 F.3d 1066, 1071 (2d Cir. 1995)(stating that remedy for violation of ERISA in benefits eligibility cases is remand to the insurance company). Accordingly, the court orders the plaintiff to show cause within 30 days why this matter should not be dismissed without prejudice to its refiling, if desired, upon the completion of the defendant's reassessment of the long term disability claim.
SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.

Exhibit A | Exhibit B | Exhibit C